B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                                    Bankruptcy No. 21-11750
    Midnight Madness Distilling LLC,
        Debtor

Bonnie B. Finkel,
in her capacity as Ch. 7 Trustee
for Midnight Madness Distilling LLC,
        Plaintiff                                          Adversary No. 23-00047-mdc

    Casey Parzych; Shawn Sheehan; Angus Rittenburg; Kelly Festa; Ashleigh Baldwin;
Michael Boyer; R.F. Culbertson; Gary Parzych; Ryan Uszenski; Polebridge, LLC;
Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP;
XO EW, LLC; Can Man LLC; Best Bev LLC; EtOH Worldwide LLC; Canvas 340, LLC;
Finland Leasing Co., Inc.; and Eugene T. Parzych, Inc.,
        Defendants

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due  July 17, 2023.

| Address of Clerk | U.S. Bankruptcy Court<br>Robert N.C. Nix Building<br>900 Market Street, Suite 400<br>Philadelphia  PA   19107-4299 | U.S. Bankruptcy Court<br>201 Penn Street Ste 103<br>Reading, PA 19601 |
|---|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

Name/Address of Plaintiff's Attorneys

    Andrew . Belli                                       Steven M. Coren
    Coren & Ress, PC                                 Kaufman, Coren & Ress, P.C.
    2001 Market Street Suite 3900            Two Commerce Square Suites 3900
    Philadelphia, PA   19103                         2001 Market Street
                                                      Philadelphia PA 19103

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                        FOR THE COURT

                                                        TIMOTHY B. MCGRATH
                                                        CLERK

June 16, 2023
                                                        By: s/    Jeanette Gilmore
                                                        Deputy Clerk

Bankruptcy No. 21-11750       Adversary No. 23-47

CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
Date                                                             Signature


Print Name           _____

Business Address     _____

City, State, Zip     _____