B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re    Bankruptcy No. 21-11750
    Midnight Madness Distilling LLC,
        Debtor

Bonnie B. Finkel,
in her capacity as Ch. 7 Trustee
for Midnight Madness Distilling LLC,
        Plaintiff    Adversary No. 23-00047-mdc

Casey Parzych; Shawn Sheehan; Angus Rittenburg; Kelly Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Gary Parzych; Ryan Uszenski; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Can Man LLC; Best Bev LLC; EtOH Worldwide LLC; Canvas 340, LLC; Finland Leasing Co., Inc.; and Eugene T. Parzych, Inc.,
        Defendants

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. Answer is due July 17, 2023.

| Address of Clerk | U.S. Bankruptcy Court<br>Robert N.C. Nix Building<br>900 Market Street, Suite 400<br>Philadelphia PA 19107-4299 | U.S. Bankruptcy Court<br>201 Penn Street Ste 103<br>Reading, PA 19601 |
|---|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

Name/Address of Plaintiff's Attorneys

Andrew . Belli
Coren & Ress, PC
2001 Market Street Suite 3900
Philadelphia, PA 19103

Steven M. Coren
Kaufman, Coren & Ress, P.C.
Two Commerce Square Suites 3900
2001 Market Street
Philadelphia PA 19103

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

June 16, 2023

By: s/   Jeanette Gilmore
Deputy Clerk

Bankruptcy No. 21-11750    Adversary No. 23-47

## CERTIFICATE OF SERVICE

I, <u>Christina Capra</u> certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>on June 16, 2023</u> (date) by:

[✓] Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

Defendants as set forth on Exhibit A hereto.

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>6/28/2023</u>    <u>Christina Capra</u>
Date                   Signature

Print Name    Christina Capra

Business Address    Coren & Ress, P.C., 2001 Market Street, Suite 3900

City, State, Zip    Philadelphia, PA 19103

# Exhibit A

| Defendant | Service Address(es) via Regular, First Class United States Mail, Postage Pre-Paid | | |
|---|---|---|---|
| Casey Parzych | Casey Parzych<br>c/o AgTech PA, LLC<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | Casey Parzych<br>PO Box 173<br>Trumbauersville, PA 18970 | |
| Shawn Sheehan | Shawn Sheehan<br>East Plaza, Suite 120<br>6115 Estate Smith Bay<br>Charlotte Amalie, United States Virgin Islands 00802 | | |
| Angus Rittenburg | Angus Rittenburg<br>2360 East Rock Road<br>Perkasie, PA 18944 | Angus Rittenburg<br>c/o Best Bev<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | |
| Kelly Festa | Kelly Festa<br>1851 Myers Road<br>Quakertown, PA 18951 | Kelly Festa<br>c/o Best Bev<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | |
| Ashleigh Baldwin | Ashleigh Baldwin<br>649 Sweetbriar Road<br>Perkasie, PA 18944 | Ashleigh Baldwin<br>c/o Best Bev<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | Ashleigh Baldwin<br>478 Lurgan Road<br>New Hope, PA 18938 |
| Michael Boyer | Michael Boyer<br>4406 Lowell Road<br>Wilmington, DE 19802 | Michael Boyer<br>c/o AgTech PA, LLC<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | |
| R.F. Culbertson | R.F. Culbertson<br>17 Churchill Road<br>Pittsburgh, PA 15235 | R.F. Culbertson<br>c/o Best Bev<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | |
| Gary Parzych | Gary Parzych<br>138 N. Main Street<br>Trumbauersville, PA 18970 | Gary Parzych<br>c/o Eugene T. Parzych, Inc.<br>2300 Trumbauersville Road, Box 48<br>Trumbauersville, PA 18970 | |
| Ryan Uszenski | Ryan Uszenski<br>8-40 Estate Nazareth<br>Charlotte Amalie, United States Virgin Islands 00802 | Ryan Uszenski<br>c/o Can Man, LLC<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | |

| Defendant | Service Address(es) via Regular, First Class United States Mail, Postage Pre-Paid | | |
|---|---|---|---|
| Polebridge LLC | Polebridge LLC<br>Attn: Ashleigh Baldwin, President<br>c/o Best Bev<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | Polebridge LLC<br>Attn: Ashleigh Baldwin, President<br>649 Sweetbriar Road<br>Perkasie, PA 18944 | Polebridge LLC<br>Attn: Ashleigh Baldwin, President<br>478 Lurgan Road<br>New Hope, PA 18938 |
| Good Design, Inc. | Good Design, Inc.<br>Attn: Ashleigh Baldwin, CEO<br>c/o Best Bev<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | Good Design, Inc.<br>Attn: Ashleigh Baldwin, CEO<br>649 Sweetbriar Road<br>Perkasie, PA 18944 | |
| AgTech PA LLC | AgTech PA, LLC<br>Attn: Casey Parzych, President<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | | |
| AgTech VI, LLC | AgTech VI, LLC<br>Attn: Business Basics VI, LLC, Registered Agent<br>Royal Palms Professional Building<br>9053 Estate Thomas, Suite 101<br>Charlotte Amalie, United States Virgin Islands 00802 | | |
| XO Energy Worldwide, LLLP | XO Energy Worldwide, LLLP<br>Attn: Marjorie Rawls Roberts, PC, Registered Agent<br>Po Box 6347<br>Charlotte Amalie, United States Virgin Islands 00804 | | |
| XO EW, LLC | XO EW, LLC<br>Attn: Marjorie Rawls Roberts, PC, Registered Agent<br>Po Box 6347<br>Charlotte Amalie, United States Virgin Islands 00804 | | |

| Defendant | Service Address(es) via Regular, First Class United States Mail, Postage Pre-Paid | | |
|---|---|---|---|
| Can Man LLC | Can Man, LLC<br>Attn: Ryan Uszenski, Manager<br>2512 Quakertown Road<br>Pennsburg, PA 18073 | | |
| Best Bev, LLC | Best Bev, LLC<br>Attn: Hibiscus Business Services, LLC<br>Po Box 6347<br>Charlotte Amalie, United States Virgin Islands 00804 | | |
| EtOH Worldwide LLC | EtOH Worldwide, LLC<br>Attn: Marjorie Rawls Roberts, PC, Registered Agent<br>Po Box 6347<br>Charlotte Amalie, United States Virgin Islands 00804 | | |
| Canvas 340, LLC | Canvas 340, LLC<br>Attn: Hibiscus Business Services, LLC<br>Po Box 6347<br>Charlotte Amalie, United States Virgin Islands 00804 | | |
| Finland Leasing Co., Inc. | Finland Leasing Co., Inc.<br>c/o Gary Parzych, President<br>2300 Trumbauersville Road, Box 48<br>Trumbauersville, PA 18970 | | |
| Eugene T. Parzych, Inc. | Eugene T. Parzych, Inc.<br>c/o Gary Parzych, President<br>2300 Trumbauersville Road, Box 48<br>Trumbauersville, PA 18970 | | |