# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING LLC. | : | Bankruptcy No. 21-11750 (MDC) |
| Debtor. | : | |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC. | : | Adv. No. 23-00047 |
| Plaintiff. | : | |
| Vs. | : | |
| CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGHT BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC. and EUGENE T. PARZYCH, INC. | : | |
| Defendants | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF PAPERS PURSUANT TO §1109(b) OF THE
## BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002

**NOTICE IS HEREBY GIVEN**, pursuant to §1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure that Jeffrey Kurtzman, Esquire of Kurtzman | Steady, LLC hereby appears on behalf of Defendants Gary

Parzych, Ryan Uszenski, Can Man, LLC, Finland Leasing Co, Inc. and Eugene T. Parzych, Inc. in the above-captioned adversary proceeding.

**NOTICE IS FURTHER GIVEN** that Kurtzman | Steady, LLC requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees of their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon the following:

> Jeffrey Kurtzman, Esquire
> **KURTZMAN | STEADY, LLC**
> 555 City Avenue, Suite 480
> Bala Cynwyd, PA 19004
> Telephone:  (215) 839-1222
> Email:  kurtzman@kurtzmansteady.com

**NOTICE IF FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtor or property of such debtor.

Dated:  August 14, 2023                    **KURTZMAN | STEADY, LLC**


                                              By:  */s/ Jeffrey Kurtzman*
                                                   Jeffrey Kurtzman, Esquire
                                                   555 City Avenue, Suite 480
                                                   Bala Cynwyd, PA 19004
                                                   Telephone:  (215) 839-1222
                                                   Email:  kurtzman@kurtzmansteady.com

                                          Attorneys for Defendans Gary Parzych, Ryan
                                          Uszenski, Can Man, LLC, Finland Leasing Co, Inc.
                                          and Eugent T. Parzych, Inc.