# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Miscellaneous Matter No._____

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>Case No. 21-11750-MDC |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | Adv. No. 23-00047-MDC<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>MOVING DEFENDANTS' MOTION FOR WITHDRAWAL OF REFERENCE</u>

For the reasons set out in their accompanying memorandum of law, Moving Defendants,[1]

by their undersigned attorneys, hereby move this Honorable Court for entry of an Order

---

[1] The Moving Defendants are Casey Parzych; Shawn Sheehan; Angus Rittenburg; Kelly A. Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; Etoh Worldwide, LLC; and Canvas 340, LLC.

227695611 v1

withdrawing the reference and transferring this action to the United States District Court for the Eastern District of Pennsylvania.

Dated: September 5, 2023 　　　　　　　　　*/s/ Mariam Khoudari*
　　　　　　　　　　　　　　　　　　　　STEPHEN M. PACKMAN
　　　　　　　　　　　　　　　　　　　　MARIAM KHOUDARI
　　　　　　　　　　　　　　　　　　　　**ARCHER & GREINER, P.C.**
　　　　　　　　　　　　　　　　　　　　Three Logan Square
　　　　　　　　　　　　　　　　　　　　1717 Arch Street, Suite 3500
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　Tel: (215) 963-3300
　　　　　　　　　　　　　　　　　　　　Fax: (215) 963-9999
　　　　　　　　　　　　　　　　　　　　spackman@archerlaw.com
　　　　　　　　　　　　　　　　　　　　mkhoudari@archerlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Moving Defendants*