**EXHIBIT 2**

**Email Exchange Between Trustee's Counsel and Counsel for Moving Defendants**

**Packman, Stephen M.**

| | |
|---|---|
| From: | Steven Coren <SCoren@kcr-law.com> |
| Sent: | Thursday, August 10, 2023 5:41 PM |
| To: | Jeffrey Kurtzman |
| Cc: | Packman, Stephen M.; Andrew Belli |
| Subject: | [EXT MAIL] RE: Finkel v. Parzych, et al. |

Jeff:

We have considered the venue issue and wish to keep the matter in the bankruptcy court until it is ready for a jury trial, which of course will take place in the District Court.

Regards,

STEVEN

STEVEN M. COREN
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA  19103
Office: (215) 735-8700
Cell: (215) 498-8700
E-mail: scoren@kcr-law.com
Website: www.kcr-law.com

**COREN|RESS**
ATTORNEYS AT LAW

---

**From:** Jeffrey Kurtzman <kurtzman@kurtzmansteady.com>
**Sent:** Thursday, August 10, 2023 11:17 AM
**To:** Steven Coren <SCoren@kcr-law.com>
**Cc:** Packman, Stephen (spackman@archerlaw.com) <spackman@archerlaw.com>
**Subject:** Finkel v. Parzych, et al.

**EXTERNAL EMAIL.**

Steve, it was nice to speak with you this morning.  As related, my firm represents Gary Parzych, Ryan Uszenski, Can Man, LLC, Finland Leasing Co., Inc. and Eugene T. Parzuych, Inc. in the above-referenced adversary proceeding.

In reviewing the complaint, I note that, while the plaintiff alleges that the bankruptcy court has jurisdiction over the adversary proceeding, she demands a jury trial and does not consent to the entry of a final judgment by that court.  For this and other reasons, I suggested that efficiency may be served by transferring the case to the district court.  I have not discussed this issue with Steve Packman, who is copied here.

Secondly, I requested an extension of my clients' deadline to answer or move with respect to the complaint to September 15, as to which you graciously agreed.

If you and your partner wish to discuss the venue issue, please let Steve and me know.  Thanks.

1

Jeffrey Kurtzman, Esquire
KURTZMAN | STEADY, LLC
555 City Avenue | Suite 480 | Bala Cynwyd, PA 19004
Main: (215) 883-1600 | Direct: (215) 839-1222 | Mobile: (215) 715-2814
kurtzman@kurtzmansteady.com

101 N. Washington Avenue | Suite 4A | Margate, NJ 08402
Main: (856) 428-1060 | Fax: (609) 482-8011

2 Kings Highway West | Suite 102 | Haddonfield, NJ 08033
Main: (856) 428-1060 | Fax: (609) 482-8011

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.