# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Miscellaneous Matter No._____

| | |
|---|---|
| **In re:** <br><br> **MIDNIGHT MADNESS DISTILLING LLC,** <br><br> Debtor. <br> _____ <br><br> **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,** <br><br> Defendants. | **CHAPTER 7** <br> **Case No. 21-11750-MDC** <br><br><br> Adv. No. 23-00047-MDC <br><br><br> <u>**JURY TRIAL DEMANDED**</u> |

## ORDER

AND NOW, this _____ day of September, 2023, upon consideration of the Motion of Moving Defendants for Withdrawal of the Reference, it is hereby ORDERED that the Motion is GRANTED and that:

    1. Reference is withdrawn in connection with the above Adversary Proceeding; and

227695611 v1

2

2. All matters in said Adversary Proceeding shall be transferred to the United States District Court for the Eastern District of Pennsylvania, to be set down for trial as a civil action in the ordinary course.

BY THE COURT:

_____

J.

227695611 v1