IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor.<br><br>---<br><br>**BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | **CHAPTER 7**<br>**Case No. 21-11750-MDC**<br><br><br><br>Adv. No. 23-00047-MDC<br><br><br><br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

**ORDER**

AND NOW, this _____ day of September, 2023, upon consideration of the Emergency Motion of Moving Defendants for an Order to Stay Proceedings and/or for Other Related Relief Procedural History and Parties, it is hereby ORDERED that the Motion is GRANTED and that:

227696056 v1

1.      The subject adversary proceeding number 23-00047-MDC is hereby stayed un further order of this Court.

 

                                                     MAGDELINE D. COLEMAN,
                                                     CHIEF UNITED STATES BANKRUPTCY JUDGE

227696056 v1