# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor.<br><br>―――――――――――――――――――<br><br>**BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | **CHAPTER 7**<br>**Case No. 21-11750-MDC**<br><br><br>**Adv. No. 23-00047-MDC**<br><br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>ORDER SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION OF MOVING DEFENDANTS FOR AN ORDER STAYING PROCEEDINGS AND/OR FOR OTHER RELATED RELIEF</u>

AND NOW, this _____ day of September, 2023, upon consideration of the application (the "Application") of Moving Defendants,[1] for an order scheduling an expedited

---

[1] Moving Defendants are Casey Parzych; Shawn Sheehan; Angus Rittenburg; Kelly Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; Etoh Worldwide, LLC; and Canvas 340, LLC.

227696028 v1

hearing on Moving Defendants' emergency motion for an order to stay the proceedings, pursuant to Federal Rule of Bankruptcy Procedure 7065 (the "Stay Motion"), and good cause appearing for the relief requested in the Application, and notice having been due and proper under the circumstances, and there having been no opposition by the Plaintiff, the Office of the United States Trustee ("OUST"), or other parties in interest, to the relief requested in the Application (or any opposition thereto having been overruled), it is hereby

ORDERED, that pursuant to 11 U.S.C. §105(a) and Local Bankruptcy Rule 5070-1, the Application be and hereby is granted; and it is further

ORDERED, that in accordance with the foregoing, a hearing to consider the relief requested in the Stay Motion be and hereby is scheduled on Thursday, September 7, 2023; and it is further

ORDERED, that counsel for the Applicant shall serve a copy of this Order, together with the Stay Motion, upon counsel for the Plaintiff and the OUST, by email and overnight courier and upon all parties in the bankruptcy case via the Court's CM/ECF and shall file proof of service with the Court thereafter.

    MAGDELINE D. COLEMAN,
    CHIEF UNITED STATES BANKRUPTCY JUDGE

227696028 v1