IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor.<br><br>---<br><br>**BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | **CHAPTER 7**<br>**Case No. 21-11750-MDC**<br><br><br>**Adv. No. 23-00047-MDC**<br><br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on September 5, 2023, he caused a true and correct copy of the foregoing Application of Moving Defendants, for an Order Scheduling Expedited Hearing Pursuant to Local Bankruptcy Rule 5070-1 and Moving Defendants' Emergency Motion for an Order staying proceedings, pursuant to Federal Rule of Bankruptcy Procedure 7065, by email and overnight mail, to Plaintiff's counsel and the Office of the U.S. Trustee and to all parties in the underlying bankruptcy case via the Court's CM/ECF.

227696028 v1

Dated: September 5, 2023

*/s/ Mariam Khoudari*
STEPHEN M. PACKMAN
MARIAM KHOUDARI
**ARCHER & GREINER, P.C.**
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
Tel: (215) 963-3300
Fax: (215) 963-9999
spackman@archerlaw.com
mkhoudari@archerlaw.com

*Counsel for Moving Defendants*

227696028 v1