# Exhibit B

# Andrew Belli

| | |
|---|---|
| **From:** | Packman, Stephen M. <spackman@archerlaw.com> |
| **Sent:** | Friday, July 21, 2023 2:42 PM |
| **To:** | Andrew Belli |
| **Subject:** | RE: Response Date to Complaint |

**EXTERNAL EMAIL.**

Yes, let's do August 30th. Still working on the defense side but expect to have it finalized next week. I don't think we need a formal stipulation. Have a good weekend.

**Stephen M. Packman, Esq.**
*Fellow of INSOL*

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3147
spackman@archerlaw.com
www.archerlaw.com



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

> **From:** Andrew Belli <ABelli@kcr-law.com>
> **Sent:** Friday, July 21, 2023 1:36 PM
> **To:** Packman, Stephen M. <spackman@archerlaw.com>
> **Subject:** [EXT MAIL] RE: Response Date to Complaint
>
> Per the Summons, the answer date is 7/17; we're fine with August 30th if that is what you need. Can you please let me know who is representing which defendant when you get a chance? And if you think the extension needs to be documented with the Court we will of course cooperate.
>
> Best,
>
> Andy
>
> Andrew J. Belli, Esquire
> (215) 735-8700 (Phone)

> **From:** Packman, Stephen M. <spackman@archerlaw.com>
> **Sent:** Friday, July 21, 2023 12:39 PM
> **To:** Andrew Belli <ABelli@kcr-law.com>
> **Subject:** Response Date to Complaint

**EXTERNAL EMAIL.**

Andrew:

I am trying to calendar the exact date for responses but I am not certain of the last effective date of service of the Complaint which was filed on June 15th. Should we pick a date such as August 30?
Let me know your thoughts please.

Thanks.

**Stephen M. Packman, Esq.**
*Fellow of INSOL*

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3147
spackman@archerlaw.com
www.archerlaw.com



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.