# Exhibit C

# Andrew Belli

| | |
|---|---|
| **From:** | Packman, Stephen M. <spackman@archerlaw.com> |
| **Sent:** | Thursday, August 10, 2023 3:36 PM |
| **To:** | Andrew Belli |
| **Cc:** | Steven Coren; kurtzman@kurtzmansteady.com |
| **Subject:** | Re: Finkel v. Parzych, et al. |

**EXTERNAL EMAIL.**

Thanks

**Stephen M. Packman, Esq.**
*Fellow of INSOL*

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3147
spackman@archerlaw.com
www.archerlaw.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

---

**From:** Andrew Belli <ABelli@kcr-law.com>
**Sent:** Thursday, August 10, 2023 3:35:27 PM
**To:** Packman, Stephen M. <spackman@archerlaw.com>
**Cc:** Steven Coren <SCoren@kcr-law.com>; kurtzman@kurtzmansteady.com <kurtzman@kurtzmansteady.com>
**Subject:** [EXT MAIL] RE: Finkel v. Parzych, et al.

OK, thanks for confirming – we are fine with you having the same extension as Jeff.

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

**From:** Packman, Stephen M. <spackman@archerlaw.com>
**Sent:** Thursday, August 10, 2023 3:34 PM
**To:** Andrew Belli <ABelli@kcr-law.com>
**Cc:** Steven Coren <SCoren@kcr-law.com>; kurtzman@kurtzmansteady.com
**Subject:** Re: Finkel v. Parzych, et al.

**EXTERNAL EMAIL.**

Yes

**Stephen M. Packman, Esq.**
*Fellow of INSOL*

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3147
spackman@archerlaw.com
www.archerlaw.com

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

---

**From:** Andrew Belli <ABelli@kcr-law.com>
**Sent:** Thursday, August 10, 2023 3:32:47 PM
**To:** Packman, Stephen M. <spackman@archerlaw.com>
**Cc:** Steven Coren <SCoren@kcr-law.com>; kurtzman@kurtzmansteady.com <kurtzman@kurtzmansteady.com>
**Subject:** [EXT MAIL] RE: Finkel v. Parzych, et al.

Jeff says below that he represents: Gary Parzych, Ryan Uszenski, Can Man, LLC, Finland Leasing Co., Inc. and Eugene T. Parzuych, Inc.

Do you represent Casey Parzych, Shawn Sheehan, Angus Rittenburg, Kelly Festa, Ashleigh Baldwin, Michael Boyer, RF Culbertson, Polebridge LLC, Good Design Inc., AgTech PA LLC, AgTech VI LLC, XO Energy Worldwide LLLP, XO EW LLC, Best Bev LLC, EtOH Worldwide LLC, and Canvas 340 LLC?

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

---

**From:** Packman, Stephen M. <spackman@archerlaw.com>
**Sent:** Thursday, August 10, 2023 2:51 PM
**To:** Andrew Belli <ABelli@kcr-law.com>
**Cc:** Steven Coren <SCoren@kcr-law.com>; kurtzman@kurtzmansteady.com
**Subject:** Re: Finkel v. Parzych, et al.

**EXTERNAL EMAIL.**

No other attorneys, just me and Jeff

**Stephen M. Packman, Esq.**
*Fellow of INSOL*

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3147
spackman@archerlaw.com

www.archerlaw.com



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

---

**From:** Andrew Belli <ABelli@kcr-law.com>
**Sent:** Thursday, August 10, 2023 2:24:23 PM
**To:** Packman, Stephen M. <spackman@archerlaw.com>
**Cc:** Steven Coren <SCoren@kcr-law.com>; kurtzman@kurtzmansteady.com <kurtzman@kurtzmansteady.com>
**Subject:** [EXT MAIL] FW: Finkel v. Parzych, et al.

Stephen –

Before we grant a further extension can you please let us know which Defendants you represent and who is representing any Defendants unrepresented by you and Attorney Kurtzman? We granted two initial extensions on the basis of you speaking for (if not representing) all Defendants and have yet to get clarification on this point.

Best,

Andy

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

---

**From:** Packman, Stephen M. <spackman@archerlaw.com>
**Sent:** Thursday, August 10, 2023 2:00 PM
**To:** Jeffrey Kurtzman <kurtzman@kurtzmansteady.com>; Steven Coren <SCoren@kcr-law.com>
**Subject:** Re: Finkel v. Parzych, et al.

**EXTERNAL EMAIL.**

Jeff, thanks. I would be happy to speak, if desired by Steve, about venue.

Steve, my firm will be representing those defendants which Jeff is not. Do you have any objection to our defendants' reply date coinciding with those defendants represented by Jeff?

Thanks

**Stephen M. Packman, Esq.**
*Fellow of INSOL*

Archer & Greiner P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
215-246-3147
spackman@archerlaw.com

www.archerlaw.com



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**From:** Jeffrey Kurtzman <kurtzman@kurtzmansteady.com>
**Sent:** Thursday, August 10, 2023 11:17:08 AM
**To:** scoren@kcr-law.com <scoren@kcr-law.com>
**Cc:** Packman, Stephen M. <spackman@archerlaw.com>
**Subject:** [EXT MAIL] Finkel v. Parzych, et al.

Steve, it was nice to speak with you this morning.  As related, my firm represents Gary Parzych, Ryan Uszenski, Can Man, LLC, Finland Leasing Co., Inc. and Eugene T. Parzuych, Inc. in the above-referenced adversary proceeding.

In reviewing the complaint, I note that, while the plaintiff alleges that the bankruptcy court has jurisdiction over the adversary proceeding, she demands a jury trial and does not consent to the entry of a final judgment by that court.  For this and other reasons, I suggested that efficiency may be served by transferring the case to the district court.  I have not discussed this issue with Steve Packman, who is copied here.

Secondly, I requested an extension of my clients' deadline to answer or move with respect to the complaint to September 15, as to which you graciously agreed.

If you and your partner wish to discuss the venue issue, please let Steve and me know.  Thanks.


Jeffrey Kurtzman, Esquire
**KURTZMAN | STEADY, LLC**
555 City Avenue | Suite 480 | Bala Cynwyd, PA 19004
Main: (215) 883-1600 | Direct: (215) 839-1222 | Mobile: (215) 715-2814
kurtzman@kurtzmansteady.com

101 N.  Washington Avenue | Suite 4A | Margate, NJ 08402
Main: (856) 428-1060 | Fax: (609) 482-8011

2 Kings Highway West | Suite 102 | Haddonfield, NJ 08033
Main:  (856) 428-1060 | Fax: (609) 482-8011

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

4

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.