# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>　　　　　　　Debtor.<br><br>――――――――――――――<br><br>**BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>　　　　　　　Defendants. | **CHAPTER 7**<br>**Case No. 21-11750-MDC**<br><br><br>Adv. No. 23-00047-MDC<br><br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

## ORDER SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION OF MOVING DEFENDANTS FOR AN ORDER STAYING PROCEEDINGS AND/OR <u>FOR OTHER RELATED RELIEF</u>

　　　　　　　AND NOW, this 6th day of September, 2023, upon consideration of the application (the "Application") of Moving Defendants,[1] for an order scheduling an expedited

---

[1] Moving Defendants are Casey Parzych; Shawn Sheehan; Angus Rittenburg; Kelly Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; Etoh Worldwide, LLC; and Canvas 340, LLC.

hearing on Moving Defendants' emergency motion for an order to stay the proceedings, pursuant

to Federal Rule of Bankruptcy Procedure 7065 (the "Stay Motion"),  and the Objection of the

Chapter 7 Trustee,  is hereby

      ORDERED that the  Application is DENIED.

MAGDELINE D. COLEMAN,
CHIEF UNITED STATES BANKRUPTCY JUDGE

227696028 v1