# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor.<br><br>---<br><br>**BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | **CHAPTER 7**<br>**Case No. 21-11750-MDC**<br><br><br>**Adv. No. 23-00047-MDC**<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Archer & Greiner, P.C. hereby appears on behalf of interested parties Casey Parzych; Shawn Sheehan; Angus Rittenburg; Kelly A. Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; Etoh Worldwide, LLC; and Canvas 340, LLC (collectively the "Interested Parties") in the above captioned adversary proceeding pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101

- 1532 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Interested Parties hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Bankruptcy Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

| | |
|---|---|
| **ARCHER & GREINER, P.C.** | **ARCHER & GREINER, P.C.** |
| Stephen M. Packman | Bryan J. Hall |
| Douglas G. Leney | 300 Delaware Avenue, Suite 1100 |
| Mariam Khoudari | Wilmington, Delaware 19801 |
| Three Logan Square | Phone: (302) 777-4350 |
| 1717 Arch Street, Suite 3500 | Fax: (302) 777-4352 |
| Philadelphia, PA 19103 | bjhall@archerlaw.com |
| Phone:  (215) 963-3300 | |
| Fax:  (215) 963-9999 | |
| spackman@archerlaw.com | |
| dleney@archerlaw.com | |
| mkhoudari@archerlaw.com | |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceeding herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of the Interested Parties to: (1) challenge the jurisdiction of this Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after de novo review by the District Court; (3) a trial by jury in any proceeding so triable in this case or any case, controversy or

proceeding related to this case; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which the Interested Parties , is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date:  September 7, 2023     **ARCHER & GREINER, P.C.**

*/s/ Stephen M. Packman*
Stephen M. Packman
Douglas G. Leney
Mariam Khoudari
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
Phone:  (215) 963-3300
Fax:  (215) 963-9999
spackman@archerlaw.com
dleney@archerlaw.com
mkhoudari@archerlaw.com

Bryan J. Hall
300 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
Phone: (302) 777-4350
Fax: (302) 777-4352
bjhall@archerlaw.com

227704028 v2