# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor.<br><br>---<br><br>**BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | **CHAPTER 7**<br>**Case No. 21-11750-MDC**<br><br><br>Adv. No. 23-00047-MDC<br><br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 7, 2023, she caused a true and correct copy of the foregoing Notice of Emergency Motion of Moving Defendants for an Order to Stay Proceedings and/or for Other Related Relief, to be served upon Plaintiff's counsel and the Office of the United States Trustee, via email and overnight courier, and upon all parties in the bankruptcy case via the Court's CM/ECF electronic filing system.

|  |  |
|---|---|
| Date: September 7, 2023 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Stephen M. Packman*<br>Stephen M. Packman<br>Douglas G. Leney<br>Mariam Khoudari<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>Phone: (215) 963-3300<br>Fax: (215) 963-9999<br>spackman@archerlaw.com<br>dleney@archerlaw.com<br>mkhoudari@archerlaw.com<br><br>Bryan J. Hall<br>300 Delaware Avenue, Suite 1100<br>Wilmington, Delaware 19801<br>Phone: (302) 777-4350<br>Fax: (302) 777-4352<br>bjhall@archerlaw.com |

2