United States Bankruptcy Court

Eastern District of Pennsylvania

Finkel, Ch. 7 Trustee,
    Plaintiff

Parzych,
    Defendant

Adv. Proc. No. 23-00047-mdc

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Sep 06, 2023      Form ID: pdf900      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Bonnie B. Finkel, Ch. 7 Trustee, P.O. Box 1710, Cherry Hill, NJ 08034-0091 |
| 14807110 | + | Can Man, LLC, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14807112 | + | Eugene T. Parzych, Inc., c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14807111 | + | Finland Leasing Co, Inc., c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14807108 | + | Gary Parzych, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14807030 | + | Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14807109 | + | Ryan Uszenski, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 06 2023 23:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2023 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 06 2023 23:37:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 06, 2023 | Form ID: pdf900 | Total Noticed: 10

Date: Sep 08, 2023           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:**

**Name** | **Email Address**

ANDREW J. BELLI
on behalf of Plaintiff Bonnie B. Finkel  Ch. 7 Trustee abelli@kcr-law.com

JEFFREY KURTZMAN
on behalf of Defendant Gary Parzych Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Finland Leasing Co.  Inc. Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Eugene T. Parzych  Inc. Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Can Man LLC Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Ryan Uszenski Kurtzman@kurtzmansteady.com

MARIAM KHOUDARI
on behalf of Defendant Shawn Sheehan mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant AgTech PA LLC mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant EtOH Worldwide LLC mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant Michael Boyer mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant Casey Parzych mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant XO Energy Worldwide  LLLP mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant Ashleigh Baldwin mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant Angus Rittenburg mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant Kelly Festa mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant Good Design  Inc. mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant Best Bev LLC mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant AgTech VI  LLC mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant Polebridge  LLC mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant Canvas 340  LLC mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant XO EW  LLC mkhoudari@archerlaw.com

MARIAM KHOUDARI
on behalf of Defendant R.F. Culbertson mkhoudari@archerlaw.com

STEVEN M. COREN
on behalf of Plaintiff Bonnie B. Finkel  Ch. 7 Trustee scoren@kcr-law.com, ccapra@kcr-law.com

TOTAL: 23

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>                     Debtor. | CHAPTER 7<br>Case No. 21-11750-MDC |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>                     Plaintiff,<br><br>                     v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>                     Defendants. | Adv. No. 23-00047-MDC<br><br><u>**JURY TRIAL DEMANDED**</u> |

**ORDER SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION
OF MOVING DEFENDANTS FOR AN ORDER STAYING PROCEEDINGS AND/OR
<u>FOR OTHER RELATED RELIEF</u>**

        AND NOW, this 6th day of September, 2023, upon consideration of the application (the "Application") of Moving Defendants,[1] for an order scheduling an expedited

---

[1] Moving Defendants are Casey Parzych; Shawn Sheehan; Angus Rittenburg; Kelly Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; Etoh Worldwide, LLC; and Canvas 340, LLC.

227696028 v1

hearing on Moving Defendants' emergency motion for an order to stay the proceedings, pursuant to Federal Rule of Bankruptcy Procedure 7065 (the "Stay Motion"), and the Objection of the Chapter 7 Trustee, is hereby

ORDERED that the Application is DENIED.

*[signature: Magdeline D. Coleman]*

MAGDELINE D. COLEMAN,
CHIEF UNITED STATES BANKRUPTCY JUDGE

2

227696028 v1