UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING LLC. | : | Bankruptcy No. 21-11750 (MDC) |
| Debtor. | : | |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC. | : | Adv. Pro. No. 23-00047 (MDC) |
| Plaintiff. | : | |
| Vs. | : | |
| CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGHT BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC. and EUGENE T. PARZYCH, INC. | : | |
| Defendants | : | |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on September 15, 2023, he caused a copy of the Defendants, Gary Parzych, Ryan Uszenski, Can Man, LLC, Finland Leasing Co, Inc. and Eugene T. Parzych, Inc, Answer and Affirmative Defenses to be served on all parties entering their

appearance via the Court's CM/ECF electronic filing system and by electronic mail upon the following.:

Andrew J. Belli, Esquire<br>
Steven M. Coren, Esquire<br>
Coren & Ress, P.C.<br>
Two Commerce Square, Suite 3700<br>
Philadelphia, PA 19103<br>
Abelli@kcr-law.com<br>
scoren@kcr-law.com<br><br>

Stephen M. Packman, Esquire<br>
Archer & Greiner, P.C.<br>
Three Logan Square<br>
1717 Arch Street, Suite 3500<br>
Philadelphia, PA 19103<br>
spackman@archerlaw.com<br>

Dated:  September 15, 2023                    **KURTZMAN | STEADY, LLC**

By: ___/s/ Jeffrey Kurtzman___
Jeffrey Kurtzman, Esquire
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone:  (215) 839-1222
Email:  kurtzman@kurtzmansteady.com

Attorneys for Defendants Gary Parzych, Ryan Uszenski,<br>
Can Man LLC, Finland Leasing Co., Inc. and Eugene T. Parzych, Inc.