## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor.<br><br>_____<br><br>**BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | **CHAPTER 7**<br>**Case No. 21-11750-MDC**<br><br><br>**Adv. No. 23-00047-MDC**<br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 15, 2023, he caused a true and correct copy of the foregoing Motion to Dismiss Adversary Complaint, together with the Memorandum of Law in Support of the Motion and the Proposed Order, and Notice of Motion upon counsel for the Trustee counsel by email and by first class mail.

Date:  September 15, 2023     **ARCHER & GREINER, P.C.**

                */s/ Stephen M. Packman*
                Stephen M. Packman
                Douglas G. Leney
                Mariam Khoudari
                Three Logan Square
                1717 Arch Street, Suite 3500
                Philadelphia, PA 19103
                Phone:  (215) 963-3300
                Fax:  (215) 963-9999
                spackman@archerlaw.com
                dleney@archerlaw.com
                mkhoudari@archerlaw.com

227750222 v1