## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>**Case No. 21-11750-MDC** |
| **BONNIE B. FINKEL**, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | Adv. No. 23-00047-MDC<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF MOTION

Moving Defendants[1] have filed the *Moving Defendants' Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted*, together with a memorandum of law and proposed order (the "Motion") [Adv. D.I. 17], in the above-captioned adversary proceeding.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

---

[1] The Moving Defendants are Casey Parzych; Angus Rittenburg; Kelly A. Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; EtOH Worldwide, LLC; Canvas 340, LLC; and Shawn Sheehan.

1.  If you do not want the Court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **October 6, 2023**, you or your attorney must do <u>all</u> of the following:

    a.  file an answer or objection explaining your position at:

        Clerk, United States Bankruptcy Court
        Robert N.C. Nix Building
        900 Market Street, Suite 400
        Philadelphia, PA 19107-4299

    B.  serve a copy of your answer or objection upon Moving Defendants' counsel:

        Stephen M. Packman
        Douglas G. Leney
        Mariam Khoudari
        ARCHER & GREINER, P.C.
        Three Logan Square
        1717 Arch Street, Suite 3500
        Philadelphia, PA 19103
        Phone: (215) 963-3300
        Fax: (215) 963-9999
        spackman@archerlaw.com
        dleney@archerlaw.com
        mkhoudari@archerlaw.com

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, the Court may enter an order granting the relief requested in the Motion without a hearing.

3.  A hearing on the Motion, if any, will be scheduled by the Court.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether any hearing has been cancelled because no one filed an answer.

| | |
|---|---|
| Date:  September 15, 2023 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Stephen M. Packman*<br>Stephen M. Packman<br>Douglas G. Leney<br>Mariam Khoudari<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>Phone:  (215) 963-3300<br>Fax:  (215) 963-9999<br>spackman@archerlaw.com<br>dleney@archerlaw.com<br>mkhoudari@archerlaw.com |