# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| MIDNIGHT MADNESS DISTILLING LLC. | : | Bankruptcy No. 21-11750 (MDC) |
| Debtor. | : | |
| | : | |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC. | : | Adv. Pro. No. 23-00047 (MDC) |
| | : | |
| Plaintiff. | : | |
| Vs. | : | |
| CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGHT BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC. and EUGENE T. PARZYCH, INC. | : | |
| Defendants | : | |

## JOINDER OF DEFENDANTS GARY PARZYCH, RYAN USZENSKI, CAN MAN LLC, FINLAND LEASING CO., INC AND EUGENE T. PARZYCH, INC. TO EMERGENCY MOTION FOR AN ORDER TO STAY PROCEEDINGS

Defendants Gary Parzych, Ryan Uszenski, Can Man, LLC, Finland Leasing Co,, Inc. and

Eugene T. Parzych, Inc. (collectively, the "Joining Defendants"), by and through their undersigned

counsel, hereby join in and adopt the arguments set forth in the emergency motion filed by certain defendants to stay proceedings and for related relief (the "Stay Motion") [Adv. Pro. Doc. No. 6].

The Joining Defendants respectfully request that the relief requested in the Stay Motion be granted.

Dated:  September 20, 2023				KURTZMAN | STEADY, LLC


						By:  /s/ Jeffrey Kurtzman
						Jeffrey Kurtzman, Esquire
						555 City Avenue, Suite 480
						Bala Cynwyd, PA 19004
						Telephone:  (215) 839-1222
						Email:  kurtzman@kurtzmansteady.com

Attorneys for Defendants Gary Parzych, Ryan Uszenski,
Can Man LLC, Finland Leasing Co., Inc. and Eugene T. Parzych, Inc.