**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Finkel, Ch. 7 Trustee v. Parzych et al

|  |  |
|---|---|
| Debtor(s) | Case No: 23–00047–mdc |
|  | Chapter: 0 |

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED **
Motion to Dismiss Adversary Proceeding Filed by AgTech PA LLC, AgTech VI, LLC, Ashleigh Baldwin, Best Bev LLC, Michael Boyer, Canvas 340, LLC, R.F. Culbertson, EtOH Worldwide LLC, Kelly Festa, Good Design, Inc., Casey Parzych, Polebridge, LLC, Angus Rittenburg, Shawn Sheehan, XO EW, LLC, XO Energy Worldwide, LLLP Represented by STEPHEN M. PACKMAN

on: 11/15/23

at: 10:15 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/28/23

Timothy B. McGrath
Clerk of Court