United States Bankruptcy Court
Eastern District of Pennsylvania

Finkel, Ch. 7 Trustee,
    Plaintiff

Adv. Proc. No. 23-00047-mdc

Parzych,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 6
Date Rcvd: Sep 27, 2023      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Bonnie B. Finkel, Ch. 7 Trustee, P.O. Box 1710, Cherry Hill, NJ 08034-0091 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 28 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 28 2023 00:15:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 6 |
| Date Rcvd: Sep 27, 2023 | Form ID: pdf900 | Total Noticed: 4 |

**Name**     **Email Address**

ANDREW J. BELLI
on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Polebridge LLC abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant XO EW LLC abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Eugene T. Parzych Inc abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant AgTech PA LLC abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Eugene T. Parzych Inc. abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Ryan Uszenski abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Best Bev LLC abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Canvas 340 LLC abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Gary Parzych abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant XO Energy Worldwide LLLP abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Kelly Festa abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Angus Rittenburg abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Good Design Inc. abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Shawn Sheehan abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Casey Parzych abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Can Man LLC abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Michael Boyer abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Finland Leasing Co. Inc. abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant EtOH Worldwide LLC abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant R.F. Culbertson abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Ashleigh Baldwin abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant AgTech VI LLC abelli@kcr-law.com

ANDREW J. BELLI
on behalf of Defendant Finland Leasing Co Inc abelli@kcr-law.com

JEFFREY KURTZMAN
on behalf of Defendant Can Man LLC Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant XO EW LLC Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Gary Parzych Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN

District/off: 0313-2  User: admin  Page 3 of 6
Date Rcvd: Sep 27, 2023  Form ID: pdf900  Total Noticed: 4

|  |  |
|---|---|
|  | on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant EtOH Worldwide LLC Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Finland Leasing Co. Inc. Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Kelly Festa Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Eugene T. Parzych Inc Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Angus Rittenburg Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Canvas 340 LLC Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Polebridge LLC Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant R.F. Culbertson Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Ashleigh Baldwin Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Best Bev LLC Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Ryan Uszenski Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Michael Boyer Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Eugene T. Parzych Inc. Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant AgTech PA LLC Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Finland Leasing Co Inc Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant XO Energy Worldwide LLLP Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Good Design Inc. Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant AgTech VI LLC Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Shawn Sheehan Kurtzman@kurtzmansteady.com |
| JEFFREY KURTZMAN | on behalf of Defendant Casey Parzych Kurtzman@kurtzmansteady.com |
| MARIAM KHOUDARI | on behalf of Defendant Angus Rittenburg mkhoudari@archerlaw.com |
| MARIAM KHOUDARI | on behalf of Defendant AgTech VI LLC mkhoudari@archerlaw.com |
| MARIAM KHOUDARI | on behalf of Defendant Polebridge LLC mkhoudari@archerlaw.com |
| MARIAM KHOUDARI | on behalf of Defendant Canvas 340 LLC mkhoudari@archerlaw.com |
| MARIAM KHOUDARI | on behalf of Defendant Michael Boyer mkhoudari@archerlaw.com |
| MARIAM KHOUDARI | on behalf of Defendant Ashleigh Baldwin mkhoudari@archerlaw.com |
| MARIAM KHOUDARI | on behalf of Defendant Good Design Inc. mkhoudari@archerlaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Sep 27, 2023 | Form ID: pdf900 | Total Noticed: 4 |

MARIAM KHOUDARI
 on behalf of Defendant Kelly Festa mkhoudari@archerlaw.com

MARIAM KHOUDARI
 on behalf of Defendant Best Bev LLC mkhoudari@archerlaw.com

MARIAM KHOUDARI
 on behalf of Defendant R.F. Culbertson mkhoudari@archerlaw.com

MARIAM KHOUDARI
 on behalf of Defendant EtOH Worldwide LLC mkhoudari@archerlaw.com

MARIAM KHOUDARI
 on behalf of Defendant XO Energy Worldwide  LLLP mkhoudari@archerlaw.com

MARIAM KHOUDARI
 on behalf of Defendant XO EW  LLC mkhoudari@archerlaw.com

MARIAM KHOUDARI
 on behalf of Defendant Shawn Sheehan mkhoudari@archerlaw.com

MARIAM KHOUDARI
 on behalf of Defendant Casey Parzych mkhoudari@archerlaw.com

MARIAM KHOUDARI
 on behalf of Defendant AgTech PA LLC mkhoudari@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant AgTech VI  LLC spackman@archerlaw.com, dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Polebridge  LLC spackman@archerlaw.com, dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Plaintiff Bonnie B. Finkel  Ch. 7 Trustee spackman@archerlaw.com, dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Finland Leasing Co  Inc spackman@archerlaw.com, dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant R.F. Culbertson spackman@archerlaw.com  dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Gary Parzych spackman@archerlaw.com  dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant EtOH Worldwide LLC spackman@archerlaw.com  dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Casey Parzych spackman@archerlaw.com  dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Eugene T. Parzych  Inc. spackman@archerlaw.com, dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Finland Leasing Co.  Inc. spackman@archerlaw.com, dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Can Man LLC spackman@archerlaw.com  dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Good Design  Inc. spackman@archerlaw.com, dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant XO Energy Worldwide  LLLP spackman@archerlaw.com, dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Ryan Uszenski spackman@archerlaw.com  dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Michael Boyer spackman@archerlaw.com  dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Kelly Festa spackman@archerlaw.com  dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Canvas 340  LLC spackman@archerlaw.com, dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Eugene T. Parzych Inc spackman@archerlaw.com  dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Angus Rittenburg spackman@archerlaw.com  dleney@archerlaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Sep 27, 2023 | Form ID: pdf900 | Total Noticed: 4 |

