# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>Case No. 21-11750-MDC |
| **BONNIE B. FINKEL**, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | Adv. No. 23-00047-MDC |

## ENTRY OF APPEARANCE

Please enter the appearances of Janice D. Felix, Esquire, and Coren & Ress, P.C., as counsel for Plaintiff in connection with the above-captioned adversary proceeding.

Dated:  October 13, 2023

                                                /s/
Janice D. Felix, Esquire
**COREN & RESS, P.C.**
2001 Market Street, Ste 3900
Philadelphia PA 19103
(215) 735- 8700; FAX: (215) 735-5170
JFelix@kcr-law.com
*Counsel for Plaintiff*
*Bonnie Finkel, Chapter 7 Trustee*

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 13, 2023, she caused a true and correct copy of the foregoing Entry of Appearance to counsel for all parties in the proceeding action via ECF Filing and First Class Mail:

> STEPHEN M. PACKMAN, ESQUIRE
> MARIAM KHOUDARI, ESQUIRE
> Archer and Greiner
> Three Logan Square
> 1717 Arch Street
> Suite 3500
> Philadelphia, PA 19103
>
> JEFFREY KURTZMAN, ESQUIRE
> Kurtzman Steady LLC
> 555 City Avenue
> Ste 480
> Bala Cynwyd, PA 19004

Dated: October 13, 2023
/s/ Janice D. Felix, Esquire
JANICE D. FELIX
**COREN & RESS, P.C.**
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
JFelix@kcr-law.com

*Counsel for Plaintiff*
*Bonnie Finkel, Chapter 7 Trustee*