# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>**Case No. 21-11750-MDC** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH, et al.,**<br><br>Defendants. | Adv. No. 23-00047-MDC<br><br>Re: Adv. Docket No. 17 |

## ORDER

AND NOW, this ____ day of _____, 2023, upon consideration of the Moving Defendants' Motion to Dismiss Adversary Complaint [A.D.I. No. 17], and the Trustee's opposition thereto, it is hereby ORDERED that the Motion is DENIED.

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE