IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-MDC |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | Adv. No. 23-00047-MDC |

**STIPULATION EXTENDING TIME FOR MOVING DEFENDANTS TO REPLY
TO PLAINTIFF'S OPPOSITION TO MOVING DEFENDANTS' MOTION TO DISMISS**

**WHEREAS** Bonnie B. Finkel, in her capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff"), commenced the above captioned adversary proceeding by filing a "Complaint" on June 15, 2023 (Adv. D.I. 1);

**WHEREAS** Defendants, AgTech PA LLC, AgTech VI, LLC, Ashleigh Baldwin, Best Bev LLC, Michael Boyer, Canvas 340, LLC, R.F. Culbertson, EtOH Worldwide LLC, Kelly Festa,

Good Design, Inc., Casey Parzych, Polebridge, LLC, Angus Rittenburg, Shawn Sheehan, XO EW, LLC, and XO Energy Worldwide, LLLP (collectively, the "Moving Defendants"), filed a Motion to Dismiss the Complaint (the "Motion to Dismiss," Adv. D.I. 17) on September 15, 2023;

**WHEREAS** Plaintiff filed a response in opposition to the Motion to Dismiss (the "Response to Motion to Dismiss," Adv. D.I. 31) on October 27, 2023;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that: 1) Moving Defendants will have until November 30, 2023 to file a reply to the Response to Motion to Dismiss; and 2) Moving Defendants will request that the Court schedule a hearing on the Motion to Dismiss on a date after December 14, 2023, by consent of the parties.

Dated: November 2, 2023

| **ARCHER & GREINER, P.C.** | **COREN & RESS, P.C.** |
|---|---|
| /s/ *Stephen M. Packman* | /s/ *Steven M. Coren* |
| Stephen M. Packman | STEVEN M. COREN |
| Douglas G. Leney | ANDREW J. BELLI |
| Mariam Khoudari | Two Commerce Square, Suite 3900 |
| Three Logan Square | 2001 Market Street |
| 1717 Arch Street, Suite 3500 | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | Tel: (215) 735-8700 |
| Phone: (215) 963-3300 | Fax: (215) 735-5170 |
| Fax: (215) 963-9999 | scoren@kcr-law.com |
| spackman@archerlaw.com | abelli@kcr-law.com |
| dleney@archerlaw.com | |
| mkhoudari@archerlaw.com | *Counsel for Plaintiff* |
| | *Bonnie Finkel, Chapter 7 Trustee* |
| *Counsel for Defendants AgTech PA LLC, AgTech VI, LLC, Ashleigh Baldwin, Best Bev LLC, Michael Boyer, Canvas 340, LLC, R.F. Culbertson, EtOH Worldwide LLC, Kelly Festa, Good Design, Inc., Casey Parzych, Polebridge, LLC, Angus Rittenburg, Shawn Sheehan, XO EW, LLC, and XO Energy Worldwide, LLLP* | |

2

**KURTZMAN | STEADY, LLC**

<u>/s/ Jeffrey Kurtzman</u>
Jeffrey Kurtzman, Esquire
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

*Counsel for Defendants Gary Parzych, Ryan Uszenski, Can Man LLC, Finland Leasing Co., Inc. and Eugene T. Parzych, Inc.*

APPROVED BY THE COURT:

_____
Chief Judge Magdeline D. Coleman