# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** <br><br> **MIDNIGHT MADNESS DISTILLING LLC,** <br><br> Debtor. | **CHAPTER 7** <br> **Case No. 21-11750-MDC** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,** <br><br> Defendants. | **Adv. No. 23-00047-MDC** <br><br><br> **JURY TRIAL DEMANDED** |

**REPLY IN FURTHER SUPPORT OF MOVING DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Moving Defendants,[1] by and through their undersigned attorneys, hereby submit this reply in further support of its motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, made

---

[1] The Moving Defendants are Casey Parzych; Angus Rittenburg; Kelly A. Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; EtOH Worldwide, LLC; Canvas 340, LLC; and Shawn Sheehan. Pursuant to Local Rules 7005-1 and 9014-3(b), the Moving Defendants do not consent to the entry of a final order or judgment by the court if it is determined that the court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, to dismiss the Complaint [Adv. D.I. 1] filed against them in the above-captioned adversary proceeding by plaintiff, Bonnie B. Finkel, the Chapter 7 Trustee for the debtor, Midnight Madness Distilling LLC f/k/a Theobald and Oppenheimer, LLC d/b/a Faber Distilling.

| | |
|---|---|
| Date: December 11, 2023 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Stephen M. Packman*<br>Stephen M. Packman<br>Douglas G. Leney<br>Mariam Khoudari<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>Phone: (215) 963-3300<br>Fax: (215) 963-9999<br>spackman@archerlaw.com<br>dleney@archerlaw.com<br>mkhoudari@archerlaw.com |