IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Subchapter V |
| | ) | |
| PHILADELPHIA ORTHODONTICS, P.C. and JOSHUA DAVIS, | ) ) | Bankruptcy No. 24-11728-PMM |
| | ) | |
| *Debtors*. | ) | |
| PHILADELPHIA ORTHODONTICS, P.C. and JOSHUA DAVIS, | ) ) | Docket No. |
| | ) | |
| *Movants*, | ) | Related to Doc. Nos. 6 & 15 |
| | ) | |
| v. | ) ) | Hearing Date and Time: May 23, 2024 at 1:00 p.m. |
| NO RESPONDENT. | ) | |
| | ) ) | Response Deadline: May 22, 2023 at 5:00 p.m. |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 22, 2024, pursuant to the *Order* [Dkt. No. 15], the US Trustee and the Court's current Mailing Matrix, including any and all parties in interest who have requested notice pursuant to Bankruptcy Rule 2002, were served with the following by way of CM/ECF and were also served by electronic mail in the manner on the attached service list, as shown:

1. Emergency Motion of the Debtor for an Order (A) Authorizing the Payment of Employee Obligations; (B) Authorizing the Maintenance of Employee Benefits in the Ordinary Course; and (C) Authorizing Banks to Honor Prepetition Checks for Payment of Employee Obligations [Dkt. No. 6];

2. Order of Court [Dkt. No. 15]; and

3. Notice of Motion, Response Deadline and Hearing Date.

CAMPBELL & LEVINE, LLC

Dated: May 23, 2024

By: /s/ *Paul J. Cordaro*
Paul J. Cordaro, Esq.
PA I.D. No. 85828
pcordaro@camlev.com
Kathryn L. Harrison, Esq.

{C1051698.1 }

PA I.D. No. 209601
kharrison@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel:  412-261-0310
Fax:  412-261-5066
*Proposed Counsel to the Debtors*

**PHILADELPHIA ORTHODONTICS P.C. – SERVICE LIST**

**CASE NO. 24-11728-PMM**

**<u>Via Electronic Mail</u>**:

Corporation Service Company
Email: uccsprep@cscglobal.com

Wolters Kluwers
Email: uccfilingreturn@woltkerskluwers.com

{C1051698.1 }