## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 22, 2024, he caused a true and correct copy of the foregoing Amendeed Complaint to be served on the parties in the above-captioned adversary proceeding via the Court's CM/ECF system.

Dated: August 22, 2024       /s/ Andrew J. Belli
                                          ANDREW J. BELLI
                                          **COREN & RESS, P.C.**
                                          Two Commerce Square, Suite 3900
                                          2001 Market Street
                                          Philadelphia, PA 19103
                                          Tel: (215) 735-8700
                                          Fax: (215) 735-5170
                                          abelli@kcr-law.com

                                          *Counsel for Plaintiff*
                                          *Bonnie Finkel, Chapter 7 Trustee*