# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br>  Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL,** in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>                    Plaintiff,<br>        v.<br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br>                    Defendants. | Adv. No. 23-00047-PMM |

## STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO AMENDED COMPLAINT

**WHEREAS** Bonnie B. Finkel, in her capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") commenced the above captioned adversary proceeding by filing a Complaint on June 15, 2023 [Adv. D.I. 1];

**WHEREAS** on August 22, 2024, Plaintiff filed an Amended Complaint [Adv. D.I. 44];

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Defendants AgTech PA LLC, AgTech VI, LLC, Ashleigh Baldwin, Best Bev LLC, Michael Boyer, Canvas 340, LLC, R.F. Culbertson, EtOH Worldwide LLC, Kelly Festa, Good Design,

229302140 v1

Inc., Casey Parzych, Polebridge, LLC, Angus Rittenburg, Shawn Sheehan, XO EW, LLC, and XO Energy Worldwide, LLLP (collectively, the "Defendants"), through their undersigned counsel, that: 1) Defendants will have until September 30, 2024 to file responsive papers to the Amended Complaint.

Plaintiff does not waive and reserves all rights to argue that any motions to dismiss the Amended Complaint are untimely or otherwise improperly filed to the extent that Defendants had the opportunity to file a motion to dismiss the original Complaint on the same grounds and chose not to do so, or did so unsuccessfully.

Dated: August 30, 2024

| ARCHER & GREINER, P.C. | COREN & RESS, P.C. |
|---|---|
| /s/ Stephen M. Packman | /s/ Andrew J. Belli |
| Stephen M. Packman | STEVEN M. COREN |
| Douglas G. Leney | ANDREW J. BELLI |
| Mariam Khoudari | Two Commerce Square, Suite 3900 |
| Three Logan Square | 2001 Market Street |
| 1717 Arch Street, Suite 3500 | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | Tel: (215) 735-8700 |
| Phone: (215) 963-3300 | Fax: (215) 735-5170 |
| Fax: (215) 963-9999 | scoren@kcr-law.com |
| spackman@archerlaw.com | abelli@kcr-law.com |
| dleney@archerlaw.com | |
| mkhoudari@archerlaw.com | *Counsel for Plaintiff* |
| | *Bonnie Finkel, Chapter 7 Trustee* |
| *Counsel for Defendants AgTech PA LLC, AgTech VI, LLC, Ashleigh Baldwin, Best Bev LLC, Michael Boyer, Canvas 340, LLC, R.F. Culbertson, EtOH Worldwide LLC, Kelly Festa, Good Design, Inc., Casey Parzych, Polebridge, LLC, Angus Rittenburg, Shawn Sheehan, XO EW, LLC, and XO Energy Worldwide, LLLP* | |

2

229302140 v1

**KURTZMAN | STEADY, LLC**

*/s/ Jeffrey Kurtzman*
Jeffrey Kurtzman, Esquire
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

*Counsel for Defendants Gary Parzych, Ryan Uszenski, Can Man LLC, Finland Leasing Co., Inc. and Eugene T. Parzych, Inc.*

**Date: September 3, 2024**

APPROVED BY THE COURT:

*Patricia M. Mayer* (signature)

Judge Patricia M. Mayer

229302140 v1