IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Subchapter V |
| | ) | |
| PHILADELPHIA ORTHODONTICS, P.C., | ) | Case No. 24-11728PMM |
| | ) | |
| *Debtor.* | ) | |
| PHILADELPHIA ORTHODONTICS, P.C., | ) | |
| | ) | |
| *Movant*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**INTERIM ORDER AUTHORIZING DEBTOR TO PAY COMPENSATION TO JOSHUA DAVIS FOR SERVICES RENDERED TO PHILADELPHIA ORTHODONTICS, P.C.**

AND NOW, this __23rd_ day of May, 2024, upon consideration of the *Emergency Motion of the Debtor for an Order Authorizing the Payment of Compensation for Services Rendered by Joshua Davis, an Officer and Director of the Debtor*, (the "Motion"),

it is hereby ORDERED that said Motion is GRANTED on an INTERIM basis; and

it is further ORDERED that the Debtor is authorized to pay compensation in the form of the yearly salary to its sole director and shareholder, Joshua Davis, at a rate of Three Hundred Ninety Thousand Dollars ($390,000) per year, without prejudice to the Debtor's right to amend such salary upon further Order of this Court; and

it is further ORDERED that on or before June 14, 2024, the Debtor shall supplement the Motion with additional disclosures concerning the prepetition compensation of Dr. Davis as more fully described in L.B.R. 4002-1(b); and

it is further ORDERED that a final hearing on the Motion (the "Final Hearing") is set for **July 10, 2024 at 9:30 a.m. in Courtroom No. 1, Robert N.C. Nix Federal Courthouse, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.**

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPRTCY JUDGE