# IN THE UNITED STATES BANKRUPTCY COURT FOR
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING<br><br>　　　Debtor.<br>_____/ | Case No.: 21-11750-MDC<br><br>Chapter 7 Case |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling,<br>　　　Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG, KELLY FESTA, ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZESNKI; POLEBRIDGE LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.<br><br>　　　Defendants.<br>_____/ | Adv. Pro. No.: 23-00047-MDC<br><br>JURY TRIAL DEMANDED |

## MOVING DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

　　Moving Defendants,[1] by and through their undersigned attorneys, hereby move this

Honorable Court, pursuant to Rule 12 of the Federal Rules of Civil Procedure, made applicable to

---

[1] The Moving Defendants are Casey Parzych; Angus Rittenburg; Kelly A. Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; EtOH Worldwide, LLC; Canvas 340, LLC; and Shawn Sheehan. Pursuant to Local Rules 7005-1 and 9014-3(b), the Moving Defendants do not consent to the entry of a final order or judgment by the court if it is determined that the court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

- 1 -

this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, to dismiss the Amended Complaint [Adv. D.I. 1] filed against them in the above-captioned adversary proceeding by plaintiff, Bonnie B. Finkel, the Chapter 7 Trustee for the debtor, Midnight Madness Distilling LLC f/k/a Theobald and Oppenheimer, LLC d/b/a Faber Distilling.

Dated: September 30, 2024  Respectfully,

/s/ *Steven L. Caponi*
Steven L. Caponi
**K&L GATES LLP**
600 N. King Street, Suite 901
Wilmington, DE  19801
Phone:  (302) 416-7000
Fax:  (302) 416-7020
Steven.Caponi@klgates.com

Carly S. Everhardt (*pro hac* pending)
**K&L GATES LLP**
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, FL  33131
Phone:  (305) 539-3300
Fax:  (305) 358-7095
Carly.Everhardt@klgates.com

Falco A. Muscante II
**K&L GATES LLP**
K&L Gates Center
210 Sixth Ave.
Pittsburgh, PA  15222
Phone:  (412) 355-6500
Fax:  (412) 471-8868
Falco.MusacnteII@klgates.com

***Attorneys for Casey Parzych; Shawn Sheehan; Angus Rittenburg; Ashleigh Baldwin; R.F. Culbertson; Michael Boyer; Kelly Festa, Ryan Uszesnki; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; Can Man LLC; EtOH Worldwide, LLC; and Canvas 340 LLC***