## IN THE UNITED STATES BANKRUPTCY COURT FOR
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING<br><br>　　　Debtor.<br>_____/ | Case No.: 21-11750-MDC<br><br>Chapter 7 Case |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling,<br>　　　Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG, KELLY FESTA, ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZESNKI; POLEBRIDGE LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.<br><br>　　　Defendants.<br>_____/ | Adv. Pro. No.: 23-00047-MDC<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING MOVING DEFENDANTS' MOTION TO DISMISS CLAIMS ONE THROUGH FIVE, EIGHT, AND TEN THROUGH TWELVE**

Upon the motion (the "Motion")[1] filed on September 30, 2024 of Moving Defendants[2] pursuant to Rule 12 of the Federal Rules of Civil Procedure, made applicable to this adversary

---

[1] Any capitalized term not defined herein shall have the meaning ascribed to it in the Motion.

[2] The Moving Defendants are Casey Parzych; Angus Rittenburg; Kelly A. Festa; Ashleigh Baldwin; Michael Boyer; R.F. Culbertson; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; EtOH Worldwide, LLC; Canvas 340, LLC; and Shawn Sheehan. Pursuant to Local Rules 7005-1 and 9014-3(b), the Moving Defendants do not consent to the entry of a final order or judgment by the court if it is determined that the court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

- 1 -

proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, to dismiss the Amended Adversary Complaint filed against them by plaintiff, Bonnie B. Finkel, Chapter 7 Trustee for the debtor, Midnight Madness Distilling LLC f/k/a Theobald and Oppenheimer, LLC d/b/a Faber Distilling; and the Court having reviewed the Motion and all related filings; and it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; and after due deliberation thereon; and good cause appearing therefore, it is hereby

**ORDERED,** that the Motion is granted as set forth herein; and it is further

**ORDERED,** that Claims One through Five, Eight, and Ten through Twelve of the above captioned adversary proceeding are dismissed with prejudice.

HON. PATRICIA MAYER
UNITED STATES BANKRUPTCY JUDGE