# IN THE UNITED STATES BANKRUPTCY COURT FOR
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING<br><br>    Debtor.<br>_____/ | Case No.: 21-11750-MDC<br><br>Chapter 7 Case |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling,<br>    Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG, KELLY FESTA, ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZESNKI; POLEBRIDGE LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.<br><br>    Defendants.<br>_____/ | Adv. Pro. No.: 23-00047-MDC<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 30, 2023, he caused a true and correct copy of the foregoing Motion to Dismiss the Amended Adversary Complaint, together with the Memorandum of Law in Support of the Motion, the Proposed Order, and the Notice of Motion upon counsel for the Trustee via CM/ECF.

Dated: September 30, 2024

Respectfully,

/s/ *Steven L. Caponi*
Steven L. Caponi
**K&L GATES LLP**
600 N. King Street, Suite 901
Wilmington, DE  19801
Phone:  (302) 416-7000
Fax:  (302) 416-7020
Steven.Caponi@klgates.com

Carly S. Everhardt (*pro hac* pending)
**K&L GATES LLP**
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, FL  33131
Phone:  (305) 539-3300
Fax:  (305) 358-7095
Carly.Everhardt@klgates.com

Falco A. Muscante II
**K&L GATES LLP**
K&L Gates Center
210 Sixth Ave.
Pittsburgh, PA  15222
Phone:  (412) 355-6500
Fax:  (412) 471-8868
Falco.MusacnteII@klgates.com

***Attorneys for Casey Parzych; Shawn Sheehan; Angus Rittenburg; Ashleigh Baldwin; R.F. Culbertson; Michael Boyer; Kelly Festa, Ryan Uszesnki; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; Can Man LLC; EtOH Worldwide, LLC; and Canvas 340 LLC***