**IN THE UNITED STATES BANKRUPTCY COURT FOR
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

MIDNIGHT MADNESS DISTILLING

    Debtor.

_____/

BONNIE B. FINKEL, in her capacity as Chapter
7 Trustee for Midnight Madness Distilling,

    Plaintiff,

v.

CASEY PARZYCH; SHAWN SHEEHAN;
ANGUS RITTENBURG, KELLY FESTA,
ASHLEIGH BALDWIN; MICHAEL BOYER;
R.F. CULBERTSON; GARY PARZYCH; RYAN
USZESNKI; POLEBRIDGE LLC; GOOD
DESIGN, INC.; AGTECH PA LLC; AGTECH VI,
LLC; XO ENERGY WORLDWIDE LLLP; XO
EW, LLC; CAN MAN LLC; BEST BEV, LLC;
ETOH WORLDWIDE, LLC; CANVAS 340, LLC;
FINLAND LEASING CO., INC.; and EUGENE T.
PARZYCH, INC.

    Defendants.

_____/

Case No.: 21-11750-PMM

Chapter 7 case

Adv. Pro. No.: 23-00047-PMM

**<u>VERIFIED STATEMENT OF CARLY S. EVERHARDT, ESQ.</u>**

Carly S. Everhardt, Esq., hereby verifies that:

1.      I am an associate with the law firm of K&L Gates LLP, Southeast Financial Center,

Suite 3900, 200 South Biscayne Boulevard, Miami, Florida 33131.

2.      I am admitted to practice in, and remain in good standing with the bars of the States

of Florida and New York, the United States Bankruptcy Courts for the Middle and Southern

Districts of Florida, United States Bankruptcy Court for the Southern District of New York,  United

States District Court for the Eastern and Southern Districts of New York, United States District

Courts for the Middle and Southern Districts of Florida, and United States District Court for the

Southern District of Indiana.

      3.     I am not currently suspended or disbarred or subject to any disciplinary action in

any jurisdiction.

      4.     I understand that I will be subject to the rules of procedure, practice and discipline

applicable in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

      This Verification is given subject to the penalties of 18 PA CSA 4904, relating to unsworn

falsification to authorities.

Dated: October 1, 2024                        */s/ Carly S. Everhardt*
                                                 Carly S. Everhardt, Esq.

2