**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re Midnight Madness Distilling LLC,**

| | | |
|---|---|---|
| **Debtor .** | : | Chapter 7 |
| | : | |
| | : | |
| | | 21-11750 (PMM) |
| ------------------------------------ | | |
| **BONNIE B. FINKEL,** | : | |
| in her capacity as Chapter 7 Trustee | | |
| for Midnight Madness Distilling LLC, | | |
| | | |
| **Plaintiff,** | | |
| v. | | |
| CASEY PARZYCH; SHAWN SHEEHAN; | : | 23-0047 (PMM) |
| AN   GUS RITTENBURG; | | |
| KELLY FESTA; ASHLEIGH BALDWIN; | | |
| MICHAEL BOYER; R.F. CULBERTSON; | | |
| GARY PARZYCH; RYAN USZENSKI; | | |
| POLEBRIDGE, LLC; GOOD DESIGN, INC.; | | |
| AGTECH PA LLC; AGTECH VI, LLC; | | |
| XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; | | |
| CAN MAN LLC; BEST BEV, LLC; | | |
| ETOH WORLDWIDE, LLC; CANVAS 340, LLC; | | |
| FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC., | | |
| **Defendants.** | | |

**BRIEFING SCHEDULE REGARDING MOTION TO DISMISS**

**AND NOW**, upon consideration of the Defendants' Motion to Dismiss the Amended Complaint (doc. #50 the "Motion");

It is hereby **ORDERED** that:

1) The Plaintiff must file a response to the Motion on or before **October 29 2024**; and

2) The Defendants may file a reply to the Plaintiffs' response, if they choose, on or before **November 12, 2024**.

Dated: 10/2/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge