**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    Case No.: 21-11750-PMM

MIDNIGHT MADNESS DISTILLING                               Chapter 7 case

     Debtor.

_____/


BONNIE B. FINKEL, in her capacity as Chapter
7 Trustee for Midnight Madness Distilling,

     Plaintiff,
                                                          Adv. Pro. No.: 23-00047-PMM
v.

CASEY PARZYCH; SHAWN SHEEHAN;
ANGUS RITTENBURG, KELLY FESTA,
ASHLEIGH BALDWIN; MICHAEL BOYER;
R.F. CULBERTSON; GARY PARZYCH; RYAN
USZESNKI; POLEBRIDGE LLC; GOOD
DESIGN, INC.; AGTECH PA LLC; AGTECH VI,
LLC; XO ENERGY WORLDWIDE LLLP; XO
EW, LLC; CAN MAN LLC; BEST BEV, LLC;
ETOH WORLDWIDE, LLC; CANVAS 340, LLC;
FINLAND LEASING CO., INC.; and EUGENE T.
PARZYCH, INC.

     Defendants.

_____/


## ORDER FOR ADMISSION *PRO HAC VICE*

     **AND NOW**, it is hereby ORDERED that the motion to admit Carly S. Everhardt, Esq., to

practice in this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b)(3) is GRANTED.


                                By the Court:

**Date: October 2, 2024**

                                _____
                                Judge Patricia M. Mayer