**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

MIDNIGHT MADNESS DISTILLING

    Debtor.

Case No.: 21-11750-PMM

Chapter 7 case

_____/

BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling,

    Plaintiff,

v.

CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG, KELLY FESTA, ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZESNKI; POLEBRIDGE LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.

    Defendants.

Adv. Pro. No.: 23-00047-PMM

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF**
**PAPERS PURSUANT TO §1109(b) OF THE BANKRUPTCY CODE AND**
<u>**BANKRUPTCY RULES 9010 AND 2002**</u>

NOTICE IS HEREBY GIVEN, pursuant to §1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure that Falco A. Muscante II, Esq. of K&L Gates LLP hereby appears on behalf of Defendants AgTech PA LLC; AgTech VI, LLC; Ashleigh Baldwin; Best Bev, LLC; Michael Boyer; Canvas 340 LLC; R.F. Culbertson; EtOH Worldwide, LLC; Kelly Festa; Good Design, Inc.; Casey Parzych; Polebridge, LLC; Angus Rittenburg; Shawn Sheehan; XO EW, LLC; and XO Energy Worldwide,

LLLP ("Defendants") in the above-captioned bankruptcy case.

NOTICE IS FURTHER GIVEN that Mr. Muscante requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees of their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon the following:

> Falco A. Muscante II, Esq. (No. 333759)
> K&L Gates LLP
> K&L Gates Center
> 210 Sixth Avenue
> Pittsburgh, PA 15222-2613
> Phone: (412) 355-6500
> Fax: (412) 355-6501
> falco.muscanteII@klgates.com

NOTICE IF FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtor or property of such debtor.

Dated: October 4, 2024

**K&L GATES LLP**

*/s/ Falco A. Muscante II*
Falco A. Muscante II (No. 333759)
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Phone: (412) 355-6500
Fax: (412) 355-6501
falco.muscanteII@klgates.com

Steven L. Caponi (No. 91881)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com

*Entering Counsel for Defendants AgTech PA LLC, AgTech VI, LLC, Ashleigh Baldwin, Best Bev LLC, Michael Boyer, Canvas 340, LLC, R.F. Culbertson, EtOH Worldwide LLC, Kelly Festa, Good Design, Inc., Casey Parzych, Polebridge, LLC, Angus Rittenburg, Shawn Sheehan, XO EW, LLC, and XO Energy Worldwide, LLLP*