# EXHIBIT B

Case #2021-01816

| | |
|---|---|
| **Case Number** | 2021-01816 |
| **Matter Code** | |
| **Commencement Date** | 4/2/2021 10:28:40 AM |
| **Last Filing Date** | 10/24/2024 |
| **Days Open** | 1301 |
| **Case Type** | COMPLAINT |
| **PFA Number** | |
| **Caption Plaintiff** | LORUBBIO, ANTHONY |
| **Caption Defendant** | PARZYCH, CASEY |
| **Lis Pendens Indicator** | No |
| **Status** | 1 |
| **Judge** | WALLACE H. BATEMAN, JR. |
| **Judge Code** | 34 |
| **Parcel Number** | |
| **Remarks** | COMPLAINT CONTRACT OTHER BREACH OF FIDUCIARY DUTY MONEY DAMAGES WITH NOTICE TO DEFEND |
| **Sealed** | No |
| **Consolidated** | No |

## Plaintiffs

| Name | Address | Counsel | Notify | Sequence | ProSe | Status |
|---|---|---|---|---|---|---|
| LORUBBIO, ANTHONY | 3014 FRANKLIN BOULEVARD<br>UPPER UNIT<br>CLEVELAND, OH 44113 UNITED STATES | SHELTON, MICHAEL R | Yes | 1 | | |

## Defendants

| Name | Address | Counsel | Notify | Sequence | ProSe | Status |
|---|---|---|---|---|---|---|
| PARZYCH, CASEY | 118 N MAIN STREET<br>TRUMBAUERSVILLE, PA 18970 UNITED STATES | ROGERS, LANCE SCOTT<br>Heffern, Joseph Raymond Rogers<br>NEWMAN, BRIAN | Yes | 1 | | |
| BALDWIN, ASHLEIGH | 118 N MAIN STREET<br>TRUMBAUERSVILLE, PA 18970 UNITED STATES | ROGERS, LANCE SCOTT<br>Heffern, Joseph Raymond Rogers<br>NEWMAN, BRIAN | Yes | 2 | | |
| POLEBRIDGE LLC | 118 N MAIN STREET<br>TRUMBAUERSVILLE, PA 18970 UNITED STATES | ROGERS, LANCE SCOTT<br>Heffern, Joseph Raymond Rogers<br>NEWMAN, BRIAN | Yes | 3 | | |
| RITTENBURG, ANGUS | 118 N MAIN STREET<br>TRUMBAUERSVILLE, PA 18970 UNITED STATES | ROGERS, LANCE SCOTT<br>Heffern, Joseph Raymond Rogers<br>NEWMAN, BRIAN | Yes | 4 | | |

## Docket Entries

| Seq. | Filing Date | | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|
| 0 | 4/2/2021 10:28:40 AM | E | COMPLAINT CONTRACT OTHER BREACH OF FIDUCIARY DUTY MONEY DAMAGES WITH NOTICE TO DEFEND | No | 12813379 |
| 1 | 4/9/2021 8:27:49 AM | | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION # 2021 1 04471 AMOUNT PAID $94.00 | No | 12818294 |
| 2 | 4/13/2021 3:50:55 PM | | SHERIFF'S RETURN, UNDER OATH, FILED. DEPUTY CHRISTOPHER LANG ON 4/13/2021 AT 9:59 AM, SERVED DEFENDANT(S) PURSUANT TO PA.R.C.P. #402(A), SERVED ADULT IN CHARGE OF RESIDENCE (A)(2)(I) STEPHANIE GEHMAN 6-1-68. SERVED STEPHANIE GEHMAN 6-1-68. 118 N MAIN STREET, TRUMBAUERSVILLE, PA 18970, | No | 12822465 |
| 3 | 5/11/2021 4:08:15 PM | E | ENTRY OF APPEARANCE OF JOSEPH HEFFERN ESQ AND LANCE ROGERS ESQ., ENTERED FOR DEFT. WITH SERVICE ON 05/11/2021. | No | 12842953 |
| 4 | 5/24/2021 2:27:03 PM | E | PRELIMINARY OBJECTIONS BY DEFT TO COMPLAINT. WITH SERVICE ON 05/24/2021. | No | 12851439 |
| 5 | 5/24/2021 2:27:03 PM | E | MEMORANDUM OF LAW/BRIEF | No | 12851448 |
