# EXHIBIT E

| | |
|---|---|
| From: | Giacometti, Harry |
| Sent: | Wednesday, September 15, 2021 2:40 PM UTC |
| To: | Eileen Godfrey |
| CC: | Burnett, William; Callahan, Kevin P.  (USTP); Maleski, Jennifer L.; Hamermesh, Matthew A.; Jefferson, Patricia B. (pjefferson@milesstockbridge.com); hg229ecf@gmail.com; Jeffrey Kurtzman (kurtzman@kurtzmansteady.com); megan.harper@phila.gov; jloughnane@nutter.com |
| Subject: | Midnight Madness Distilling, LLC - Case No. 21-11750 |
| Attachments: | Exhibit List.pdf, Comly Marketing Materials.pdf |

Ms. Godfrey

Pursuant to this Court's Order (Docket No. 119), I have attached the above-referenced debtor's Exhibit List for today's hearing on approval of its Motion for sale under Section 363 (Docket No. 4).  In addition, because Exhibits 1 through 4 are on the docket, we've only referenced the applicable docket number on the Exhibit List, rather than attaching a copy to this email (per the Court's Order).  Exhibit 5, which is not on the docket, is attached.

Thank you and please let me know if you have any questions.

**Harry J. Giacometti**

Flaster Greenberg PC

1835 Market Street, Suite 1050, Philadelphia, PA 19103

Phone: 215.587.5680| Fax: 215.279.9394 | Email: harry.giacometti@flastergreenberg.com

Commerce Center, 1810 Chapel Ave. West, Cherry Hill, NJ 08002

Phone: 856.661.1900 |  Fax: 856.661.1919

Bio | Offices | V-card | LinkedIn | Twitter | COVID-19 RESOURCE GUIDE

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | Case No. 21-11750 MDC |
| Debtor. | |

## EXHIBIT LIST

1. Asset Purchase Agreement between Midnight Madness Distilling LLC and Millstone Spirits Group, LLC (clean).  Docket No. 172-1

2. Asset Purchase Agreement between Midnight Madness Distilling LLC and Millstone Spirits Group, LLC (redlined).  Docket No. 173

3. Bid Procedures Order.  Docket No. 110

4. Revised Notice of Sale of Assets.  Docket No. 133.

5. Comly Auctioneers & Appraisers Marketing Materials

Date: September 15, 2021              FLASTER/GREENBERG, P.C.

                                By:     /s/                     .

                                William J. Burnett, Esquire
                                Harry J. Giacometti, Esquire
                                1835 Market Street, Suite 1050
                                Philadelphia, PA 19103
                                Tel:  (215) 279-9393
                                *Attorneys for Debtor*

8500572 v1





1825 E. Boston Street
Philadelphia, PA 19125-1296
215-634-2500 -  auctions@comly.com
*comly.com*

## Marketing Summary
## Midnight Madness Distilling

### Newspapers

| | | |
|---|---|---|
| Philadelphia Inquirer & Daily News | $552.63 | |
| Lancaster Farming | 123.70 | $676.33 |

### Business Trade Websites

| | | |
|---|---|---|
| Biz Buy Sell | $449.85 | |
| Biz Quest | 649.60 | |
| Businesses for Sale | 368.00 | |
| Restaurants for Sale | 400.00 | 1,867.45 |

### Auction Websites

| | | |
|---|---|---|
| Comly.com* | $200.00 | |
| Auction Zip | 910.00 | 1,110.00 |

*includes various auction & association websites*

### Social Media Sites                                                                   1,000.00

Craigs List
Facebook
Google Business
LinkedIn
Twitter

### Direct Mail                                                                                   532.38

500 colored postcards mailed to purchased list of U.S. distilleries.   (Mailed 7/15)

### Telemarketing                                                                              225.00

(4) Email Blasts to over 18,920 opt-in subscribers as well as bidders at previous comparable auction sales

**Total Marketing** — $5,411.16
**Total Labor & Advertising Not To Exceed** — $6,500.00

DEBTOR'S EXHIBIT 5



**Available for Sale**
US Bankruptcy Court-Case #21-BK-11750
**Real Estate, Intellectual Property**
**Distillery Process Equipment**
(As an Entirety Only!)
**Midnight Madness Distilling**
118 N. Main Street, Trumbauersville, PA  18970
***All offers must be submitted by Wednesday, July 28, 2021**

**Online Auction Sale**
**CNC Machines, Dust Collector, Forklift, Drill Press**
**Boring Machine, Paint Booth, Air Compressors, Etc.**
Online Bidding Ends: **Thursday, July 29 at 12:00 Noon**
**Northern Millwork Design**
505 N. Mitchell Avenue, Lansdale, PA  19446
**Inspection:** Monday, July 26 from 9:00 AM to 3:00 PM

INQUIRER ADVERTISEMENT

## Available for Sale

US Bankruptcy Court-Case #21-BK-11750

### Real Estate, Intellectual Property
### Distillery Process Equipment

(As an Entirety Only!)

### Midnight Madness Distilling

118 N. Main Street, Trumbauersville, PA  18970

***All offers must be submitted by Wednesday, July 28, 2021**

---

## Online Auction Sale

### CNC Machines, Dust Collector, Forklift, Drill Press
### Boring Machine, Paint Booth, Air Compressors, Etc.

Online Bidding Ends: **Thursday, July 29 at 12:00 Noon**

### Northern Millwork Design

505 N. Mitchell Avenue, Lansdale, PA  19446

**Inspection:** Monday, July 26 from 9:00 AM to 3:00 PM



Phone: (215) 634-2500 – Email: auctions@comly.com

PA Auctioneers License #AY-000148-L

LANCASTER FARMING ADVERTISEMENT