# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** <br><br> **MIDNIGHT MADNESS DISTILLING LLC,** <br><br> Debtor. | **CHAPTER 7** <br> Case No. 21-11750-PMM |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **CASEY PARZYCH, et al.,** <br><br> Defendants. | Adv. No. 23-00047-PMM <br><br> Re: Adv. Docket No. 50 |

## **ORDER**

AND NOW, this ____ day of _____, 2024, upon consideration of the Moving Defendants' Motion to Dismiss Amended Complaint [Adv. D.I. 50], and the Trustee's opposition thereto, it is hereby ORDERED that the Motion is DENIED.

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE