## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 29, 2024, he caused a true and correct copy of the foregoing Opposition to Motion to Dismiss Amended Complaint to be served on the parties in the above-captioned adversary proceeding via the Court's CM/ECF system.

Dated: October 29, 2024

/s/ Andrew J. Belli
ANDREW J. BELLI
**COREN & RESS, P.C.**
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
abelli@kcr-law.com

*Counsel for Plaintiff*
*Bonnie Finkel, Chapter 7 Trustee*