**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re Midnight Madness Distilling LLC,** | : Chapter 7 | |
| **Debtor .** | : | |
| | : | |
| | : | |
| | 21-11750 (PMM) | |
| ---------------------------------- | | |
| BONNIE B. FINKEL, | : | |
| in her capacity as Chapter 7 Trustee | | |
| for Midnight Madness Distilling LLC, | | |
| Plaintiff, | | |
| v. | | |
| CASEY PARZYCH; SHAWN SHEEHAN; | : | 23-0047 (PMM) |
| AN GUS RITTENBURG; | | |
| KELLY FESTA; ASHLEIGH BALDWIN; | | |
| MICHAEL BOYER; R.F. CULBERTSON; | | |
| GARY PARZYCH; RYAN USZENSKI; | | |
| POLEBRIDGE, LLC; GOOD DESIGN, INC.; | | |
| AGTECH PA LLC; AGTECH VI, LLC; | | |
| XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; | | |
| CAN MAN LLC; BEST BEV, LLC; | | |
| ETOH WORLDWIDE, LLC; CANVAS 340, LLC; | | |
| FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC., | | |
| Defendants. | | |

## AMENDED BRIEFING SCHEDULE REGARDING MOTION TO DISMISS

On October 2, 2024, the Court issued a briefing schedule regarding the pending motion to dismiss that allowed the Defendants to file a reply to the Plaintiff's response, if they chose, on or before November 12, 2024. See Doc. No. 53. Counsel sought to file their reply brief on November 12th, but found the electronic filing system was inaccessible due to an outage. A review of the computer logs maintained by the Clerk of Court confirms the filing system was inaccessible during the period of time counsel sought to file their brief. Under Local Rule 5005-2(b), due to the unplanned outage of the filing system, counsel for the Defendants is deemed to have timely filed their reply brief.

It is so ORDERED, this 13th day of November, 2024, that the briefing schedule is amended to allow for the timely filing of Defendants' reply brief as of November 13, 2024.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

**Date: November 13, 2024**