United States Bankruptcy Court

Eastern District of Pennsylvania

Finkel, Ch. 7 Trustee,
    Plaintiff

Adv. Proc. No. 23-00047-pmm

Parzych,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 14, 2024 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Bonnie B. Finkel, Ch. 7 Trustee, P.O. Box 1710, Cherry Hill, NJ 08034-0091 |
| 14813654 | + | Ag Tech PA LLC, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813671 | + | AgTech PA LLC, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813655 | + | AgTech VI, LLC, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813672 | + | AgTech VI, LLC, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813664 | + | Angus Rittenburg, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813647 | + | Angus Rittenburg, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813666 | + | Ashleigh Baldwin, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813649 | + | Ashleigh Baldwin, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813675 | + | Best Bev, LLC, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813659 | + | Best Bev, LLC, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14807110 | + | Can Man, LLC, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14813677 | + | Canvas 340, LLC, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813661 | + | Canvas 340, LLC, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813662 | + | Casey Parzych, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813645 | + | Casey Parzych, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813676 | + | Etoh Worldwide, LLC, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813660 | + | Etoh Worldwide, LLC, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14807112 | + | Eugene T. Parzych, Inc., c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14807111 | + | Finland Leasing Co, Inc., c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14807108 | + | Gary Parzych, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14813653 | + | Good Design, Inc, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813670 | + | Good Design, Inc, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14807030 | + | Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14813665 | + | Kelly A. Festa, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813648 | + | Kelly A. Festa, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813667 | + | Michael Boyer, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813650 | + | Michael Boyer, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813669 | + | Polebridge, LLC, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813652 | + | Polebridge, LLC, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813668 | + | R.F. Culbertson, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813651 | + | R.F. Culbertson, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14807109 | + | Ryan Uszenski, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 555 City Avenue, Suite 480, Bala Cynwyd, PA 19004-1142 |
| 14813663 | + | Shawn Sheehan, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813646 | + | Shawn Sheehan, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA |

| | | |
|---|---|---|
| | | 19103-2739 |
| 14813657 | + | XO EW, LLC, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813674 | + | XO EW, LLC, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |
| 14813656 | + | XO Energy Worldwide, LLLP, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500 Philadelphia, PA 19103-2739 |
| 14813673 | + | XO Energy Worldwide, LLLP, c/o Bryan J. Hall, Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1100, Wilmington, Delaware 19801-1670 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 14 2024 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 14 2024 23:57:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| NONE | | Can Man LLC |
| dft | | Can Man LLC |
| dft | | Eugene T. Parzych Inc |
| NONE | | Eugene T. Parzych Inc |
| dft | | Eugene T. Parzych, Inc. |
| NONE | | Finland Leasing Co, Inc |
| dft | | Finland Leasing Co, Inc |
| dft | | Finland Leasing Co., Inc. |
| NONE | | Gary Parzych |
| dft | | Gary Parzych |
| NONE | | Ryan Uszenski |
| dft | | Ryan Uszenski |
| 14813658 | *+ | XO EW, LLC, c/o Stephen M Packman, Archer & Greiner, PC., Three Logan Square, 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |

TOTAL: 12 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2024             Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Nov 14, 2024 | Form ID: pdf900 | Total Noticed: 42

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. BELLI | on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee abelli@kcr-law.com |
| Falco Anthony Muscante, II | on behalf of Defendant AgTech VI LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Angus Rittenburg falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant XO EW LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Best Bev LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Shawn Sheehan falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Casey Parzych falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Polebridge LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Kelly Festa falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Good Design Inc. falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant EtOH Worldwide LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant R.F. Culbertson falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Ashleigh Baldwin falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Canvas 340 LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Michael Boyer falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant AgTech PA LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant XO Energy Worldwide LLLP falco.muscanteii@klgates.com |
| JANICE DAUL FELIX | on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee jfelix@kcr-law.com |
| JEFFREY KURTZMAN | on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee Kurtzman@kurtzmansteady.com |
| STEPHEN M. PACKMAN | on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| STEVEN M. COREN | on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee scoren@kcr-law.com, ccapra@kcr-law.com |
| Steven Caponi | on behalf of Defendant Canvas 340 LLC steven.caponi@klgates.com, alyssa.domorod@klgates.com;kay.laplante@klgates.com |
| Steven Caponi | on behalf of Defendant Kelly Festa steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com |
| Steven Caponi | on behalf of Defendant AgTech PA LLC steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com |
| Steven Caponi | on behalf of Defendant AgTech VI LLC steven.caponi@klgates.com, alyssa.domorod@klgates.com;kay.laplante@klgates.com |

District/off: 0313-2  User: admin  Page 4 of 4
Date Rcvd: Nov 14, 2024  Form ID: pdf900  Total Noticed: 42

Steven Caponi
    on behalf of Defendant Michael Boyer steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant Shawn Sheehan steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant XO EW  LLC steven.caponi@klgates.com, alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant Best Bev LLC steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant XO Energy Worldwide  LLLP steven.caponi@klgates.com, alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant Casey Parzych steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant Good Design  Inc. steven.caponi@klgates.com, alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant R.F. Culbertson steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant Polebridge  LLC steven.caponi@klgates.com, alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant Angus Rittenburg steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant Ashleigh Baldwin steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
    on behalf of Defendant EtOH Worldwide LLC steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com

TOTAL: 37

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**In re Midnight Madness Distilling LLC,**
**Debtor .**                                                                  : Chapter 7
                                                                              :
                                                                              :
                                                                              21-11750 (PMM)

-----------------------------------
BONNIE B. FINKEL,                                                             :
in her capacity as Chapter 7 Trustee
for Midnight Madness Distilling LLC,
Plaintiff,
v.
CASEY PARZYCH; SHAWN SHEEHAN;                                                 :   23-0047 (PMM)
AN GUS RITTENBURG;
KELLY FESTA; ASHLEIGH BALDWIN;
MICHAEL BOYER; R.F. CULBERTSON;
GARY PARZYCH; RYAN USZENSKI;
POLEBRIDGE, LLC; GOOD DESIGN, INC.;
AGTECH PA LLC; AGTECH VI, LLC;
XO ENERGY WORLDWIDE, LLLP; XO EW, LLC;
CAN MAN LLC; BEST BEV, LLC;
ETOH WORLDWIDE, LLC; CANVAS 340, LLC;
FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,
**Defendants.**

## AMENDED BRIEFING SCHEDULE REGARDING MOTION TO DISMISS

On October 2, 2024, the Court issued a briefing schedule regarding the pending motion to dismiss that allowed the Defendants to file a reply to the Plaintiff's response, if they chose, on or before November 12, 2024. <u>See</u> Doc. No. 53. Counsel sought to file their reply brief on November 12th, but found the electronic filing system was inaccessible due to an outage. A review of the computer logs maintained by the Clerk of Court confirms the filing system was inaccessible during the period of time counsel sought to file their brief. Under Local Rule 5005-2(b), due to the unplanned outage of the filing system, counsel for the Defendants is deemed to have timely filed their reply brief.

It is so ORDERED, this 13th day of November, 2024, that the briefing schedule is amended to allow for the timely filing of Defendants' reply brief as of November 13, 2024.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

**Date: November 13, 2024**