# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| MIDNIGHT MADNESS DISTILLING LLC. | : | Bankruptcy No. 21-11750 (PMM) |
| Debtor. | : | |
| | : | |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC. | : | Adv. Pro. No. 23-00047 (PMM) |
| Plaintiff. | : | |
| Vs. | : | |
| CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGHT BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC. and EUGENE T. PARZYCH, INC. | : | |
| Defendants | : | |

**ORDER GRANTING MOTION OF KURTZMAN | STEADY, LLC FOR AN ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS GARY PARZYCH, RYAN USZENSKI, CAN MAN LLC, FINLAND LEASING CO., INC AND <u>EUGENE T. PARZYCH, INC.</u>**

AND NOW, this ___ day of January, 2025, upon consideration of the motion (the

"Motion") of Kurtzman | Steady, LLC for leave to withdraw as counsel for defendants Gary Parzych, Ryan Uszenski, Can Man, LLC, Finland Leasing Co., Inc. and Eugene T. Parzych, Inc. (collectively, the "Represented Defendants"), and after notice and an opportunity for hearing, and good cause existing for the relief requested in the Motion, it is hereby

ORDERED, that the Motion be and hereby is granted; and it is further

ORDERED, in accordance with the foregoing, that Kurtzman | Steady, LLC is authorized to withdraw as counsel for the Represented Defendants as of the date of this Order.

_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE