## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| MIDNIGHT MADNESS DISTILLING | : | Bankruptcy No. 21-11750 (PMM) |
| LLC. | : |  |
| Debtor. | : |  |
|  | : |  |
|  | : |  |
| BONNIE B. FINKEL, in her capacity as | : |  |
| Chapter 7 Trustee for Midnight Madness | : |  |
| Distilling, LLC. | : | Adv. Pro. No. 23-00047 (PMM) |
|  | : |  |
| Plaintiff. | : |  |
| Vs. | : |  |
|  | : |  |
| CASEY PARZYCH; SHAWN SHEEHAN; | : |  |
| ANGUS RITTENBURG; KELLY FESTA; | : |  |
| ASHLEIGHT BALDWIN; MICHAEL | : |  |
| BOYER; R.F. CULBERTSON; GARY | : |  |
| PARZYCH; RYAN USZENSKI; | : |  |
| POLEBRIDGE, LLC; GOOD DESIGN, | : |  |
| INC; AGTECH PA LLC; AGTECH VI, | : |  |
| LLC; XO ENERGY WORLDWIDE, LLP; | : |  |
| XO EW, LLC; CAN MAN LLC; BEST | : |  |
| BEV, LLC; ETOH WORLDWIDE, LLC; | : |  |
| CANVAS 340, LLC; FINLAND LEASING | : |  |
| CO., INC. and EUGENE T. PARZYCH, | : |  |
| INC. | : |  |
|  | : |  |
| Defendants | : |  |

## <u>CERTIFICATION OF SERVICE</u>

The undersigned hereby certifies that on December 2, 2023, he caused a copy of the

Motion of Kurtzman Steady LLC for an Order granting leave to withdraw as counsel for

Defendants Gary Parzych, Ryan Uszenski, Can Man LLC, Finland Leasing Co, Inc. and Eugene

T. Parzych, Inc., to be served on all parties entering their appearance via the Court's CM/ECF

electronic filing system and by electronic mail upon the following:

Andrew J. Belli, Esquire
Steven M. Coren, Esquire
Coren & Ress, P.C.
Two Commerce Square, Suite 3900
Philadelphia, PA 19103
Abelli@kcr-law.com
scoren@kcr-law.com

Gary Parzych
Ryan Uszenski,
Can Man LLC,
Finland Leasing Co, Inc.
Eugene T. Parzych, Inc
c/o Gary Parzych and Casey Parzych
Email:  gary@parzychconstruction.com

K&L Gates LLP
c/o Steven L. Caponi
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
Fax: (302) 416-7020
Steven.Caponi@klgates.com

Carly S. Everhardt
**K&L GATES LLP**
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, FL 33131
Phone: (305) 539-3300
Fax: (305) 358-7095
Carly.Everhardt@klgates.com

Falco A. Muscante II
**K&L GATES LLP**
K&L Gates Center
210 Sixth Ave.
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 471-8868
Falco.MuscanteII@klgates.com

Dated:  December 2, 2024                    **KURTZMAN | STEADY, LLC**


                                           By:____/s/ Jeffrey Kurtzman_____
                                           Jeffrey Kurtzman, Esquire
                                           555 City Avenue, Suite 480
                                           Bala Cynwyd, PA 19004
                                           Telephone:  (215) 839-1222
                                           Email:  kurtzman@kurtzmansteady.com

              Attorneys for Defendants Gary Parzych, Ryan Uszenski,
        Can Man LLC, Finland Leasing Co., Inc. and Eugene T. Parzych, Inc.