# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING LLC. | Bankruptcy No. 21-11750 (PMM) |
| Debtor. | |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC. | Adv. Pro. No. 23-00047 (PMM) |
| Plaintiff. | |
| Vs. | |
| CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGHT BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC. and EUGENE T. PARZYCH, INC. | |
| Defendants | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Kurtzman | Steady, LLC, as attorneys for Defendants Gary Parzych, Ryan Uszenski, Can Man LLC, Finland Leasing Co., Inc. and Eugene T. Parzych, Inc., has filed a Motion for an Order granting leave to withdraw as counsel.

1. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before December 17**, 2024**, you or your attorney must do <u>all</u> of the following:

   a. File an answer explaining your position with the Clerk's office:

      Robert N.C. Nix Sr. Federal Courthouse
      900 Market Street, Suite 400
      Philadelphia, PA  19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   b. Mail a copy to the movant's attorney:

      Jeffrey Kurtzman, Esquire
      **Kurtzman | Steady, LLC**
      555 City Avenue, Suite 480
      Bala Cynwyd, PA 19004
      Telephone: (215) 839-1222
      Email: kurtzman@kurtzmansteady.com

3. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

4. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **January 8, 2025 at 9:30 a.m.** in Courtroom #1, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA  19107.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 2(b).

6. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one file an answer.

Dated: December 2, 2024    **KURTZMAN | STEADY, LLC**

            By___/s/ Jeffrey Kurtzman_____
            Jeffrey Kurtzman, Esquire
            555 City Avenue, Suite 480
            Bala Cynwyd, PA 19004
            Telephone: (215) 839-1222
            Email: kurtzman@kurtzmansteady.com
            Attorneys for Defendants Gary Parzych.
            Ryan Uszenski, Can Man, LLC, Finland
            Leasing Co, Inc. and Eugene T. Parzych, Inc.