IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :        Chapter 13
Philadelphia Orthodontics P.C.                  :
                                                :        Bankruptcy No. 24-11728-pmm
                              Debtor.           :
-------------------------------------------------------x
```

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 3-1 filed by the City of Philadelphia on May 31, 2024 in the amount of $27,437.04.

                                              Respectfully submitted,

                                              THE CITY OF PHILADELPHIA

Dated: May 31, 2024         **By:**    */s/ Pamela Elchert Thurmond*
                                                        PAMELA ELCHERT THURMOND
                                                        Senior Attorney
                                                     PA Attorney I.D. 202054
                                                     City of Philadelphia Law Department
                                                     1401 JFK Blvd., 5th Floor
                                                     Philadelphia, PA  19102-1595
                                                     215-686-0508 (phone)
                                                     215-686-0588 (facsimile)
                                                     Email: Pamela.Thurmond@phila.gov