## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**In re Midnight Madness Distilling LLC,**

| | | |
|---|---|---|
| **Debtor .** | : | Chapter 7 |
| | : | |
| | : | |
| | | 21-11750 (PMM) |
| ------------------------------------ | | |
| BONNIE B. FINKEL, | : | |
| in her capacity as Chapter 7 Trustee | | |
| for Midnight Madness Distilling LLC, | | |
| | | |
| **Plaintiff,** | | |
| v. | | |
| CASEY PARZYCH; SHAWN SHEEHAN; | : | 23-0047 (PMM) |
| ANGUS RITTENBURG; | | |
| KELLY FESTA; ASHLEIGH BALDWIN; | | |
| MICHAEL BOYER; R.F. CULBERTSON; | | |
| GARY PARZYCH; RYAN USZENSKI; | | |
| POLEBRIDGE, LLC; GOOD DESIGN, INC.; | | |
| AGTECH PA LLC; AGTECH VI, LLC; | | |
| XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; | | |
| CAN MAN LLC; BEST BEV, LLC; | | |
| ETOH WORLDWIDE, LLC; CANVAS 340, LLC; | | |
| FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC., | | |
| **Defendants.** | | |

## ORDER SCHEDULING STATUS CONFERENCE

      **AND NOW**, upon consideration of the Answers of the Defendants to the Amended Complaint (doc. #'s 46 and 69);

      It is hereby **ORDERED** that a status hearing will be held **Wednesday, February 19, 2025 at 9:30 a.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.**

Dated: 1/15/25

                                                                                                            _____
                                                                                                            Hon. Patricia M. Mayer
                                                                                                            United States Bankruptcy Judge