# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Midnight Madness Distilling LLC,<br>　　　　　　　　　　　Debtor | CHAPTER 7<br><br>Adv. No. 23-00047-pmm |
| BONNIE B. FINKEL<br>In her capacity as Chapter 7 Trustee<br>For Midnight Madness Distilling LLC<br><br>　　　　　　　　　　　Plaintiff<br>　　　　v.<br><br>CASEY PARZYCH, et al.<br><br>　　　　　　　　　　　Defendants | |

## NOTICE OF APPEARANCE

　　Kindly enter the appearance of Joseph R. Heffern, Esquire on behalf of Defendant, Can Man LLC, in the above-referenced matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 19, 2025　　　　　　　　　　　　　**ROGERS COUNSEL**

　　　　　　　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　　　　　　　Joseph R. Heffern, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney ID #: 87819
　　　　　　　　　　　　　　　　　　　　　　　　　26 E. Athens Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　Ardmore, PA 19003
　　　　　　　　　　　　　　　　　　　　　　　　　(610) 649-1880
　　　　　　　　　　　　　　　　　　　　　　　　　(877) 649-1880 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　　joe@rogerscounsel.com
　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*