(215) 536-3089                                                             FAX: (215) 536-6168

# Eugene T. Parzych, Inc.
### Contractor

Cell 215-317-9797

2/20/25

P.O. BOX 48 • 2300 TRUMBAUERSVILLE ROAD • TRUMBAUERSVILLE, PA 18970
E-MAIL: parzych@comcast.net
gary@parzychconstruction.com

To: U.S. Bankruptcy Court
900 Market Street, 2nd Floor, Philadelphia PA 19107
Hon. Judge Patricia Mayer

(Per our discussion Court Clerk 2/20/25 Attached)

Please Consider this Letter My (Gary S. Parzych's) request to be placed on Courts E.C.F. System for Notifications, Orders & Briefing, Etc.

Any further needs or concerns, Please Contact me directly.

Thank you for your Consideration

Gary S Parzych

FEB 24 2025

Attached: Order Scheduling Status Conference
(Attached)                              (As discussed)

Case 23-00047-pmm    Doc 71    Filed 01/15/25    Entered 01/16/25 07:24:58    Desc Main
Document    Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re Midnight Madness Distilling LLC,

Debtor.     :     Chapter 7
            :
            :
            :     21-11750 (PMM)

-------------------------------------

BONNIE B. FINKEL,     :
in her capacity as Chapter 7 Trustee
 for Midnight Madness Distilling LLC,

        Plaintiff,
        v.

CASEY PARZYCH; SHAWN SHEEHAN;     :     23-0047 (PMM)
ANGUS RITTENBURG;
KELLY FESTA; ASHLEIGH BALDWIN;
MICHAEL BOYER; R.F. CULBERTSON;
GARY PARZYCH; RYAN USZENSKI;
POLEBRIDGE, LLC; GOOD DESIGN, INC.;
AGTECH PA LLC; AGTECH VI, LLC;
XO ENERGY WORLDWIDE, LLLP; XO EW, LLC;
CAN MAN LLC; BEST BEV, LLC;
ETOH WORLDWIDE, LLC; CANVAS 340, LLC;
FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,
Defendants.

## ORDER SCHEDULING STATUS CONFERENCE

**AND NOW**, upon consideration of the Answers of the Defendants to the Amended Complaint (doc. #'s 46 and 69);

It is hereby **ORDERED** that a status hearing will be held **Wednesday, February 19, 2025 at 9:30 a.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.**

Dated: 1/15/25

                                              Hon. Patricia M. Mayer
                                              United States Bankruptcy Judge