**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re Midnight Madness Distilling LLC,**

| | | |
|---|---|---|
| **Debtor .** | : | Chapter 7 |
| | : | |
| | : | |
| | | 21-11750 (PMM) |
| ------------------------------------ | | |
| BONNIE B. FINKEL, | : | |
| in her capacity as Chapter 7 Trustee | | |
| for Midnight Madness Distilling LLC, | | |
| | | |
| Plaintiff, | | |
| v. | | |
| CASEY PARZYCH; SHAWN SHEEHAN; | : | 23-0047 (PMM) |
| ANGUS RITTENBURG; | | |
| KELLY FESTA; ASHLEIGH BALDWIN; | | |
| MICHAEL BOYER; R.F. CULBERTSON; | | |
| GARY PARZYCH; RYAN USZENSKI; | | |
| POLEBRIDGE, LLC; GOOD DESIGN, INC.; | | |
| AGTECH PA LLC; AGTECH VI, LLC; | | |
| XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; | | |
| CAN MAN LLC; BEST BEV, LLC; | | |
| ETOH WORLDWIDE, LLC; CANVAS 340, LLC; | | |
| FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC., | | |
| **Defendants.** | | |
| ------------------------------------------- | | |

**ORDER SETTING DEADLINE**

**AND NOW**, upon consideration of the colloquy at the February 19, 2025 status hearing, it is hereby **ORDERED** that:

1) The deadline for the parties to file a joint pretrial scheduling order is **March 10, 2025**;

2) If the parties fail to file a proposed joint pretrial scheduling order on or before March 10, 2025, the Court will determine and issue the scheduling order.

Dated: 2/24/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge