# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>　　　　　　　Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>**CASEY PARZYCH, et al.,**<br><br>　　　　　　　Defendants. | Adv. No. 23-00047-PMM |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7007.1, Defendant Can Man LLC hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted by:

　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph R. Heffern*
　　　　　　　　　　　　　　　　　　　　　Joseph R. Heffern
　　　　　　　　　　　　　　　　　　　　　ROGERS COUNSEL
　　　　　　　　　　　　　　　　　　　　　26 E. Athens Avenue
　　　　　　　　　　　　　　　　　　　　　Ardmore, PA 19003
　　　　　　　　　　　　　　　　　　　　　(610) 649-1880
　　　　　　　　　　　　　　　　　　　　　(877) 649-1880 (fax)
　　　　　　　　　　　　　　　　　　　　　joe@rogerscounsel.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*
　　　　　　　　　　　　　　　　　　　　　*Ryan Uszenski and Can Man LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing filing was served on February 26, 2025 *via* the Court's ECF system and/or electronic mail upon the following counsel of record:

| | | |
|---|---|---|
| Hal Pitkow<br>(entry of appearance forthcoming)<br>1107 Taylorsville Road<br>Suite 101<br>Washington Crossing, PA 18977<br>(215) 321-1313<br>(267) 573-4268 (fax)<br>pitkow@aol.com<br><br>*Attorney for Gary Parzych; Eugene T. Parzych, Inc.; and Finland Leasing Co. Inc.* | Steven L. Caponi<br>K&L GATES LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 416-7000<br>Fax: (302) 416-7020<br>Steven.Caponi@klgates.com<br><br>*Attorneys for Casey Parzych; Shawn Sheehan; Angus Rittenburg; Ashleigh Baldwin; R.F. Culbertson; Michael Boyer; Kelly Festa, Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; EtOH Worldwide, LLC; and Canvas 340 LLC* | Andrew J. Belli<br>COREN & RESS, P.C.<br>Two Commerce Square, Suite 3900<br>2001 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 735-8700<br>Fax: (215) 735-5170<br>abelli@kcr-law.com<br><br>*Counsel for Plaintiff Bonnie Finkel, Chapter 7 Trustee* |

Respectfully submitted by:

*/s/ Joseph R. Heffern*
Joseph R. Heffern
ROGERS COUNSEL
26 E. Athens Avenue
Ardmore, PA 19003
(610) 649-1880
(877) 649-1880 (fax)
joe@rogerscounsel.com

*Attorney for Defendants Ryan Uszenski and Can Man LLC*