## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>    Debtor. | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>    **Plaintiff,**<br>  **v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>    **Defendants.** | Adv. No. 23-00047-PMM |

## STIPULATION

It is Stipulated by and between the parties to this action, by and through undersigned counsel, as follows:

**WHEREAS** all defendants have filed Answers (D.I. 46 and 69) to the Trustee's Amended Complaint (D.I. 44);

**WHEREAS** the Court held a status conference on February 19, 2025 at which counsel discussed their agreement on a proposed scheduling order and at which the Court requested submission of the proposed scheduling order for its consideration;

**AND NOW** the parties hereby stipulate that an agreed proposed scheduling order is

attached hereto as Exhibit A for consideration by the Court.

/s/ Joseph R. Heffern
Joseph R. Heffern
ROGERS COUNSEL
26 E. Athens Avenue
Ardmore, PA 19003
(610) 649-1880
(877) 649-1880 (fax)
joe@rogerscounsel.com

*Attorney for Ryan Uszenski and
Can Man LLC*

/s/ Steven L. Caponi
Steven L. Caponi
K&L GATES LLP
600 N. King Street, Suite
901
Wilmington, DE 19801
Phone: (302) 416-7000
Fax: (302) 416-7020
Steven.Caponi@klgates.com

*Attorneys for Casey
Parzych; Shawn Sheehan;
Angus Rittenburg; Ashleigh
Baldwin; R.F.
Culbertson; Michael Boyer;
Kelly Festa,
Polebridge, LLC; Good
Design, Inc.; AgTech
PA LLC; AgTech VI, LLC;
XO Energy
Worldwide, LLLP; XO EW,
LLC; Best Bev,
LLC; EtOH Worldwide,
LLC; and Canvas 340
LLC*

/s/ Andrew J. Belli
Andrew J. Belli
COREN & RESS, P.C.
Two Commerce Square,
Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
abelli@kcr-law.com

*Counsel for Plaintiff
Bonnie Finkel, Chapter 7
Trustee*

/s/ Hal Pitkow
(entry of appearance forthcoming)
1107 Taylorsville Road
Suite 101
Washington Crossing, PA 18977
(215) 321-1313
(267) 573-4268 (fax)
pitkow@aol.com

*Attorney for Gary Parzych; Eugene
T. Parzych, Inc.; and Finland
Leasing Co. Inc.*

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>      **Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>      **Plaintiff,**<br>   **v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>      **Defendants.** | **Adv. No. 23-00047-PMM** |

**<u>PRETRIAL ORDER</u>**

      **AND NOW**, the plaintiff having filed an adversary proceeding and the defendants having filed a responsive pleading, it is hereby **ORDERED** that:

1.     If not already filed, any party that is subject to Fed. R. Bankr. P. 7007.1 shall file the required disclosure on or before **February 28, 2025.**

2.     On or before **March 12, 2025**, counsel shall have held and concluded the mandatory discovery conference pursuant to Fed. R. Civ. P. 26(f), incorporated into these proceedings by Fed.R.Bankr.P. 7026.  Unless the parties take issue with the schedule outlined herein based on the outcome of the conference, no Rule 26(f) report need be filed.

3.     On or before **April 2, 2025**, the parties shall exchange initial disclosures pursuant to Fed. R. Civ. 26(a)(1).

5.     All fact discovery in this matter shall be initiated so that it will be completed on or before **January 19, 2026**.

6.     Any expert report required pursuant to F. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than **February 19, 2026**.  If any party intends to provide expert testimony in rebuttal to any expert report, any such

rebuttal expert report must be served no later than **March 13, 2026**.  All expert discovery shall be completed, and expert discovery shall close, by no later than **April 13, 2026**.

7.    All case dispositive motions shall be served and filed on or before **May 15, 2026**. Answering briefs shall be served and filed on or before **June 15, 2026**.  Reply briefs shall be served and filed on or before **June 29, 2026**.

8.    This pretrial order is not intended to prejudice the parties' ability to move for the withdrawal of the reference to the District Court.

**Date:** _____

                    **PATRICIA M. MAYER**
                    **U.S. BANKRUPTCY JUDGE**