UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| PHILADELPHIA ORTHODONTICS P.C., | : | |
| | : | Case No. 24-11728-PMM |
| | : | |
| Debtor. | : | |
| | : | |

# NOTICE OF APPEARANCE AND
# DEMAND FOR NOTICES AND PAPERS

Pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), Buchanan Ingersoll & Rooney PC ("BIR"), hereby enters its appearance on behalf of Bank of America, N.A. and respectfully requests that all notices given or required to be given in this case by the Court, the Debtor, and/or any other parties-in-interest in this case be given BIR at the address and person below.  This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, and plans, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Dated:  July 3, 2024                **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esquire (PA ID No. 76245)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail:  mark.pfeiffer@bipc.com

*Counsel for Bank of America, N.A.*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| PHILADELPHIA ORTHODONTICS P.C., : | |
| : | Case No. 24-11728-PMM |
| Debtor. : | |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 3rd day of July, 2024 a true and correct copy of the foregoing Notice of Appearance and Demand for Notices and Papers via ECF notification upon all parties-in-interest.

Dated: July 3, 2024

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esquire (PA ID No. 76245)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail: mark.pfeiffer@bipc.com

*Counsel for Bank of America, N.A.*