**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-PMM<br><br>JURY TRIAL DEMANDED |

**POLEBRIDGE, LLC CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1**

Defendant Polebridge, LLC ("Polebridge") by and through undersigned counsel, hereby submits the following corporate disclosure statement pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, as derived from Rule 26.1 of the Federal Rules of Appellate Procedure:

1

1. Polebridge hereby discloses that no corporation owns, directly or indirectly, ten percent (10%) or more of Polebridge's equity interests and, therefore, that there are no entities to report pursuant to Rule 7007.1.

2. Polebridge understands that it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: February 27, 2025         **K&L GATES LLP**

/s/ *Steven L. Caponi*
Steven L. Caponi
600 N. King Street, Suite 901
Wilmington, DE  19801
Phone:  (302) 416-7000
Fax:  (302) 416-7020
Steven.Caponi@klgates.com

Carly S. Everhardt (admitted *pro hac vice*)
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, FL  33131
Phone:  (305) 539-3300
Fax:  (305) 358-7095
Carly.Everhardt@klgates.com

Falco A. Muscante II
K&L Gates Center
210 Sixth Ave.
Pittsburgh, PA  15222
Phone:  (412) 355-6500
Fax:  (412) 471-8868
Falco.MuscanteII@klgates.com

*Attorneys for Casey Parzych; Shawn Sheehan; Angus Rittenburg; Ashleigh Baldwin; R.F. Culbertson; Michael Boyer; Kelly Festa, Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; EtOH Worldwide, LLC; and Canvas 340 LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-PMM<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Steven Caponi, hereby certify that on February 27, 2025, I served a copy of the forgoing Polebridge, LLC Corporate Disclosure Statement Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 via CM/ECF on all counsel registered to receive electronic service via CM/ECF.

/s/ Steven L. Caponi
Steven L. Caponi