IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>　　　　　　Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>　　　　　　Defendants. | Adv. No. 23-00047-PMM<br><br><u>JURY TRIAL DEMANDED</u> |

**XO ENERGY WORLDWIDE, LLLP CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1</u>**

Defendant XO Energy Worldwide, LLLP ("XO Energy") by and through undersigned counsel, hereby submits the following corporate disclosure statement pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, as derived from Rule 26.1 of the Federal Rules of Appellate Procedure:

1

Document      Page 2 of 3

1. XO Energy discloses that SPS, LLC owns ten percent (10%) or more of XO Energy's equity interests.

2. XO Energy understands that it must promptly file a supplemental statement upon any change in the information that this statement requires.

| | |
|---|---|
| Dated: February 27, 2025 | **K&L GATES LLP** |
| | /s/ *Steven L. Caponi* |
| | Steven L. Caponi |
| | 600 N. King Street, Suite 901 |
| | Wilmington, DE  19801 |
| | Phone:  (302) 416-7000 |
| | Fax:  (302) 416-7020 |
| | Steven.Caponi@klgates.com |
| | |
| | Carly S. Everhardt (admitted *pro hac vice*) |
| | Southeast Financial Center, Suite 3900 |
| | 200 South Biscayne Boulevard |
| | Miami, FL  33131 |
| | Phone:  (305) 539-3300 |
| | Fax:  (305) 358-7095 |
| | Carly.Everhardt@klgates.com |
| | |
| | Falco A. Muscante II |
| | K&L Gates Center |
| | 210 Sixth Ave. |
| | Pittsburgh, PA  15222 |
| | Phone:  (412) 355-6500 |
| | Fax:  (412) 471-8868 |
| | Falco.MuscanteII@klgates.com |
| | |
| | *Attorneys for Casey Parzych; Shawn Sheehan; Angus Rittenburg; Ashleigh Baldwin; R.F. Culbertson; Michael Boyer; Kelly Festa, Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; EtOH Worldwide, LLC; and Canvas 340 LLC* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-PMM<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Steven Caponi, hereby certify that on February 27, 2025, I served a copy of the forgoing XO Energy Worldwide, LLLP Corporate Disclosure Statement Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 via CM/ECF on all counsel registered to receive electronic service via CM/ECF.

*/s/ Steven L. Caponi*
Steven L. Caponi