**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br>v.<br><br>**CASEY PARZYCH, et al.,**<br><br>Defendants. | Adv. No. 23-00047-PMM |

**DISCLOSURE OF EUGENE T. PARZYCH, INC. AND**
**FINLAND LEASING CO., INC. AS REQUIRED BY**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1**

Hal Pitkow, Esquire, being first duly sworn, hereby deposes and states as follows:

1.    I am an attorney with offices at 1107 Taylorsville Road, Suite 101, Washington Crossing, Pennsylvania.

2.    This Statement is filed in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure.

3.    Neither Eugene T. Parzych, Inc., nor Finland Leasing Co., Inc. has a parent corporation or publicly held corporation that owns more than ten (10%) percent of their stock.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 27, 2025.

                Respectfully submitted,

                /s/ *Hal Pitkow*

                _____
                Hal Pitkow, Esquire
                1107 Taylorsville Road
                Suite 101
                Washington Crossing, PA  18977
                215.321-1313 (tel)
                267,573-4268 (fax)
                pitkow@aol.com

                *Attorney for Eugene T. Parzych, Inc.*
                *Finland Leasing Co., Inc. and*
                *Gary Parzych*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing filing was served on February 27, 2025, *via* the Court's ECF system and/or electronic mail upon the following counsel of record:

| /s/ Joseph R. Heffern | /s/ Steven L. Caponi | /s/ Andrew J. Belli |
|---|---|---|
| Joseph R. Heffern | Steven L. Caponi | Andrew J. Belli |
| ROGERS COUNSEL | K&L GATES LLP | COREN & RESS, P.C. |
| 26 E. Athens Avenue | 600 N. King Street, Suite 901 | Two Commerce Square, Suite 3900 |
| Ardmore, PA 19003 | Wilmington, DE 19801 | 2001 Market Street |
| (610) 649-1880 | Phone: (302) 416-7000 | Philadelphia, PA 19103 |
| (877) 649-1880 (fax) | Fax: (302) 416-7020 | Tel: (215) 735-8700 |
| joe@rogerscounsel.com | Steven.Caponi@klgates.com | Fax: (215) 735-5170 |
|  |  | abelli@kcr-law.com |
| *Attorney for Ryan Uszenski and Can Man LLC* | *Attorneys for Casey Parzych; Shawn Sheehan; Angus Rittenburg; Ashleigh Baldwin; R.F. Culbertson; Michael Boyer; Kelly Festa, Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; EtOH Worldwide, LLC; and Canvas 340 LLC* | *Counsel for Plaintiff Bonnie Finkel, Chapter 7 Trustee* |

/**s**/ *Hal Pitkow*

_____

Hal Pitkow, Esquire