## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>　　　　　　　　**Debtor.** | **CHAPTER 7**<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>　　　　　　　　**Plaintiff,**<br>　　v.<br><br>**CASEY PARZYCH, et al.,**<br><br>　　　　　　　　**Defendants.** | Adv. No. 23-00047-PMM |

## **PRETRIAL ORDER**

**AND NOW**, the plaintiff having filed an adversary proceeding and the defendants having filed a responsive pleading, it is hereby **ORDERED** that:

1. If not already filed, any party that is subject to Fed. R. Bankr. P. 7007.1 shall file the required disclosure on or before **February 28, 2025.**

2. On or before **March 12, 2025**, counsel shall have held and concluded the mandatory discovery conference pursuant to Fed. R. Civ. P. 26(f), incorporated into these proceedings by Fed.R.Bankr.P. 7026. Unless the parties take issue with the schedule outlined herein based on the outcome of the conference, no Rule 26(f) report need be filed.

3. On or before **April 2, 2025**, the parties shall exchange initial disclosures pursuant to Fed. R. Civ. 26(a)(1).

5. All fact discovery in this matter shall be initiated so that it will be completed on or before **January 19, 2026**.

6. Any expert report required pursuant to F. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than **February 19, 2026**. If any party intends to provide expert testimony in rebuttal to any expert report, any such

       rebuttal expert report must be served no later than **March 13, 2026**. All expert discovery shall be completed, and expert discovery shall close, by no later than **April 13, 2026**.

7.     All case dispositive motions shall be served and filed on or before **May 15, 2026**. Answering briefs shall be served and filed on or before **June 15, 2026**. Reply briefs shall be served and filed on or before **June 29, 2026**.

8.     This pretrial order is not intended to prejudice the parties' ability to move for the withdrawal of the reference to the District Court.

Date: **February 28, 2025**

*/s/ Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**