**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Subchapter V |
| | ) | |
| PHILADELPHIA ORTHODONTICS, P.C., | ) | Case No. 24-11728-PMM |
| | ) | |
| *Debtor*. | ) | |
| PHILADELPHIA ORTHODONTICS, P.C., | ) | |
| | ) | Docket No. ___ |
| *Movant*, | ) | Related Dkt. Nos. 9, 49 and ___ |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**FINAL ORDER AUTHORIZING DEBTOR TO PAY COMPENSATION TO JOSHUA DAVIS FOR SERVICES RENDERED TO PHILADELPHIA ORTHODONTICS, P.C.**

AND NOW, this 9th day of July, 2024, upon consideration of the *Emergency Motion of the Debtor for an Order Authorizing the Payment of Compensation for Services Rendered by Joshua Davis, an Officer and Director of the Debtor* (the "Motion"), the Order of this Court granting the Motion on an interim basis (the "Interim Order"), the *Supplemental Disclosures Pursuant to L.B.R. 4002-1(b) Concerning Prepetition Compensation by the Debtor to Joshua Davis, Sole Officer and Director of the Debtor* filed in accordance with the Interim Order, and any other responses or objections to the Motion, it is hereby

ORDERED, that the Motion is GRANTED on a FINAL basis; and it is further

ORDERED, that the Debtor is authorized to pay compensation in the form of the yearly salary to its sole director and shareholder, Joshua Davis, at a rate of Three Hundred Ninety Thousand Dollars ($390,000) per year on a FINAL basis, without prejudice to the Debtor's right to amend such salary upon further Order of this Court.

By the Court:

*Patricia M. Mayer*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE