## IN THE UNITED STATES BANKRUPTCY COURT FOR
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

MIDNIGHT MADNESS DISTILLING

    Debtor.

_____/

BONNIE B. FINKEL, in her capacity as Chapter
7 Trustee for Midnight Madness Distilling,

    Plaintiff,

v.

CASEY PARZYCH; SHAWN SHEEHAN;
ANGUS RITTENBURG, KELLY FESTA,
ASHLEIGH BALDWIN; MICHAEL BOYER;
R.F. CULBERTSON; GARY PARZYCH; RYAN
USZESNKI; POLEBRIDGE LLC; GOOD
DESIGN, INC.; AGTECH PA LLC; AGTECH VI,
LLC; XO ENERGY WORLDWIDE LLLP; XO
EW, LLC; CAN MAN LLC; BEST BEV, LLC;
ETOH WORLDWIDE, LLC; CANVAS 340, LLC;
FINLAND LEASING CO., INC.; and EUGENE T.
PARZYCH, INC.

    Defendants.

_____/

Case No.: 21-11750-PMM

Chapter 7 case

Adv. Pro. No.: 23-00047-PMM

## VERIFIED STATEMENT OF ROBERT K. BESTE, ESQ.

Robert K. Beste, Esq., hereby verifies that:

1.      I am a partner with the law firm of K&L Gates LLP, 600 North King Street, Suite 901, Wilmington, Delaware 19801.

2.      I am admitted to practice in, and remain in good standing with the bar of the State of Delaware, United States District Court for the District of Delaware, and United States Court of Appeals for the Third Circuit.

3.      I am not currently suspended or disbarred or subject to any disciplinary action in any jurisdiction.

4.      I understand that I will be subject to the rules of procedure, practice and discipline applicable in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

This Verification is given subject to the penalties of 18 PA CSA 4904, relating to unsworn falsification to authorities.

Dated: April 21, 2025                                    */s/ Robert K. Beste*
                                                          Robert K. Beste, Esq.