United States Bankruptcy Court
Eastern District of Pennsylvania

Finkel, Ch. 7 Trustee,
    Plaintiff

Adv. Proc. No. 23-00047-pmm

Parzych,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Apr 22, 2025      Form ID: pdf900      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | ROBERT K BESTE, K & L Gates LLP, 600 North King Street Suite 901, Wilmington, DE 19801-3777 |
| pla | + | Bonnie B. Finkel, Ch. 7 Trustee, P.O. Box 1710, Cherry Hill, NJ 08034-0091 |
| dft | +++ | Eugene T. Parzych Inc, PO Box 48, Trumbauersville Road, PA 18970-0048 |
| dft | +++ | Gary Parzych, PO Box 48, 2300 Trumbauersville Rd, Trumbauersville, PA 18970-0048 |
| intp | +++ | Gary Parzych, 2300 Trumbauersville Rd, PO Box 48, Trumbauersville, PA 18970-0048 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2025 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: james.gannone@usdoj.gov | Apr 23 2025 01:47:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 23 2025 01:48:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW J. BELLI | on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee abelli@kcr-law.com |
| Falco Anthony Muscante, II | on behalf of Defendant AgTech VI LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Angus Rittenburg falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant XO EW LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Best Bev LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Shawn Sheehan falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Casey Parzych falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Polebridge LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Kelly Festa falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Good Design Inc. falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant EtOH Worldwide LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant R.F. Culbertson falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Ashleigh Baldwin falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Canvas 340 LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant Michael Boyer falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant AgTech PA LLC falco.muscanteii@klgates.com |
| Falco Anthony Muscante, II | on behalf of Defendant XO Energy Worldwide LLLP falco.muscanteii@klgates.com |
| HAL COLEMAN PITKOW | on behalf of Defendant Casey Parzych pitkow@aol.com |
| HAL COLEMAN PITKOW | on behalf of Defendant Finland Leasing Co Inc pitkow@aol.com |
| HAL COLEMAN PITKOW | on behalf of Defendant Gary Parzych pitkow@aol.com |
| HAL COLEMAN PITKOW | on behalf of Defendant Eugene T. Parzych Inc pitkow@aol.com |
| JANICE DAUL FELIX | on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee jfelix@kcr-law.com |
| JOSEPH RAYMOND HEFFERN | on behalf of Defendant Ryan Uszenski joe@rogerscounsel.com emily@rogerscounsel.com |
| JOSEPH RAYMOND HEFFERN | on behalf of Defendant Can Man LLC joe@rogerscounsel.com emily@rogerscounsel.com |

District/off: 0313-2      User: admin      Page 3 of 3
Date Rcvd: Apr 22, 2025      Form ID: pdf900      Total Noticed: 9

STEVEN M. COREN
on behalf of Plaintiff Bonnie B. Finkel Ch. 7 Trustee scoren@kcr-law.com, ccapra@kcr-law.com

Steven Caponi
on behalf of Defendant Canvas 340 LLC steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant Kelly Festa steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant AgTech PA LLC steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant AgTech VI LLC steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant Michael Boyer steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant Shawn Sheehan steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant XO EW LLC steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant Best Bev LLC steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant XO Energy Worldwide LLLP steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant Casey Parzych steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant Good Design Inc. steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant R.F. Culbertson steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant Polebridge LLC steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant Angus Rittenburg steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant Ashleigh Baldwin steven.caponi@klgates.com alyssa.domorod@klgates.com

Steven Caponi
on behalf of Defendant EtOH Worldwide LLC steven.caponi@klgates.com alyssa.domorod@klgates.com

TOTAL: 41

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

MIDNIGHT MADNESS DISTILLING

    Debtor.

Case No.: 21-11750-PMM

Chapter 7 case

---

BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling,

    Plaintiff,

v.

CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG, KELLY FESTA, ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZESNKI; POLEBRIDGE LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.

    Defendants.

Adv. Pro. No.: 23-00047-PMM

## ORDER FOR ADMISSION *PRO HAC VICE*

**AND NOW**, it is hereby ORDERED that the motion to admit Robert K. Beste, Esq., to practice in this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b)(3) is GRANTED.

By the Court:

*Patricia M. Mayer*
_____
Judge Patricia M. Mayer

**Date: April 22, 2025**