# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | Case No.: 21-11750-PMM |
| Debtor. | |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC, | Adv. Pro. No. 23-00047-PMM |
| Plaintiff, | |
| v. | |
| CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Mark Pfeiffer, Esquire, of Buchanan Ingersoll & Rooney PC hereby enters his appearance on behalf of Defendants Gary Parzych, Finland Leasing Co., and Eugene T. Parzych, Inc.

Dated: July 23, 2025

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esq. (Pa. Id. No. 76245)

                    50 S. 16th Street, Suite 3200
                    Philadelphia, PA 19102
                    Phone: (215) 665-8700
                    Facsimile: (215) 665-8760
                    E-mail: mark.pfeiffer@bipc.com
                    *Attorney for Gary Parzych, Finland Leasing Co., and Eugene T. Parzych, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | Case No.: 21-11750-PMM |
| Debtor. / | |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC, | Adv. Pro. No. 23-00047-PMM |
| Plaintiff, | |
| v. | |
| CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC., | |
| Defendants. / | |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served this 23rd day of July, 2025 a copy of the foregoing Notice of Appearance.

Dated: July 23, 2025

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mark Pfeiffer*
Mark Pfeiffer, Esq. (Pa. Id. No. 76245)