IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Subchapter V |
| | ) | Bankruptcy No. 24-11728-PMM |
| PHILADELPHIA ORTHODONTICS, P.C., | ) ) | Dkt. No. ___ |
| | ) | Related to Dkt. Nos. 20, 21, and 22 |
| *Debtor.* | ) | |
| In re: | ) | Subchapter V |
| | ) | Bankruptcy No. 24-11730-PMM |
| JOSHUA DAVIS, | ) ) | Dkt. No. ___ |
| *Debtor.* | ) ) | Related to Dkt. Nos. 12, 13, and 14 |

**RATIFICATION OF APPLICATIONS OF THE DEBTORS TO ENGAGE CAMPBELL & LEVINE, LLC AS COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE**

AND NOW, Philadelphia Orthodontics, P.C. and Joshua Davis (collectively, the "Debtors") state as follows:

1. On May 21, 2024 (the "Petition Date"), the Debtors separately filed voluntary petitions for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code. The Debtors each filed a Motion seeking the joint administration of their bankruptcy cases for administrative purposes and such motion is pending at this time.

2. On May 22, 2024[1], the Debtors each filed an Application seeking to engage and employ Campbell & Levine, LLC as counsel in their Subchapter V bankruptcy cases (collectively, the "Applications").

3. The Applications were not signed by the Debtors, but instead were signed by proposed counsel for the Debtors.

---

[1] The Debtors attempted to file the Applications on the Petition Date (i.e., May 21, 2024), but Pacer was experiencing "technical difficulties" when the Debtors attempted to file them. As such, the Applications were filed on May 22, 2024 after the technical difficulties were resolved.

4. At the request of the United States Trustee, the Debtors are filing this Ratification to confirm that they read their respective Application and confirm and ratify the representations and statements made in the Applications.

WHEREFORE, each Debtor hereby: (i) confirms and ratifies that they read their respective Application and the representations and statements made in their respective Application are true and correct to the best of their respective knowledge, and (ii) requests that this Court enter an order authorizing them to employ C&L as their attorneys, effective as of the Petition Date, pursuant to the terms stated in the respective Application.

Respectfully submitted,

PHILADELPHIA ORTHODONTICS, P.C.

Dated: July 10, 2024

By: /s/ Joshua Davis
Joshua Davis, President

-and-

Dated: July 10, 2024

/s/ Joshua Davis
JOSHUA DAVIS

2