# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-PMM<br><br><u>JURY TRIAL DEMANDED</u> |

**ORDER**

AND NOW, this _____ day of August, 2025, upon consideration of the foregoing Motion to Withdraw Appearance, Falco A. Muscante II is hereby withdrawn as counsel for Defendants AgTech PA LLC; AgTech VI, LLC; Ashleigh Baldwin; Best Bev, LLC; Michael Boyer; Canvas 340 LLC; R.F. Culbertson; EtOH Worldwide, LLC; Kelly Festa; Good Design, Inc.; Best Bev, LLC, Casey Parzych; Polebridge, LLC; Angus Rittenburg; Shawn Sheehan; XO EW, LLC; and XO Energy Worldwide, LLLP ("Defendants"). Steven L. Caponi, Robert K. Beste, and Carly S.

Everhardt shall remain as counsel of record for Defendants.

                              BY THE COURT:

                              _____
                              Judge Patricia M. Mayer