# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-PMM<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this  20th   day of August, 2025, upon consideration of the foregoing Motion to Withdraw Appearance, Falco A. Muscante II is hereby withdrawn as counsel for Defendants AgTech PA LLC; AgTech VI, LLC; Ashleigh Baldwin; Best Bev, LLC; Michael Boyer; Canvas 340 LLC; R.F. Culbertson; EtOH Worldwide, LLC; Kelly Festa; Good Design, Inc.; Best Bev, LLC,  Casey Parzych; Polebridge, LLC; Angus Rittenburg; Shawn Sheehan; XO EW, LLC; and XO Energy Worldwide, LLLP ("Defendants").  Steven L. Caponi, Robert K. Beste, and Carly S.

Everhardt shall remain as counsel of record for Defendants.

BY THE COURT:

*Patricia M. Mayer*

Judge Patricia M. Mayer

**Date: August 20, 2025**