# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>　　　　　　　　　　Debtor. | **CHAPTER 7**<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL,** in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>**CASEY PARZYCH, et al.,**<br><br>　　　　　　　　　　Defendants. | Adv. No. 23-00047-PMM |

## STIPULATION

It is Stipulated by and between the parties to this action, by and through undersigned counsel, as follows:

**WHEREAS** on February 28, 2025, this Court entered a Pretrial Order (A.D.I. 92) in the above-captioned matter setting forth various case management deadlines, including a January 19, 2026 deadline for the close of fact discovery;

**WHEREAS** substantial discovery has occurred, with the parties exchanging written document requests and interrogatories and responses thereto and the Trustee producing over 500,000 pages of documents;

**WHEREAS** certain Defendants have experienced delays in gathering and producing documents and ESI;

**WHEREAS** the Trustee requires Defendants' document productions to be substantially

complete prior to conducting necessary depositions of the Defendants and their representatives;

**WHEREAS** a modest six-month extension to the existing case management deadlines will allow Defendants to complete their document productions and the parties to complete depositions;

**WHEREAS** the proposed extension will not affect a scheduled trial date, as none is currently scheduled;

**AND NOW** the parties hereby stipulate that an agreed Amended Pretrial Order is attached hereto as Exhibit A for consideration by the Court.

| | | |
|---|---|---|
| /s/ Joseph R. Heffern<br>Joseph R. Heffern<br>ROGERS COUNSEL<br>26 E. Athens Avenue<br>Ardmore, PA 19003<br>(610) 649-1880<br>(877) 649-1880 (fax)<br>joe@rogerscounsel.com<br><br>*Attorney for Ryan Uszenski and Can Man LLC* | /s/ Robert K. Beste<br>Robert K. Beste<br>K&L GATES LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 416-7000<br>Fax: (302) 416-7020<br>Robert.Beste@klgates.com<br><br>*Attorneys for Casey Parzych; Shawn Sheehan; Angus Rittenburg; Ashleigh Baldwin; R.F. Culbertson; Michael Boyer; Kelly Festa, Polebridge, LLC; Good Design, Inc.; AgTech PA LLC; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; EtOH Worldwide, LLC; and Canvas 340 LLC* | /s/ Andrew J. Belli<br>Andrew J. Belli<br>COREN & RESS, P.C.<br>Two Commerce Square, Suite 3900<br>2001 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 735-8700<br>Fax: (215) 735-5170<br>abelli@kcr-law.com<br><br>*Counsel for Plaintiff Bonnie Finkel, Chapter 7 Trustee* |

/s/ Mark D. Pfeiffer
Mark D. Pfeiffer
BUCHANAN INGERSOLL &
ROONEY PC

Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
215-665-3921
Fax : 215-665-8760
Email: mark.pfeiffer@bipc.com
*Attorney for Gary Parzych; Eugene T. Parzych, Inc.; and Finland Leasing Co. Inc.*

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br>v.<br><br>**CASEY PARZYCH, et al.,**<br><br>Defendants. | Adv. No. 23-00047-PMM |

## AMENDED PRETRIAL ORDER

**AND NOW**, the plaintiff having filed an adversary proceeding and the defendants having filed a responsive pleading, it is hereby **ORDERED** that the Pretrial Order entered on February 28, 2025 (A.D.I. 92) is amended as follows:

1. All fact discovery in this matter shall be initiated so that it will be completed on or before **July 19, 2026**.

2. Any expert report required pursuant to F. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than **August 19, 2026**. If any party intends to provide expert testimony in rebuttal to any expert report, any such rebuttal expert report must be served no later than **September 13, 2026**. All expert discovery shall be completed, and expert discovery shall close, by no later than **October 13, 2026**.

3. All case dispositive motions shall be served and filed on or before **November 15, 2026**. Answering briefs shall be served and filed on or before **December 15, 2026**. Reply briefs shall be served and filed on or before **December 29, 2026**.

**Date:** _____

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**