IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br>v.<br><br>CASEY PARZYCH, et al.,<br><br>Defendants. | Adv. No. 23-00047-PMM |

## AMENDED PRETRIAL ORDER

**AND NOW**, the plaintiff having filed an adversary proceeding and the defendants having filed a responsive pleading, it is hereby **ORDERED** that the Pretrial Order entered on February 28, 2025 (A.D.I. 92) is amended as follows:

1. All fact discovery in this matter shall be initiated so that it will be completed on or before **July 19, 2026**.

2. Any expert report required pursuant to F. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than **August 19, 2026**. If any party intends to provide expert testimony in rebuttal to any expert report, any such rebuttal expert report must be served no later than **September 13, 2026**. All expert discovery shall be completed, and expert discovery shall close, by no later than **October 13, 2026**.

3. All case dispositive motions shall be served and filed on or before **November 15, 2026**. Answering briefs shall be served and filed on or before **December 15, 2026**. Reply briefs shall be served and filed on or before **December 29, 2026**.

Date: **December 4, 2025**

*/Patricia M. Mayer/*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE