**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING, LLC,<br><br>Debtor. | Case No.: 21-11750-PMM<br><br>Chapter 7 |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH, et al.,<br><br>Defendants. | Adv. Pro. No.: 23-00047-PMM |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Steven L. Caponi, Robert K. Beste, Carly S. Everhardt, and Falco A. Muscante II, and the law firm of K&L Gates LLP hereby withdraws their appearance as counsel for Defendants Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Agtech VI, LLC, Canvas 340, LLC, Best Bev, LLC, and ETOH Worldwide, LLC.  The law firm of K&L Gates, LLP, by and through its attorneys, shall continue to serve as counsel for the Defendants Casey Parzych, Angus Rittenburg, Ashleigh Baldwin, R.F. Culbertson, Michael Boyer, Kelly Festa,, Polebridge, LLC, Good Design, Inc., and Agtech PA LLC.

PLEASE TAKE FURTHER NOTICE that the law firm Ballard Spahr, LLP, by and through the undersigned attorneys, hereby enter their appearance for Defendants Shawn Sheehan, XO

Energy Worldwide, LLLP, XO EW, LLC, Agtech VI, LLC, Canvas 340, LLC, Best Bev, LLC, and ETOH Worldwide, LLC (the "**Ballard Defendants**"). The name, address, telephone number, and e-mail address of the attorneys that will be representing the Ballard Defendants are as follows, and request that they be added to all service lists, including the Court's electronic notification list, in the above captioned adversary case, and that all further pleadings, orders, and notices be sent and served on the Ballard Defendants upon the following:

>Leslie C. Heilman (No. 94589)
>Nichols J. Brannick (to be admitted *pro hac vice*)
>Avery Jue Meng (to be admitted *pro hac vice*)
>**BALLARD SPAHR LLP**
>919 N. Market Street, 11th Floor
>Wilmington, DE 19801
>Tel: (302) 252-4465
>Fax: (302) 252-4466
>Email: heilmanl@ballardspahr.com
>       brannickn@ballardspahr.com
>       menga@ballardspahr.com

>Brian N. Kearney (No. 326227)
>**BALLARD SPAHR LLP**
>1735 Market Street, 51st Floor
>Philadelphia, PA 19103
>Tel: (215) 665-8500
>Fax: (215) 864-8999
>Email: kearneyb@ballardspahr.com

Dated: January 8, 2026

| | |
|---|---|
| /s/ Leslie C. Heilman | /s/ Steven L. Caponi |
| Leslie C. Heilman (No. 94589) | Steven L. Caponi (No. 91881) |
| **BALLARD SPAHR LLP** | Robert K. Beste |
| 919 N. Market Street, 11th Floor | **K&L GATES LLP** |
| Wilmington, DE 19801 | 600 N. King Street, Suite 901 |
| Tel: (302) 252-4465 | Wilmington, DE 19801 |
| Fax: (302) 252-4466 | Tel: (302) 416-7000 |
| Email: heilmanl@ballardspahr.com | Email: steven.caponi@klgates.com |
| | robert.beste@klgates.com |
| Brian N. Kearney (No. 326227) | *Withdrawing Counsel for Defendants Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Agtech VI, LLC, Canvas 340, LLC, Best Bev, LLC, and ETOH Worldwide, LLC* |
| **BALLARD SPAHR LLP** | |
| 1735 Market Street, 51st Floor | |
| Philadelphia, PA 19103 | |
| Tel: (215) 665-8500 | |
| Fax: (215) 864-8999 | |
| Email: kearneyb@ballardspahr.com | |

*Substitution Counsel for Defendants Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Agtech VI, LLC, Canvas 340, LLC, Best Bev, LLC, and ETOH Worldwide, LLC*