# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING, LLC,<br><br>Debtor. | Case No.: 21-11750-PMM<br><br>Chapter 7 |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH, et al.,<br><br>Defendants. | Adv. Pro. No.: 23-00047-PMM |

## **CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, Esquire, hereby certify that on this 8th day of January 2026, I caused a true and correct copy of the *Notice of Substitution of Counsel* to be served by electronic notice upon all parties registered to receive notice via CM/ECF.

Dated: January 8, 2026

*/s/ Leslie C. Heilman*
Leslie C. Heilman (No. 94589)
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4465
Fax: (302) 252-4466
Email: heilmanl@ballardspahr.com