L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br>                    Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>                    Plaintiff,<br>        v.<br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br>                    Defendants. | Adv. No. 23-00047-PMM<br><br><u>JURY TRIAL DEMANDED</u> |

## CERTIFICATION OF SERVICE

  I, Steven L. Caponi, certify that on February 5, 2026, I did cause a true and correct copy of the documents described below to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- K&L Gates LLP's Motion to Withdraw as Counsel
- [Proposed] Order
- Notice of Motion, Response Deadline and Telephonic or Video Hearing Date
- Certification of Service

  I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: February 5, 2026

/s/ *Steven L. Caponi*
Steven L. Caponi
Robert K. Beste (admitted *pro hac vice*)
K&L GATES LLP
600 North King Street, Suite 901
Wilmington, Delaware 19801
(302) 416-7000
steven.caponi@klgates.com

Carly S. Everhardt (admitted *pro hac vice*)
K&L GATES LLP
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, Florida 33131
(305) 539-3300