# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>　　　　　　　Debtor. | **CHAPTER 7**<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>**CASEY PARZYCH, et al.,**<br><br>　　　　　　　Defendants. | Adv. No. 23-00047-PMM |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff Bonnie B. Finkel, in her capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Debtor Midnight Madness Distilling, LLC f/k/a Theobald and Oppenheimer, LLC d/b/a Faber Distilling (the "Debtor"), hereby brings this motion (the "Motion") for entry of an order, substantially in the form submitted contemporaneously herewith, compelling production of documents from Defendants Casey Parzych, Shawn Sheehan, Angus Rittenburg, Kelly Festa, Ashleigh Baldwin, Michael Boyer, R.F. Culbertson, Polebridge, LLC, Good Design, Inc., AgTech PA LLC, XO Energy Worldwide, LLLP, XO EW, LLC, Best Bev, LLC, and Canvas 340, LLC (collectively, the "Nonproducing Defendants"). In support hereof, the Trustee submits the accompanying declaration of undersigned counsel and memorandum of law, which are incorporated herein by reference.

## **CERTIFICATION OF COUNSEL**

As described in detail in the brief filed contemporaneously herewith, undersigned counsel certifies that, after extensive effort, he was unable to resolve the discovery issues addressed herein.

Dated: February 13, 2026

                                    **COREN & RESS, P.C.**

                                    /s/ Andrew J. Belli
                                    STEVEN M. COREN
                                    ANDREW J. BELLI
                                    JANICE D. FELIX
                                    Two Commerce Square, Suite 3900
                                    2001 Market Street
                                    Philadelphia, PA 19103
                                    Tel: (215) 735-8700
                                    Fax: (215) 735-5170
                                    scoren@kcr-law.com
                                    abelli@kcr-law.com
                                    jfelix@kcr-law.com

                                    *Counsel for Plaintiff*
                                    *Bonnie Finkel, Chapter 7 Trustee*