# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br>v.<br><br>CASEY PARZYCH, et al.,<br><br>Defendants. | Adv. No. 23-00047-PMM |

## CERTIFICATION OF SERVICE

I hereby certify that on February 13, 2026, I did cause a true and correct copy of the Trustee's Motion to Compel Discovery and all papers filed contemporaneously therewith to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system.

Dated: February 13, 2026

                                        **COREN & RESS, P.C.**

                                        /s/ Andrew J. Belli
                                        ANDREW J. BELLI
                                        Two Commerce Square, Suite 3900
                                        2001 Market Street
                                        Philadelphia, PA 19103
                                        Tel: (215) 735-8700
                                        Fax: (215) 735-5170
                                        abelli@kcr-law.com

                                        *Counsel for Plaintiff*
                                        *Bonnie Finkel, Chapter 7 Trustee*