IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>　　　　　　　　　Debtor. | **CHAPTER 7**<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>**CASEY PARZYCH, et al.,**<br><br>　　　　　　　　　Defendants. | Adv. No. 23-00047-PMM |

## ORDER GRANTING TRUSTEE'S MOTION TO COMPEL DISCOVERY

Upon the motion (the "Motion") of Plaintiff Bonnie B. Finkel, in her capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Debtor Midnight Madness Distilling, LLC f/k/a Theobald and Oppenheimer, LLC d/b/a Faber Distilling (the "Debtor"), to compel production of documents from Defendants Casey Parzych, Shawn Sheehan, Angus Rittenburg, Kelly Festa, Ashleigh Baldwin, Michael Boyer, R.F. Culbertson, Polebridge, LLC, Good Design, Inc., AgTech PA LLC, XO Energy Worldwide, LLLP, XO EW, LLC, Best Bev, LLC, and Canvas 340, LLC (collectively, the "Subject Defendants"); and this Court having found that the relief requested in the Motion is proper for the adjudication of the above-captioned adversary proceeding; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that just cause for the relief granted

herein exists; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. The Subject Defendants are hereby compelled to provide complete production of all non-privileged documents requested in the Trustee's First Requests for Production within twenty one (21) days from the entry of this Order.

3. The Subject Defendants shall produce a privilege log within twenty one (21) days from the entry of this Order to the extent that they withhold any documents on the basis of privilege.