# EXHIBIT C

| | |
|---|---|
| **From:** | Andrew Belli |
| **Sent:** | Wednesday, August 6, 2025 3:43 PM |
| **To:** | Beste, Robert K. |
| **Subject:** | Midnight Madness Adversary |
| **Attachments:** | MMD Search Protocol 8.6.25.docx |
| | |
| **Categories:** | Blue Category |

Rob –

It was nice talking with you last week.  Per your request, attached is a search protocol for Defendants' ESI.  In addition to the protocol, I want to be sure I am picking up all of Defendants' communications with each other – I was unable to nail this down sufficiently because I don't have all of their email/cell numbers/other electronic messaging account info.

Please let me know your thoughts.

Best,

Andy

Andrew J. Belli, Esquire
Coren & Ress, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
(215) 735-8700 (Phone)
(215) 735-5170 (Fax)
email: ABelli@kcr-law.com

**MMD Search Protocol – 8.6.25**

1. Date Range – 2019-2023

2. Master List of Search Terms: Casey, Parzych, Parzych.cs@gmail.com, Angus, Rittenburg, Festa, kellyann921@yahoo.com, Ashleigh, Baldwin, Boyer, mkbpatent@hotmail.com, RF, Culbertson, Sheehan, Uszenski, Polebridge, "Good Design", GDI, !@gooddesigninc.com, Wynk, DrinkWynk, !@drinkwynk.com, Faber, !fabereasydrinking.com, !@fabersanitizer.com,  "Best Bev", BestBev, !@bestbev.co, !@drinkcbdelight.com, "Can Man", CanMan, "T&O", Theboald, "Theo and Opp", Madness, MMD, AgTech, "Ag Tech", @agtechvi.com, THC, CBD, !Delight, cannabis,!@drinkcannabisusa.com,  XO, "X/O", !@xo-energy.com, EtOH, AGTVI, "2512 Quakertown", "300 Commerce", Finland, ETP, Canvas, Zeller, Pitts, Blobe, Aguilar, Carey, Drangula, Kobos, Fahie, beverage, liquor, distill!, "!565-5845", "!268-6071", Coughlin, "mobile production", wagon, "2600 Milford", NDA, "non-disclosure", DPG, PNC, Millstone,  "118 North", "118 N!", Siphon, sanitizer, distribu!, ethanol, Square, POS, !@theoandopp.com, 479029824486, "Express Employment", 02498, "Roberts Oxygen", "O-I Packaging", "Berlin Packaging", Zuckerman, shadow, Maho, Thatch, Lavango, Henley, Mingo, Quonset, Onda, Thompson, Bearden, Flatley, Mitchell, Steiner, copack!, "co-pack!", Rebellion, "!987-5616", Drifter, Hoover, Newco, Wieand, Charette, Unattended, kglobal, "administrative expense", "2300 Trumbauersville", evasion, excise, bankruptcy, "commission tracker", "master historical sales", "revenue tracker, "sani sourced", "master sheet", "revenue model!", "sales by rep", Cassell, pjefferson@milesstockbridge.com, "Iron Heart", Ugly, "Good Dudes", JGD, GRIT, "Power Brands", jmwalker@nshmlaw.com, rfc@culbertsons.com, !@blankrome.com, TTB, PLCB, "hand-sani", rwfrank@yahoo.com, veil, !@flastergreenberg.com, !rwfranklaw.com, !@newlibertydistillery.com, !@whismangiordano.com, !@norrislaw.com, !,@norris-law.com, dsmith@skhlaw.com, !@robertsoxygen.com, !@narrangansettbeer.com, !@parzychconstruction.com, !@mmdistilling.com, !@mericanmule.com, !@dgpmanagement.com, "happy hour drinks", "hive cocktail", "PO Box 391", "PO Box 46", "PO Box 273", "PO Box 576", "PO Box 171, "PO Box 48", "1619 New London", Zimmerman, Mondoc, Heitz, "Sip Margs", !@sipmargs.com, !@tamworthgarden.cm, Kawama, "Parker Dev", Sawyer, Topicz, Mancini, KeHE, Moxie, Reliva, (keith w/3 canning), "Sawyer Island", Fosbenner, "Pour Bro!", Brody!, "Quaker City", QCM, "Escape Goat", "Island Distric!", Dinghy, Merican, "Magic Bullet", Trinity, "Off the Rail", (chris w/s herman), "Church Street", "good company", smutty!, Vatsan, maximliberty078@gmail.com, !@maximliberty.com, Maxim, Virgin, Vext, "Good Cat", Plantation, Ottone, Narragansett, Rebound, Wherehouse, Hempso, "Latitude 18", Botanacor, "Dutch Valley", McMaster, Esten, Shopify, Wepackit, "Trout Brothers", Keyence, "Scott Laboratories", ManyChat, "Maine Distilling", Stripe, "Penn Community", Squarespace, Agilent, "National Chemical", theobaldandoppenheimer@gmail.com, Millcraft, Utica, Westrock, HMK, Schedules, DocHub, "American Express", "AmEx", "Capitol One", "Capital One", "Encrypted Email", !ppencrypt.ppsecureemail!, SecureMail, !@go-ironclad.com, JumpFly, Penske,

"Classic Temp", "cannot pay by cc", "mo filing", !@finestkindbrewing.com, NYCO, "customs bond", Palmer, Tamworth, "Q hut", "new invoice needed", "Leadership Brands", Chrin, FET, "Vendor List"

3. Exclusions/Additions for Specific Defendants

| Custodian | Excluded Terms | Additional Terms |
|---|---|---|
| Casey Parzych | Casey, Parzych, Parzych.cs@gmail.com | |
| Angus Rittenburg | Angus, Rittenburg | |
| Kelly Festa | Festa, kellyann922@yahoo.com | |
| Ashleigh Baldwin | Ashleigh, Baldwin | |
| Michael Boyer | Boyer, mkbpatent@hotmail.com | |
| RF Culbertson | RF, Culbertson, rfc@culbertsons.com, | |
| Shawn Sheehan | Sheehan | |
| Polebridge LLC | Polebridge | |
| Good Design Inc. | "Good Design", GDI, !@gooddesigninc.com, | ashleigh@gooddesigninc.com, rf@gooddesigninc.com, casey@gooddesigninc.com, angus@gooddesigninc.com, ccoughlin@gooddesigninc.com, john@gooddesigninc.com, kellyfesta@gooddesigninc.com |
| AgTech PA LLC | AgTech, "Ag Tech", Wynk, DrinkWynk, !@drinkwynk.com | casey@drinkwynk.com, rf@drinkwynk.com, kellyfesta@drinkwynk.com, shawn@drinkwynk.com, johncharette@drinkwynk.com, angus@drinkwynk.com, casey@drinkcannabisusa.com, rf@drinkcannabisusa.com, kellisheehan@drinkwynk.com, ccoughlin@drinkwynk.com, shawn@drinkcannabisusa.com |
| XO Energy Worldwide LLLP | XO, X/O, !@xo-energy.com | |
| XO EW LLC | XO, X/O | |
| Best Bev LLC | "Best Bev", BestBev, !@bestbev.co.com | casey@bestbev.co, ryan@bestbev.co |
| Canvas 340 LLC | Canvas | |