# EXHIBIT E

| | |
|---|---|
| **From:** | Beste, Robert K. |
| **To:** | Andrew Belli |
| **Subject:** | RE: Midnight Madness Adversary |
| **Date:** | Thursday, August 21, 2025 9:24:10 AM |

**EXTERNAL EMAIL.**

Andrew,

All is well, I hope you can say the same. Thank you for following up. We are coordinating with our clients to identify potential document repositories to allow a comprehensive discussion about esi collection and searching. Given the number of people and entities, this process is taking time. Can you agree to a two week extension to respond to the recent discovery requests?
Rob Beste

**From:** Andrew Belli <ABelli@kcr-law.com>
**Sent:** Tuesday, August 19, 2025 9:28 AM
**To:** Beste, Robert K. <Robert.Beste@klgates.com>
**Subject:** RE: Midnight Madness Adversary

Rob, hope all is well -- following up here.

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

**From:** Andrew Belli
**Sent:** Wednesday, August 6, 2025 3:43 PM
**To:** Beste, Robert K. <robert.beste@klgates.com>
**Subject:** Midnight Madness Adversary

Rob –

It was nice talking with you last week. Per your request, attached is a search protocol for Defendants' ESI. In addition to the protocol, I want to be sure I am picking up all of Defendants' communications with each other – I was unable to nail this down sufficiently because I don't have all of their email/cell numbers/other electronic messaging account info.

Please let me know your thoughts.

Best,

Andy

Andrew J. Belli, Esquire
Coren & Ress, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
(215) 735-8700 (Phone)
(215) 735-5170 (Fax)
email: ABelli@kcr-law.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Robert.Beste@klgates.com.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.