# EXHIBIT G

| | |
|---|---|
| **From:** | Joseph Williams |
| **To:** | Andrew Belli |
| **Subject:** | Re: FW: Midnight Madness |
| **Date:** | Tuesday, November 18, 2025 9:23:13 AM |

**EXTERNAL EMAIL.**

Hi Andrew.  Rob forwarded your email to me.  Do you have time today to discuss a path forward for us all?

Please let me know.

Thanks,
Joseph

Joseph Williams
EVP & General Counsel
484-885-8449
jwilliams@xo-energy.com

---

**From:** Andrew Belli <ABelli@kcr-law.com>
**Sent:** Tuesday, November 18, 2025 9:09 AM
**To:** Beste, Robert K. <Robert.Beste@klgates.com>
**Subject:** RE: Midnight Madness

Any updates, Rob – I need something filed soon on this for my own peace of mind

Andrew J. Belli, Esquire

(215) 735-8700 (Phone)

---

**From:** Beste, Robert K. <Robert.Beste@klgates.com>
**Sent:** Friday, November 14, 2025 10:34 AM
**To:** Andrew Belli <ABelli@kcr-law.com>
**Subject:** RE: Midnight Madness

> **EXTERNAL EMAIL.**

Andew, good morning, I hope all is well. I have passed this along to my clients and I will get back to you shortly.

Rob

---

**From:** Andrew Belli <ABelli@kcr-law.com>
**Sent:** Friday, November 14, 2025 9:33 AM
**To:** Beste, Robert K. <Robert.Beste@klgates.com>
**Subject:** FW: Midnight Madness [KLG-AMERICAS.FID3991502]

Rob, following up here.

Andrew J. Belli, Esquire

(215) 735-8700 (Phone)

---

**From:** Andrew Belli
**Sent:** Wednesday, November 12, 2025 10:37 AM
**To:** 'Robert K. Beste' <Robert.Beste@klgates.com>
**Subject:** RE: Midnight Madness [KLG-AMERICAS.FID3991502]

Rob, hope you are well.  Any updates here (either on document production or on a settlement discussion)?

Last time we talked we discussed pushing deadlines – I wanted to get your thoughts on the attached before circulating to the other defendants.

Thanks.

Andrew J. Belli, Esquire

(215) 735-8700 (Phone)

---

**From:** Andrew Belli
**Sent:** Wednesday, October 22, 2025 9:51 AM
**To:** 'Robert K. Beste' <Robert.Beste@klgates.com>
**Subject:** RE: Midnight Madness [KLG-AMERICAS.FID3991502]

Rob, are we still proceeding via the route you described on our last call?  It has been nearly a month since then, and many months since my document requests were served – I expected to see something by now.  Thanks.

Andrew J. Belli, Esquire

(215) 735-8700 (Phone)

---

**From:** Andrew Belli
**Sent:** Friday, October 17, 2025 10:45 AM
**To:** Robert K. Beste <Robert.Beste@klgates.com>
**Subject:** RE: Midnight Madness [KLG-AMERICAS.FID3991502]

Rob, any update here or on Defendants' productions?

Andrew J. Belli, Esquire

(215) 735-8700 (Phone)

**From:** Andrew Belli
**Sent:** Tuesday, October 14, 2025 8:35 AM
**To:** Robert K. Beste <Robert.Beste@klgates.com>
**Subject:** Re: Midnight Madness [KLG-AMERICAS.FID3991502]

Yes agree to Rule 408 applying.

> On Oct 13, 2025, at 4:43 PM, Beste, Robert K. <Robert.Beste@klgates.com> wrote:
>
> **EXTERNAL EMAIL.**
>
> Andrew,
>
> I hope all is well. My clients would like to provide information and communicate with you under the umbrella of Rule 408. Is your client willing to proceed in that manner?
>
> Rob Beste
>
> Robert K. Beste
> K&L Gates LLP
> 600 North King Street, Suite 901
> Wilmington, Delaware 19801
>
> (302) 416-7040 (direct)

robert.beste@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Robert.Beste@klgates.com.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.