# EXHIBIT H

| | |
|---|---|
| **From:** | Andrew Belli |
| **Sent:** | Wednesday, January 14, 2026 10:48 AM |
| **To:** | 'heilmanl@ballardspahr.com'; 'brannickn@ballardspahr.com'; 'menga@ballardspahr.com'; 'kearneyb@ballardspahr.com' |
| **Subject:** | FW: Ch- 23-00047-pmm Withdrawal and entry of appearance - Finkel, Ch. 7 Trus |
| **Attachments:** | Midnight Madness Adversary |

Counsel –

I hope you are having a great 2026 so far.  I'd like to touch base regarding the current status of discovery for the defendants you now represent.

By way of background, the Trustee served her Requests for Production in March 2025, was very liberal in granting requested extensions, and discovery has been the subject of ongoing discussions among myself and your predecessor counsel for many months. During that time, the Trustee has made substantial document productions, provided fulsome responses to interrogatories, and granted multiple discovery extensions at Defendants' request, all in an effort to move discovery forward without court involvement.

As part of those efforts, on August 6, 2025, in response to your predecessor's request, the Trustee sent the attached email proposing an ESI search protocol and search terms. After follow-up discussions, Defendants' counsel indicated that Defendants would proceed with running those search terms on Defendant's ESI and working toward production of responsive documents. The Trustee relied on those repeated representations for months in continuing to hold off on motion practice.

I fully appreciate that you are newly involved and may still be getting up to speed. At the same time, from the Trustee's perspective, discovery has been pending for a considerable period, and she is eager to see meaningful progress.

With that in mind, the Trustee's hope is that we can pick up where things left off and move promptly into collection and production.  Please confirm that this is the case.

The Trustee remains hopeful that discovery can proceed cooperatively and without court intervention, but she does need clarity on next steps after such a lengthy period of extensions during which the Trustee was promised the production of responsive material.

I look forward to hearing from you and working together to move this forward.  Please let me know when you are available to discuss.

Best,

Andy

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

---

**From:** BKECF_LiveDB@paeb.uscourts.gov <BKECF_LiveDB@paeb.uscourts.gov>
**Sent:** Thursday, January 8, 2026 4:10 PM
**To:** Courtmail@paeb.uscourts.gov
**Subject:** Ch- 23-00047-pmm Withdrawal and entry of appearance - Finkel, Ch. 7 Trus

> **EXTERNAL EMAIL.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Eastern District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from LESLIE C. HEILMAN entered on 1/8/2026 at 4:09 PM EST and filed on 1/8/2026

**Case Name:**    Finkel, Ch. 7 Trustee v. Parzych et al
**Case Number:**    23-00047-pmm
**Document Number:** 104

**Docket Text:**
Withdrawal of Appearance of Steven L. Caponi, Robert K. Beste, Carly S. Everhardt, and Falco A. Muscante II of K&L Gates LLP and entry of appearance of Leslie C. Heilman, Nichols J. Brannick, Avery Jue Meng, and Brian N. Kearney of Ballard Spahr LLP Filed by LESLIE C. HEILMAN on behalf of AgTech VI, LLC, Best Bev LLC, Canvas 340, LLC, EtOH Worldwide LLC, Shawn Sheehan, XO EW, LLC, XO Energy Worldwide, LLLP. (Attachments: # (1) Certificate of Service) (HEILMAN, LESLIE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Midnight Madness - Notice of Substitution of Counsel.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=1/8/2026] [FileNumber=33198841-0
] [8b77e5ed399fb2245eb662e961a348aa745dfb354055dd4bfa73f5528d01b85f143
6b36917b710c92ee33fb01c718e84c65f857d47c13ed25e5bf0f610b11319]]
**Document description:** Certificate of Service
**Original filename:** C:\fakepath\Midnight Madness - COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=1/8/2026] [FileNumber=33198841-1
] [2b491436dcbdc87d1bd84cb6dce2b0e8931d122598db84da36c3661cf5e139d4e45
2a6c328f50a244a4d97be13d4a4c36afc62b20f0f9b6cadb3ef2127f4de2d]]

**23-00047-pmm Notice will be electronically mailed to:**

ANDREW J. BELLI on behalf of Plaintiff Bonnie B. Finkel, Ch. 7 Trustee
abelli@kcr-law.com

STEVEN M. COREN on behalf of Plaintiff Bonnie B. Finkel, Ch. 7 Trustee
scoren@kcr-law.com, ccapra@kcr-law.com

