# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 21-11750-PMM |
| MIDNIGHT MADNESS DISTILLING, LLC, | Chapter 7 |
| Debtor. | |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC, | |
| Plaintiff, | Adv. Pro. No.: 23-00047-PMM |
| v. | |
| CASEY PARZYCH, et al., | |
| Defendants. | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF AVERY JUE MENG

Pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Leslie C. Heilman hereby moves for the admission pro hac vice of Avery Jue Meng to appear as counsel for Defendants Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Agtech VI, LLC, Canvas 340, LLC, Best Bev, LLC, and ETOH Worldwide, LLC (collectively, the "**XO Defendants**").

1.  A Verified Declaration of Ms. Meng is submitted herewith and incorporated herein by reference.

2. Movant, Leslie C. Heilman, is a member in good standing of, *inter alia*, the Bar of the Commonwealth of Pennsylvania, as well as the United States District Court for the Eastern District of Pennsylvania and is counsel for the XO Defendants in this bankruptcy case.

3. Applicant will tender the required fee for *pro hac vice* admission.

**WHEREFORE**, Movant respectfully requests that this Honorable Court admit, *pro hac vice*, Avery Jue Meng as counsel for the XO Defendants, and for such other relief as is just and equitable.

Dated: February 17, 2026

*/s/ Leslie C. Heilman*
Leslie C. Heilman (No. 94589)
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4465
Fax: (302) 252-4466
Email: heilmanl@ballardspahr.com

Brian N. Kearney (No. 326227)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 864-8999
Email: kearneyb@ballardspahr.com

*Counsel for Defendants Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Agtech VI, LLC, Canvas 340, LLC, Best Bev, LLC, and ETOH Worldwide, LLC*