# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 21-11750-PMM |
| MIDNIGHT MADNESS DISTILLING, LLC, | Chapter 7 |
| Debtor. | |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No.: 23-00047-PMM |
| CASEY PARZYCH, et al., | |
| Defendants. | |

## ORDER FOR ADMISSION *PRO HAC VICE*

**AND NOW**, it is hereby ORDERED that the motion to admit Avery Jue Meng to practice in this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b) is GRANTED.

By the Court:

_____
Judge Patricia M. Mayer