**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>MIDNIGHT MADNESS DISTILLING, LLC,<br>    Debtor. | Case No.: 21-11750-PMM<br><br>Chapter 7 |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC,<br>    Plaintiff,<br>v.<br>CASEY PARZYCH, et al.,<br>    Defendants. | Adv. Pro. No.: 23-00047-PMM |

## <u>VERIFIED STATEMENT OF AVERY JUE MENG</u>

Avery Jue Meng hereby verifies that:

1. I am an attorney with the law firm of Ballard Spahr LLP,[1] 919 N. Market Street, 11th Floor, Wilmington, Delaware 19801.

2. I am admitted to practice in and remain in good standing with the Bars of the states of Delaware and New York, and the United States District Court for the District of Delaware.

3. I am not currently suspended, disbarred, or subject to any disciplinary action in any jurisdiction.

---

[1] Ballard Spahr's Delaware office address, effective March 16, will be 222 Delaware Avenue, 10th Floor, Wilmington, DE 19801-3034.

4.	I understand that I will be subject to the rules of procedure, practice and discipline applicable in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 17, 2026					*/s/ Avery Jue Meng*
							Avery Jue Meng