## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br>v.<br><br>**CASEY PARZYCH, et al.,**<br><br>Defendants. | **Adv. No. 23-00047-PMM** |

### CERTIFICATION OF SERVICE

I hereby certify that on February 20, 2026, I did cause a true and correct copy of the Trustee's Limited Objection to K&L Gates LLP's Motion to Withdraw to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system.

Dated: February 20, 2026

**COREN & RESS, P.C.**

/s/ Andrew J. Belli
ANDREW J. BELLI
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
abelli@kcr-law.com

*Counsel for Plaintiff*
*Bonnie Finkel, Chapter 7 Trustee*