# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>            Debtor. | **CHAPTER 7**<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL,** in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>            Plaintiff,<br>    v.<br><br>**CASEY PARZYCH, et al.,**<br><br>            Defendants. | Adv. No. 23-00047-PMM |

## ORDER GRANTING K&L GATES MOTION TO WITHDRAW

Upon the motion (the "Motion") of K&L Gates LLP ("K&L Gates") to withdraw as counsel for Defendants Casey Parzych, Angus Rittenburg, Kelly Festa, Ashleigh Baldwin, Michael Boyer, R.F. Culbertson, Polebridge, LLC, Good Design, Inc., and AgTech PA LLC (collectively, the "K&L Gates Defendants") and the limited objection thereto filed by Plaintiff Bonnie B. Finkel, in her capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Debtor Midnight Madness Distilling, LLC f/k/a Theobald and Oppenheimer, LLC d/b/a Faber Distilling (the "Debtor"), this Court having found that the relief requested in the Motion is proper for the adjudication of the above-captioned adversary proceeding; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that just

cause for the relief granted herein exists; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED subject to the conditions set forth herein.

2. Within twenty-one (21) days of the date of this Order, each K&L Gates Defendant shall provide Plaintiff's counsel with a written inventory identifying on a repository-by-repository basis the existence, description, nature, custody, condition, and location of any documents or other tangible things currently or previously in that Defendant's possession, custody, or control which are likely to contain information relevant to this matter, including without limitation emails, text messages, cell phone data, computer drives, cloud storage accounts, and hard copy documents (the "Document Repository Inventory"). Each Defendant's Document Repository Inventory shall be signed by the appropriate Defendant pursuant to Fed. R. Civ. P. 33(b)(5) and by a K&L Gates attorney pursuant to Fed. R. Civ. P. 26(g).

3. K&L Gates shall preserve all client documents and electronically stored information currently in its possession, custody, or control relating to this adversary proceeding, and shall provide Plaintiff's counsel with a high-level description of such materials (including data source and date range) within twenty-one (21) days of the date of this Order.

4. Upon satisfaction of the conditions imposed by paragraphs 2 and 3 of this Order, K&L Gates attorneys may withdraw their appearances in the above-captioned adversary proceeding. This Court shall retain jurisdiction over any K&L Gates attorney who has entered an appearance in this matter for purposes of enforcing this Order.

5. Within twenty-one (21) days of the date of this Order, each of the entity K&L Gates Defendants—Polebridge, LLC, Good Design, Inc., and AgTech PA LLC—shall retain

replacement counsel. Any entity Defendant that fails to have replacement counsel enter an appearance within twenty-one (21) days of the date of this Order shall be subject to the entry of default upon application by the Plaintiff.

6. Each individual K&L Gates Defendant—Casey Parzych, Angus Rittenburg, Kelly Festa, Ashleigh Baldwin, Michael Boyer, and R.F. Culbertson—who does not have replacement counsel enter an appearance within twenty-one (21) days of the date of this Order shall, within that same twenty-one (21) day period, file with the Court and serve upon Plaintiff's counsel a notice providing: (a) an active email address; (b) a physical mailing address; and (c) a telephone number at which that Defendant may be reached for purposes of informal communications and formal service of litigation documents.