**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> MIDNIGHT MADNESS DISTILLING, LLC, <br><br> Debtor. | Case No.: 21-11750-PMM <br><br> Chapter 7 |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CASEY PARZYCH, et al., <br><br> Defendants. | Adv. Pro. No.: 23-00047-PMM |

### ORDER FOR ADMISSION *PRO HAC VICE*

**AND NOW**, it is hereby ORDERED that the motion to admit Nicholas J. Brannick to practice in this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b) is GRANTED.

By the Court:

*Patricia M. Mayer* (signature)

_____
Judge Patricia M. Mayer

**Date: February 23, 2026**