**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

MIDNIGHT MADNESS DISTILLING, LLC,

    Debtor.

Case No.: 21-11750-PMM

Chapter 7

BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling, LLC,

    Plaintiff,

v.

CASEY PARZYCH, et al.,

    Defendants.

Adv. Pro. No.: 23-00047-PMM

## ORDER FOR ADMISSION *PRO HAC VICE*

**AND NOW**, it is hereby ORDERED that the motion to admit Avery Jue Meng to practice in this Court pursuant to Local Rule of Bankruptcy Procedure 2090-1(b) is GRANTED.

**Date: February 23, 2026**

By the Court:

*Patricia M. Mayer*

_____
Judge Patricia M. Mayer