**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7<br>Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH, et al.,<br><br>Defendants. | Adv. No. 23-00047-PMM |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, Robert Culbertson, in the above-referenced adversary proceeding.

Dated: <u>February 25, 2026</u>

Respectfully submitted,

**ROGERS COUNSEL**

Joseph R. Heffern, Esquire
26 E. Athens Avenue
Ardmore, PA 19003
610-649-1880
877-649-1880 (fax)
joe@rogerscounsel.com
Attorney for Defendant