IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>　　　　　　　　Debtor. | CHAPTER 7<br><br>Case No. 21-11750-MDC |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>　　　　　　　　Defendants. | Adv. No. 23-00047-PMM |

## **NOTICE OF APPEARANCE**

Kindly enter the appearance of George William Allison Bartholomew, Esquire, of the law firm Saxton & Stump LLC, on behalf of Defendant Michael Boyer in the above-referenced adversary proceeding.

                                                    SAXTON & STUMP, LLC

Dated: February 26, 2026              By: */s/ G. William Bartholomew*
                                                    G. William Bartholomew
                                                    PA I.D. # 337406
                                                    280 Granite Run Drive, Suite 300
                                                    Lancaster, PA 17601
                                                    Phone: (717) 556-1050
                                                    Fax: (717) 441-3810
                                                    wbartholomew@saxtonstump.com

                                                    *Counsel for Defendant Michael Boyer*