IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>　　　　　　Debtor. | CHAPTER 7<br>Case No. 21-11750-MDC |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>　　　　　　Defendants. | Adv. No. 23-00047-PMM<br><br><br>JURY TRIAL DEMANDED |

**DISCOVERY STIPULATION**

Plaintiff, Bonnie B. Finkel (the "Trustee") in her capacity as Chater 7 Trustee for Midnight Madness Distilling LLC f/k/a Theobald and Oppenheimer, LLC d/b/a/ Faber Distilling ("Debtor") and Michael Boyer ("Boyer"), by and through counsel, hereby agree and stipulate as follows:

1.　　On February 13, 2026, a Motion to Compel Discovery was filed on behalf of the Trustee as to multiple defendants including Boyer in the adversarial proceeding captioned <u>Bonnie B. Finkel, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC v. Casey Parzych et al.</u>, Adv. No. 23-00047-PMM (the "Adversary Proceeding").

2.      Boyer and multiple other Defendants were previously represented in the Adversary Proceeding by K&L Gates. That representation has been terminated, and Boyer is now represented by Saxton & Stump LLC.

3.      Boyer and the Trustee have agreed to resolve the issues raised in the Motion to Compel Discovery with respect to Boyer as follows:

(a)      Boyer shall provide complete production of all non-privileged documents requested in the Trustee's First Requests for Production within forty-five (45) days of the date of the entry of an Order approving this stipulation;

(b)      Contemporaneous with Boyer's production, he will submit a privilege log to the extent that he is in possession of any documents believed to be subject to privilege;

(c)      The Trustee's Motion to Compel is hereby withdrawn as to Boyer; and

(d)      The Trustee and Boyer shall submit this Stipulation to the Court for the entry of an order approving its terms.  A proposed Order is annexed hereto as Exhibit A.

Dated: February 26, 2026

COREN & RESS, P.C.                                      SAXTON & STUMP, LLC


By: */s/ Andrew J. Belli*_____                       By: */s/ G. William Bartholomew*_____
    Steven M. Coren                                        G. William Bartholomew,
    Andrew J. Belli                                        280 Granite Run Drive, Suite 300
    Two Commerce Square, Suite 3900                        Lancaster, PA 17601
    2001 Market Street                                     Phone: (717) 556-1000
    Philadelphia, PA 19103                                 Fax: (717) 441-3810
    Tel: (215) 735-8700                                    wbartholomew@saxtonstump.com
    Fax: (215) 735-5170
    scoren@kcr-law.com                                     *Counsel for Defendant, Michael Boyer*
    abelli@kcr-law.com

    *Counsel for Plaintiff*
    *Bonnie Finkel, Chapter 7 Trustee*

2

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-MDC |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-PMM<br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this _____ day of _____, 2026, pursuant to the Discovery Stipulation entered into by and between counsel for the Trustee and counsel for the Defendant, Michael Boyer, it is hereby ordered and decreed as follows:

(a)    Boyer shall provide complete production of all non-privileged documents requested in the Trustee's First Requests for Production within forty-five (45) days of the date of the entry of this Order;

  (b)  Contemporaneous with Boyer's production, he will submit a privilege log to the extent that he is in possession of any documents believed to be subject to privilege; and

  (c)  The Trustee's Motion to Compel is hereby deemed to be withdrawn as to Boyer.

         BY THE COURT:


                         _____

                                   J.

2