**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | Case No. 21-11750-PMM |
| Debtor. | |
| | Jointly Administered |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC, | |
| Plaintiff, | Adv. Proc. No. 23-00047-PMM |
| v. | |
| CASEY PARZYCH, et al., | |
| Defendants. | |

**DISCOVERY STIPULATION REGARDING DEFENDANT R.F. CULBERTSON**

Plaintiff, Bonnie B. Finkel (the "Trustee") in her capacity as Chater 7 Trustee for

Midnight Madness Distilling LLC f/k/a Theobald and Oppenheimer, LLC d/b/a/ Faber

Distilling ("Debtor") and R.F. Culbertson ("Culbertson"), by and through counsel, hereby agree

and stipulate as follows:

1. On February 13, 2026, a Motion to Compel Discovery was filed on behalf of the

Trustee as to multiple defendants including Culbertson in the adversarial proceeding captioned

*Bonnie B. Finkel, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC v.*

*Casey Parzych et al,*, Adv. No. 23-00047-PMM (the "Adversary Proceeding").

2. Culbertson and multiple other Defendants were previously represented in the

Adversary Proceeding by K&L Gates. That representation has been terminated, and Culbertson

is now represented by Rogers Counsel.

3. Culbertson and the Trustee have agreed to resolve the issues raised in the Motion

to Compel Discovery with respect to Culbertson as follows:

(a) Culbertson shall provide complete production of all non-privileged documents

requested in the Trustee's First Requests for Production within forty-five (45) days of the

date of the entry of an Order approving this stipulation;

(b) Contemporaneous with Culbertson's production, he will submit a privilege log to

the extent that he is in possession of any documents believed to be subject to privilege;

(c) The Trustee's Motion to Compel is hereby withdrawn as to Culbertson; and

(d) The Trustee and Culbertson shall submit this Stipulation to the Court for the entry

of an order approving its terms. A proposed Order is annexed hereto as Exhibit A.

Dated: February 27, 2026

COREN & RESS, P.C.                          ROGERS COUNSEL

By: */s/ Andrew J. Belli*                    By: */s/ Joseph R. Heffern*
Steven M. Coren                             Joseph R. Heffern
Andrew J. Belli                             26 East Athens Avenue
Two Commerce Square, Suite 3900             Ardmore, Pennsylvania 19003
2001 Market Street                          (610) 285-8238
Philadelphia, PA 19103                      (877) 649-1880 (fax)
Tel: (215) 735-8700                          Joe@RogersCounsel.com
Fax: (215) 735-5170
scoren@kcr-law.com
abelli@kcr-law.com

# Exhibit  A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | Case No. 21-11750-PMM |
| Debtor. | |
| | Jointly Administered |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC, | |
| Plaintiff, | Adv. Proc. No. 23-00047-PMM |
| v. | |
| CASEY PARZYCH, et al., | |
| Defendants. | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2026, pursuant to the Discovery Stipulation entered into by and between counsel for the Trustee and counsel for the Defendant, R.F. Culbertson, it is hereby ordered and decreed as follows:

(a) Culbertson shall provide complete production of all non-privileged documents requested in the Trustee's First Requests for Production within forty-five (45) days of the date of the entry of this Order;

(b) Contemporaneous with Culbertson's production, he will submit a privilege log to the extent that he is in possession of any documents believed to be subject to privilege; and

(c) The Trustee's Motion to Compel is hereby deemed to be withdrawn as to Culbertson.

BY THE COURT:

_____
J.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | Case No. 21-11750-PMM |
| Debtor. | |
| | Jointly Administered |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC, | |
| Plaintiff, | Adv. Proc. No. 23-00047-PMM |
| v. | |
| CASEY PARZYCH, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Joseph R. Heffern, Esquire, hereby certify that I served all counsel of record via ECF on February 27, 2026.

ROGERS COUNSEL

Joseph R. Heffern