**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>　　　　　**Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>　　　　　**Plaintiff,**<br>　　**v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>　　　　　**Defendants.** | **Adv. No. 23-00047-PMM** |

**DEFENDANTS CASEY PARZYCH, ASHLEIGH BALDWIN, ANGUS
RITTENBURG, KELLY FESTA, POLEBRIDGE, LLC, GOOD DESIGN, INC.
AND AGTECH PA, LLC'S
<u>RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY</u>**

Defendants Casey Parzych, Ashleigh Baldwin, Angus Rittenburg, Kelly Festa, Polebridge, LLC, Good Design, Inc., and AgTech PA, LLC ("Defendants"), appearing *pro se*, hereby respond to Plaintiff's Motion to Compel Discovery as set forth below.

    1.　　**Plaintiff's Motion Was Filed at a Time When Defendants Will
Be Without Effective Representation of Counsel Regardless of
Your Honor's Decision on K&L Gates' Motion to Withdraw
<u>as Our Counsel</u>**

K&L Gates has filed a Motion to Withdraw as our counsel on the ground that a conflict of interest has arisen and that they are therefore no longer able to effectively represent us. See, K&L Gates' Motion to Withdraw, ¶ 6, 7 & 8, attached hereto as Exhibit "A".

Indeed, K&L Gates is not responding to this Motion on our behalf and we are therefore unrepresented and "on our own". As lay individuals, we do not possess the legal training or expertise required to respond to this Motion to Compel.  We do not have the slightest idea about how to gather the electronic discovery, e.g. emails, text messages, etc., that the Plaintiff is requesting or what information they are entitled to receive.

Moreover, K&L Gates has represented us in this matter since September 2024 and has not made us aware of or advised us about the facts and circumstances leading to the filing of this Motion.  We are therefore completely in the dark about the facts and circumstances leading to the filing of this Motion.  K&L Gates is our attorney and as such should be responding to this Motion on our behalf.  However, they have stated that they cannot respond on our behalf because they have a conflict of interest.

This Motion should be deferred or denied without prejudice, given that: (1) our present counsel, K&L Gates, is not representing us and has stated that they cannot represent us because there is a conflict of interest, (2) we are lay individuals and do not possess the skill or knowledge to respond to this Motion, (3) all the information necessary to respond to this Motion is within the exclusive knowledge and control of our counsel, K&L Gates, who is no longer representing us, (4) we are actively seeking new counsel to represent us, and (5) Albert Ciardi, Esquire, has agreed to represent us in a limited capacity to discuss a resolution of this matter with the Trustee's counsel. See Section 3, below.

2

We also incorporate our Response to K&L Gates' Motion to Withdraw which explains the reasons why we are unable to represent ourselves in this matter, which most imminently includes responding to this Motion.

**2.  <u>Request for Additional Time and Limited Stay of Proceedings</u>**

We are actively seeking new representation, however, due to the specialized nature of this case, finding a qualified attorney who is available and conflict-free requires more time than we have to respond to this Motion in a timely manner on or before February 27, 2026.  We have contacted a number of attorneys to date and for various reasons they are unable to represent us, e.g. conflict with the Trustee in this case, only willing to represent us in bankruptcy proceedings and not an adversarial proceeding, not willing to represent us because they believe our limited resources would be exhausted in the course of their representing our interests.  The complexity of this case requires an appropriate review period for any incoming attorney, assuming they are interested and qualified to represent any or all of us.

Given the present circumstances, the only way to avoid substantial prejudice to our defense and that will effectively deny us an opportunity to defend ourselves and a fair day in court is to either: (1) defer ruling on this Motion until our new counsel has adequate time to respond, (2) deny the motion without prejudice or (3) grant a limited stay of proceedings as to defendants Casey Parzych, Ashleigh Baldwin, Angus Rittenburg, Kelly Festa, Polebridge, LLC, Good Design, Inc., and AgTech PA, LLC.

### 3.   Defendants are Interviewing Counsel

Defendants have interviewed Albert Ciardi, Esquire, as part of their efforts to seek new counsel.

Mr. Ciardi is in communication with Plaintiff's counsel regarding their defense of this matter or filing bankruptcy.  Absent a resolution of this case, defendants are prepared to file for bankruptcy because they are without sufficient assets to retain counsel or defend themselves.

A ruling on Plaintiff's Motion at this time will only serve to waste the time and resources of Your Honor, the court, Plaintiff's counsel and the parties opposing this Motion who already have scant resources.

Under these circumstances, it makes even more sense to grant the relief requested below.

### Conclusion

To ensure the interests of justice and to prevent irreparable harm to our case, we respectfully request that the Court:

- **Defer** ruling on the Motion to Compel at this time; or

- **Deny** the Motion to Compel without prejudice; or

- **Grant a Stay** of all proceedings as to the above-named defendants for ninety (90) days to allow us sufficient time to secure specialized substitute counsel and to bring them up to speed on the case or to file petitions in bankruptcy.

Respectfully submitted,

_____
Casey Parzych

Respectfully submitted,

_____
Angus Rittenburg

Respectfully submitted,

_____
AgTech PA, LLC
By: Casey Parzych

Respectfully submitted,

_____
Good Design, Inc.
By: Angus Rittenburg

Respectfully submitted,

_____
Ashleigh Baldwin

Respectfully submitted,

_____
Kelly Festa

Respectfully submitted,

_____
Polebridge, LLC
By: Ashleigh Baldwin

Dated: February 26, 2026.