# E X H I B I T  "A"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-PMM<br><br><br>JURY TRIAL DEMANDED |

**K&L GATES LLP'S MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Bankruptcy Rule 2091-1, K&L Gates LLP ("Counsel"), including each individual counsel listed in the signature block, moves to withdraw as counsel for defendants Casey Parzych, Angus Rittenburg, Ashleigh Baldwin, R.F. Culbertson, Michael Boyer, Kelly Festa, Polebridge, LLC, Good Design, Inc., and AgTech PA LLC ("Defendants"), and states:

1.      On June 15, 2023, Bonnie B. Finkel, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC, filed this adversary proceeding against Defendants and several

other parties.  D.I. 1 The Trustee filed the operative complaint, the Amended Complaint, on August 22, 2024. D.I. 44.

2.      On August 28, 2025, the Court entered its Pre-Trial Order. D.I. 92. On December 4, 2025, the Court entered an Amended Pre-Trial Order. D.I. 102.

3.      Under Local Bankruptcy Rule 2091-1, a Court order is required for any withdrawal of counsel for parties.

4.      Pennsylvania's Rules of Professional Conduct govern this motion (the "Rules").

5.      At the outset of the litigation, the undersigned represented Defendants and also the "Ballard Defendants," specifically Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Agtech VI, LLC, Canvas 340, LLC, Best Bev, LLC, and ETOH Worldwide, LLC. On January 8, 2026, new counsel substituted their appearance for the Ballard Defendants, and Counsel no longer represent the Ballard Defendants. D.I. 104.

6.       Under Rule 1.7(a), Counsel is required to terminate its representation of Defendants, including pursuant to subparts (1) and (2), because a conflict of interest has arisen among the defendants once represented by Counsel. As explained in comment 4 to Rule 1.7, if "a conflict arises after representation has been undertaken, the lawyer ordinarily must withdraw from the representation . . . ." From the outset of this litigation, the terms of Counsel's engagement made plain that, if a conflict arises during the litigation, Counsel may need to withdraw from its representation of all defendants. Termination of the representation is also appropriate under Rule 1.9(a) and (b).

7.      Withdrawal of Counsel is also both permissible and desirable under Rule 1.16(b)(1) because Counsel can withdraw without any material adverse effect on any Defendant. This

2

includes because the parties recently extended the applicable discovery deadlines, including moving the fact discovery deadline to July 19, 2026. D.I. 102.

8. Finally, pursuant to comment 3 to Rule 1.16 and Rule 1.16(b)(5), professional considerations require that Counsel terminate its representation of Defendants and withdraw as counsel.

9. Counsel has provided Defendants with advance notice of its intention to file this motion and provided Defendants with an opportunity to retain replacement counsel in advance of this motion.

10. For the foregoing reasons, Counsel respectfully requests that the Court grant the motion.

February 5, 2026

**K&L GATES LLP**

  /s/ *Steven L. Caponi*
Steven L. Caponi
Robert K. Beste (admitted *pro hac vice*)
600 North King Street, Suite 901
Wilmington, Delaware 19801
(302) 416-7000
Steven.Caponi@klgates.com

Carly S. Everhardt (admitted *pro hac vice*)
**K&L GATES LLP**
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, Florida 33131
(305) 539-3300

Falco A. Muscante II
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

3