**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>　　　　　**Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>　　　　　**Plaintiff,**<br>　　**v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>　　　　　**Defendants.** | **Adv. No. 23-00047-PMM** |

## <u>ORDER</u>

AND NOW, this _____ day of _____ 2026, upon consideration of Plaintiff's

Motion to Compel Discovery, and Defendants Casey Parzych, Ashleigh Baldwin, Angus

Rittenburg, Kelly Festa, Polebridge, LLC, Good Design, Inc., and AgTech PA, LLC' Response

to the Motion,

It is ORDERED that the Motion is DENIED; and

IT IS FURTHER ORDERED that a Stay of Proceedings as to the above Defendants shall

be effective for ninety (90) days from the date of this Order.

IT IS SO ORDERED.

　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　U.S. Bankruptcy Judge