## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I did cause a true and correct copy of Defendants' Casey Parzych, Ashleigh Baldwin, Angus Rittenburg, Kelly Festa, Polebridge, LLC, Good Design, Inc., and AgTech PA, LLC Response to the Trustee's Motion to Compel Discovery and all papers filed contemporaneously therewith to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system.

_____

Casey Parzych