IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>          Debtor. | CHAPTER 7<br>Case No. 21-11750-<br>PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>          Plaintiff,<br><br>          v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>          Defendants. | Adv. No. 23-00047-PMM<br><br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this __3rd__ day of __March__, 2026, pursuant to the Discovery Stipulation entered into by and between counsel for the Trustee and counsel for the Defendant, Michael Boyer, it is hereby ordered and decreed as follows:

        (a)    Boyer shall provide complete production of all non-privileged documents requested in the Trustee's First Requests for Production within forty-five (45) days of the date of the entry of this Order;

(b)     Contemporaneous with Boyer's production, he will submit a privilege log to the extent that he is in possession of any documents believed to be subject to privilege; and

(c)     The Trustee's Motion to Compel is hereby deemed to be withdrawn as to Boyer.

BY THE COURT:

*Patricia M. Mayer*

_____

J.