**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | Case No. 21-11750-PMM |
| Debtor. | |
| | Jointly Administered |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC, | |
| Plaintiff, | Adv. Proc. No. 23-00047-PMM |
| v. | |
| CASEY PARZYCH, et al., | |
| Defendants. | |

## ORDER

AND NOW, this __3rd__ day of __March__, 2026, pursuant to the Discovery Stipulation entered into by and between counsel for the Trustee and counsel for the Defendant, R.F. Culbertson, it is hereby ordered and decreed as follows:

(a) Culbertson shall provide complete production of all non-privileged documents requested in the Trustee's First Requests for Production within forty-five (45) days of the date of the entry of this Order;

(b) Contemporaneous with Culbertson's production, he will submit a privilege log to the extent that he is in possession of any documents believed to be subject to privilege; and

(c) The Trustee's Motion to Compel is hereby deemed to be withdrawn as to Culbertson.

BY THE COURT:

_Patricia M. Mayer_
_____
J.