**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

MIDNIGHT MADNESS DISTILLING, LLC,

Debtor.

Case No.: 21-11750-PMM

Chapter 7

BONNIE B. FINKEL, in her capacity as Chapter
7 Trustee for Midnight Madness Distilling, LLC,

Plaintiff,

v.

CASEY PARZYCH, *et al.*,

Defendants.

Adv. Pro. No.: 23-00047-PMM

JURY TRIAL DEMANDED

<u>**DECLARATION OF LESLIE C. HEILMAN**</u>

Leslie C. Heilman, Esq., pursuant to 28 U.S.C. § 1746, declares under penalty of perjury under the laws of the United States of America:

1. I am an attorney admitted to the bar of the Commonwealth of Pennsylvania and before this Court, a partner with the law firm of Ballard Spahr LLP ("<u>Ballard Spahr</u>"), and counsel to Defendants Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Canvas 340, LLC, and Best Bev, LLC (collectively, the "<u>Sheehan Defendants</u>") in the above-captioned adversary proceeding. As such, I am familiar with the facts and circumstances set forth below and make this Declaration based upon my personal knowledge.

2. I am a natural person over eighteen (18) years of age and I reside in the Commonwealth of Pennsylvania.

3.      I submit this Declaration in support of the Sheehan Defendants' *Objection to Plaintiff's Motion to Compel Discovery*.

4.      Ballard Spahr was retained by the Sheehan Defendants on December 22, 2025 to replace the Sheehan Defendants' prior counsel, K&L Gates LLP ("K&L Gates").  Ballard Spahr entered its appearance in this matter on behalf of the Sheehan Defendants on January 8, 2026.

5.      On January 14, 2026, Andrew Belli, counsel for Bonnie B. Finkel, the chapter 7 trustee ("Trustee") e-mailed me to introduce himself.  In that e-mail, Mr. Belli raised concerns regarding the pace of discovery in this matter.  Mr. Belli attached to his e-mail to me the e-mail attached to *Plaintiff's Motion to Compel Discovery* [Adv. Dkt. No. 107] (the "Motion") as Exhibit C [Adv. Dkt. No. 107-1] and the Trustee's proposed search protocol for electronically stored information ("ESI Protocol").

6.      I had an initial conversation with Andrew Belli, regarding this matter on January 22, 2026, during which I informed Mr. Belli that our firm was just coming up to speed on this matter and suggested a meeting to discuss discovery the following week.

7.       My colleague, Nicholas Brannick, and I participated in a meet and confer with Mr. Belli on January 28, 2026, conducted via videoconference.

8.      During that conference, we informed Mr. Belli that the Trustee's failure to serve discovery focused on the allegations and claims against the individual Defendants was improper under Federal Rule of Civil Procedure 26(b), and rendered collection and review of responsive documents impossible. Mr. Belli responded that the Trustee is entitled to take discovery from all Defendants regarding all allegations and claims, regardless of the relevance of those allegations or claims to any particular Defendant.

9.      Also during that conference, we informed Mr. Belli that the Trustee's proposed ESI Protocol, and specifically its requirement that the Sheehan Defendants conduct a search using 259 search terms, without regard to relevance or custodian, was unreasonable.  Counsel for Plaintiff did not provide any solution or offer to compromise as to the proposed search terms.  We informed Mr. Belli that we would undertake an analysis of the ESI Protocol and provide that analysis to him.

10.     The Trustee filed the Motion without ever following up regarding our analysis of the ESI Protocol.

11.     Analyzing 259 search terms for relevance was a significant undertaking, requiring substantial review of the ESI Protocol, Amended Complaint and the parties' discovery requests and responses, as well as consultation with the Sheehan Defendants.

12.     On February 27, 2026, Mr. Brannick e-mailed Mr. Belli our analysis of the ESI Protocol, which is attached to the Objection as Exhibit 11.  The Sheehan Defendants: (i) agreed to run 33 of the Trustee's 259 search terms, subject to agreeing upon a relevant time period; (ii) rejected 76 search terms and explained why; (iii) asked the Trustee to explain the relevance of 144 search terms; and (iv) identified 3 search terms for further discussion.

