# EXHIBIT 5

| From: | Moran, Joseph T. |
|---|---|
| Sent: | Friday, April 3, 2020 6:23 PM UTC |
| To: | Casey Parzych |
| CC: | R.F. Culbertson; mike boyer; Barnes, James; Frank, Ron W.; Barnes, James; Frank, Ronald W. |
| Subject: | RE: Joe meet Carey  Atty-Client Privileged & Confidential |

Casey: sure – What is the relationship? What does he know now?  I can give them a 30,000 ft view of the case and what we know about the allegations (which is very little) but we should not be talking details of the settlement with them. We could possibly waive our atty-client privilege and our confidentiality agreement that the negotiations were "for settlement purposes only."   We should discuss before we discuss with Carey.

I assume you two have an NDA?   Even so, the info exchange would go something like this:   we received a letter threatening litigation of an unknown nature allegedly arising out of Anthony Lorubbio's separation from MMD.  We are currently in an information exchange and early negotiation stage attempting to resolve the dispute with Mr. Lorubbio through his counsel.  We don't know, at this point, the details of his allegations so we cannot assess the merit of his claims, if any.  Should those negotiations fail, it is possible that Mr. Lorubbio will attempt to include new opportunities undertaken with Mr. Parzych's existing and future entities, regardless of merit, in his litigation.   [You can make a statement that any resolution will come from MMD if you want to give him assurances.]  I'm glad to have this discussion in person and explain the reasons why we can't give him more.  Copying everyone so they can weigh in. Regards, Joe

**Joseph T. Moran | BLANKROME**
501 Grant Street | Suite 850 | Pittsburgh, PA 15219
O: 412.932.2811 | F: 412.774.6106 | jmoran@blankrome.com
C: 412.295.5778

**From:** Casey Parzych <casey@gooddesigninc.com>
**Sent:** Friday, April 3, 2020 2:03 PM
**To:** Carey Drangula <cdrangula@agtechvi.com>; Moran, Joseph T. <JMoran@BlankRome.com>
**Subject:** Joe meet Carey

Joe,

I wanted to introduce you to Carey.  Carey and her team are looking to help us on the sanitizer and ethanol projects.

Before we "jump in bed" I want Carey and her team to have full transparency on the Lorrubio situation.

On the flip side, I am sure we will need to understand and analyze the structures needed to put in place, if Carey and her team are willing to move forward.

Can we set up an intro call?

BR000264

-Casey


--

**CONFIDENTIALITY AND PRIVACY NOTICE:** Information transmitted in this email is proprietary to Good Design Inc (and its affiliates, including Polebridge, LLC) and is intended for use only by the individual or entity to which it is addressed.  It may contain information that is private, privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient or it appears that this mail has been forwarded to you without proper authority, you are notified that any use or dissemination of this information in any manner is strictly prohibited. In such cases, please inform the sender and delete this mail from your records.

BR000265