STEPHEN M. PACKMAN
 on behalf of Defendant Best Bev LLC spackman@archerlaw.com dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Shawn Sheehan spackman@archerlaw.com dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant Ashleigh Baldwin spackman@archerlaw.com dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant XO EW LLC spackman@archerlaw.com, dleney@archerlaw.com

STEPHEN M. PACKMAN
 on behalf of Defendant AgTech PA LLC spackman@archerlaw.com dleney@archerlaw.com

STEVEN M. COREN
 on behalf of Defendant Finland Leasing Co. Inc. scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant XO Energy Worldwide LLLP scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Ashleigh Baldwin scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Kelly Festa scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Michael Boyer scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Canvas 340 LLC scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Ryan Uszenski scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant R.F. Culbertson scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Casey Parzych scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Gary Parzych scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant EtOH Worldwide LLC scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Shawn Sheehan scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant AgTech VI LLC scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant XO EW LLC scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Can Man LLC scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Polebridge LLC scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Finland Leasing Co Inc scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Eugene T. Parzych Inc. scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Angus Rittenburg scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Eugene T. Parzych Inc scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant AgTech PA LLC scoren@kcr-law.com ccapra@kcr-law.com

STEVEN M. COREN
 on behalf of Defendant Best Bev LLC scoren@kcr-law.com ccapra@kcr-law.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Sep 27, 2023 | Form ID: pdf900 | Total Noticed: 4 |

STEVEN M. COREN
                            on behalf of Defendant Good Design  Inc. scoren@kcr-law.com, ccapra@kcr-law.com

TOTAL: 112

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>Case No. 21-11750-MDC |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | Adv. No. 23-00047-MDC |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO MOVING DEFENDANTS' MOTION TO DISMISS**

   **WHEREAS** Bonnie B. Finkel, in her capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") commenced the above captioned adversary proceeding by filing a Complaint on June 15, 2023 (Adv. D.I. 1);

   **WHEREAS** Defendants AgTech PA LLC, AgTech VI, LLC, Ashleigh Baldwin, Best Bev LLC, Michael Boyer, Canvas 340, LLC, R.F. Culbertson, EtOH Worldwide LLC, Kelly Festa,

Good Design, Inc., Casey Parzych, Polebridge, LLC, Angus Rittenburg, Shawn Sheehan, XO EW, LLC, and XO Energy Worldwide, LLLP (collectively, the "Moving Defendants") filed a Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss," Adv. D.I. 17) on September 15, 2023;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that: 1) Plaintiff will have until October 27, 2023 to file papers in opposition to the Motion to Dismiss; and 2) the Moving Defendants will have until November 10, 2023 to file a reply in further support of the Motion to Dismiss.

Dated: September 21, 2023

| **ARCHER & GREINER, P.C.** | **COREN & RESS, P.C.** |
|---|---|
| /s/ *Stephen M. Packman* | /s/ *Andrew J. Belli* |
| Stephen M. Packman | STEVEN M. COREN |
| Douglas G. Leney | ANDREW J. BELLI |
| Mariam Khoudari | Two Commerce Square, Suite 3900 |
| Three Logan Square | 2001 Market Street |
| 1717 Arch Street, Suite 3500 | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | Tel: (215) 735-8700 |
| Phone: (215) 963-3300 | Fax: (215) 735-5170 |
| Fax: (215) 963-9999 | scoren@kcr-law.com |
| spackman@archerlaw.com | abelli@kcr-law.com |
| dleney@archerlaw.com | |
| mkhoudari@archerlaw.com | C*ounsel for Plaintiff* |
| | *Bonnie Finkel, Chapter 7 Trustee* |
| *Counsel for Defendants AgTech PA LLC, AgTech VI, LLC, Ashleigh Baldwin, Best Bev LLC, Michael Boyer, Canvas 340, LLC, R.F. Culbertson, EtOH Worldwide LLC, Kelly Festa, Good Design, Inc., Casey Parzych, Polebridge, LLC, Angus Rittenburg, Shawn Sheehan, XO EW, LLC, and XO Energy Worldwide, LLLP* | |

**KURTZMAN | STEADY, LLC**

*/s/ Jeffrey Kurtzman*
Jeffrey Kurtzman, Esquire
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

*Counsel for Defendants Gary Parzych, Ryan Uszenski, Can Man LLC, Finland Leasing Co., Inc. and Eugene T. Parzych, Inc.*

Date 09/27/2023

APPROVED BY THE COURT:

_____
Chief Judge Magdeline D. Coleman

227775043 v1