| 6 | 7/26/2021 5:48:59 PM | E | AMENDED COMPLAINT BY PLTF WITH NOTICE TO DEFEND. WITH SERVICE ON 07/26/2021. | No | 12897293 |
| 7 | 9/1/2021 3:33:18 PM | E | PRELIMINARY OBJECTIONS BY DEFTS TO PLTFA AMENDED COMPLAINT. WITH SERVICE ON 09/01/2021. | No | 12923936 |
| 8 | 9/1/2021 3:46:22 PM | E | MEMORANDUM OF LAW/BRIEF | No | 12923966 |
| 9 | 9/21/2021 10:46:07 AM | E | PRELIMINARY OBJECTIONS BY PLTF TO DEFTS PRELIMINARY OBJECTIONS. WITH SERVICE ON 09/21/2021. | No | 12936106 |
| 10 | 9/30/2021 1:36:09 PM | E | MEMORANDUM OF LAW/BRIEF IN SUPPORT OF PRELIMINARY OBJECTIONS TO DEFTS PRELIMINARY OBJECTIONS BY PLTF | No | 12943482 |
| 11 | 9/30/2021 1:36:09 PM | E | PRAECIPE UNDER B.C.R.C.P. 208.3(B).BY PLTF WITH SERVICE ON 09/30/2021. WITH SERVICE ON 09/30/2021. | No | 12943514 |
| 12 | 10/8/2021 2:28:05 PM | E | REPLY/RESPONSE (OPPOSITION) BY DEFTS TO PLTFS PRELIMINARY OBJECTIONS. WITH SERVICE ON 10/08/2021. | No | 12949930 |
| 13 | 10/8/2021 2:28:05 PM | E | MEMORANDUM OF LAW/BRIEF | No | 12949971 |
| 14 | 10/13/2021 8:00:23 AM | | FILE SENT TO JUDGE BATEMAN PURSUANT TO RULE 208.3(B) PRAECIPE.FILED 9/30/21 | No | 12951908 |
| 15 | 10/21/2021 2:21:58 PM | | ORDER ENTERED BY WALLACE H. BATEMAN, JR., P.J. ON 10/20/21 THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 10/21/2021 PURSUANT TO PA. R. C. P. 236. | No | 12959050 |
| 16 | 11/9/2021 10:24:51 AM | E | REPLY/RESPONSE BY PLTF TO PRELIMINARY OBJECTIONS OF DEFTS TO PLTFS FIRST AMENDED COMPLAINT. WITH SERVICE ON 11/09/2021. | No | 12971926 |
| 17 | 11/10/2021 3:47:22 PM | E | PRAECIPE UNDER B.C.R.C.P. 208.3(B).BY DEFTS WITH SERVICE ON 11/10/2021. WITH SERVICE ON 11/10/2021. | No | 12973520 |
| 18 | 11/22/2021 9:18:41 AM | E | MEMORANDUM OF LAW/BRIEF BY PLTF IN SUPPORT OF RESPONSE TO PRELIMINARY OBJECTIONS WITH SERVICE ON 11/22/2021. WITH SERVICE ON 11/22/2021. | No | 12980627 |
| 19 | 11/23/2021 7:51:04 AM | | FILE SENT TO JUDGE BATEMAN PURSUANT TO RULE 208.3(B) PRAECIPE. FILED 11/10/21 (PRAECIPE WITH LOOSE PAPERS) | No | 12981681 |
| 20 | 3/1/2022 3:00:10 PM | | ORDER ENTERED BY WALLACE H. BATEMAN, JR., P.J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 03/01/2022 PURSUANT TO PA. R. C. P. 236. | No | 13051625 |
| 21 | 3/21/2022 1:30:35 PM | E | ANSWER AND NEW MATTER BY DEFS TO AMENDED COMPLAINT. WITH SERVICE ON 03/21/2022. | No | 13066320 |

| Seq. | Filing Date | | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|
| 22 | 3/30/2022 11:48:13 AM | E | REPLY/RESPONSE BY PLTF TO NEW MATTER. WITH SERVICE ON 03/30/2022. | No | 13074319 |
| 23 | 5/2/2022 11:07:03 AM | | CASE INTERVENTION ORDER ENTERED. THIS ORDER WAS DOCKETED AND SENT PURSUANT TO PA.R.C.P.236 | No | 13097611 |
| 24 | 11/29/2022 11:24:19 AM | E | ENTRY OF APPEARANCE OF SHAWN MCBREARTY ESQ., ENTERED FOR. PLTF WITH SERVICE ON 11/29/2022. WITH SERVICE ON 11/29/2022. | No | 13249303 |