Steven Caponi on behalf of Defendant AgTech PA LLC
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant AgTech VI, LLC
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant Best Bev LLC
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant Canvas 340, LLC
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant EtOH Worldwide LLC
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant Good Design, Inc.
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant Polebridge, LLC
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant XO EW, LLC
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant XO Energy Worldwide, LLLP
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant Angus Rittenburg
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant Ashleigh Baldwin
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant Casey Parzych
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant Kelly Festa
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant Michael Boyer
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant R.F. Culbertson
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven Caponi on behalf of Defendant Shawn Sheehan
steven.caponi@klgates.com, alyssa.domorod@klgates.com

JANICE DAUL FELIX on behalf of Plaintiff Bonnie B. Finkel, Ch. 7 Trustee
jfelix@kcr-law.com

JOSEPH RAYMOND HEFFERN on behalf of Defendant Can Man LLC
joe@rogerscounsel.com, emily@rogerscounsel.com

JOSEPH RAYMOND HEFFERN on behalf of Defendant Ryan Uszenski
joe@rogerscounsel.com, emily@rogerscounsel.com

LESLIE C. HEILMAN on behalf of Defendant AgTech VI, LLC
HeilmanL@ballardspahr.com, carbonej@ballardspahr.com;weidmanb@ballardspahr.com

LESLIE C. HEILMAN on behalf of Defendant Best Bev LLC
HeilmanL@ballardspahr.com, carbonej@ballardspahr.com;weidmanb@ballardspahr.com

LESLIE C. HEILMAN on behalf of Defendant Canvas 340, LLC
HeilmanL@ballardspahr.com, carbonej@ballardspahr.com;weidmanb@ballardspahr.com

LESLIE C. HEILMAN on behalf of Defendant EtOH Worldwide LLC
HeilmanL@ballardspahr.com, carbonej@ballardspahr.com;weidmanb@ballardspahr.com

LESLIE C. HEILMAN on behalf of Defendant XO EW, LLC
HeilmanL@ballardspahr.com, carbonej@ballardspahr.com;weidmanb@ballardspahr.com

LESLIE C. HEILMAN on behalf of Defendant XO Energy Worldwide, LLLP
HeilmanL@ballardspahr.com, carbonej@ballardspahr.com;weidmanb@ballardspahr.com

LESLIE C. HEILMAN on behalf of Defendant Shawn Sheehan
HeilmanL@ballardspahr.com, carbonej@ballardspahr.com;weidmanb@ballardspahr.com

MARK D. PFEIFFER on behalf of Defendant Eugene T. Parzych Inc
mark.pfeiffer@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

MARK D. PFEIFFER on behalf of Defendant Finland Leasing Co, Inc
mark.pfeiffer@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

MARK D. PFEIFFER on behalf of Defendant Gary Parzych
mark.pfeiffer@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

HAL COLEMAN PITKOW on behalf of Defendant Eugene T. Parzych Inc
pitkow@aol.com

HAL COLEMAN PITKOW on behalf of Defendant Finland Leasing Co, Inc
pitkow@aol.com

HAL COLEMAN PITKOW on behalf of Defendant Casey Parzych
pitkow@aol.com

HAL COLEMAN PITKOW on behalf of Defendant Gary Parzych
pitkow@aol.com

**23-00047-pmm Notice will not be electronically mailed to:**

ROBERT K BESTE on behalf of Defendant AgTech PA LLC
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant AgTech VI, LLC
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Best Bev LLC
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Can Man LLC
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Canvas 340, LLC
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant EtOH Worldwide LLC
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Eugene T. Parzych Inc
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Finland Leasing Co, Inc
K & L Gates LLP

600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Good Design, Inc.
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Polebridge, LLC
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant XO EW, LLC
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant XO Energy Worldwide, LLLP
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Angus Rittenburg
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Ashleigh Baldwin
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Casey Parzych
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Gary Parzych
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Kelly Festa
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Michael Boyer
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant R.F. Culbertson
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Ryan Uszenski
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

ROBERT K BESTE on behalf of Defendant Shawn Sheehan
K & L Gates LLP
600 North King Street Suite 901
Wilmington, DE 19801

Gary Parzych
2300 Trumbauersville Rd
PO Box 48
Trumbauersville, PA 18970

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.