13.     Mr. Belli responded on March 3, 2026, and that response is attached to the Objection as Exhibit 12.

14.     On or about January 9, 2026, K&L Gates provided Ballard Spahr with a drive containing 99 gigabytes of data, comprising the Trustee's production of documents in this matter. Processing that data took several days due to the manner in which the Trustee produced those documents.  Ballard Spahr then placed the Trustee's production in Relativity.

15.     The Trustee's document production consists of 441,592 documents, spread over 18 folders, as shown below:



16.     While Ballard Spahr has not yet had an opportunity to review all of the documents produced by the Trustee, an initial review indicates that the Trustee and her counsel have engaged in a wholesale document dump, rather than conducting a review of documents for responsiveness. A few examples of the irrelevant documents we have identified thus far are provided below:

a. Facebook posts, e.g.:

   i. TRUSTEE20032



b.  Spreadsheets and tables orphaned from document families with no context, e.g.:

i.  TRUSTEE16886

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Store | Location Address | Location City | Location County | Location Postal Code |
| 2 | 215 | 1601 LIBERTY AVE | PITTSBURGH | Allegheny | 15222-4301 |
| 3 | 222 | 98 VANADIUM RD, BLDG D | BRIDGEVILLE | Allegheny | 15017-3034 |
| 4 | 247 | 5956 CENTRE AVE, STE 201 | PITTSBURGH | Allegheny | 15206-3815 |
| 5 | 260 | 1955 WHARTON ST | PITTSBURGH | Allegheny | 15203-1915 |
| 6 | 286 | PINES PLZ 1130 PERRY HWY, #20 | PITTSBURGH | Allegheny | 15237-2142 |
| 7 | 621 | BERKSHIRE WEST 1101 WOODLAND RD | WYOMISSING | Berks | 19610-1214 |
| 8 | 910 | HILLTOWN PLZ 766 RTE 113, STORE 4 | SOUDERTON | Bucks | 18964-1004 |
| 9 | 912 | LOGAN SQ 6542-J LOWER YORK RD | NEW HOPE | Bucks | 18938-1084 |
| 10 | 920 | QUAKERTOWN PLZ 1465 W BROAD ST, STE 19 | QUAKERTOWN | Bucks | 18951-1189 |
| 11 | 934 | 132 VETERANS LN, BLDG C | DOYLESTOWN | Bucks | 18901 |
| 12 | 940 | 855B PENNSYLVANIA BLVD | FEASTERVILLE | Bucks | 19053-7813 |
| 13 | 1404 | HAMILTON SQUARE SHOP CTR 230 W HAMILTON AVE | STATE COLLEGE | Centre | 16801-5218 |
| 14 | 1532 | 100 WILLOWBROOK LANE, STE 108 | WEST CHESTER | Chester | 19382-5571 |
| 15 | 2221 | 990 Briarsdale Road, Unit D | Harrisburg | Dauphin | 17109-5905 |
| 16 | 2301 | LAWRENCE PARK INDUSTRIAL CTR 629 PARKWAY DRIVE | BROOMALL | Delaware | 19008-4206 |
| 17 | 2324 | MACDADE PLZ 2143 MACDADE BLVD | HOLMES | Delaware | 19043-1210 |
| 18 | 2514 | YORKTOWN CENTRE 2501 W 12TH ST | ERIE | Erie | 16505-4507 |
| 19 | 2516 | LIBERTY PLZ 3702 LIBERTY ST | ERIE | Erie | 16508-2537 |
| 20 | 3616 | 1190 DILLERVILLE RD | LANCASTER | Lancaster | 17601-3110 |
| 21 | 4004 | 1492 HWY 315, STE 1 | WILKES-BARRE | Luzerne | 18702-7096 |
| 22 | 4508 | JAY PARK PLZ, RTE 209 288 DARTMOUTH DR PO BOX 1378 | MARSHALLS CREEK | Monroe | 18335-1378 |
| 23 | 4615 | 26 E FOURTH ST | EAST GREENVILLE | Montgomery | 18041-1338 |
| 24 | 4628 | WHITEMARSH SHOPPING CENTER 44 RIDGE PIKE | CONSHOHOCKEN | Montgomery | 19428-2117 |
| 25 | 4639 | GILBERTSVILLE SHOPPING CTR 1050 E PHILADELPHIA AVE | GILBERTSVILLE | Montgomery | 19525-9517 |
| 26 | 4646 | ARDMORE SHOPPING CTR 62 GREENFIELD AVE | ARDMORE | Montgomery | 19003-1204 |
| 27 | 4817 | 3084 EMRICK BLVD | BETHLEHEM | Northampton | 18020-8018 |
| 28 | 5103 | 2238 WASHINGTON AVE | PHILADELPHIA | Philadelphia | 19146-2815 |
| 29 | 5111 | 3720 MAIN ST | PHILADELPHIA | Philadelphia | 19127-2108 |
| 30 | 5134 | 32 S 2ND ST | PHILADELPHIA | Philadelphia | 19106-2802 |
| 31 | 5185 | 180 W GIRARD AVE | PHILADELPHIA | Philadelphia | 19123-1660 |
| 32 | 6717 | YORK MARKETPLACE 2547 E MARKET ST | YORK | York | 17402-2403 |
| 33 | 9101 | 2040 MARKET ST | PHILADELPHIA | Philadelphia | 19103-3302 |
| 34 | 6316 | WASHINGTON MALL 301 OAK SPRING RD. | WASHINGTON | WASHINGTON | 15301-2966 |
| 35 | | | | | |
| 36 | | | | | |