| 25 | 11/29/2022 11:33:33 AM | E | ENTRY OF APPEARANCE OF CASEY GREEN ESQ., ENTERED FOR PLTF . WITH SERVICE ON 11/29/2022. | No | 13249317 |
| 26 | 11/29/2022 12:56:58 PM | E | ENTRY OF APPEARANCES OF CASEY GREEN, RACHEL DENNIS & SHAWN MCBREARTY, ESQS., ENTERED FOR THE PLAINTIFF. WITH SERVICE ON 11/29/2022. | No | 13249457 |
| 27 | 12/1/2022 2:00:05 AM | | COURT ADMIN CASE MANAGEMENT ORDER ENTERED. CERTIFIED READY DATE 2/2/2023 | No | 13251026 |
| 28 | 12/2/2022 1:53:53 PM | E | MOTION/PETITION FOR CONFERENCE BY PLTF. WITH SERVICE ON 12/02/2022. | No | 13252981 |
| 29 | 12/5/2022 3:22:14 PM | E | REPLY/RESPONSE BY DEFTS TO PLTFS MOTION FOR CASE MANAGEMENT CONFERENCE | No | 13254116 |
| 30 | 12/20/2022 2:55:13 PM | E | MOTION/PETITION FOR LEAVE TO AMEND PLTF'S FIRST AMENDED COMPLAINT BY PLAINTIFF. WITH SERVICE ON 12/20/2022. | No | 13265176 |
| 31 | 1/3/2023 11:03:49 AM | E | STATEMENT OF TRIAL/ARBITRATION STATUS CERTIFIED READY DATE 2/2/2023 10 DAYS JURY TRIAL | No | 13272205 |
| 32 | 1/9/2023 2:15:28 PM | | RULE RETURNABLE JANUARY 30, 2023 BY WALLACE H. BATEMAN JR., PJ. (1/5/23). THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 01/10/2023 PURSUANT TO PA. R. C. P. 236. | No | 13276796 |
| 33 | 1/9/2023 7:03:37 PM | E | PRAECIPE FOR WITHDRAWAL ANDREW BONEKEMPER ESQ AS ATTORNEY FOR PLAINTIFF | No | 13277147 |
| 34 | 1/9/2023 7:04:47 PM | E | PRAECIPE FOR WITHDRAWAL BRIAN BERKLEY ESQ AS ATTORNEY FOR PLAINTIFF | No | 13277148 |
| 35 | 1/10/2023 1:49:13 PM | | ORDER ENTERED FIXING CONFERENCE DATE JANUARY 9, 2023. CONFERENCE FIXED FOR FEBRUARY 3, 2023 AT 1:30 PM IN COURTROOM 350 BY ROBERT O. BALDI, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 01/10/2023 PURSUANT TO PA. R. C. P. 236. | No | 13277837 |
| 36 | 1/13/2023 10:10:07 AM | E | PRELIMINARY DATE CERTAIN CASE MANAGEMENT ORDER (AMENDED) | No | 13280618 |
| 37 | 1/30/2023 4:21:34 PM | E | MEMORANDUM OF LAW/BRIEF BY DEFTS IN OPPOSITION TO PLTFS MOTION FOR LEAVE TO AMEND PLTFS FIRST AMENDED COMPLAINT | No | 13292102 |
| 38 | 1/30/2023 4:33:38 PM | E | ANSWER IN OPPOSITION TO PLTF'S MOTION FOR LEAVE TO AMEND PLTF'S FIRST AMENDED COMPLAINT BY DEFTS. WITH SERVICE ON 01/30/2023. | No | 13292121 |
| 39 | 2/6/2023 10:00:09 AM | E | REPLY/RESPONSE BRIEF BY PLTF IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT. WITH SERVICE ON 02/06/2023. | No | 13296605 |
| 40 | 2/28/2023 3:00:09 PM | E | STIPULATION/ORDER. WITH SERVICE ON 02/28/2023. | No | 13313259 |
| 41 | 3/7/2023 1:47:13 PM | | ORDER APPROVING STIPULATION OF COUNSEL ENTERED MARCH 6, 2023 WALLACE H. BATEMAN, JR., PJ. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 03/08/2023 PURSUANT TO PA. R. C. P. 236. | No | 13318795 |