6

c. Pictures of Faber products at bars, e.g.:

    i. TRUSTEE16687



    ii. TRUSTEE16689



d.  Pages of computer coding, e.g.:

i.  TRUSTEE18063

```
@charset "UTF-8";
/*!
 * animate.css -http://daneden.me/animate
 * Version - 3.7.0
 * Licensed under the MIT license - http://opensource.org/licenses/MIT
 *
 * Copyright (c) 2018 Daniel Eden
 */
@-webkit-keyframes
bounce{from,20%,53%,80%,to{-webkit-animation-timing-function:cubic-bezier(.215,.61,.355,1);animation-t
iming-function:cubic-bezier(.215,.61,.355,1);-webkit-transform:translate3d(0,0,0);transform:translate3d(0,0
,0)}40%,43%{-webkit-animation-timing-function:cubic-bezier(.755,.05,.855,.06);animation-timing-function:
cubic-bezier(.755,.05,.855,.06);-webkit-transform:translate3d(0,-30px,0);transform:translate3d(0,-30px,0)}
70%{-webkit-animation-timing-function:cubic-bezier(.755,.05,.855,.06);animation-timing-function:cubic-be
zier(.755,.05,.855,.06);-webkit-transform:translate3d(0,-15px,0);transform:translate3d(0,-15px,0)}90%{-we
bkit-transform:translate3d(0,-4px,0);transform:translate3d(0,-4px,0)}}@keyframes
bounce{from,20%,53%,80%,to{-webkit-animation-timing-function:cubic-bezier(.215,.61,.355,1);animation-t
iming-function:cubic-bezier(.215,.61,.355,1);-webkit-transform:translate3d(0,0,0);transform:translate3d(0,0
,0)}40%,43%{-webkit-animation-timing-function:cubic-bezier(.755,.05,.855,.06);animatio
n-timing-function:cubic-bezier(.755,.05,.855,.06);-webkit-transform:translate3d(0,-30px,0);transform:transl
ate3d(0,-30px,0)}70%{-webkit-animation-timing-function:cubic-bezier(.755,.05,.855,.06);animation-timing-f
unction:cubic-bezier(.755,.05,.855,.06);-webkit-transform:translate3d(0,-15px,0);transform:translate3d(0,-
15px,0)}90%{-webkit-transform:translate3d(0,-4px,0);transform:translate3d(0,-4px,0)}}.bounce{-webkit-ani
mation-name:bounce;animation-name:bounce;-webkit-transform-origin:center
bottom;transform-origin:center bottom}@-webkit-keyframes
flash{from,50%,to{opacity:1}25%,75%{opacity:0}}@keyframes
flash{from,50%,to{opacity:1}25%,75%{opacity:0}}.flash{-webkit-animation-name:flash;animation-name:fla
sh}@-webkit-keyframes
pulse{from{-webkit-transform:scale3d(1,1,1);transform:scale3d(1,1,1)}50%{-webkit-transform:scale3d(1.0
5,1.05,1.05);transform:scale3d(1.05,1.05,1.05)}to{-webkit-transform:scale3d(1,1,1);transform:scale3d(1,1,
1)}}@keyframes pulse{from{-webkit-transform:scale3d(1,1,1);transform:scale3d(1,1,1)}
50%{-webkit-transform:scale3d(1.05,1.05,1.05);transform:scale3d(1.05,1.05,1.05)}to{-webkit-transform:sc
ale3d(1,1,1);transform:scale3d(1,1,1)}}.pulse{-webkit-animation-name:pulse;animation-name:pulse}@-we
bkit-keyframes
rubberBand{from{-webkit-transform:scale3d(1,1,1);transform:scale3d(1,1,1)}30%{-webkit-transform:scale
3d(1.25,.75,1);transform:scale3d(1.25,.75,1)}40%{-webkit-transform:scale3d(.75,1.25,1);transform:scale3