| 42 | 3/16/2023 10:18:05 AM | | CASE MANAGEMENT ORDER ENTERED. CERTIFIED READY DATE 8/15/2023 12:00:00 AM MARCH 15, 2023 BY ROBERT O, BALDI, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 03/16/2023 PURSUANT TO PA. R. C. P. 236. | No | 13327074 |
| 43 | 3/20/2023 2:59:48 PM | E | PRAECIPE UNDER B.C.R.C.P. 208.3(B). BY PLTF WITH SERVICE ON 03/20/2023. WITH SERVICE ON 03/20/2023. | No | 13329203 |
| 44 | 3/20/2023 2:59:48 PM | E | MEMORANDUM OF LAW/BRIEF IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLTF'S FIRST AMENDED COMPLAINT BY PLTF . WITH SERVICE ON 03/20/2023. | No | 13329207 |
| 45 | 3/31/2023 12:58:13 PM | E | MOTION/PETITION TO COMPEL DISCOVERY BY PLTF. WITH SERVICE ON 03/31/2023. | No | 13338686 |
| 46 | 4/6/2023 10:07:19 AM | E | MOTION/PETITION FOR EXTENSION OF CASE DEADLINES BY PLAINTIFF. WITH SERVICE ON 04/06/2023. | No | 13343308 |
| 47 | 4/13/2023 2:50:38 PM | E | MEMORANDUM OF LAW/BRIEF BY DEFTS IN OPPOSITION TO PLTF SMOTION TO COMPEL DISCOVERY. WITH SERVICE ON 04/13/2023. | No | 13348778 |
| 48 | 4/13/2023 3:33:41 PM | E | ANSWER BY DEFTS IN OPPOSITION TO PLTFS MOTION TO COMPEL DISCOVERY | No | 13348847 |
| 49 | 4/14/2023 8:33:12 AM | | LETTER CAME TO HAND. COURT ADMIN PROBLEM NOTICE RETURNED | No | 13349056 |
| 50 | 4/17/2023 11:35:10 AM | | CIVIL COURT SHEET 4/14/2023 JEFFREY G. TRAUGER, J. | No | 13350414 |
| 51 | 4/18/2023 8:31:21 AM | | FILE SENT TO JUDGE BATEMAN PURSUANT TO RULE 208.3(B) PRAECIPE. FILED 3/20/23 | No | 13351130 |
| 52 | 4/26/2023 2:27:32 PM | E | REPLY/RESPONSE. IN OPPOSITION TO PLTF'S MOTION FOR THE EXTENSION OF UPCOMING DEADLINES BY DEFTS | No | 13357895 |
| 53 | 4/26/2023 2:27:32 PM | E | MEMORANDUM OF LAW/BRIEF. WITH SERVICE ON 04/26/2023. | No | 13357922 |
| 54 | 4/27/2023 1:09:47 PM | | ORDER ENTERED COMPELLING DISCOVERY BY WALLACE H. BATEMAN, JR., PJ. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 04/27/2023 PURSUANT TO PA. R. C. P. 236. | No | 13358792 |
| 55 | 5/5/2023 3:20:51 PM | E | MOTION/PETITION FOR HEARING DATE BY DEFTS. WITH SERVICE ON 05/05/2023. | No | 13365747 |
| 56 | 5/19/2023 12:15:22 PM | | ORDER ENTERED MAY 18, 2023 BY WALLACE H. BATEMAN, JR., PJ. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 05/19/2023 PURSUANT TO PA. R. C. P. 236. | No | 13375331 |
| 57 | 5/30/2023 11:35:40 AM | | ORDER OF REFERRAL TO DISCOVERY MASTER FILED. CONFERENCE FIXED FOR JULY 3, 2023 AT 10:30 AM IN CONFERENCE ROOM 1060 BY ROBERT O. BALDI, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 05/30/2023 PURSUANT TO PA. R. C. P. 236. | No | 13381257 |
| 58 | 7/15/2023 10:03:36 PM | E | MOTION FOR SUMMARY JUDGMENT BY DEFTS. WITH SERVICE ON 07/15/2023. | No | 13416193 |
| 59 | 7/15/2023 10:03:36 PM | E | MEMORANDUM OF LAW/BRIEF. WITH SERVICE ON 07/15/2023. | No | 13416194 |
| 60 | 7/19/2023 12:14:26 PM | | CASE MANAGEMENT ORDER ENTERED. CERTIFIED READY DATE 11/13/2023 12:00:00 AM JULY 18, 2023 BY ROBERT O. BALDI, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 07/19/2023 PURSUANT TO PA. R. C. P. 236. | No | 13419067 |