d(.75,1.25,1)}50%{-webkit-transform:scale3d(1.15,.85,1);transform:scale3d(1.15,.85,1)}65%{-webkit-trans
form:scale3d(.95,1.05,1);transform:scale3d(.95,1.05,1)}75%{-webkit-transform:scale3d(1.05,.95,1);transfo
rm:scale3d(1.05,.95,1)}to{-webkit-transform:scale3d(1,1,1);transform:scale3d(1,1,1)}}@keyframes
rubberBand{from{-webkit-transform:scale3d(1,1,1);transform:scale3d(1,1,1)}30%{-webkit-transform:scale
3d(1.25,.75,1);transform:scale3d(1.25,.75,1)}40%{-webkit-transform:scale3d(.75,1.25,1);transform:scale3
d(.75,1.25,1)}50%{-webkit-transform:scale3d(1.15,.85,1);transform:scale3d(1.15,.85,1)}65%{-webk
it-transform:scale3d(.95,1.05,1);transform:scale3d(.95,1.05,1)}75%{-webkit-transform:scale3d(1.05,.95,1);
transform:scale3d(1.05,.95,1)}to{-webkit-transform:scale3d(1,1,1);transform:scale3d(1,1,1)}}.rubberBand{
-webkit-animation-name:rubberBand;animation-name:rubberBand}@-webkit-keyframes
shake{from,to{-webkit-transform:translate3d(0,0,0);transform:translate3d(0,0,0)}10%,30%,50%,70%,90%{
-webkit-transform:translate3d(-10px,0,0);transform:translate3d(-10px,0,0)}20%,40%,60%,80%{-webkit-tra
nsform:translate3d(10px,0,0);transform:translate3d(10px,0,0)}}@keyframes
shake{from,to{-webkit-transform:translate3d(0,0,0);transform:translate3d(0,0,0)}10%,30%,50%,70%,90%{
-webkit-transform:translate3d(-10px,0,0);transform:translate3d(-10px,0,0)}20%,40%,60%,80%{-webkit-tra
nsform:translate3d(10px,0,0);transform:translate3d(10px,0,0)}}.shake{-webkit-animation-name:shake;ani
mation-name:shake}@-webkit-keyframes
headShake{0%{-webkit-transform:translateX(0);transform:translateX(0)}6.5%{-webkit-transform:translate
X(-6px) rotateY(-9deg)
;transform:translateX(-6px) rotateY(-9deg)}18.5%{-webkit-transform:translateX(5px)
rotateY(7deg);transform:translateX(5px) rotateY(7deg)}31.5%{-webkit-transform:translateX(-3px)
rotateY(-5deg);transform:translateX(-3px) rotateY(-5deg)}43.5%{-webkit-transform:translateX(2px)
rotateY(3deg);transform:translateX(2px)
rotateY(3deg)}50%{-webkit-transform:translateX(0);transform:translateX(0)}}@keyframes
headShake{0%{-webkit-transform:translateX(0);transform:translateX(0)}6.5%{-webkit-transform:translate
X(-6px) rotateY(-9deg);transform:translateX(-6px)
rotateY(-9deg)}18.5%{-webkit-transform:translateX(5px) rotateY(7deg);transform:translateX(5px)
rotateY(7deg)}31.5%{-webkit-transform:translateX(-3px) rotateY(-5deg);transform:translateX(-3px)
rotateY(-5deg)}43.5%{-webkit-transform:translateX(2px) rotateY(3deg);transform:translateX(2px)
rotateY(3deg)}50%{-webkit-transform:translateX(0);transform:translateX(0)}}.headShake{-webkit-animatio
n-timing-function:ease-in-out;animation-timing-function:ease-in-out;-webkit-animati
on-name:headShake;animation-name:headShake}@-webkit-keyframes
swing{20%{-webkit-transform:rotate3d(0,0,1,15deg);transform:rotate3d(0,0,1,15deg)}40%{-webkit-transfor
m:rotate3d(0,0,1,-10deg);transform:rotate3d(0,0,1,-10deg)}60%{-webkit-transform:rotate3d(0,0,1,5deg);tr
```