| 61 | 8/14/2023 12:16:07 PM | E | MEMORANDUM OF LAW/BRIEF BY PLTF IN OPPOSITION TO DEFTS MOTION FOR SUMMARY JUDGMENT. WITH SERVICE ON 08/14/2023. | No | 13438650 |
| 62 | 8/14/2023 1:48:53 PM | E | ANSWER BY PLTF TO DEFTS MOTION FOR SUMMARY JUDGMENT. WITH SERVICE ON 08/14/2023. | No | 13438789 |
| 63 | 10/10/2023 11:36:19 AM | E | PRAECIPE UNDER B.C.R.C.P. 208.3(B). BY DEFTS WITH SERVICE ON 10/10/2023. WITH SERVICE ON 10/10/2023. | No | 13480668 |
| 64 | 10/20/2023 12:16:52 PM | E | MOTION/PETITION TO COMPEL THE PRODUCTION OF INFORMATION AND DOCUMENTS RESPONSIVE TO DEFTS DISCOVERY REQUESTS BY DEFENDANTS. WITH SERVICE ON 10/20/2023. | No | 13489230 |
| 65 | 10/20/2023 12:16:52 PM | E | MEMORANDUM OF LAW/BRIEF. WITH SERVICE ON 10/20/2023. | No | 13489231 |
| 66 | 10/25/2023 8:36:25 AM | | FILE SENT TO JUDGE BATEMAN PURSUANT TO RULE 208.3(B) PRAECIPE. FILED 10/10/23 | No | 13492137 |

| Seq. | Filing Date | | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|
| 67 | 10/26/2023 9:25:18 AM | E | ENTRY OF APPEARANCE OF BRIAN NEWMAN ESQ., ENTERED FOR DEFTS | No | 13493225 |
| 68 | 10/26/2023 2:15:22 PM | E | ANSWER TO DEFTS MOTION TO COMPEL BY PLTF. WITH SERVICE ON 10/26/2023. | No | 13493668 |
| 69 | 10/26/2023 2:15:22 PM | E | MEMORANDUM OF LAW/BRIEF. WITH SERVICE ON 10/26/2023. | No | 13493674 |
| 70 | 10/27/2023 11:10:48 AM | | CIVIL COURT SHEET | No | 13494382 |
| 71 | 10/30/2023 11:44:04 AM | | ORDER ENTERED OCTOBER 27, 2023 COMPELLING DISCOVERY BY WALLACE H. BATEMAN, JR., PJ. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 10/30/2023 PURSUANT TO PA. R. C. P. 236. | No | 13495604 |
| 72 | 11/2/2023 4:14:18 PM | E | MOTION/PETITION FOR HEARING DATE BY PLAINTIFF. WITH SERVICE ON 11/02/2023. | No | 13499720 |
| 73 | 11/14/2023 11:44:02 AM | | CASE MANAGEMENT ORDER ENTERED. CERTIFIED READY DATE 12/30/2023 10 DAYS JURY TRIAL NOVEMBER 13, 2023 BY ROBERT O. BALDI, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 11/14/2023 PURSUANT TO PA. R. C. P. 236. | No | 13506680 |
| 74 | 11/17/2023 1:26:15 PM | | ORDER OF REFERRAL TO DISCOVERY MASTER FILED. CONFERENCE FIXED FOR DECEMBER 11, 2023 AT 10:30 AM IN CONFERENCE ROOM 1060 BY ROBERT O. BALDI, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 11/17/2023 PURSUANT TO PA. R. C. P. 236. | No | 13510210 |
| 75 | 11/29/2023 9:08:19 AM | E | MOTION/PETITION TO WITHDRAW APPEARANCE BY PLAINTIFF'S COUNSEL. WITH SERVICE ON 11/29/2023. | No | 13516369 |
| 76 | 11/29/2023 9:08:19 AM | E | MEMORANDUM OF LAW/BRIEF. WITH SERVICE ON 11/29/2023. | No | 13516370 |
| 77 | 12/6/2023 4:05:33 PM | E | MOTION/PETITION FOR HEARING DATE JOINT AND UNOPPOSED PRETRIAL CONFERENCE. WITH SERVICE ON 12/06/2023. | No | 13523671 |