TRUSTEE18063

8

ii.   TRUSTEE18039

```
/* cyrillic-ext */
@font-face {
  font-family: 'Roboto';
  font-style: italic;
  font-weight: 100;
  font-display: swap;
  src: url(https://fonts.gstatic.com/s/roboto/v30/KFOiCnqEu92Fr1Mu51QrEz0dL_nz.woff2) format('woff2');
  unicode-range: U+0460-052F, U+1C80-1C88, U+20B4, U+2DE0-2DFF, U+A640-A69F, U+FE2E-FE2F;
}
/* cyrillic */
@font-face {
  font-family: 'Roboto';
  font-style: italic;
  font-weight: 100;
  font-display: swap;
  src: url(https://fonts.gstatic.com/s/roboto/v30/KFOiCnqEu92Fr1Mu51QrEzQdL_nz.woff2) format('woff2');
  unicode-range: U+0301, U+0400-045F, U+0490-0491, U+04B0-04B1, U+2116;
}
/* greek-ext */
@font-face {
  font-family: 'Roboto';
  font-style: italic;
  font-weight: 100;
  font-display: swap;
  src: url(https://fonts.gstatic.com/s/roboto/v30/KFOiCnqEu92Fr1Mu51QrEzwdL_nz.woff2) format('woff2');
  unicode-range: U+1F00-1FFF;
}
/* greek */
@font-face {
  font-family: 'Roboto';
  font-style: italic;
  font-weight: 100;
  font-display: swap;
  src: url(https://fonts.gstatic.com/s/roboto/v30/KFOiCnqEu92Fr1Mu51QrEzMdL_nz.woff2) format('woff2');
  unicode-range: U+0370-03FF;
}
/* vietnamese */
@font-face {
  font-family: 'Roboto';
  font-style: italic;
  font-weight: 100;
  font-display: swap;
  src: url(https://fonts.gstatic.com/s/roboto/v30/KFOiCnqEu92Fr1Mu51QrEz8dL_nz.woff2) format('woff2');
  unicode-range: U+0102-0103, U+0110-0111, U+0128-0129, U+0168-0169, U+01A0-01A1,
U+01AF-01B0, U+1EA0-1EF9, U+20AB;
}
/* latin-ext */
@font-face {
  font-family: 'Roboto';
  font-style: italic;
  font-weight: 100;
  font-display: swap;
  src: url(https://fonts.gstatic.com/s/roboto/v30/KFOiCnqEu92Fr1Mu51QrEz4dL_nz.woff2) format('woff2');
  unicode-range: U+0100-024F, U+0259, U+1E00-1EFF, U+2020, U+20A0-20AB, U+20AD-20CF,
U+2113, U+2C60-2C7F, U+A720-A7FF;
}
/* latin */
@font-face {
  font-family: 'Roboto';
  font-style: italic;
  font-weight: 100;
  font-display: swap;
  src: url(https://fonts.gstatic.com/s/roboto/v30/KFOiCnqEu92Fr1Mu51QrEzAdLw.woff2) format('woff2');
  unicode-range: U+0000-00FF, U+0131, U+0152-0153, U+02BB-02BC, U+02C6, U+02DA, U+02DC,
U+2000-206F, U+2074, U+20AC, U+2122, U+2191, U+2193, U+2212, U+2215, U+FEFF, U+FFFD;
}
/* cyrillic-ext */
@font-face {
  font-family: 'Roboto';
```