| 78 | 12/27/2023 9:19:28 AM | | RULE RETURNABLE JANUARY 22, 2024 BY WALLACE H. BATEMAN, JR., PJ. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 12/27/2023 PURSUANT TO PA. R. C. P. 236. | No | 13536871 |
| 79 | 1/4/2024 9:46:26 AM | | ORDER ENTERED JANUARY 2, 2024 BY WALLACE H. BATEMAN, JR., PJ. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 01/04/2024 PURSUANT TO PA. R. C. P. 236. | No | 13542337 |
| 80 | 1/22/2024 4:13:36 PM | E | REPLY/RESPONSE BY DEFTS TO MOTION TO WITHDRAW AS COUNSEL FOR PLTF WITH SERVICE 1/22/2024 | No | 13555859 |
| 81 | 1/23/2024 12:45:10 PM | E | PRAECIPE UNDER B.C.R.C.P. 208.3(B). WITH SERVICE ON 01/23/2024. | No | 13556610 |
| 82 | 1/23/2024 4:07:59 PM | | ORDERED ON TRIAL LIST SETTING PRE-TRIAL REQUIREMENTS, PER P.J. SEE FILE FOR DISTRIBUTION. CIVIL TRIAL TERM 3/4/2024 - 3/22/2024. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 01/24/2024 PURSUANT TO PA. R. C. P. 236. | No | 13557168 |
| 84 | 1/26/2024 10:31:31 AM | E | MOTION/PETITION FOR CONTINUANCE FILED PARZYCH. WITH SERVICE ON 01/26/2024. | No | 13559960 |
| 83 | 1/26/2024 10:35:49 AM | E | PRAECIPE UNDER B.C.R.C.P. 208.3(B) BY DEFTS | No | 13559963 |
| 85 | 2/2/2024 12:47:54 PM | E | PRE-TRIAL MEMORANDUM BY DEFTS. WITH SERVICE ON 02/03/2024. | No | 13566347 |
| 86 | 2/2/2024 1:36:22 PM | E | PRE-TRIAL MEMORANDUM BY PLAINTIFF. WITH SERVICE ON 02/02/2024. | No | 13566444 |
| 87 | 2/5/2024 12:07:14 PM | | ORDER ENTERED FEBRUARY 2, 2024 BY JEFFREY G. TRAUGER, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 02/05/2024 PURSUANT TO PA. R. C. P. 236. | No | 13567385 |
| 88 | 2/6/2024 8:29:28 AM | | FILE SENT TO JUDGE BATEMAN PURSUANT TO RULE 208.3(B) PRAECIPE. FILED 1/23/2024 | No | 13567975 |
| 89 | 2/6/2024 3:55:46 PM | | PRAECIPE UNDER BCRCP 208.3(B) RETURNED TO COUNSEL BY COURT ADMINISTRATOR AS INAPPROPRIATE FOR RULE 208.3(B) DISPOSITION. FILED 1/26/2024 | No | 13569015 |
| 91 | 2/13/2024 10:26:35 AM | E | PRAECIPE FOR WITHDRAWAL CASEY GREEN, SHAWN MCBREARTY, RACHEL DENNIS, AND DISKOFF PINCUS & GREEN PC AS ATTORNEY FOR PLAINTIFF. WITH SERVICE ON 02/13/2024. | No | 13574055 |
| 90 | 2/14/2024 2:36:45 PM | | ORDER ENTERED BY WALLACE H. BATEMAN THAT PETITION IS GRANTED AND THAT PETITIONERS, CASE GREEN, ESQ, SHAWN MCGREARTY ESQ, RACHEL DENNIS ESQ, AND SIDKOFF, PINCUS & GREEN PC, SHALL BE PERMITTED TO WITHDRAW THEIR APPEARANCES OF RECORD FOR PLAINTIFF. (SIGNED 2/12/2024) THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 02/15/2024 PURSUANT TO PA. R. C. P. 236. | No | 13575404 |
| 92 | 6/27/2024 9:07:53 AM | | ORDERED ON TRIAL LIST SETTING PRE-TRIAL REQUIREMENTS, PER P.J. SEE FILE FOR DISTRIBUTION. CIVIL TRIAL TERM 8/5/24 - 8/23/24 BY RAYMOND F. MCHUGH, PJ. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 06/28/2024 PURSUANT TO PA. R. C. P. 236. | No | 13688720 |