TRUSTEE18039

9

e.  Blank white pages, e.g.:

i.  TRUSTEE18202

TRUSTEE18202

ii.  TRUSTEE18208

TRUSTEE18208

11

17.    In addition, Ballard Spahr attorneys investigated the Trustee's claim in her interrogatory responses that "Kelly Sheehan's 'Users' folder on a Debtor hard drive provided to the Trustee by Millstone, which contains hidden files with internet history revealing the Sheehan Defendants' systemic involvement with the Debtor's business, including via use of the email address kelli@fabersanitizer.com." *See* Objection at Exhibit 4, p.28.

18.    The User folder for Kelli Sheehan referenced by the Trustee in her interrogatory response contains 27,578 documents.  Ballard Spahr has not had an opportunity to review all of those documents.  However, a random review of several dozen documents within that folder show that they contain nonsensical text.  An example is attached to the Objection as Exhibit 6.  A search of "kelli@fabersanitizer.com" within that User folder yielded 22 documents, all of them similar to the example provided with the Objection.

19.    Ballard Spahr attorneys also investigated the Trustee's claim in her interrogatory responses that: "On April 3, 2020, Defendant Casey Parzych emailed the Debtor's outside counsel and copied cdrangula@agtechvi.com, informing counsel that "Carey and her team are looking to help us on the sanitizer and ethanol projects," thus establishing the Sheehan Defendants' role in the scheme. See BR000264."  *See* Objection, Exhibit 4 at p. 28.  The e-mail referenced in the Trustee's interrogatory response was located in the Trustee's production and is attached to the Objection as Exhibit 5.

20.    Additionally, Ballard Spahr attorneys located multiple copies of orders and decisions from the Zoning Hearing Board of Milford Township within the Trustee's document production that appear to have been obtained from Anthony Lorubbio, the former CEO of Midnight Madness Distillery, LLC ("Debtor"), and Flaster Greenberg, P.C., former counsel to the Debtor.  A copy of those orders and decisions are attached to the Objection as Exhibit 7.

21.     Attached to the Objection are true and correct copies of the following documents:

| Exhibit Number | Description |
|---|---|
| 1 | Transcript of the Deposition of Anthony Lorubbio Conducted March 31, 2022 (without exhibits) found in the Trustee's production at LORUBBIO0569006-569183. |
| 2 | Expert Report of R.F. Culbertson found in the Trustee's production at LORUBBIO0567026-567056. |
| 3 | Amended Complaint filed by Anthony Lorubbio in *Lorubbio v. Parzych et al.*, No. 2021-01816 (Bucks Cnty. Ct. Comm. Pl.) found in the Trustee's production at LORUBBIO0000374-440. |
| 4 | Plaintiff's Omnibus Responses and Objections to Defendants' Interrogatories dated June 27, 2025. |
| 5 | Document marked BR000264-265 found in the Trustee's production and referenced in Exhibit 4 at page 28. |
| 6 | Example of files found in Kelli Sheehan User folder produced by the Trustee and referenced in Exhibit 4 at page 28. |
| 7 | Documents marked FG039282-39301 found in the Trustee's production. |
| 8 | Motion for Leave to Amend Plaintiff's First Amended Complaint and Declaration of Plaintiff, Anthony Lorubbio, filed in *Lorubbio v. Parzych et al.*, No. 2021-01816 (Bucks Cnty. Ct. Comm. Pl.) and found in the Trustee's production at LORUBBIO0566087-566099. |
| 9 | Defendants' First Set of Requests for Production Directed to Plaintiff Pursuant to Federal Rule of Civil Procedure 34 and Federal Bankruptcy Rule of Procedure 7034 dated March 28, 2025. |
| 10 | Plaintiff's Omnibus Responses and Objections to Defendants' Requests for Production dated June 27, 2025. |
| 11 | Email from Nicholas Brannick to Andrew Belli dated February 27, 2025, attaching analysis of Trustee's ESI Protocol. |
| 12 | Email from Andrew Belli to Nicholas Brannick dated March 3, 2026 regarding ESI Protocol analysis |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 3, 2026

/s/ *Leslie C. Heilman*
Leslie C. Heilman