| 93 | 7/11/2024 12:00:05 PM | | PRE-TRIAL ORDER FOR JURY TRIAL ENTERED BY ROBERT O. BALDI, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 07/11/2024 PURSUANT TO PA. R. C. P. 236. | No | 13699723 |
| 94 | 7/22/2024 3:28:30 PM | E | MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF PLTF'S EXPERT WITNESS. WITH SERVICE ON 07/22/2024. | No | 13707201 |
| 95 | 7/22/2024 3:28:30 PM | E | MEMORANDUM OF LAW/BRIEF. WITH SERVICE ON 07/22/2024. | No | 13707236 |
| 97 | 7/31/2024 11:09:33 AM | | ORDER ENTERED JULY 30, 2024 FIXING CONFERENCE DATE. CONFERENCE FIXED FOR AUGUST 12, 2024 AT 9:30 AM IN COURTROOM 520 BY ROBERT O. BALDI, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 07/31/2024 PURSUANT TO PA. R. C. P. 236. | No | 13714858 |
| 96 | 7/31/2024 11:25:36 AM | E | STIPULATION AND STATEMENT BY ALL PARTIES CONCERNING OUTSTANDING MOTION IN LIMINE, JURY INSTRUCTIONS AND VERDICT SHEET. WITH SERVICE ON 07/31/2024. | No | 13714877 |
| 98 | 8/8/2024 1:16:20 PM | | ORDER ENTERED BY JUDGE ROBERT O. BALDI. SEE ORDER FOR DETAILS. (SIGNED 8/8/2024) THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 08/08/2024 PURSUANT TO PA. R. C. P. 236. | No | 13721642 |
| 99 | 8/9/2024 1:36:02 AM | E | ANSWER BY PLTF IN OPPOSITION TO DEFTS MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF PTLFS EXPERT WITNESS. WITH SERVICE ON 08/09/2024. | No | 13722125 |
| 100 | 8/12/2024 11:21:28 AM | | CIVIL COURT SHEET MOTION IN LIMINIE GRANTED. | No | 13723266 |
| 101 | 8/13/2024 11:33:35 AM | | ORDER ENTERED AUGUST 12, 2024 MATTER CONTINUED FROM 8/5/2024 TRIAL TERM BY ROBERT O. BALDI, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 08/14/2024 PURSUANT TO PA. R. C. P. 236. | No | 13724678 |
| 102 | 9/12/2024 3:58:16 PM | | ORDERED ON TRIAL LIST SETTING PRE-TRIAL REQUIREMENTS, PER RAYMOND F. MCHUGH P.J. SEE FILE FOR DISTRIBUTION. CIVIL TRIAL TERM 10/21/2024- 11/01/2024 THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 09/13/2024 PURSUANT TO PA. R. C. P. 236. | No | 13751024 |
| 103 | 9/19/2024 9:49:10 AM | E | ENTRY OF APPEARANCE OF MICHAEL SHELTON ESQ., ENTERED FOR PLTF | No | 13756117 |
| 104 | 9/23/2024 5:25:32 PM | E | PRE-TRIAL MEMORANDUM (SUPPLEMENT) BY DEFTS | No | 13758789 |
| 105 | 9/30/2024 11:32:40 AM | | NOTES OF TESTIMONY 8.12.2024 | Yes | 13763573 |
| 106 | 10/1/2024 3:43:43 PM | E | MOTION/PETITION FOR CONTINUANCE FILED BY PLTF | No | 13765635 |
| 107 | 10/7/2024 1:44:48 PM | | ORDER ENTERED OCTOBER 4, 2024 MATTER IS CONTINUED BY JEFFREY G. TRAUGER, J. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 10/07/2024 PURSUANT TO PA. R. C. P. 236. | No | 13769904 |
| 108 | 10/24/2024 2:35:19 PM | | ORDERED ON TRIAL LIST SETTING PRE-TRIAL REQUIREMENTS, PER P.J. SEE FILE FOR DISTRIBUTION. CIVIL TRIAL TERM 12/2/24 -12/13/24 | No | 13784005 |