# EXHIBIT 6

{"autofill":{"states_data_dir":"C:\\Users\\ksheehan\\AppData\\Local\\Google\\Chrome\\User
Data\\AutofillStates\\2020.11.2.164946"},"browser":{"last_redirect_origin":"","shortcut_migration_version":"
90.0.4430.212"},"chrome_cleaner":{"scan_completion_time":"13277315299265555"},"data_use_measure
ment":{"data_used":{"services":{"background":{},"foreground":{}},"user":{"background":{},"foreground":{}}}},
"hardware_acceleration_mode_previous":true,"legacy":{"profile":{"name":{"migrated":true}}},"network_time
":{"network_time_mapping":{"local":1.633358019536523e+12,"network":1.633358019e+12,"ticks":1.4090
41713003e+12,"uncertainty":1147131.0}},"os_crypt":{"encrypted_key":"RFBBUEkBAAAA0Iyd3wEV0RGM
egDAT8KX6wEAAAD0Z+XzHd0VQJ5dkRCV0epgAAAAAIAAAAAANmAADAAAAAEAAAAD3mPl2Sfn
oeV69L1QgNJ3cAAAAABIAAAKAAAAAQAAAAyujkbfXT1bb5cKQrZIhpMigAAAA3kniQs70NAOxsCa48g
7Xl2iMT68Us4Mob7yl7DfZyVtjXR9dwUpL0FAAAAEMnVplQyF+6w6x+qwZjwl5HdB5U"},"password_man
ager":{"os_password_blank":false,"os_password_last_changed":"0"},"plugins":{"metadata":{"adobe-flash-
player":{"displayurl":true,"group_name_matcher":"*Shockwave
Flash*","help_url":"https://support.google.com/chrome/?p=plugin_flash","lang":"en-
US","mime_types":["application/futuresplash","application/x-shockwave-flash"],"name":"Adobe Flash
Player","url":"https://www.adobe.com/products/flashplayer/end-of-
life.html","versions":[{"reference":"https://www.adobe.com/products/flashplayer/end-of-
life.html","status":"requires_authorization","version":"32.0.0.466"}]},"chromium-
pdf":{"group_name_matcher":"*Chromium PDF Viewer*","mime_types":[],"name":"Chromium PDF
Viewer","versions":[{"comment":"Chromium PDF Viewer has no version
information.","status":"fully_trusted","version":"0"}]},"chromium-pdf-
plugin":{"group_name_matcher":"*Chromium PDF Plugin*","mime_types":[],"name":"Chromium PDF
Plugin","versions":[{"comment":"Chromium PDF Plugin has no version
information.","status":"fully_trusted","version":"0"}]},"google-chrome-
pdf":{"group_name_matcher":"*Chrome PDF Viewer*","mime_types":[],"name":"Chrome PDF
Viewer","versions":[{"comment":"Google Chrome PDF Viewer has no version
information.","status":"fully_trusted","version":"0"}]},"google-chrome-pdf-
plugin":{"group_name_matcher":"*Chrome PDF Plugin*","mime_types":[],"name":"Chrome PDF
Plugin","versions":[{"comment":"Google Chrome PDF Plugin has no version
information.","status":"fully_trusted","version":"0"}]},"x-
version":62},"resource_cache_update":"1633273478.697076"},"policy":{"last_statistics_update":"1327774
6979004487"},"profile":{"info_cache":{"Default":{"account_categories":1,"active_time":1632845434.82971
2,"avatar_icon":"chrome://theme/IDR_PROFILE_AVATAR_26","background_apps":false,"first_account_n
ame_hash":259,"force_signin_profile_locked":false,"gaia_given_name":"Kelli","gaia_id":"11495384731858
6347659","gaia_name":"Kelli Sheehan","gaia_picture_file_name":"Google Profile
Picture.png","hosted_domain":"fabersanitizer.com","is_consented_primary_account":true,"is_ephemeral":f
alse,"is_using_default_avatar":true,"is_using_default_name":true,"last_downloaded_gaia_picture_url_with
_size":"https://lh3.googleusercontent.com/a/AATXAJyzg-UATSEFU2Nx-Wf6o90vPfBy6-
Tb0ILQKGbD=s256-c-ns","managed_user_id":"","metrics_bucket_index":1,"name":"Person
1","shortcut_name":"Kelli","user_name":"kelli@fabersanitizer.com"}},"last_active_profiles":["Default"],"metr
ics":{"next_bucket_index":2,"profile_counts_reported":"13277746978996449"},"profile_network_context_
service":{"http_cache_finch_experiment_groups":"None None
None"},"shutdown":{"num_processes":2,"num_processes_slow":1,"type":3},"software_reporter":{"last_tim
e_triggered":"13277315299265405"},"subresource_filter":{"ruleset_version":{"checksum":841115531,"con
tent":"9.30.0","format":31}},"tab_stats":{"last_daily_sample":"13277747018902148","max_tabs_per_windo
w":1,"total_tab_count_max":1,"window_count_max":1},"ukm":{"persisted_logs":[]},"uninstall_metrics":{"inst
allation_date2":"1621000130"},"updateclientdata":{"apps":{"aemomkdncapdnfajjbbcbdebjljbpmpj":{"cohort
":"1::","cohortname":"","dlrc":5390,"fp":"1.c25787c5c76ff9c4c50a87d32802301c9ed80d934830d677bbc66
29e290cb5aa","pf":"41373a6a-9437-4f9a-a7e6-
8310fcbe466e","pv":"1.0.6.0"},"cmahhnpholdijhjokonmfdjbfmklppij":{"cohort":"1:wr3:","cohorthint":"Auto","c
ohortname":"Auto","dlrc":5390,"fp":"1.b4ddbdce4f8d5c080328aa34c19cb533f2eedec580b5d97dc14f7493
5e4756b7","pf":"2eb66d98-9477-452c-9f42-
348aeb383012","pv":"1.0.6"},"dhlpobdgcjafebgbbhjdnapejmpkgiie":{"cohort":"1:z9x:","cohorthint":"Auto","c
ohortname":"Auto","dlrc":5390,"fp":"1.05c0d3e48eef6a0e14bf09fd45c3a59884acda10841efd11045bb8e5
c425c597","pf":"d01b886b-086a-4cf6-a497-
3d01d983fc90","pv":"20210813.1"},"eeigpngbgcognadeebkilcpcaedhellh":{"cohort":"1:w59:","cohorthint":"
Auto","cohortname":"Auto","dlrc":5390,"fp":"1.c64c9c1008f3ba5f6e18b3ca524bc98dcd8acfae0a2720a8f1f

3ef0f8d643d05","pf":"7dd08cb6-f652-48e3-a0e4-1382dd7b1246","pv":"2020.11.2.164946"},"ehgidpndbllacpjalkiimkbadgjfnnmc":{"cohort":"1:ofl:","cohorthint":"stable64","cohortname":"stable64","dlrc":5390,"fp":"1.a8a79d350c2a5e3bc36226633a8e0bed0dfab184e77f38fc8f0820ebacf8eafc","pf":"00c79766-c52e-465f-83b2-d98443a3d9bf","pv":"2018.8.8.0"},"gcmjkmgdlgnkkcocmoeiminaijmmjnii":{"cohort":"1:bm1:","cohorthint":"M54AndUp","cohortname":"M54AndUp","dlrc":5390,"fp":"1.960fae5df394ff065f95f2d0a5ab95a9bf88a270103c8ed2080959eedf3836fc","pf":"3ad979b7-0072-45a3-8e6b-0ec0ee84fcba","pv":"9.30.0"},"ggkkehgbnfjpeggfpleeakpidbkibbmn":{"cohort":"1:ut9:","cohorthint":"M80ToM99","cohortname":"M80ToM99","dlrc":5390,"fp":"1.f21f188e0999ed6a8a4dd0738a25a605b48fb44a80e368f89cd5c7ceec7f4797","pf":"7480d6b3-013e-4643-9754-c49489711052","pv":"2021.9.27.1142"},"giekcmmlnklenlaomppkphknjmnnpneh":{"cohort":"1:j5l:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.fd515ec0dc30d25a09641b8b83729234bc50f4511e35ce17d24fd996252eaace","pf":"843de473-8a20-4356-b5e2-36c11a194e5d","pv":"7"},"gkmgaooipdjhmangpemjhigmamcehddo":{"cohort":"1:qe3:","cohorthint":"Canary","cohortname":"Canary","dlrc":5390,"fp":"1.4d66f8a7e9ab038116fb23918559bc2a0cce04f32754997fa5d57d9522c7292e","pf":"aecb3f0c-83a4-43c9-baa9-d6493d93d5b9","pv":"93.272.200"},"hfnkpimlhhgieaddgfemjhofmfblmnib":{"cohort":"1:jcl:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.696d860e053e1a1c9d24a74889954714fb31151f3e9c69add2bc0b6d68aa4a73","pf":"3583b3e6-bb16-4b94-927f-34953c623211","pv":"6893"},"hnimpnehoodheedghdeeijklkeaacbdc":{"cohort":"1::","cohortname":"","dlrc":5390,"fp":"1.6f6bc93dcd62dc251850d2ff458fda96083ceb7fbe8eeb11248b8485ef2aea23","pf":"dd791bfb-9425-4a5a-a0c5-9a1302cb2869","pv":"0.57.44.2492"},"ihnlcenocehgdaegdmhbidjhnhdchfmm":{"cohort":"1::","cohortname":"","dlrc":5390,"pf":"f76d6e9a-5843-400e-8701-673f86e25edb"},"imefjhfbkmcmebodilednhmaccmincoa":{"cohort":"1:zor:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.58e200da225ccbe9590ed1dddfa8532dfb61a457cce7c7a38e522c98d1d36448","pf":"4072e3e6-5d98-426b-ae3c-1ae7a67ac210","pv":"25"},"jamhcnnkihinmdlkakkaopbjbbcngflc":{"cohort":"1:wvr:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.389266cd133ddba35cd9f4d49ee451caf8edc25798ace77052adb1fd7c159be1","pf":"295cdcba-b478-4872-99fa-c0235ef78a5d","pv":"96.0.4660.4"},"jflookgnkcckhobaglndicnbbgbonegd":{"cohort":"1:s7x:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.8923f35d4363dbf45f7a4affc38e1477f88e042361d1a17fd0eaaa8cd3515145","pf":"2da8dfd5-3741-4568-8a5c-1f703bcfd39c","pv":"2706"},"khaoiebndkojlmppeemjhbpbandiljpe":{"cohort":"1:cux:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.64379579590fd1b04e11613a876c48875cfa470897dbcc23c854e923602b21f4","pf":"8dc38b92-2cc8-4920-bcb2-8af4a244b61b","pv":"45"},"kiabhabjdbkjdpjbpigfodbdjmbglcoo":{"cohort":"1:v3l:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.2d1bf1988dfc554dc861478ea2a4c72b9dd08d13c10ffbaea0127cd5122386d8","pf":"838a80ec-d02b-4863-a076-f6793d5a5a8e","pv":"2021.10.3.8"},"llkgjffcdpffmhiakmfcdcblohccpfmo":{"cohort":"1::","cohortname":"","dlrc":5390,"fp":"1.2881b30d5044c9959cea23288d290b7e765565850a38228136df79022a98498e","pf":"3b4ab929-cabc-4321-a253-88765754fe59","pv":"1.0.0.9"},"lmelglejhemejginpboagddgdfbepgmp":{"cohort":"1:lwl:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.d8607ef05d1df85f1e529cff1a48ea5bf912b9f3154a4ae8e653f1e9a6677a3b","pf":"af36dee6-30fc-4a1a-816d-1a54ce0807e0","pv":"300"},"obedbbhbpmojnkanicioggnmelmoomoc":{"cohort":"1:s6f:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.e0cd8a894fc08e6758f29707145dc464e5f2529d882f459842d06c2bbc4f2217","pf":"35caa6bf-b61f-4d55-9343-e40b59979320","pv":"20210915.397610852"},"oimompecagnajdejgnnjijobebaeigek":{"cohort":"1::","cohortname":"","dlrc":5390,"pf":"634bc265-ff5e-4563-8b1c-945d8f9d6c72"},"ojhpjlocmbogdgmfpkhlaaeamibhnphh":{"cohort":"1:w0x:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.478aa915e78878e332a0b4bb4d2a6fb67ff1c7f7b62fe906f47095ba5ae112d0","pf":"cbcb6e96-1492-479f-9b9c-d23dd4e76ec0","pv":"1"},"pdafiollngonhoadbmdoemagnfpdphbe":{"cohort":"1:vz3:","cohorthint":"Auto","cohortname":"Auto","dlrc":5390,"fp":"1.54b93e249d02a0f9061e8f70866d4668a0260db9ae43483810ab78f97f3eaa2a","pf":"d83b8f78-6a36-4e93-9b46-

3c45757f3dbd","pv":"2021.8.17.1300"}}},"user_experience_metrics":{"low_entropy_source3":4584,"pseud
o_low_entropy_source":2285,"session_id":35,"stability":{"browser_last_live_timestamp":"1327783291412
4150","child_process_crash_count":0,"crash_count":0,"exited_cleanly":true,"extension_renderer_crash_c
ount":0,"extension_renderer_failed_launch_count":0,"extension_renderer_launch_count":1,"gpu_crash_c
ount":0,"incomplete_session_end_count":0,"launch_count":2,"page_load_count":24,"plugin_stats2":[],"ren
derer_crash_count":0,"renderer_failed_launch_count":0,"renderer_hang_count":0,"renderer_launch_coun
t":15,"session_end_completed":false,"stats_buildtime":"1632361460","stats_version":"94.0.4606.61-
64","system_crash_count":0}},"variations_compressed_seed":"H4sIAAAAAAAAAOy9C3gcSXUovBrZ2qX
Wa8vtlzx+t+31Y6XxTI9GGu0DVpbstWYlS6vH2uEShp6ZltR41D1090jWfv6+f4EQIAvs8kh4JUASQkJyk5A
HhiQkuSSbF5CPvBMSbriQd7gkkEByk5vHf05Vd09Xv6ZnzfrCl+H7Fmuqzzl16lSdU6fqnKoip5Vqo5Ypcm1
kVJZGc/JYpbhclZRKJVvLyyOV6rAyUssV5eVR4W0pcnS8WtWbmjWn19WqqpjTulxTaldUa1VvWgubWrX
YUUyqQey5ocqWu1KblplZd7a9VxPaIpcflmYu6UVVqs1q5HXD/HRUx3Z7kPDlrk1xeTkRTbEtzvl/YMjacOZv
eMlbMnD3ae/oO4fM9ZBugNQ25urmoNkwQwR6yc85QGoqh6rWyLYx+X/GErlmGXofiu8mdk8qy3Kxb/ZX
SEXI3sGqp67Kl6howtV3gqJfOkD1eObkfEDTNg54le7n2c7AiBzt/UNgG7cpmhkeyl5l8Dls2n2qaq8++431v
7BPenCI7KFeqtbkIONcU49aaecbfzAFh74XrlqKBuCcM2VydVxq6YanaSukhcsRtcDgIoqej0F9IjraEEI0vRu
DP7xPuLuZQMNlhKZNFuaw++/eff7pP+PEUOTDerKn6nKFXFdO8pK6szkGbDZDRFVUr3nEr8sn45XNIiK
us9Ag50RoV0XBIKB1L6BI56Rkz8ZTEOEpUUySmI6vPvvV7n+kTPpgi6fHmypqiWReuqyaKd2pNXIGm5Y
pSv0W9GfIL7KAQU1fpAjnukVcUGJJJJx5G56IqdSiuOjhhDh8oq58jqU5+F0fXzKXJkvGnpk6qJYgBdBRGrF
bUO0p3X63WwRyCwwyQdEFhZykq5bDGX7fd9tyXn/c6J8D6/CNPCQBQLpXFyzCPAcCAkkY4mcZ6IXuF
F0xAjaaB2juVROwujo452/uW/wlj72RQ5gVhVfa1RVyzlolq3FAPqm1FkdaS/3KxfltcUHHVjwQnr3mTlpW8h
Q5wU2iFAa+5NJyP9YpLhpZOEtpiI9vvxhkFoWpTach3/Sd4+NUMtfsEUo/M8U2YOEltV6fbxSp+NhwWrWN
kFaT/cExCUdIftIG6y8oYAdsMow5sprgK4IqVxWOkT2KPboXNaNslyrGdCJiilssYymmAp93ez835E1UFFPYu
izXTaVyCA0t44bVzPHks32RcI7tiybks32xlMQ4SvOHQMASHZYwm2bBWRi1lfvJr37gDX3C+73yrRq6aU4
tG/ZojFbpMUmKVWn2nVPp036V3ieEV1x6gBwOCJGDQOR0BPKD7hTtEVwAWwzHpjrMBuDwKDfDfhE
dTgeFDRmYa+CXsiCvK/DnWgON4FFyMFxiQ9mxoexIvw/CKzMXgpNa3i81UWjLB++/tgG2/dd2JHn/NQF
NsS3N+QHOzxth0n7ynW/pEz69jRxy0EFG4BsadLZCsVF1BFG/PkWGHJglUxlH+6KBINaVBUu2FLQuM3
LDFm1xCOaYr/ZWfq+HiO2RBJFXKJv1SaXWbIAzTrtCOMfDLDQb6KaBkOZkwwQLh576wqpsoG3CiVXY
7yDQ3+PLy+r1eWVNX5frwn3Op3nFMlRIXZldVwy5XoeRUIOrWJ15EWQ2IVdXFWGnAwzUa/rG5OxM6e
96iMCPpVaDv9kalyToIK+O3FFaIvdFGN2wtsLgPJFOIJPS42QwygRH0RWT0NVJMYLdtmKHOnLpTvuq1
CBjUQ1JVKPYcY0TrjvVamJgoADpA+nocVSadP1iD9uhVMQYKitkOMBKgoEJZlfSnYzk0iopBNlNWJPYU
U15kg40yVUfILcrHWIihsmBlHsclhiCFaZa0WrJq1aM+oaqVjxdMQFdfp2HuwVXXf+3VP/bq3pf1CP8jRU75v
CS2BFJqc6u6pkzgVouxOaHXFJhbHgy64WcS45fKJBvlBEbhQAvPpBNX8DKSi3QQ42oQk9aAgiyOOIJ8y
1893QcifJO9DGzhQ/WKcVm31GXbtoHohoOiO9YWrzRLTkelLAALDTmWbktwznWBAiIKpSi2o+isi8GBtg
Uj/FuKZKMs44xuwNA0mlWraShT2rizygAJXQhKSOqcUOkVrlWPnkaikKHFUrzKg1yf/uJJK5OseM66Ugc
847Eqzdf+fSrXwDj8c9TZDAhOWd5PR4UfaYzliXVNfOJxe4siTPpzqp6ORnpWNxuXWJHdVExF3nL+U//8
XMExPxUquWLX1Svw0K+jvQuqkq9trjZoHKVgnI90gar9Ci5NyDIUEhozZF0G2LT5FRQVJHUxHhqdJ+VLk
xywyPOKhBlAtJ4by857iBPrWggSm6XQzem1lDMVCZ3utuGlZOJsBDH3VOsnBQS4XDLxRH/cjEhkSvuh
NzqjBh4JJxORPiquyvl6Zg2lMUklKk9zjsj9qP//FTf1R9531c/TIS/6CPHHPwZxaiuypp1Hqa22uOqqYTXI+oRs
1HDMfk9vcPNoF9kmr8sqjAe6pSf0ytqmtEbuAYdMs8rgma2sKlbwEg1U5v5rymZFB1plme4C6sams1lUXm
c1lav4WW2sOpgPYCtkQ7Z04/4H8w9sqBq4WfePZR8woUReUe7Pj2QlhRBWXdNUasKVdnWZTaBs0u0
u/NiA2ZyrRoqoBppq4uYl4AGkwpo6QnZ5C8sq0KlawpGpuUvlR20exh0WzsvGwobaAP+/Mu93jiIFFT06F0p
pjrrfFAxnhRkcTDvKhI4DgvKrYGvxcVXYO3CQmbzZqQVEZcEzqoQUxaA92jcTe188Me7+cHPJYQ55AFha
1TcDE4j9ErQzGmqKYVVCHG2wgrZfslrDGMQEc3Z02BoQiI0bmsgzh7GEQmzhzHwvD2MIxxxqQD9tQFpNQ
5mdwag/f9ee/8aUtwtc88/e8gv8f7KFzvh460gYFEbi+OSK0QeB6JevvlbboYc5CKCTvLIQTC3UWIqmJ8dR
C5P6Vn/nQu7cLf7S51NcwdeKiWreFnlDXQt2lFvgbSHyX51bldVU3mDE5Pi9r15Tagrqiybj1MyjC+6Ey3Ey
8oGQl64bhkyHSFeyLjgW8Ef1nQ6Si6t+jvqqinDQswwPVCmMer7OanWe90n4NVuvuuS1kH9k2zZQb7+A2G
gl1AA+H07E8lEruWOE3F0JpifG0/j/ycBhbnTQNahlLP2e5PNIDxkNb0ykL4nNlwUkzYQP8T/7tKKRoQ3ufuF
SnGumKcV1bldVU3mDE5Pi9r15Tagrqiybj1MJ1QyJCzOZ0d6ScP/+gHP9HzZE9PaYgcwzXJXo5q+oT2uW1
HgP2yDF8gZd/lSs3sSd6SSlmDO2Ohz9go42RoQCau8wMR/0hG3UvEWyd8IW6/iOW2LnGc0igSDbkNw9l17
1lTvf5Tfz0Ni4h3p3pVouKpMfrjsW5WuKCVofa1oVdyGGgkuq44nwCwtuMEazwZhFDQMjuPpBEQX3a1A7w
ZiHFWxPVV+eU+zDf6wl5x18cBxrlooY+W645JgV0NJTaWzlI2ZexZag50gI2prvTUodlLKLbse8tvJzmgpJB/
sr7ZoWE26k2qW3a1wbw8mqkfsoB6+T+mM+JO/9uXvJcLbe4m7z73Ali1ed3lWm9I8y7y1W0vCeaG/S4aE
TioPjRskwOPjBkkqCo0bJKJ7KQmvy/viW7/e4qc9EwPS5oM64GqChNBbVo14f8v1BUn7hqTFNAmz2cs
mOdT9PfSKSEZI6X/5uakcDNzNAYSTyck/hJyLnTSjacuJqNOJ9SCox9fe9cb+4RX9TKzvgZiqE7LT2xexH
QEzPiE1fWifmGtolA/PUeGArJHf3S9S8S34E+lYqo4f3a3aQoxHq/VVKw+6OOS605zAw8cRCtyaeeeKKBiactV
bE9VdoJboTj+/78zX3C32wwj/efl6jWobAP/zzWf6qmcFwIYwp6upes14upeb+zLcTwZ//zWf6qmcFwIYwp6Lhql8oVxZBf/i

UUVpUCkqwj6HAdm8Zi5pywiEREuv3UoOOmo0qZjXLL1RnlkoeOv6A6hLGiQnF9U1ZVGfBnJTmr/eKQ0
WhmCDTaE3V8xKh8leuV4vK5hIivs5ZllmY8ROc9pN+u2C8oY9aoQ7pB2EVJFY2VSfUISeEek0OQo/q9fK
Sl1dsRPdyvKypWBm1IqyqtYUm+BxcqCKk4JmlVXt5WyNWjbZprNb6wDpZ8lVZRO6pIzVttBdXsvgy5lAPY
B+jOxHr61sboI+rZXlhhoASZM9y+BLrhi4GVP2NkaSzpEzK+DYK2V7tFt6eVnVVHO1XGd9A5yXTVuKqZ
GsdJAIa/L1cqWJwSCQVGUTxdQnZfF/0hlyOPiVJps1WBaqcGcuKw0j6AgRXEbLywpzioWjM0pNlRfYhtsU
GOpZDR0ltapMGAraDRD/9qaGzDntFPbqDRRweVWRwXMvG8ormipUXjkfHLskashFDFHwD/Y7A3DBor
2U947CP/x6jfhgPcPeev7o+auH06rPPH/1jHjr+ePnr55Rbz1/8vzVU/TW89mvVz3HyRFfPfb846kN/LC0Dyi
X9XLzp18vbu4l29k04zqad1SEdIBu6RTZYcM50wICigFAPr2tYLtbv/Rzz2AY6V9SRDzftFhK7Bx4Chs6eGz
zyrpqwjzXsKa0i2Ccb80Dvt8/hZ8RTrlV2YdLFlhEwF8xt3OdElftXCetgNu57qAGMWkNdBFui7/gBPGos/W
OFCzbpxcWqiCz+jgsq3UDxgPI+ph3Ibk7DAhBWgvG3UIYCNcHHJ/19EI5TcJNztHLwM6Klw9BGyMGWEM
PxxBA8T6b6cNYRzY/80FN9wvelyJEJWVuXzdmmNbtsn6aYl2G6NdQnnBSP/WRPcAUwMzbc7/vkeJvsU
9szN3bFeoOrjztzEw7CztxEoHNnbqLxxQh8Psz4r597W5/wwymyf0IxrElYaD0OgE6GyKKhyvVbU9lBv1gO
CNFVcVl2kVAsyy6aCJdlF0tFjKZCR1SBKIveyZv+319DYf1MLzmFaAxeWTRkzWzlhqJVNydgbapr4DAuN
WrwyaAbXh4NPJMYE/FaagImLileW3uZlJDXXibEYfYyaQWcveygBjFpDSHbvB9Okb0Tq7l13mjMGuD+az
Mq+M+2EfhgyNmLBbJD1UxLxl0i2bCWjLrw8KplNcz7z51bk9V6ZkXXV+pKpqqvnasC4XPNc9lzL2ILjMaG
XF5z6NvLjbryUE7Kk31NzUcWFGlZvS4MOMSRmJd4ZRshM/q6AgtiYB6s8C63d1rFIJ5taS/YvWR3S8Y8n
OiBmz981zM/8Auv6hO2FcdwyOfhn2Hbin7nP4DcHiK7JlYNfU0B4WWmaUmd+C8isvzW8awMf/J5P9KDQh
92tsmfe8bo7wTcAldlv49cVWWs2wM+wDLXStCV/g+wAWyUbm8wNGpWK/Vulk2RvFaFhTVDTN9iaARd
BDeHuKgU+p5iKBcsswaDHCQEOFsirctmSV4R7GEgZQcqVyoGY+kuv7CH7bEeM201oy4ZJkRgbR0PZl
LR+5XqjHQ+bZIfNglv1i29P1WjoRsDCZfL5UTfo99RX39x39RPf/7rP3SW8bgvZzZDxJOuUNiOD1ihaM3bfr
JAb7cewyX2hezuXIY3zcm2FHprQvQhHyAHPzg23RcEAIoJ6F/x2blgI5Vk4GFbqsFMaI4daJi8EEAjvTYcS
Bkt72GPMlnDFcFxvoDCOPxYojG0BFyhsR0uMpUWtZ9Y5WPU2PGH6VylyfKKugoVdUGvKpGKxPZFJvd
rEbcAF0DmN+Z234DCE5TckqJTLb0gAz/lbkhDm8hsSUhaTUKbLKdvFKGZytr39zz99cx+9DCCEwryyrBi
GYoAVVrXIywDaIXKHqdoBs8NUbUlyh6mS0BTb0vSkJ9tby8I/95D0RF1v1ugNAptLmvqKpjK7AQYS4zU0
UBsQyEGSngI3uK7WMHvMh8KdVI4GYyeVY8hwJ5Xj6YgxdMAWU51L2+u8wpi9mBG+2EMGJvQ6rKwN
fR1EZswrNdVgUitivDnQ7nQ0Ane8OAqIHS+OJMEdL46jIUbSoEmpdNGWHRvznuMU3psCfwO9OdxOHc
e92TkYEJiCerKV1pPL9pPPKnlBABHOmcgYmhIJ5DM8c+Eo+wxOBNOouUVF4ge+lmA5FLLrTCxVZKKYY
hsk5sk/+2C+Cgfj9FDnkQp5/hIp4XFPXKO8XrjeGi5hL41l6oAsQBY+QrcUGLtAiIduv7SJRubVdFJS9toskw
q/t4qiI0VT4fSzJNryf/itwdD+GK2FdM5sY/q0pdNsLqlpcNRS5Fh8qpCddY2JTwZOw4fKLqNwnvwgoR35RR
Hzyi6EiRlPxrI2lgjebXPjgVnIS0NYVAwMAM4psNg0allwy6YaWSUPtzGZdIP2+A9hj/acfftN7PtlTOUtOh1IZ
n5vynJOiNMH07rTJSC06PQ8/0ymdabLPpgOO+AqGTlxqWx/+wvs6pAaeDrQWc0Q8rduCbfYFLLHNb6C
8Ch3xapMJ4fXP3tchtd2k37dLDWRKsrs8p8MtESkYN2fTySuuEIkbjlnrEBPXwWdu/NI7nuq7+qaf/ce34vm5
mymUYmNzWtWuLeqLynXL3pV/XILROegbncVcEWzjXrKbnQrF61jqeBUDCP9xCaF9KYgUWgiH5ozAKb
8RiMLyrk7CANjqJBSVW51E4YqhuPzlKXS3+b2422yollqV68yJu8Qm5xO+nNvdYXAIxSXa4v5xEIrLrg3dc
w7icHvOgc/2nnMQjd9zDsUTQ/D45JNcwbPN9PEUOTxh6Bs1U28iYdw1geWuvc2/ND99i9fx5PzyOCq0qa
8042YIo2ziQJFcuh25y+7pRiqzdvTENvT4Y64/9e630a26g3aL7aOdIx+ZvvA485zZDHILEjznl+BhIbY2bpEe
B8gW6bGkuEV6O1piLC1ebr/8tWfY0nFSaYCPjdujq6pRm5MNa9NOb7uiVBYem45cOrZD5JaO7YDZ0rEt
SW7pmISm2Jam5x45220W3raFZBGN3qClPqFMzs5g7olhTjYxgDSHt0WxMGrrTg4qppx3w6mFz5CXNE
utA6kJlifCLrTrxwTOQlu0i6phWjbicrPOlgA9pfvlqbaosxrWFD3UQ7fJXgZc+Qb9aeHeZDIpfaubPqaVk6Eg+
XRS8i91gw32GEhGX0xI3xMezI9xDus7wVLb0/55Xb+2JhvXzPOyMd5oLKzqhlWI94B9nW/iA+KmQ92Gh
GZzUcFwEBYVjEDnooLR+GIEPp/CR1Mon0m5iQpTGqzfa82qdUmpNxY0XX8Cd1uuBOMlp8nR6/R8oE
mByjp4aYZaqylaudZkkRBhS26kuIr7E3hiy66A0bzI8oi4/YkoILY/EUmC25+IoyFG0qC+4yi1Is7GxA9/MEV2
2rCXrcYMyKROjwv/Zx/Z5Q6GnLPig4XIwO+88IM9UoEMAbi9Bw/miiGOV2StpmswIULRpGqyyzFlQ16zU7
8eIPmkaJifaa15kcPrvKSAcpjgyphTaw0DugcNnRctQ+5ttQz1B3VKb1ozar2u2qlkNnweE8FeSAYaQF1TjK
E1+9jgUEPGPBBNEE8rdaUKeqGpVeV6Aw8mYDDrxhPyE0+wuNYZ6Su9ZHeDDa4h85racJH/qPf0S2+8
5MqZ0y9Sz5yuGPKNBpDepP+vKuaNOug1SFu50dAN7YapXN/E/ztq6Zs31tUKPSp6o6bWa/qNNdmE7qz
QEmj5WrNO/4RKTbxp40ZVr1670VA01bxRgdaB2bhRaVrW0Ua9uXJD1uQ6+6verMDiFWq/gTKAVujGim
yu3cDkvEZd3ryB27pyBaisy8ATGCTjRrVSu2GtVm+sNLUbDRC7Xr8BAqrhT3NVt/BfQ12uKzfktTUd/6+p0
Yxz+tVcVer1G+t67Zp8w8KsuLp8AxZ7wJLycgA21uQVTa7euK4DQ/SvCrhX0IIbG6uqeU3Zvl+FRIVMGCQ
Alw9gEkb2iCd0PQoD+vKE25BsyVF2HBhs3KnlFWmCoIRsvWOKb0PrmWgOEXVWXVfysW1ZdOVoxmu
bqDVPXLaB4Q1M2Kih8VVumYpGNoyaozg2abFCnAjDRKNYV48xp5UXmmRedfsmVGyfOVGbJrpChSU
hr4JHd8Pe8UIXxflV5zWTFwl4oBdvVaDjpTqwcT7RwGih5NfB3uxrY1cCuBt5eDcx7NfD3uhrY1cCuBt5eD
Rz2auDvdzWwq4FdDby9GljwauAfdDWwq4FdDby9Gjji1cA/7GpgVwO7Gnh718An7yS7WxH5rFcF/6Srgl0N7
KpgVwVvswpyaTH/s6uCXXXXsquBtVkEuL+ZPuyrYVcGuCuZv8DarlJcZ87+6Kti3Xw8Kthvw4+6KthVww87+6KthVw
a4K3mYV5FFjJpt9Vwa4KdlXwNqsgl5XwNqsglZwq4K3WQW55Jg/66pgVwW7Kui3zwnzrgp2VbCrib2VbCgrd

XBSUuO+YvuirYVcGuCt5mFeSyY/6yq4JdFeyq4G1WQS475q+6KthVwa4K3mYV5LJj/rqrgl0V7KrgbVZBL
jvmb7oq2FXBrgreZhXksmP+tquCXRXsquBtVkEuO+aLXRXsqmBXBW+zCnLZMf+7q4JdFeyq4G1WQS4
75ktdFeyqYFcFb7MKctkxf9dVwa4KdlXw9qpgnsuO+fuuCnZVsKuCt1kFueyYL3dVsKuCXRW8zSrIZcd8pa
uCXRXsquBtVkEuO+YfuirYVcGuCt5mFeSyY/6xq4JdFeyq4G1WQS475qtdFeyqYFcFb7MKctkxX+uqYFc
Fuyp4m1WQy475p64KdlWwq4K3WQW57Jh/7qpgVwW7KnibVZDLjvk/XRXsqmBXBW+vCg5z2TH/0lXBr
gp2VfB5V8Hvv5OMehDmofi8bCo1R0HKF6Bz6kqtnMvOwTiFUW9raa7QTwY+/G1dLe1qaVdLn28t3U36J
5VluVn3aN+9pdf2kPSEriEX4ep5E9SzUhbC+BG2Q+Gkoa4r9m8Pf0LH/H17D9nvcsIzQmfzV7/qNjFyihx3L
Ug5giMQTU/pbnKnLdH+O0pP9pC7y+NVS12XcYD231HRO+d1O29ZOuO9NEoOXtSBy9qsVg6pGVjakw
5jqVQkh2zE5eUoTDEUc4js81bpaRfg9Kd9bS1lyABXkQ9e9MOfJLu85G3RAOi2tEdspXvJbo6sB070wvm4
9Uja5dZTFuDWBy/64cdcMVLygY4DpL3p0C4t3U8Oc1WF4orhuA+RI95qQ0YGIA+ko0bNC8lRruoIfDECf/
6EcM+YlMlmhgu5QiaXzx3tPX2HtFXRhpYW5lNgDZ/90Cfe2PeyHuFPe8nhScW8ZumNuQ15SoO5pV6f0u
bY1HZJqTeKPaX3p8g9trcwLTe16mp/TdpFtsnrMhj3CthMa1PolbVN6SXkHmUd9dEy1BWwz8Kjmrym3F9j
FZQbG3JZZVWU1caqA6XUHoA5FaZjnODuBzoPbKig6Bv3j2UfAKNvgKW/Pz9SkGYIYdSb4MYIL4oinZQ
ctMCEqR3MQhlAFaH3oYey0jFy4HrZVC2lrGgrALlGW7MKPsCqXq8JqVy2so/smZq7VA5IrfSAO1y0cigE9
Ni+dATyg+54gQ6PxBbDsef7hS3FsczZ9JaxkcxZ7Ourf/F7X3r/Fujgd6XIERt+XpFrMEymYUYfr9UugtGYV
OW6vgl9vIfsdJdrjmPY7yu2jS5vYiulM34LOyDsxZqmQaYGVw+nE+EgTCci0DmdiMYXI/BRSGPDTDyrz/7
up9/YJ3y5hwzYwlmUK48YerNhXjQU5QkQE0glExj2lQNkvws5AT6C3DAVB6M0QUS3fZFQwOKBdAyRS
XK81cpYKmI0lfl90NYcDIi7xwpoBUak4UwWGy68fws55G+yX99/P0WI3XAYbqDsgk/ZUy/MSvNkL9PGNV
CxsiVXzLIO7ihoZpFqpqlet1ax3C72KuULs45O5jiV/Fa//ZimpJDICuW0DM4b+zPagDxYclgDSY58iTMgD/K
0y1XwlC2eFFiEKFqCz3qkHsxXDpODHvV0xXtZ2aB/lKblyTADEQCEzj2cjidVIveGmotQWmIsLWo8Rqnx
GGXaAWYDhsBBQACF34SxsazWlVntvKFvmIoxUddNBUbJYZIO2AzbEZNG+33fHY/N852zIuf8VuSwEF
s/J8s4QCbLWFKcLNvREmNpzQ8I22yNyxczuVFma/7uB5/uu/off/DFf0wJ30HlasHyUqktwMKnqkzL2koTRt
VsA1sOcs0Frc7heCSfMKIBHWHEkPIJI56WGEtr/rBw91gWhTEs5TPZli3Ks2EmfDBFjk2qBhCYAJ3TTbqI
XNCXrQ3ZUGbXFQPWpyZIZCQokeMJMEsL5GxLLO2goT3H0wmILpL7PAJKQlVsT3X+ClwbJqp8NlMY
A1kNU++tWLDt9ke2kNOTqolSmNPranXzcVVwg7JoKxeuW4qGhsicV9Z0S6lvgsiWgyJbCCega0EC5JQL
CZ8smD7rm0sbZhCwJJOcR8TJqINMzqYT81KqEMkr8OR1iMnrKJNssBnxTYcazqQTy+llrpy8jWhfg5i0Bpj
x7255/NmWJyi8KUUO2EQWmpVlA2Y9sF1VmLzmlSa15Lfg/d3rt9t7hF0Ox55KuFVwyHe2Cg5D5FbBEZh
iGCYVSJ4KpCAxJVp99jOve6pP+J0+0j+pmZcsq2Ga69UFq1lDlflZ8JSdsseairE5pVnKigH+zqS+OqvVN3
Mj/UQ6TY56cG2pTOprsqpdUeu1qmzU7C3JQ2R/FKQp3CHdR0TPZyZ1Wi3aBPDrlWrTUISty3LdxO3Ng1
7g69gpuDRxyG3f1JtWs0l3JzNyUzpl9nLwliHjhuiMKaQKdJET9tXeTBFSMEkfIfs8IEum4gqDta5yD7nbA1D
6floc5oTn/Ph/L7srbWQ36pHd4FrG+6uKOytqcy2jGyuDGxsbGW/BrQv5MEcAhOz8GS7jg+QFtiRQmpV7B
O6rRy0vlk65ey+gbi0gUJZ70hzWabLHo148pOiF9NiXrKtO//ahZ/qu/uUHXvO+bcJ/bCXbARw7gKIsqaBSN
8ghUMI1FS2VXKd/1hTDZF5gURru75FOkJ228tbc78KOCf364GNNuTa2QLtS2k76Flb1jSXVlsxxss1bGdn
FVd1YMeSaUnp1DzkRVj3niz7vXLy+h5wN4+IyTkTOWGzxcsfzyUuT7OW8gla1leez2jPuIKOj0f0Og2x7ms
MvnSV7ufHIwYo8LDenBKu155QQfvg5JRxTDMNEJSjSOSWXzTtK8COffAZ30t6eIsKkvqHVdbl2vrm8rBg
L6hM4u76E7LGF3iou5KRrsK4+TvbXbJQyLibKFQpRNgFE6Ctlw1KxWDll0uP1ur5xEQBaFOxBXLrgbhdo
5WgwaNHBdByZi+RESyTxdMQYOnSPJe/diGKSOexIBsjXVY2CYwTPHmiRPj7YxHhMzsdvC818/PZEOR
8/EVWxPVXPJl3Bds2e9IyZhVWlvnxFqSxN3ZpHdtLvke0WBEqWq6hUIAdcuQU/I1o6DG3E1TmQTDieGI
LnccZgfWMrzpf/z3f0Ce9Pgc3Y1OQ1tTrerrKm6HbcFGRyP3l/IDeNTfK/+IA+I32SgQH+OQO091iADvHUJfr
etSwgib13CMcUwTCoke/Mg5wjpl79Grct39ZLDF2SjvnlJ1SwTmoyihWouy+vqimzvHBTdbbtyIdsvDfztP3yy
p3K0HSJG1wDTER7F/CLFFBJgcuG2nF+2bUmUZsgpV8zxoEgu3Y7cZXK6Jfz29MQ29GiX5Oi6fFTKFFi
XfO1db+y7+gc/9Jt/vw065odSZCcT+iVZW7kiW9VVsGd3wER2b2D0ThiyuTqvNHTDsn2g0TY7Zew7p/atk
XzCL+1dQpCVUp6kWwL2f0WkdAjSsGsdUIxhWGIQi86OYyisvDRmj98nP/63b+u7+ur//OO3bBN+biuI6np
DNZTaJcwqgCl1Dbd33ryVHPSXT+sratUxfDXp97eQF2ysqrDQBQDh17a4WynaSsbef8s8Mrc0A4thYxM4
X1Qx0cKc0h6tDC7KIcy8ooEFVoxFxVhTNSqvzHhdXVecD+AUNjUrEnZeQae9vvIccPBfwKox5q7Ihgas2Vi
4o6yg+nt/w0xiwDLBhKYqWlUZXGpYAJFhYd4L15Xqoo7iwU37tYb1ODiWIKXxZUsxoBjsiIPgAVpQrGYD6
wkHC/wKq8EPsTS1YOmNEIKzmGZhL8UV0xGJUlvUW00IQWP0FvUQTC/0giUb0JjMhF6v0b+vqNYq7oc
Y4F0vzU9TaYYCAbYPDmN5oSOPztUjTqzoC295uk/4yRQRL8CEbjQM1YQxINeRa3cjZl55RRO6D4bzVD
BY2k/u2gAGyoBs+80nkhArLbl+COpuO3BQyxPpJGQfJ4Ne7U5CV0xAlzp/kiO0/3jlG/qEd8Dsjo7i4maD7c
Kp0K3ySnz0ACfuuOgB/d52Tg+plpvTQ76zOT0MkZvTIzDFMEzvnD7qzOlPvvMtfcL/SpEjFzE7TVsZrxq6a
Y4vwxJAxeEO/hOGoM1YMRUx/yZGTOw7JybJL6ZjQjsWSrPuhEpFFgeLBNNtCc6RM5wo21EU21GkIqa
75SNZ17fEOVr4SgoWR6phWlNao2lNKnV507EDGAacpgaWrj7iRmObWFYuEMsa8Yv5pJCEjdIVVy1R1
G3hkXA6EeGrZMgr8kSUxSSUqcYXHI3HlBLh8ynQMfW6Dxmqt8OPIOz7yJ3ukgZDW3HgCOwudDAoGA
vcNqQYi+2NosUBsihaLCkuitaOlhhLy1lSMxn/zneCjN+YIvc8sjRzUa82TWf3+hZWjGf9gtov7EMfZEapqfKE
3LCahjKr0dpKL3JzMOhyOwwGCaQjCTxMjnFL6ygKYhQFfszh8kj4XIocfaSuV+Q6g2fNNCdk06KT/wIbd9
FKPppt44ZnA0qe9wtNFNryUHrMtX1auR0wkky3Jznv7n+APJPQFNvS5Ofxd7wPRtzHYMRdUuQGC3qz7

Jh5knb2tZgHnsvOMHENS9n+Hmk/uceU1xoIPURTJO7KZdn/0O1qUQMzQpdEmPwyRPo5wVNKlX1CBD
jXl970q1Bwln4VTolLv4rEFsOxMeo/OglzUB4m3cxwoSW4q1968tfeRYSrZOulxcU5CdaFe8g2J1jVNFclvCj
v7Z/sKW0jd9kNl3wjbX6/cE+RehC5Yj6Ty0qM+mdvvgH3BX52Kzk+pWEmtWrp5w1ZqwEZe+XAW91vaW
0O5LP9hytTiRCJOKWBN69al2GcryuLq8qagilVc7IB88AVtbaiWEja6TVGWkhCWkhC2iOJ06UX+3Xu61iR
d/JNQJNNvgkA+ck3IWUxEWXv6qB9C9nqIIEkuNVBMrpiArq8VfmTf3uqT/jDXnLWbehEXZENaklAoyZlS2
ZZe9wYftA3hgc7wUdsbpgOCp1gcyPxlf9I7IyWQvLBwdYAWDatJd1LNMhkOGXqJ6hE7qlf3UGjPPpMih6gz
sygb0PcTdRXGwSV1ZXUOJleMIkNnSsEd/yNtsEqPun4VCi4GEtpwJN2G2LS79UjF04aaGE+NJjuxncJC0
ZPslBvL5Ole/5tTRJhyMpTHG5h1OVGpgRyOed3h3WFACNJygncLYSBtYwAhON4YQPAziwGEoHExgH
A8MQSPDpMsN0x+4QVkT0nWrk1pL1eqyOp4pe5sZv9iioiP6PpKXVmA8VddXcCtsQJ34IO6ZQNv+tdP9k
if6SHbZAxLgWloGnVT+PWeVQzc3X/u3AolgvH8cyalNOh8wYh+9Fe6F+f9bp/3OqcpplVeUzU1lShuh63R
U1sJEfAElV6u6bpRgb+kbeTOar2Jx5OEnhz+atg5BD0F9KRCBYhb8x+H5W9Agr7jREyET//XEuE9LRHaC
f2RMvz1FDkbLUPplmZTmV5RPvNfSZRSJ6IcaSUYeaAX2RhAYeviReB7L9jLOyQ/FYE5+6CfeyY/EFsOxg
+YL3O9f2UJ24ykjxcCJcQ7PADU1tjyalKOt1eSM/nJ9SJo5P8SAh3Lw53m5eg0zz7UauEmwfKJCAf8ew5Z
fec2nerDtLyRSPJGFTQ1zkjS9aXrx/8HGj1zSMrjwyJJcmvTPH3mBzRSe6i4tzkwj49BaIVQGpUfcnAKtHIM
N5A+l48iXLrkbM7ibEk9JjKXkPQwWxjM7DBBaGu4wWBSuGIobukOJm8BXv+/dP/5zPTCO/jVFjtIF+UUcD
1Tqk/nJXO5xtabo9v4HLB6jQuLZ7BgulAc+9el3pSJD4g7QbyJQ272Mdtxwexntg NleRluS3F5GEppiW5o0s
doW/Uim4NkdflXPlhyoMwj/cz1k34xiGWrVHNdYkHbB3rgo9px35FSaIbtnm9bssrvsp0BK/7fdKR0m+5ytDn
oapAzSB5sM7o/QO5bNVgSh366gteMwRXZOaX5atVhSOSRFgqS8MXg0UwX3lNPffuwHdkALP5gi+9F6
TGmYlzKjmKa8oszJmxjvNm9t83DQP3YOCNFVcSekIqHYCaloItwJqVgqYjQVbjn65Ls/8ta+q3/09t/6qzuFV
6flwZkmyhWDzJjuaWLkXqmx9Gsz8oRGHBK3txwHyPaWY0lxe8vtalmxtOgxMSnsmNhbtxBhZtOO164rxu
YGuA2YzXal7A/fRB2i8Sbus3fCGQqGoxb9Q2dCODretHBzrY5MqtaEbNSWGjQrQ1FqFZgwhSMOBKt7U
dfrFdlYAHemaU6sqvweaztqzC61g+LtUhKaYnua3rhamyaxuFq7dnNxtQQUxXYU+Y12ul77wV5ytJUcs7hq
sBOleNxnTX2CFqJ+PET6fefBcv1k4F/xzgKxPQFE9x0XQ/R/oehCe3TPGJsLndraUvAOoXbAbAi1JckNoS
Q0xbY06VkzllM3OprJDbN++tir3oqO6c0UObDITkdeVqwN3biGLsmMuml46+tbsPkZv1APCXGVcY5gDBx
zBOMIcY5gG0piHCXqkY1Qk1dwPbK///zTfcLTveQ+G8NOa1gyFROPMMy5SS0s7XUausK6NUG+0C/lla
GTyksr7gYfDNTkeFhRuqOKVknBM3w7q0nspCb+kDbtkX/bQgZn1zS1ol8/D34eSLeVN4/R6Bm1jnlTmtLa
J5blvWDHoCOcQ6/lmbHhcqs7cuV8flgq5NCu/Pgr2VKpHY5k40iA86GEOHkbJw84P5EQZ9jGGQacn0ylU
7Bx8GqYn0qIM2LjjADOTyfEGbVxRvGGqIQ4RRuniNfWJMQZs3HGAOcjNk6enIrv0yxDgjUOGfiojXSMHA
xBcm7cyYHvPr/XzVh3ht2T3/nRp/qu/skf/8pnU2BJP99LztjDb/LyAh6DAj2g51snVpXqNZMdLpzX63WWtjzh
S8J98tth3rqvAxrl94QvH/eVIljQGREuNfdBv6nphFqp6p7B1MqJsbCSdAeV1NyoCBiZjmoRk9fCByswSQ36
+Pt7yH0OBbZFRdMBjc3Hmmr1mpPAPyFXVxXM8YJevkL2OCPKPKoDi7NG1YKlwIPkfptWGBG6naRMa
SwbdGl+ekqrKddd0jSHtkhzaGG9mm2NSuDye/C4NKvUYVavNtc8RwzGTZ0uT1rRgoEfBU2oHBTS0Ri+o
VJBfHcaG/gxik/a4GfJdtZ1zg4fOygSjVQ6R+5hGE5V9IRKNILP2ymy/vuDf39T39W//O53vAY3UV7ZQ3bZ
BOaUGixvzmNesgQSmSO72d8Tel0Hj7zsrttGQlHIEa7QFs1UFUYUIzC/W7iLRnuyvj56ZR/Z4eAayrIC1DC
W0UMGnJ+Ocbik19l6Yat0Lzm2Jl8v4w1yaw3LpEv+KowI3AOoNZnHIvSMSiflAR0mznLDJlWu2YZsDbl2zj
sOkH7TAodxrWwoZgMcRcW0k07HyB62i+3wsqAY62pVIUdDi52fuMUwQtd19Ke7idtqAe7fhpIo/VhPa2S9
+Juhod4N5lBgtsEc3lpugzkSW4zA9i472vHJlh1tW8MtO5LQFNvS9GT5F0cc1/ntf/mGvquf/4mbn74HdOCz
veSsrQNLjRqmaol50thuOj1GqFqbYPXUKt6xguvFF5JtjlYsTl3+lv4eDOwnp4D4zmzp4Aud4G9rjdG/vDM0t
t8BMW9sPzkkai+13UA0X2++sHrGDenh/nOZ0f2orGUpOYGruEgvmcl5R+PVhmv/6n2+IV/Q0WS3lqltN2bTr
KatuRd4LgSLv8PHeAJaVXs7dB/SSTisL3msUU1fgtjFocOUMOYU38yTp7zHeI6ycERKjcn7g/f7R3QEh7y0
ZCXHYLRIJK+ByueigBjFpDSHD+TVbyMFZjR7CeUSB2b1KBTOHZ09od8HobZLj9uDFJOjZa+ebFqw3x0
16Dna8viFvmuXHMZXv6a9+Es+SH3RAziur8rpicpD2FHU4vlZ0qixyLLraWa2qsEqfwUpPtqmUTZIJah1pD
TRK/k1AHlOn2+F5RpnMbXfHIbLt7jgIfru7HS0xlhb6kM7UNZbJSa1NBpi1vjdFTtD4jr0pMWeomkWvvTTY3
zAHrqvKxq3t+Jz2qx94TozCrN7wVsk5IqEQzBEJR+YckUhsMRzbd5UMk9IvvvFpmta1cw4s2pS2rD8utfZbj
npTmHaFwCBEK4NplxACwYkp7GhjEMV7tDHwlR1tDCJxRxtDscQgluf88qi7X0jNx4/3kjSCY9zXDsyx7Sw
chXi0ZMk9/g8rxDXTOTWS798vHSJ7PbA075/dV81CfQfA5+Ypt+A8ZKVCcrIAG0825997R4oY04tG8XTcfi
7AF4nCAnzRFLkAXywVMZoKn2/6158EB/VdT739n+4S/ryH7JuTYbjj+gVDY3isaBYcBxVt/WAwtrc/Ep47D
hEBw45DRBHgjkPEUBCjKDjN9Fz9+c+vffrX7hT+oJdsn5ONa9iWqTWQEnra58md53Vrtfx4vp9UCmQ3D7
Cow9ruGjm0ZCrchwVlBVfjeK2mYpQ ueCYISkYIJSO0IcOFabx5GWHEWF5G2Bc+LyMKVwzH9aaTxnLL0
knjG8Slk7alJsZTo9sdrg0etS3OR//5qT4M5oPFMSx6kRzO8VXMJGo25pXlOcu4telpyG93DwoxdXGXj0SD
sa2dGDLc5SPxdMQYOIQVnEO7T74SD1I+dy85Fo1gCwFENuaNWObGsqPZsf7H8AKStsiI2rKYLVQhAa
pn3fmeh2Bi8sk+EQ3v/Sdtodn9J+2JcvefJKIqtqdKuyfndM+XMbTz2Z3kjlvX8tvN85t2yGjKtO/se1TBIPHPp
Mh2u5/Ytr7Uv3Xgp/8THNSPpTqgRM65oOwSsHmlrtor0XCE+1wEjD1VrYlFjJMr4cCSC4x3B+EOCo10ge
bhExDhOEMuzmWlPq7V3OSecPBWWxcWphfYujKC8vGFBrTrkm5adJM5FAj9d5St3VMt2X6YyVZILluhU
9kKnchWeA6yFTqTrZBctkJS2Xps7lu5WEpisbJYSmJwPpbSUS1iB7XopBhsSrJuh6py6U7HSqlBxkKalbx
GseMavSH2DgYqC7F3gMCH2DusSeyopiZ5INikxOoE9Q2nn4MaltbJgyEN7Khe8bnUe42MBJubxBJAjefS

nRmPUp2MhjQyaW1ih7WFmpJ2VstnStqBR5iSJLWIHdTiPX+ZwKqy85cJAPnzlwkpi0ko83dDea7ruvqR1/
3OqzAg+fO95MScbJqAWZuBf930o0WdnSkZr9JXsPiru3JZWFSdJvey3zP6OnT/DEwdaqOuONRgAWPje
q/uYphCUkzfCsznfSan863knG+nqh0Kkk8nJf9Sd9fZ3ctKQI9MSJ+utFpXfI16Vlpf6CH3zNWWIzRTkU18e
OjWFldH/SLeIfDkS/e5t1+CPnu/IHDaBzzovpuDeumHFnno0IS333r2zX3Cp7eQ/XOKplg4NLUVeylaZ/M+N
PgE2eW2LOc8/YQHd/7+y5/suY7/hx6OF0ryQn0Zob4cApX3Qn0Fob5iQy3600fZGTV8N3I76avrK0vX7Gff
KsfIEQYa2YLrz9ipQJP+nS1K9c2Y3nBMaEvlLTYVbwtGvlS+ii34qt0CT7e/NPTWnTbVcdnBbWBZdnA7glx
2cAKKYjuK/PYazcN450f+6D0Y/33NVrK9temOqcQ0bzxMbwbe/Y9MYodC9Wfgu/8xINBKSfELdFHw1Scc
5n8/ouBbesC8hnfGrSuCyH+3MxPx7iYXhnuXigfvp+9S8WX8u1RBeNEP7734MJ7bfnrxYTwMf/Fhe3piO3r
eywXaC4tdLpBAqNzlAsnoigno8llddkTn2RSo/NzCwpAnGHRrFjwsm7zFnDfmhGn/bOXEpxW0A2ZpHW1
JcmkdSWiKbWl6z6iNcLdovTkFNs/FfqypKpat0/s8xrD1nGi/74PrnSS5tS2kIu7WtpDv/fTWtjBE7ta2CEwxDJ
P6BK4wnGdc8AjE1X9/1ReevFv46x6yBYcW3VIPXPe3l+xYtXOjyvi0aFURerOZPJ6ObVXm7U9vrC8UgsX
6wpG5WF8kthiOTc/HufvMw8W0/7Y6PA/VP1d/wk4EugJOMA1rHfGG/IQgCAK0In6CEATgxsJx/1glw8iR/S
0x+T4iSjqIIrkhQhROCI4YwAnmCIAt+eUUOcvySN2LDezQ4BWlMt5oTNEjVdYmy0EA+dwfjCOdlicZ8Iysq
ctgwhjBAHbpv5GM285EGNCQU+mExF/ieuvsBudk1MVk1OcPeodTYSx9Fx1OtscpfDFF0wjt3JpFneWate
LIr+4hGU/Kg32Lp3MhmsJOS+PZAedgkNQvDdx8DTiGaSLgM7xlVStX3HPV9mMSNE+QUirXkFR5zRS2
FPAeqt1ECLJTOhc4f4TVfBiqwXs0QhC4BBvvpRpBWHapRggN7IKNcDwxBM+bjef69XjzFlzZv8BApwEqV
d1ckLVaRb++oFjoyZlSdKAzHJ4PdIbD2IHOCAJ8oDOaghhFIfjAja2jws/3kB120gau2Gc1eoX6iWD7dgbgo
K8HPO3ivgE3O9MBhKxrg2g7AhiiH4O3sIV8y8I6WvHrKXIYLwNjJ1Txkh3VpLdHLNBbhacmb/Glbtit3PH18
c5pLKjtnMaT453TtvTENvTooKdL9qxUdAb9b//JG/qEHxbJlseWpiZAYN+VInfbcrqsT9X6l6SDZDeIU8Y9tfK
asxljWwm81wLmak2pCz0L0jGyv0rv+PEmAur0UAEYj4lLC3PSIbK7xlKhy1bdLD+hGHrZsCwnO3kXuVuh1
Zdf0VTtF12knWSr0tCrq8Jdzovf0lGyDQHKmHmD3PSv5gdX80PSGP7/Y9lCVsqTQQMXYZq5plrsNAsws
6EaUDG7OZ4eEHeeORd6JTBtA2QvnjuY1BXzso5nri4qMnr4Zum9KbLDCfQoDQsZgZXW23/7Ez1dCTEJ
vR1cHqSLM41HRO/4xhXRPp+I7nyeJPNMimy/lPfJ5Z3fuHIRfHJJrea/3iL5mRS55/z5+XXJI5F3PQ8SAQ8
n7Nt5afbyN62i/VKK7KSyOy9Nz3rk9+7nQX5HQuX3ApTflFb/TSvEj6ZImunkePXaRQN3R7SqVz+/++srzf
GLFy9EjUb4lvsm0t0vpMjxy/o8UHSutx6vWwvr1VntgmHohkeG3/ONa+OenwEnDZETiLRZ3mCSKct1q2yu
VxGV1qegiNzM8tjxuW1mcemSR5rvuX32EWv+xpZ0e9FNe0T33tsquulvWtF9N4ju/NziBY/o3vf1FR1S/6Y
Vj0Z2L1Yb5ysGy/XySOm33gdS4uWwm2+F3bZgM2Lq08keVp8UqPC3n5cKG2QvVDjRrKjVQI2/87zUCK
sGz7np17/lv9iEESMZ2Xsg/Tve8nwl/1vJXa2j519/8t9Ctl2syyutKs5us3tiCGn6KuyI9BVyN5J2j8GftZm9VcL
elyvuyzP/+rm39V39wGvf8LUtmJ6SIiJ9fw73veuKxa4Zcl738dzUvEjOOtGd9vD9NXzcqD0cF2FMQJZGGB
OQ5SKMyeiKCejSF6FGvecshA/0kuPs4a/xKu74qSyPEDf+xtd1tTahNzbZXAAFX3bPyUSIiMal9pwUEqFxe
T1hj9EkIeLNx0oAz/KxkhDm8rESUhaTUPa+MeIGMOm1Zf99C8lHEJhUTMVQ5bp9qRbwNCOr9oVb0HE
XfB1XeE6EvEdmGBnhOZHhOvaiv2OfI9ENNy0zsqPj8LHi9HOq+Dp5qO1AaFez+Fxq9gyUkZx3oFz9wju/9
OzdwpdT5BBLvByv10vyurxQNdSGRe96xiRAk0ZPPOHPI23gEboVCz0itlHmNu+z/m5ui+491BQLyQ41xR
PjDjW1pSbGU2vlGBSK7vPJT/7TG/qEN/aQfQx1AIN5l/G4tkLX4CDs87smQXj47PS4VqN/Qp+DYHbZRX
M6dj1uSWr4VuQ+0m/CX2ARsLtNjMRj+F3CrIQQQuzK1GE34PvzH3trn/DhHrJzYWIRpwWMPs2tyqaSo+
eEAsH+fa1nbtjJ/r5sJpvnN5vD1dg8J7kl2T3k/fZLdC8g9ye6DFL2QzpTkvZshRU4vyMuK81zDecWy8FXKur
KGa3n2hJr9Aim9qDEQIzubnAD4dblWkxIiQSvOppNXUXEznFEYHdQhJq6DP2qXH/FEFv8+RfZ6yUwsTL
aC1afxdXIfRG5xeVq1FG+EGh+OOkfui4CEcXgehhbeT+tFiHluLvpBWLI0xm8rBoS97KWKBbWmTCoWW
1Xgg4YPuUkjWjkcBNHTUegvdMPB0C3R+GIEvtcCOy/FPvv+D7+RHtg7xEl80XlH2n44FQS/C8O4yrqqN8
1WINRT2AqDbifEldN4/45ShrzAmc7P9+9Aux1bF4c/Afje35OMntM7F5Ce0Iaex7Lv4+x0LBqz0/GUOTvdlp
oYT80bah/mPKmfS5ETHKpxnd4ygc/yol21CZihprJybzJkWG0NhUsmAgGadG86GekXu6k1fjnF0BYT0aaB
fjeRXBpNu3OdPcSFH9IC9nsptZ5UnTBvMbf8W/yqf0m4z1uVvxLFh6Saa4oB9YEYWvUL0XxxJ6A6IMlOQ
HWAwJ+A6rAmsaOavLcURDac3VlQLRfuloJYKmI0Ff5KklH7SpK/+8Gn+4Sf7iVZL97smmpd1jV8FtHO1jX
xja15ZVkxDGjkqqzeYnrrhH8QSULHHJRe4R7R42WbBBmrTHdepUHuD++JpHWKHdfpPU/hHv752OdgB
vunFMl4qTknTuYM3Z4A7QRmjDgt6tcUjV4aGjCW2U7JINbcs2e85Nujggyy6U6r09zDnz6pJ6tP7LA+zwNb
eNyqIUZIL+Hw5uazXpK4g4PXgSwZ9WIdZ6fROU1ZDzrzBV7IIkIMK9qKtTonw9JG6JHwurrkNXM3xCVHY
zfEdVANd0NcZ/WIHdTDn5/KjXnc5z/eQg6CKa7KRo2exKJXnrYub0YvoUJOzINXDj6wB/CioSj4xDDe7WK
Wc3jNSE+ISI60gSR7FqqrSq2Jp1bQzKnVuaaxopRKKresBXVrhoEK7KsBpu8e5PXisiMQqt0DMe8qnDSw7
5dOOIHfKJwFFsS1F7jrMsFba12GGCp6/DjMKWwzH9mS2Fsa8V7Rf/eH/+MCr7hJ+oxeW6DQH1r5md1r
VrhXx/jLPzsyZEBiyO1A0NbuAeK09mjNCEE8Ix+Nm0JDb9RIT8t5mFQBgt1kFivnbrEKxxBAs73U7Ybyw6
3ZCueSu24nCFUNxPau+wih7FXH12V/51Tf04Wsj+3EvZlGuYGJzffnKqqltqCuaUpuK8WICH3TGynABHu
3zRKyep/1994BwmGNqRtZAJyYVPCpg0o6MZprLol2nwjJo42H4DNr29MR29DgPOKoRtgcc2UbeA46jIkZ
ToaPCnsqL3G1zT6bIDg7tcSn2FW/M04/fO/G/rVwS/X2+U/BXyaWI+76xFHE/ApciHoIh+jG8oTr+7NVnUuS
AkwE/LdNNTbTL80pNMUF+Il6zXnN3KBYaYVsm7pAQC9v2wY84ZO+DHzFw/fTBjzhC3IMfbSiJcZRC3p
V4KgUT96psKDV8x7UO/yHy+Frj63/DY2g1/NwaBmHPraHI/NwahS2GY/PHJelZ91dvgakSYAHgUrPS2uU
8SY4FJGHf/us5/hwKhseFFK3pBYtRzmzMxuYFv0yHhYEAs3Z1IV9sfkvj7hkUJvAwdCCeTkcSL5137aYt9i

gaYjSNWDZsXiPYcFoSz4aHRggb9ldeIz74h/TI7Id7nUd3YYVj2gjYT8p1C3ln0zo9/he4FWBEKvT3DHzsX9
iJ7SPBCwEYwM/bABnfKf9iFjzzgQ/8+yd7Kv1kO1a/YIEey3VdU/wEh70Ef7FFkBtRjOAPUoJCG4IjXoIf/5e
QU/zH/EMwQJM7MM5/YgfGfeDcgfEgvOiD58MUIznWb2/5K9pvX+shAwt4AaZ14bqFh6J1zb2qBHprKLi9k
I5G4AdoBJA9QKNI8AM0hoYYScN3NLV1cMq5lBba/Te9YMOblWUMMS6sNq2avqHR44LQ6HuJGDBJu
CMIErUfPy7msv04g94bCTetayvtYG0nF+M4NS9shpyNhfXTPkNOBuDZkjlAOtqMsu+hZvSI4VNTmPT4qS
kMwp6aQpH5qSkKWwzHDk1bojHZ3+4lp/BZ1/PqCk1Ju2KolrKoPyprpmziqVxFhhpfrDboq1zj/IXzD3872o
EziSmg/o/zV64//FpKQuiERNur1xPS4q5eT4jTT69eT1oBd/V6BzWISWug0eoRr88B+vueFNmO+BekC9Oy
hecWind8vV8j5enPKLLZNBTcf+IXQVFQ9iIokgi/CIqjIkZT4R6XpndjXn3Nn/3v120R3pAiuxELrzjGF+yWjPp
FnW2d3YKYTvnFtFcIrYXfKAgBsDcKwID5jYIIXDEU17MkzLl5ItRLfQ/4J4ixaOAL5LXHsT24ddxYNcBGzitV
Hd8qZW8gtZZFJ5Igcc8mVU4ISVA4oRb8Qk1Gw5sG2R6cpUEmIMulQSajKyag60nhGct7z5tf/YePP/sLO4
Rf7SGHFy9iagMswlaadNfB3tBvrSl2+z21PJjX0jVyKgKT9xMRWDpI9hitqxvLljfTZ7RyNJlJm5Qnwp11Z5nf/
TQ0471f+MPf3AqWCRRv++L0Qi5/QTbqmzg6gfEBsju494CvJPBfvO8ntFc8+/lVri5O8cIAmOKFonKKF4Ur
huJ6Jl9pmHsW80spIizKlUs4CPA1W/dG8Xf1+G/rwhcFMfOd5tgsyzUFn3HClxPKsiVsyWakgjRAdjYAv4w5
B4BHb2UQevPZrLSfCO4XzKjyfDpAdtNPmm6VMY1v0/lYZDc5BNkDd81/mz3whpc4hMByyZXeSxyCsOw
ShxAa3CUO4XhiCB6XyMVuRn4zk/c8vmxpKOAp4eoL5X3Ma9h2hwEhSMuQscb6QbhBedI/KMNxfDLxfX
Zl4kfzyyQETwzB47co6GbYO7eQA1dULZcFaLYQxUfegWX27gkI52GvcPJkdwtwVVk3YG1R1bVYGkihJb
u8EEpBiKXAiXbSL9rnRNJrDMKwmTEI+8IbgyhcMRzXu4sXwx7bxYvjn9vFa0NJjKMUmrIL7dMnesleF2dK
mzP0WrNqqXVLqON/8td9G4RzSE/4G1Yz/DaoH6bNQ4N2WTUqcvTO1EvXG1Bj/7NMU98TUA35asU9I+
UgJvhekUg/mKzvIPfjykdty0OXg1NqDF03yYG3vpeTBvfdScl/66b2UPDB3L2UAWuShQy9u+60UGVhcNX
TLqiute3/o0x5oAtNkb3AWzktrJsy2B/AKm8CVZPjwSsfxoPv8YkkLkVxxWyZRQGzLJJIEt2USR0OMpOFxn
LNFLnHvt+8Ea4gHuvD10XlZu6YYMzrMnyDOn0mR8Tp7w1TK5orZEalYXsNv+HM0m5fG6BHgcqUuV69
h0lsZZy9DhYndeZZxXeqvSG/vIWnLqWLIoHUMUUJDTaMubK5aVsO8/9y5jY2NzIppgVSrGRj456rQmDXl
nKpZSr2ursDKSDkHfidUdl4ROUeJmOdc4ueQsXPZfKukzCB9fGcalUxF1SpXyQlf28ebln7eac+s3RyS9kF
d0JaxQ3CBFpDeY030sn8iRcaeo+xAZj3/JWX2oykyGSmzYjYn5cuXdYZwOVihY92o+F4XL76Xfx3FFxCb
w2yGgiaWV6hMhBgpok6P4JyXl/LuiuuVHwJ/6K13ovRhtYbJOhYef7BoXs1C01inz2X87Bayz3l7Cpxwveisl
2Bh0ouu9pp8fQhxhix9CL6vNSyhdyS7Bv65sKZq/k8paQ2QdmtWY2hdNVXLHEJ8YHxFEXqG/Z8A3/4kSc
fJwQa71WvItGN0Qx5+cNE2gku6ABBygKdLTekBciD4IU3RQ2pNOGgWG/rGFbPySLa5opXyr8hVH80+V
qlYRmG0ClPn3Vx14DtlZ4hI+1RmFyEONewMNGgUBssNT91HyQAP6qEFC5psQRol+zglL2fqY5fU8dWV
5YaHsyuV5hP55RevSCI5YLEF95DZNJblquIXzLCUJrv9MJS3VMGU7kcF8H3z1P3ETKn02MaKpnrqXnx0
/RXmpcVH8VXn6OEDTuc+W9eCYwefBYpB5QInYU8KxeB6nxSKBuunTwrFkOGeFIqnI8bQmc+23BMpp
WjSVkUbGl+i/0yM038eOU//WVqwVykf2UL2UII0a5E90rWIR9FAIT/aQ46zCAy74HAONB4UfY2Cmk4MSu
p/8cB7/uWTPdJZIjoQ9kvYtRblKdNs0qtF2TnvWXLaUys4MzK731N5RVPF+J+HEeG4XK8P6S7MkEGBIC
GdwuAAkut4fKIF0Cx9pIeInqsZozjfOvDebzTOz5CdzkvVXj5/EPis3CNwoNx2vffAlgeIHdjyYnEHtnyQohcSX
w0vDrfuw2R5Llf/86d+4hPbMIhXJL1Lj84U7yh9psi9R1XM5nPD/TVYsJAZ+foFUEpVMYWt4NZmcVmAhQt
6EzgwhS15LHsL4F9ZVWF2g6nHgf/30fFK01TXFZaBiZPeJaVpAIRaHYz+IGmd5JsE6eorcbDg1y/hecw4m
Ct0dQMdrQ1yxzYzdDNkUjFpXdi9vu/sqCcSr1abBswEi2rDYalVgg+fNAG1Rs8d4tYy/O28Egh/mIOYf49rM
qgiMy2blrdgcHyt0QLWaoau1jL08QDG9sQqzmnUngFLYRD04RX3AwhOUbR53ZlZdbsYc8vtBGelhj/GwQ
mxGPHB8UYDEzDhn4m6Wr2GG3OeMmY/nILLuoaXsK41DLY0HESvY1mt1zO4vbTUwH20SaWq8t8mY
U1aRzW6oK1AY9HeTT5eqMHAqTk/ldpFVanXxsEgVuzrg1ug9NNF+MsROvcBb+h+XK6rNbvt7kewChfWu
TqxiNJp0h6fml3gv9HKLWCrVXxJrdVAsgq2HGjROuQ6rXjhGgyMQKNpN8MEzQwYUm19AzIKvh3MXpR
Bxlt3JM/bpNUnvNWzi/AVfNfjmoOHIvdANGEaNhH3lpVj2BcTDxB5eFxUrlu0CZNqzRkN9rdx6p/KmgUNm
aD+6yKb6MFEhgDh7rd9/IbVVHPVU38Y0KxW0YH7drQou4s6jth4OLxvN7RKWKKhiJfg+HHTBBtRJX1hxbt
aAMqbmVHvxJPc8fcEiFIG+b+y6Fh5Atia+iC/W+39PQr/Rw7PKCnDE5hEPDEZAJsDbBSBgny9nKGCB8E
NthTajrmrXMp4EmQz/SoINAF1Qm9LQrtgFlxZnpudkw2zRcI2O8xMWJ46saAkTbGbcBE7Y36b9hV29jDs
AToEJy6QmDnco0HFcu6aTjZzZBTAaGfcma/jBfbBNjLdoSVMZtB92yQTGad3UWE1pjaY1yE59skox42xu
ahCFqsPKQDcybrm3EIeUo6EoOJQp/GnOAVHFyNA0NrQydA4x6WeoYgooXc+MgyWo8UW0m5Xa+U06
VLIPs3TPbdDTaa6xtnU69BtVVPtDU66z7StvQUupByfmlqhcPBHeQc+brU7ig33n3IW1ilKjz7oyf3uQhmIU3
MBU8bJ2/frm4KRiycxrxDnGzLROUcgAr1eb+GdmtmnVYdbF7hhfBlk6mRUuxIRBzdygc+Az0xrrbhHtBaPZ
4ArnFTxJ5ylwNJwachycer1+HhREyyzqTRBMsPzKqqLUuXI2cEMQ7A82hpMZZGY8MqTKjMey7L5lKpH3
Ql9RKvYcm3lUURoyisYucG0imGZIYRO0eg0GqQdj8GJdr7o6iVHpGRkqHIc5aA017xEYQ7gLW7ssr6srzl
qwxDkQtQmOIB7pdnkZfMSQG6swbjMLa7purWowx2Vog+1UgFCAuG+XYfpiU9KcAo4fvt2tNxoKc3rMUJ
TEgLi72FxZRUW285Um6rjENEznN94C32iyNC3Oe7K/e4TC7odfdiK1g9RAsNmf/jmjgA7UMmyCgA7KUDl
z3y7jS4R4wwLMH+MNddC1W/MK7pig+TIHOa/OGe40HcW2nGAJq9cGwbPwWGOmxLRGkAV+mzLtBQ
A9/ASmAwsRINqYRR1f5wVNRdfL/YRIbvPsshfrMDLpBF6jZY4BfkTXFFqwND89o5prWPWUNq2sgPMKp
mahrq61hMfS9o1B9MBN/i4Nd2hOy5tgQjIwHTbq8uYEzLfwi/qgTvU4Kz8OKzB9EBHoxGDCWFjUG9PoBj
qyol8xa5o5ProBBVW5bj98ZquFCYWgfG44fRAPhME4vIaHwzItzlvGcBDvXaFsO6ajVeIZJjNQqZxBdwGbk

bH1LFCM1zTZJtf/baYJQwHmqTX4d7zqIXpeNtUqrEY3cQVol12YuZCBoQS2FXxa6MCXK14M/MosJf39q
LJper7YonA+2daD+q0OlOtVZ+xH71x7EwRY1Q3L4W5qRdMNF+qiAg3Ck1m4Z2yXPVLXK3Kd/m3PFma
GtZZFyOZwHeBSeFSuK2pNBwoNJROQ9rTCTq5nPL6uUtUNB3sBBg6Vqv2bDiLwq/UantRa5mCv4ECm
boD9W6nQzuK6jP7ApAMOjv6BElAMtnaiBfMwjmHen4D1GcCwq99de4pDFQYcB4ncTmmqpaJJmFHx7h
homzNNeSFhkRryHRMt+WnVLgPwi2AbGwAOg069TrNDccrBoddsrBhyTcH5ka7AneljRgeDoFzEtW8Npw
IcG7SIOomTqgEDjvo03mKPm+gpZWCt3nMVdBycNN24UKcDCWylgY5RCBy1FeAXUgctDiCGhmO/rsjG
WrPhgbB9VDATGWbFFqcXHmcXCw5e1mmHApFl6opf1u2rffCjPUd6XCTTKaNHDzML8rrCzKu9Th60M9
cXFFjsg7EFdw6JgfPoLhHZ+nS2YQFX7OanR5owaoMl2HdWE0f/INbh9Kim2St1kxazN2KntGWd/myF22y
1pqX4+XyzAuN60LXKzh8Z9FCYX2A7jO4XOmHBsrJVwr1CY2s3rhtbAPTI1IXrVbYydMon5EbDaQjdm7N
3sgfplmKOJd9gHB3kPOh8pOvf1uOUdKIBbazXH9XATrO5w/mMzl/dAuhN7Cb0+idWleo13Z7ITeeL423Ff
11sbZSPr+FsNDingEdiZGDKhYYPom1RMHZvbxiZtAT9Ha2qoJeGidOLsOz2lzN9DS+1B+egc8SUX9lRRI
uucDiQZ/nXekrJ8yf1+Afn6k2YIM3MxbpsrlJPBfgYnNMbTZBaXUfbzH5QNZ8D4y/XM/YiFn/jxlLvXigwQKo6
6laGzpXhn2wiG4pBa18AB08G3u09LrlO944c/WMrCe5Xhi0T5ueYbeC/Ob/Q0WLWDQEMaglaI50NL9P9
Y0KH2b2uNtyCSTwtPl6vMzfMLXZo2m7HJZUOIWYFGKFraOwOe1OL5oaaSsRX+pvxcmUcJilYTw6iS8Yi
3I5oa54ymLkUcDVrkzi+6k7+x6Bj45zjyAYdZKz0cVQhzzJ/yaQUzQaYCiBF/Wb/Epb/7F0LLmDWO8xXk+r
yMgrUwirX3Mkj8jOlpwyyn8vNugNoc4YeFp2OBtm243kDj3zRycexmRkW5liE/mkVAQXPRqDvxBisQ2Bqc
Nc74Z/tNbV91ihDR9OiPgFeOpTp1Dxl2K7BBMy3rTJ+b88tvoJbgGQo+f2wLBOd251xl5urCZMZ2zzPUq0fU
NaALVsug2zILMwt2HxuDCwvTGe+szRbyoaXSoLMyd31VKDDsgQpLRdxR8ZTAGp1O5Bk2MBeMKnWR
PGNzEJwH1/efnZ2hv1nnmKu6hT8d29syNuAHGKY1DgMQ1qlobuKg0L2iTowZB3YR5usqmCi6ro4lClutO
Zy+TZSKd8J2tg5icBdVq660qcOdQpXarGEbRA+o1wHz4AEEDjEcG5g6tKGCWUKVX7DoYjaSgj1P27mF
ntqxH1wblhC7Xc3TKsxbm9W64ll+eb/DnwiC8UVfseN4eUrZRo/7AbdIFvWLdPeYDmA3YaD1V6s9LCKM
PrgdqMhM2y8+4r6YvQgIgaJBmZDyx5oyWkhPVsLjqq2Ng0tMUWgQwwmLeH9MsW/O2Vy29H+8CCsGc
y0D1rhZp8ZcRU+HL2ZLDX8pm1OZm+/7tKji7LzUGHxcNXBLDlZndFebtQsbNPeos+vp/LT7+IJWc0rcrU6
ngE0p7P27zKSs1je9Vh7KZxfnptYa8Bt/zC9O4lYkGoBLsrGOq2CwSPYH5mNcX6g1Bpmbl2FbpWwH8+p
8hu1KMNsBPwHt6rz7B87IbqzDD5WJKrCNaGUr6V26toYJd6MFJ+EO74MWWvtRDDi7NjA9NbmrymlodAg
GgAwV9N2QHrs87YdHSDtL3CChQA69R/8Wbv9HjFkj9Lxj4H1jQbxfk+/+2d+DjXpBhwPklb0EBcH7ZizOC
OM9iybBdMtp/x8CvQsHZ4801eahmc9hscUhDvkMrFBbotOK3A78CaNhayc2s/uKrPrTjZT3CS8k+bC66Y
WwMD6GG4yFEbKmd01YipE+jm2z99OLdmr6yrOu1/jvoD6cSpJ+XfPTfVSQ7QNIL9q2g8+xByC+MkjtpkY
KXlGbJfR2EXlWeUek0OZ4g8Cr05KSz5GSi8CvCniBH2gRhEeoA2RseisWPArnbE2wVenPZrNRPSCvoK
qSkgnSSHG0XexV6CtK95FjbqCtWepgMRMVehVQuTzkODcFiOtlZciJJIBbr2U7ucmJYQiovSaflgZglq+A
CQ3cdjAu3eiBHyNnksVcP3gkQQUQgNoKPkkKisB/IwEYIhWs93b9OD8VoPoAiyDw3eemAeJNlOI7kRrAT
Duh7Ah0iu4xivB/0k2R8Zzm0LxmK7EVwHA70ewL1kZyBwioNxDMZtgmiwEMQORw3GiMNQHyD3Josch
yE/SE4IjCeHYRfB5rWPModhFki20xAzSng32eGLF2MpmN4EUWSEPEj2RcSS8eshMhC1pYCft5E77bgy/t
pD+v3BYyzeR3YGQshCalQC1rfzkWQhVRiRjpL9keFjobcwnMXrsv1hZLDhUha5jYoWM0aEYMwYP6TJnt
AAMX7bQUgrTMyAhWCwWNiSw0kkTXaHRY2hXQXpGElHB4+F3nwhKx0nh+ODyE4rAqFk/HAEK4gKK
CPAANkVElbGL0fJgZjgsj0QokLMdtf7A81YvJfs8MVxoaHQg/eQu5z1KpsahWB4V3BBgL3dYbFeD8RB0u
8P/EZ8dTSw9RU61BvJZcFdOy1tv+8bje+yzhoi+yliyUIIvXBwRi6kCilDBqLizqHkw+Gj6RdIprO4M2hYMSvt
xFdlWmFm7Lz9ZGcg2AzqgOcfYcCFRJ2FHlTydHTsGdyWMeiVXSGRXuarjZKj7cLTQhi2JJEDMWHrcJw
plnUezg4n9SJyOmmYO5wA+L5t4tnod4M2xwSNWZ/tDgsd21YkOoBsW5GQMLLviyeYbJsHf0gZi4fJuQ4
Dy+gLw4znC9EjrZ2EtAL1Qu/IaJa2MiTwjtD3kXuThd+FnjxY7gMx8Www7kVwul/gBq2FniJY8kOxoWs6/+0l
/f4ItpAaziPfYYFspAtTJh/OBoQcLkHaRrXtDgqJZOOXu8lWGm8UUkU8qb43PLgNyyl6umJi3NhBwE7bSD
dzPXaFxLsFxgn45ldiI99s4tgfGf+215WJouDYyy3Y+FA30pXIUEfBbXvd2iaIbbtzvlA2lh5zZB4a0Ibl4wgsz08
ljGO3BLw/MqLtwGTImcQRa28jo+PWzIXaFRK9FnqlIirtrpAoNvWghqCJyYLZIBEc7UIwpk2XxODvhcawm
WncFRJMBoKj0gvJqYQxbSGMBk5b7WLd4YhjRGwfAw9HBRvjj3yDyaBHn8IC4PYQ9IXBmX3d5t1bR40B
cxISEkdg6KmEkW8Q7DBerhAldzOPHuyqGyJjvG3no9wwMPCehT2hwW4hNZaXdjGUVszbXvVExKhtOx
kSiLYVv6MItG2kIuPQ+B0MXWw0GmFOkqPtYtLMS98XEXmGCYeuc0JDzYh6nByMC0ODcoKgkY02kW
Y23e/wBZnpNEXIVhpIxqN3e8g2b4RZYF/wvEgr1uwUIjk+6gy9Poy7eJ4IMzA4gkfk0tEBacELD0vk/ZEBah
7yJDnSJmAN/OSA93u4aDQthNkyJnztdG2bIDZbSu0MhLKd0RMXgrbHc0h42a68XZCZqcue0FAzrMfBzz
pBDsfHlaH3cYP1bk+Qk1HdGx7UpPuhp8ixtlFjaj1gQRyMFdvaEBExhq7J42o7PnBsr4xjwse2cEOCyO6XQ
CjZ3p0ODyjb+yWBGK6QGsmjYfYFZxEc7BsfosVCmLcTx1YR/mHywC1EWJHCIDmVMM6K0FIyNnm0Fd
zOnHSePHRLIdNgKzsNnNo7RaFxUFtDA0FPtoP0AjfgCQNPwg4OREDBPhfRBU0UCLVnsIhwKH7Nk0xn
QVG2m9fHQqOwCshicwJRUHvPz45hoq9/jOwNj4wKDhSo0J7QKGKL4iRJR0dMW2CBupzoaQvkbtLHQq
BM/7bzEVTB/gj6tzMQTHU/pkm/P67qfttLtnlDrG459EZEtJXFm7Z5Y65gDnEQCMF4KgLfQ+5y4qEoYFg6
+8OjdvdHRE3toejedOE89QfllZ2BMB8+EHYBr0mzVlV8acu5Y9fzJsbrewBLA51nYZ4Gu6tUINvtzQPn/qJK
KUdfNDMVOoU4lxodFPDmTxxWdGXQMsL06i92+4kXpXXNCb1kyg38vulX3tEnPLWNHMZIqD/gO5Qbsn
dRgLWd5C4aXS1nMeb7vR/+DW+RBEXfxxfhpbvfzxdh4Pf9fBHes/sDfNEIXv/LF43iBb58URGKfogvGoOiD

3JFeAnqwA/zRcj9j/BFyP1/54uQ+x/li5D7H+OLkPsf54uQ+w/xRcj9T/BFyP1P8kXI/U9h0TanSMIrXFu/ctwvif
uV534Nc78K3K8R7tco96vI/Rrz/spzvOQ5XvIcL3mOlzzHS57jJc/xkud4yXO85Dlehjlehjlehjlehjlehjlehjle
hjlehjlehjleChwvBY6XAsdLgeOlwPFS4HgpcLwUOF4KHC8FjpcRjpcRjpcRjpcRjpcRjpcRjpcRjpcRjpcRjpcR
jpdRjpdRjpdRjpdRjpdRjpdRjpdRjpdRjpdRjpcix0uR46XI8VLkeClyvBQ5XoocL0WOlyLHS5HjZYzjZYzj
ZYzjZYzjZYzjZYzjZYzjZYzjZYzjZYzjZYzjZQx56W/lrfQMvA8szjzh0lY+1kOOhM8GWc904NLMcm3Icm3Icm3Icm3Ic
m3Icm3Icm1AM+/NvfGz/zA5GsF9JPs+Cr/cQ+5tl4AhU9ag/BtZDk9HdaOUjZzVv/9mYFZ//83ArP4DN
wOz+gdY9pZnYH3fzcDA+pHeCDejEMnQa4IMfXuQodcGGXrdzYCb8fqbATfjO24G3IynbgbcjDfcDLgZb7
wZcDPedDPgZjx9M+BmPHMz4Ga8+WbAzXjLzYCb8dabATfjbTcDbsZ33gy4Gd91M+BmvD3QW98W7K
3piOFTiLYCMaPxtfuIGEoum3F7fyj3/1yftnm71POL4yXH8ZLjeMlxvOQ4XnIcLzmOlxzHS47jpesHur+6fqDz
q+sHOr+6fqDzqzM/8B7yAsfWZfimfOf6nxP/M8z+H+Z8F/ucI/3OU/1nkf7nlea7yPFd5nqs8z1We5yrPc5XnXnuc8xOV47
nK8VzleK5yPFcyJfFcSz5XXEcyXxEk8VxLPlccRzJfFcyXxXLlPcRzJfFcyXxXXozxXozxXozxXozxXozxXozxXozxXozxXRZ6r
Is9VkeeqyHNV5Lkq8lwVea6KPFdFnqsiz9UYz9UYz9UYz9UYz9UYz9UYz9UYz9VYm3VhIk9c
6nrijji9v7qeeNcT73riXU+c/up64vbPrife9cS7njj72fXEu554Uk/8e3v3JcZa9ZR8/wRu6N+d0vAFnSsPUyRVNt
XRwxSXve1YnE2EhTusFq5NCIhzuOaAAR/4X9CYlccV8c1MoJ4JFwOhHhq2Sodb96QspiEsr8k8qFnOehy
VelyCF2tts+zTOp4N1clEZxaC9E3hV+UgbrNKj5F6PkGlgoRFH0m2ITZNTXsG0oSbGbGU6P5QWM0V8nO
EhL+b4rsncUriBjiBObBW3jq3aQvgLtjs1YRSL9zBnepYVqGIq/NfyTFbppI3z02Qp8kGrYvSphPyTX4T4H/lu
G/FfjPgv+a86IKBf6D8sr/39q1xsZxVeHuJjHmpondceKs13HiTmkqiu3uw2uvTQV5E6/c1F1n3Yg/w+zueHe
b2dnNzE4SR0GKEFUQtGolVBH+IKDl1SAhJF5SRXmFh2gQEi+1qPAHAYlfVLQiQihqOOfemdl752WJ8G
MS797vnHvvua9z7849H3xXbcNjwmOVkzUVniY88Lm2Ac/FcrIOuPqZclKD/zXArLfggfQG6GiA3gZ8bujwd
OHB70F/E/BN+LsJf7dArgXpLZBtQf5PAO4M6Nr8MBnHTD6uXKyDbg2lU78JyFFFB9IMwBgga8B3BpSlC
+Xrwcu6O5CugkyJqSZoMOCvy2ojwXlsUBPD+rRA1wPcL3z5aQNsjaU4RyknzPKyYvq6dvXvXvDqoPTIJN
IVseg7jRh9qtsxe0vG8pEVsP19/LwwGg5DUH8iGJXCQZuyU4ZK8YR0YQBGSBcqKhDSRcnKobIc+9tsw
WVQeOGbTw9Iv0ySsQreZmK8Qqc6bPAjs7jRAHu9RySDro7HwBHM0z4jhXA0WGCMCGfjhbl2YcjUYx
9OFqJwD4cq0WO1kJfU8wJXIvfSJI9gKc3pOjr/qst48xh26jrGh37I0GWNfyZ++rbrySQ91oAeIR0API0AxD6
3YN+u41JUZmX3k8k8meauFYVBBOlLBQY+pjVksSoMcpYEjWct5JGu3X3oKmetW2u9+uWu2+K
Bt/j0v74hCRwiamXh0JQbuEeDANO3FrpF8nSSqAw7eiWed+iJsMDI77ys8T1XQ0Hm3m3//EDcxHPwqFZBiB
YTGCqPFixIWaPGiQIwWL1KFQIsXp0OO1BHkEoWm+gRMr2tFMETNNk16ix+gzKL/Z2btsFyEKTQMwK
bQUFFhCo2SlUNI6SKf4ekWT3/uypWXk9LzSbJzrXhcRYqRFl65wCX+ANnuDu5H0F2u7iYja8VTtlnt8EjEu
WPcwUmhOMFSB/yWihCa9/hj0VCBdBRMhwoWPQtTM4VKymGSPMvogjvA//nv5wakq0k0wHHdtpqHVU
vDy3pHOnWcEfeRdMiMyMyDiHcaMhpPs4ifP+ThRumkC2PtME0l3TBAV9pgmVlMMkubkvP+eY5vJNXDB+li
Tj2OPqGrvpRu9+r5gd52Z1vZnoWUqmXIL1hfhPN+E00IcVIL3DZxuAYl22cloHLdhNNcpwmbGGBc8U/7i9
WcGpB8kyfBakV2bP1RlN0qKPmrTo0h9/aR0R03FIO+pl1hgvKd7SSok8X9hRf0QeJU+w0tSoLCLBnjrC0
mokg6KJljad6uQRk5IEMtmEULwt6C74wwu99MUBvCGkB3gA1Ywq07m9kjKi7k4K4+4kOhVXBTxVzwlw
dkaMVn6QS14FKJXb7+wjWs+BcTZDvgu6p5pqvvbuJpNBrepOwSMwHTGfc+YznigwHTmQ8o8srxPaJq0V
1yHwRJbaAteQMJ7Rmx4CHPFBBnrN8gjXZ0qKFvKGt4MCMkn+z0RVlyaNetlkr+FlyQxvCekWVp7aq+g
SO1r0naG5m0csYWnPdIIHPeI5NF5z1WixyjZcmbkWKKAmUGPfvS8bUqeacTcQVydMmxurhFNDcrUBF/
fQvZvQZts76Bsc867Xart6LS8XIXCVaRGY5lsGPjHVZr5e1rq7q9WtENNENGvJeM
8oZ2o2CKDCPzq2LRYHgK3o9zUibIbiR9xfuQimophnZe0fBoyEmeJKmW5VL0gruErN2momJIQAexkwy0K
SuJ8xny7nasntJyv7if7LVokRWTlVlxXDAno23rqm7Rgjgwm27ElCY7qHK0bCdbkMCWfRgnEnxQoGR2v9
6OouqeCGOW7ieD3L2xPVIEjJ/jaJvR87BZb15hbfZdWgt7x+8BKRSS03MsfRAyRHQzjBLLH1P4JxJDkS92
Ug1yE8xzkQgrjIBfBAgd5AC2L6PKod0tvzg3l+caYXCH+VoLkWeDW6UNaLU9XzmNWr9XGnTONIwR9h
H57HC/luhy/1C4jmZm8t9fDnoh9NZf6y0dvOKnzlal/xdT9ZBxT3RuHftRd4qnlrNNMV7723AMpH9587SOD.
MLe+mCD3cQWHfVHFqLJrwMdqzc5qF4apabfp4rDH54pxxXkdi3MvSXmXCYQPyAEnI+jkaXlDm28PnX
tH1DY68//7Xc7obCXyLvcsmKMIemTWu/YWWpV52Yw9KH1VgNmh/eRxbM23mTVtcXMzEJhar1jNrSesq
5idA78qpifMjV6R1NTWk5IAaVtLRYysN+mm5+iu/n55Nsfx/WyTCad3A+f16bdC/XLrTaedHYtXHOKNOar2
89rfMdNuKem/bECOj9MxhydeCsTI1kYmj59tGbVei1QdgdOyJBvmNCdrXep80f/enaAvsGfcrJfwXB3eBjLL
gmb6AKNkkG2emExO6UsH6qcPHLi2FGwDDZhg78HPii/SNg0PYw2e1owxgFj9mara3AtGZCRXaQd7q
dZ84x75xvlw27d0d6bQX3ozSefU07pbbW7HVPVlzFGDk78g2RrTlnLMi3znpYb6A9/N0HGPSUL01xgjeO62
kBpnTRhplbAdgqNuqNYXU2rT7VbhtJtXdB0WAjso7eYuZTNLcxlMlNV2NLwyMXCpfmpZqvRFRFL4sXipO1
bUqBq6iBOWL2UuZKRYN2DvzK++X7ob2B8vl4b9c3vV05jKznqdzjuxzi99dOAotOPPQqG24QXY7aMoxn
vCVDqH54XrqjTdfSZR2kWHf6Jpn+Totlod/Mt4heyHr5WvTa9SY7wc1s4PxiGA9pQMLusHDJEPNo9ZgDls
stq0p6BUw6WA/Uc5iKytW66K2WOT7Ser2kzfw+I5OQWxQz8/PFLJCh3kzQdKYb69GQ18YtR67mn2qCT
2xTg+sAg7p3jjgRgRM6GsY4oWPUCJzQ8XrkGG3ikHf6+YtJMsRETmxUYRE41KhBTS8nyaB78Ddczx0gk
2r9CRXftKNdrNZUKNuApfRAM/gDOkafwphsd6vnLuQUSnCpuZ4FXtwxNxTTNlwnQiYT2GgNFRqSxdtR6l

U6CixoR6OOYYVkMo4YaPmu3VOMTgt7PgZPA+i6JW2ZLmQwP0MD51nMD74F585finEyck5F58aCideZ
rNoYohCmWLwR7zMCnaCy/K9KYKy/J+msUFliIYT60TC8sCg9u74Re2SQp6+5RB8ZsHRh7sz7XQxZmh
RLAQ7seosrDzgSj5F3810vFowq05urLJMHhW64qU55U538/O2dWD39Y9oz/5OggRsqS+ii00C4sYYtZuP
PYli6YNh7/YYdlnw5lqY9f8wxo5eE8LQfPkNSPhMJeNmH506lslm3+lc/+/SA9FSS+qSVJeRSw7Bz9FQzsu
74tlDqN7fYTxQHom1Acb+9FfJTRoQf2y+A34/tp3h+LAf2+7EiWhbR3LFAMc+fW57+/Hd++j30C99yzYER
WXqw+MR2hXn6Dld0V2Dpm42xe5ZWTihCppJYBhBKexYJgEHHSDqoozRLxvuWCZWSQ6QCxucEXO
N74KDxebQsoumq4DIN0LF3+vt/evn3aPU/Jsjo4021Z53UzuOPmv1QOWD+B/p7JJJ6FbxpPFdi8Y1cmco
SdrMH+i4oSb1GgSQUyDXICkgNsToo3maQHin5BaG373SABi70uMqPcyOasGp+7CfU4fx2EhxeRkwLWw
tdpxHXltWLGxjd8M5O3TL+DrVfmngcI3aCF0PzqmFezkYOsxPesIhFsjcs4pUJb1hsqk2O10Zt5/348plb4Np
eIBNOu6zaXURajIWAhoJiR2Hv3QQC3lNKGg1PK6cGr3/qz7/aJm0tQL7pgWwm4+QvvZQgI6vlUxgHtMsi
0btcH1ugrqUaGYX2PqJrqqGZlaV+lwU3Zj/ZRrk5pAgIeCpbVzWMCs2miVyxuotIS4bz4oknUZogmBdYbpc
UkozT2Ryeleazc57Vnrz6DPQ4eRQ1Q22y09l8LlfAbXAOPv0Xb5GbR0wtAgA=","variations_country":"us",
"variations_crash_streak":0,"variations_failed_to_fetch_seed_streak":0,"variations_last_fetch_time":"1327
7831619554098","variations_permanent_consistency_country":["94.0.4606.61","us"],"variations_safe_co
mpressed_seed":"H4sIAAAAAAAAAOy9CXgkV3UobPXMyOZ6bMs1m6Zndc14Nks93dVqLV7AWmY8ak
sjWS15JjxCU91dkorprmqqqqWRv/m+30AIiwGbJWFLgAQCIXkJkIQBEEkgeibNh8pPtJSHkhQcvOyrEsgeSF
P5D/nHurquvW1tUem8e8iO/Do751tnvuueeee89dyIlRpSoVIKFcRZKGCkMj8thQVqqMZEeGGhuT8UEEayk
vLIyNKYVR4c4ocHq9W9ZZmzet1taoq5owu15TaBdVa1VtWaUOrjvYUC+SWM5pcqSu1GbmlVVf7ahWx
M2LxIXLyrG5UldqcVu4E3HdDRUx3JrlATtkkl5cT0RQ70lzoE7aODWVOpbeOjwZOHd5y4gbhiz1kO6C1D
Lm6sag2TVDBLnL7vKE0FUPVa2VbGX2+4kldswy9DsU3kxunlGW5Vbf6KsVD5GYQ1VLXZEvVNRDqVo
GjXjxJdnn15H5A0DQPeors5urPwYoc7MJ+YTvUK5zGGs4OZ/I5rNlCqmWuPvnWd7+uV3hDitxGpVKtjUX
AuaQY11bNk/5q9gu7z1y2FA3UPWnI5uqC0tQNS9VWiveRQ26Fw0EQPR2F/lxyuK2EaHwxAn9hj3DzaA4
Vkx2SMInUy+qTX/3i473CB1Nk33irpurzhl5VTPOcurl6D3U2QEcXVG30hmvRT8avnwNCHLPiA+Ro2yqi4
ZBQOpbQOXKnx2biKYIxlGhPkVgfWX3yTT/xRK/wgRRJj7dWGopmnbmsmqje6Ya8oszIFaV+jf1m0K+w/U
IMr+IZcsSjrygwJJJOOI3PWVTvVVhwdMYYO1VXO0dVn/gKs65Mpcmi8ZeITqolqgL4KKlYrah20u6DX6+CP
QGEHSTqgsLKUIXLZ0Vy2z/fd1pz3O6fCu/wqTAv9USIUx8kdHgWGAyGJdDSJCSJ6lRdNQ4ykgb1zLI+9s
zAy4vTOv/k22NpPbyFHEauqN5p1xVLOqnVLMYDfrCJroP3lVv283FDQ6vLkRtfWKseSoSGSa4mVY0lyJ
E7dI351J6XyA2SQU30nBCSdTkb6+STDN0kS2mli2rSpsthUQ/ms01Qf+9fHeoX/kSK7kMKyWq+PV+pUH
SWrVduAtnm8JxBNSIfIXtkGK68r4HWsMlh4uQHoipDKZaUDZJdi94Vl3SjLtZoBJqOYwlbLaCnweaf3c1Pe
wG5pCtuW5bqpVA6gW2fSMM6cTD5PGwnneNpoQj5PG0tJjKO0cAA0K9FOAGN3FkKTEduVPPrN9722
V3ivV79VQzfN6WXDtv1oBzlmSbEOhH3nLPqE36L3COGMi/eQgwElchCInI5AvtcNCDyKC2CL4djUDldpo
DM0wo3nX8bw1kFhJgMjG/xSSvKaAn82muhyD5P94RobzI4NZof7fBBenbkQnNbyfq2JQkc5+Gi5A7AdLX
ciyUfLCWiKHWku9HNR5TDT9qNve2Ov8Nnt5ICDDjqCSNSgYyOqjXZHUPWrU2TQgVkylXF0LBpoaU0p
WbKIoFuZlZu2akcHYUT75pbKH/cQsTOSIPIdyhZ9Sqm1mhD606YQTvMwpVYTg0JQ0rxsmODacF5QWp
UN9E04jAt7HQT6e3x5Wb28oDT0Nbku3OV8WIAsQ1XWlLk1xZDrdbCUmlpFduZZ0NmkXF1VhNsdYKBe
09en5maL/9RDBN6W2hW+3iojJGggbx+5obhE7opwumF1BeM8mk6gk+LDZCDKBUfRFZPQ1clohLgd1Q
48culu26rYJGNRFUnEUeya46QbvLWrGDAUIL0vHW1HxSk3CveIHUpFjKGyQoYCoiQwTCA7mO7Gkour
pBAUNyEnsStOeZIOVMntPkBuRzrERQyRfUHxOCwxBCusa0V3S75rxXTf0K4VT1dMQJefVeLaxMXffvnP
v3zLi3qE//5Yix31REptwKbX5VV1TJnFhx9iY1GsKjC33BlepTibGL5ZJNioIjMKBGGp5MJ2bwIpKLDA7jOIhJO
aAiR4cdRb7xbx/vBRW+eivJ8vi0t4GJgiSKVIVApsWWcUk1V8edoBp0OUGIEwjBkEQqUvdUkIYzvDEaQvc
0PEPGPDgoX1j1dCi+xPWr/nbujIws092zNMjdUS2fjKfYNU9qC2OOLXzqL1+DtvB6ewGiTQgEUozzuqUu2
+McNP1QsBvd0RGvOEdORKg1AAs1uiPdkeC8Gw4HIBZKUexE0VmRgcmU3UmEf0/5zbo9Ss7qBrgpo1
W1WoYYrXk7x5mghgL9ozOhGEvsjBxmiQlYxlhiMp5+S+yMxVsieqxWLV1/6+MufA/b4VykykJCcs7AzHlR9p
jsiRdUd8hOr3VkXyaS7Y/ViMty1ul1eYIe8qJpH+VH0X777KwTU/FiqPS87q14+C/8gvbOqUq8tbiSpXqWgX
g91wCo+SI4FFBkKCbU5lO5AbIYcD6oqkpoYT42u8NNJam5o2FkRQJ2ANt61hRxxkKdXNFAIt9SlG9MNV
DPViWcR8c5EWIjTXkO8U0iEwy0dDPvHuIRELrjBWbsxYuCRcDoR4Yvu0qSnYTpQFpNQpv4471gsLhte/
NI3f/MjRPjrXnKHgz+rGNVVWbMmIMypPawaVkuuT8pGDW32x7c7cEFxJ3kO3ymqyCPdDFZGGLrG1IDXIL
BOeaVYYofWVFMYQXaNBl7r6kbFR0oFWW6fqzbmw4C4flNcapXMXPanPVwbwHayEbsqUbd9+bv2dd1
SDkvnsse48JJJfKKcnd+OCsphDB2LVOpCRc68TJbQNmkS5/4sQmRHcdGimADVTVx2RzwAFJhVR0mO
7yFZRXoVC3h0PT8ufKDtgzjjggTslFaV5swF6ws+APISMWT46G05lltPJAxEXUk8bClOhI4LqKO5eCPqKM
5eKuQsNqsCkl1xFWhCw5iUg50vc5Np+SHPNHPT3k8l8lY4hJYXNWXFhYAHzpoZiTNOeVmjPBgrZPsnrD
GMQEc2ZADA0IREat0wU5w/jiIT5wxh43h3h/GEQ71hx0oi0ko8yM49Ydv/6vf/cpW4Vue8XtBwf8GW+i0r4UO
dUBBBBK5tDgkdELhWyfpbpbpSN6WLAQCskHC+HEQoOFSGpiPLUQvX/94x96x63rm7kDD2dzZesc6so
D+NqPll0D7lyTfTgg9M2auGir2YNbGBSG2GTrK20NdTPEGOthHPK+sIeeayZcjUQryQcWnfgj+h7jSUXFz1
N9QFYbb9nSSbAUhjxfJ3T6rzsU/Brrl5za8g+siW7aTf3xS06BTiADAfTsTIUi66t8AtNobTEeFr/D7k/TKXxuqqgZ
cxtJPWy+P9pPDx0Np0K4L4dEVwNjgxA//8vz9GtyLscdcNFWNNMSaUVXXN1Q3mTI4syNolpVZSVzQZJxm

mkxYbdBIV2eE+cv/PfeDTPY/29BQHyR04J3lQ09e1h3UrCvxnbPACOelOX2r2ajudxISh3XD/+2y0MTIYQ
HOnmeGoP22j7iaC3Se8389iud2XOElpRpGmX4dg6pr3zKle/Zm/m8FVtS3tEJXpD+cdi/IlxWwvy4Ams94p
xJEEOIjRnkAcERJgcNOHIX9/T0Si5OYJPWvTUdBINJ2A6KK7Cu1du46jKnamyq8m0L0Gf7qFnHLxlE6v
WqhA5bITAaFlQUINpYPuKNqRp1EGukFG1HbrDAjdoHLNdJ+/mbqjpZB8sL06oiGbdDdslt0sjLcFE/ERu+
ATbNOLv/DbX/sJIrxlC3FTLCU2S/JG53PatOaZVTaubbfZc/1NMih0wzw0ZZUAj09ZJWEUmrJKyEnshpN/6
uDZWPGdFLnTMxotaTJMP6oqjDu1GdWE/56pK07KP2Y/SocNbWPBDW2j/lY6LiQTpPhf3H1QXCAQjYH
E0wmJv4CcDh3j46mLyajT8bvg9I9vvf11vcLvHCR9E3L1EjBdh6ajESmo+oXkdntLnavhkT7S/+kf+kxPZUII
YAi7zhqK8ohyYRVG0gcVpUk1qwh7cI+0qq0syuYlc0lbRiAkWvzVrWS/04JTinnJ0pvI2VLey+sp4CUNkDsX
1YayqM8AuWnNz3dagykQdH9T2JIbzUoHyW65Xi8ruFkXVy7MMvzU15WavblrJ+mzC8rrSsVUIb4QbpBuI
6SKxMqm+ogi9AxLJ8hh+Fm9VFbq6oq9mbAsL1sK7gdbUVbVmmIT3Ev62G6xsgmOqIwU7Z1i0h1kL4YV
ZXMDWqBRlptq2WTrrq44abJrGYKdFQNXC8peGSTpNDm5ApGnUrbN2dLLy6qmmqvlOlNpWdXKpl351
HBW2k+Ehny5XGlhtgIqWNnA2vVKWfyfdJIcDH6lO+OablOucGMuKw0h6DARXEHLywqL2oTDs0pNIUts
RWgauvachkOrWlUmDQUtDbR2a0tD4Zx6Crv1poVirioyhJZlQ3lJSwXmlYmgyZEoS4mwrOJvbSV3hhlQC
afF0AxeS/rMdWBJ/SGWxL5sGtKzakiv2hbmiYa89vN714H9HCH7qhgZaaioF7N1oYCdRBvZUbLPlbUM8y
cTqHvQN33a98IUXxlqigWvKf6///eb4pF4U9x0it8DS1wmex0DLFm0lYa9VVjZZyoMDPIZ8fL5/WePz6iXzx8
8U3xeTA64YbOuUfOqYj9wefX0v/rRZ4jXm7aRE2HeIoLvax7d9BybnuNZ9xxHyCFfT7On3G1bvKm4QtI+o
FzW2x//6Jnqj8fIrWw27S7h3FAR0gG6xePkNhvO6b4IKAYA6UIGO02TK2SGcmwi/eu/8gTuB/m3FBEnWh
Y74DQPc/B13aiZC8qaasJ0vmlNa2ehs1zb2tLd/lWLk8Jxl5V9PrnEUvt+xlwKOiEOS0EnZcCloLvgICblQFfT
7SMjBWc3Dl3GeGuKCJMzpVIVdFYf16qrugH2ALq+w7tEuzMMCEHaS7E7hTAQrg3u9LdBOE7B3XGtlY
OfES0dhjZM9reVGl4nhuB5DjsOuSfofvanH+sVfjJFDk3K2ppszrWsuWX7QO6CDO7PUB9x9mruJbuCa2u
zY0N9vk/Oshr71PHYts1Yb3L8uGPb4SDs2HYEOndsOxpfjMDn9wt9+wtv7hV+JkX2TiqGNdWS6w8DoLP
Vc9FQ5fq1ddkBv1r2CdGsuKMTkVDs6EQ0Ee7oRCwVMZoKtagC7Wx55zDcP34LlfXxLeQ4ojF4ZdGQNb
MpG4pW3ZjUG00IQDRrqVmDT3gRwLC3B55MjlI47W4Jbi4pXkd/mZSQ118mxGH+MikDzl92wUFMyiEkX
/uRFNk9uSpb483mnAHhmDarQjxjO4EPhByoLZHbVM20ZMy/yIa1ZNSF+1ctq2neffp0Q1brmRVdX6krmar
eOF0Fwqdbp7Onn8cCvua6XG449O3wr67cl5PyZE9L85GFjrSsXhb6HeJIzEu8sp2QWX1NuaBUQHjwwjv
c1mkXg3q2p71gx8jOto55ONEDt3Dwpid+6ldf1itsHx1Dk8/DP0O2F/2Rb4De7iM7JlcNvaGA8jRNqbO4BXT
W1zbvWv8HfvzTPaj0ITcJ9cRbX3UjxAbQZfba+HVF1lpNiDMsQ620bM1fIbeBr5KNDRYGjUijfdukO8nuKkJ
DjFbT11kMh0FpU7i5SoFPK6ZiQdgrGPRGCoDTG/KqXLbkFeEWBlJGkHKlsi+Gf/GlPWSPHYhxaZOOYp
gUiYlxOFQMQvkrl5udZNggt9kiuKyf/71hjY5uGDxcJp8fcXfvPPbNN/Re/PR7XvWFm4RXbSU7GTJehjKtzcr
QaxStFZuRKuCkq3ia3aBX4jpuGzivrE3JthZ6E1b0Ih8g+z+YbLgPDACJ255zx+7khIVRmYX9YqSNOcYwca
Lu8EEAgvDsdShg87UGPM4vAFcNxvTt+4uRjO35ia8Dt+OlES4ylRb1n1jkt/2a8pORvU+TIZF0FD1uCWeu
UYrE56pRebWGCrQR9TmNx5zUEDGEbFRMw5TYqJoBnGxWTEOY2KiakLCahTKdTdogxmsnZ/vY//vIN
vfQ+qRAKCwrMkw3FAC+sapH3SXVC5E7IdwJmJ+Q7kuROyCehKXak6TlnZCdthX/tIenJut6q0UuoNpY0
9SUtZW4dHCTuhKA7rglK2U/S0xAG19UabgP3oXCX3USDsctuYshwl93E0xFj6IAvpn0ubc/zCmP2ZEb45
E3k2CTugB+vq7LpKmxaK7UqhmLqLWDOrhcBLbyuhxyz1eDsa7N/Thj6ugnDBHWp+ZwEsaVMMiUAahN
XzEU9QBXP39rI5HRCeId38fU95LhPHse5hwrULQOhyxpQgRwJngUNCV1raJ30caGHzbjbinXP2ON6X1
RskBG3M3THGAw7m+62FTT3KgDoNN3zE7vl5716oEs9sasHulUud/XA0+AodsuRTlpz7Clhd4XonZ97Ta/
w5R7SP6nXdQNirjVwucaCUlMN5kRGceNpwG+moxG4G66igNgNV5EkuBuu4milkTTo6TS66JMdG/Ne7i
O8LQXzFZwN4vL4OK61z8OAgmfRRO90fFcoFMK0p967hFAYLmQ55g9ZlpBG3MUtVFvgOyKmQxFH3c
CUKisUUwzD5NZ6Hv3xV7G7+Q64kBMPUOWOa2qDyn7mcnPoWVjviWLHr/dEQdnrPZFE+PWeOCpiNB
X+Ph7J7jtv+i70nU/g6piumS3cbFIT6FI4sFpcNRS5Fr8xj15pFLMxL3jIUbj+Ipj79BcB5egviohPfzFUxGgqnv
UyqeA9Kip8fiu5E9DWFAOTNLOKbLYMuiFvyaSL3Cbd2Mr80BnSF7hp68T9r3/nUz2VU+REKJXx+WnPh
RiUJoRjt9tkJM+NXPc/0S2dGbLHpgOT8xVMb7nUtt3/pXd3SQ26D9QWd2R7arcV6xy4PezE/a+lsgrJqe8kf
XyuCciQouwuslEDSUQKWvpUOjnjCpE480nMQ0zMg9/ZjAPaxdf/8j+/Ca82uZoieyb15saMql1a1BeVy5ad
W3tYAnsa8NnTaG4UfPpuspNd2IP3ctbxljxo2oclhPadCKLQQjg0122P+7ttFJZ3jSEMgK0xhKJyawxRuGIo
Ln+LJs0ZvQtzRoZqqVW5zqQZi59gQedR3BG5nGBxCcefeMAsUhOIOu4VmjoI4XOYo8NnOHAXR+MxRKJ
4Ygsdvzs4VPIvFn0qRg5MQO9ZYuFXDtc8VxUnWLS3MXOO9rDm/Pg4LHfgVZ90De6ibOFAkI+5E7rx72
QjVWSd6Ygd6/A1Ev/iON9MF9/12je1bd84/MHPmYTb/ZT7/GjR42q/Bg0Is26pLQ6QLbXFkuKW2jrREmN
p8Xr7jW89wRaAppQmRLqY5FhVjdq8bFgb9vGPC0ql9NBM5AJQJ0RuAagTMFsA6kiSWwBKQlPsSNNzo
bidxRHevJVkEY1epaw+okzNzeKOHsOcamEaeB6vDWabIdrXJVl15bzLxm18hrykWWodSE2y3TfsZvM+P
OBU6Ih2VjVMy0ZcbtVZON5TvIsc74g6pyGnaFMPXex+EUjlM/oTwrFkOin+oHu4QisnQ0Hy6aTkX+imDG0
bSEZfTEjfk+TPj3EhJsz3DtrD/oSuX2rIxiVzQjbGm83Sqm5YVXoh9DN8JTsQNx3qNiRUm8vth4Ow3H4EO
pfbj8YXI/D5Iy70iNETKXe70bQGs+haq2qdU+rNkqbrj+Ca6YVg1vMEOXyZXtdhUqCyDlGaodZqilautVg+U
9iaGx5dxVUCvEDBZsBonmW7s7hVgiggtkoQSYJbJYijIUbSoLHjCPUizvLAa77eQ263Yc9bzVnQSZ3e3vP
UNrLDNYacM0cb6+vp/8OXfqZHKpBBALczaeCuGOI5BQzVhLDCnG40DVAVOh3wZnLD3lCXIcfaXNCW
0b71IjWr1uuqvVnOhs/jVrevbyE7m6yhBs1LanOwKeO2Kk34sy0nXnjlBRdOnnieevJExZCvNGXN2qD/VRX

zSh36CEiuXGnqhnbFVC5v4H8OW/rGlTW1Qm9BuVJT6zX9SkM2QTUVWgKSN1p1+icwNfFCwStVvXrp
SIPRVPNKBaSDLnil0rKsw816a+WKrMl19le9VYGpG3C/gnXQG1d0Y0U2G1dw+2CzLm9cwUSHXAEqaz
LIBJ3buFKt1K5Yq9UrKy3tShPUptevQBxRw5/mqm7hv4a6XFeuyl2Gjv9pafR0I/1qrir1+pU1vXZJvmLhvr26
fAWmZSCS8mlANhryiiZXr1zWQSD6VwVCFajBlfVV1bykbFzBPKkpgwaAkmFsgMpe0oLmAyVAe1xRm/I
VGVjXocLGlYpcgRoYauVKBSa4JtS+1WiCsqvqsoqfdcuqK4crRstcvWLqugUUr2jKegWVr2rLVC2ycdgEM
7xCt9/UqQJMdDB1xTh5QnmeefJ5J15w4crRk5U5siPEtAhpGw7ZCX8vKFUVz/Kal0xWLOyGUvADzaazA
ZCV42FtzpolrzX/0aY1b1rz9WzNea81//GmNW9a8/VszUNea/7vm9a8ac3XszUXvNb8J5vWvGnN17M1D3
ut+U83rXnTmq9nax7xWvOfbVrzpjVfz9Y86rXmz21a86Y1X8/WPOa15j/ftOZNa77OrPkz28jOdvYk6zXnz2
+a86Y5X9fmzGUD/2LTnDfN+bo2Zy4d+D82zXnTnK9rc+bygX+5ac6b5nxdmzOXEPzCpjlvmvN1bc5cRvB/
bprzpjlf1+bMpQS/uGnOm+Z8XZ8XZszlPWf22a86Y5X9fmzGUF/2rTnDfN+Xo2Z4nLCv71pjlvmvN1bc5cVvBvBvNs1505vva3PmsoJ/u23NmsoJ/u23NmsoZ/u23Nms
HTnDfN+bo2Zy4r+OVNc9405+vanLm84D9umvOmOV/X5szOXFfynXPeNOfr05z3j3wmch7z3mvOmO59mch7
bwq5vmvmGnO17U5c1Y5X9fmzGUFv75pzpvmfF2bM5cV/MamOW+a83VtzlxW8Kub5rxpztfmzGUGvbtfvmN5cV/
aygt/cNOdNc76uzZnLC5r05a8ac3Xo2Zy4r+O3Nc9405+vanLm84D9umvOmOV9n5vyeG8mIB2EBiidkU6l
NqWZVb2mW+1h8LjuvGFWwWtvic4U+0v+RH4q0+PEKtJiuKT
Uscqh5Lf4ekk+KtmQqS1bDi/w96mXPJf1NoK4pxmADag9GaLkdTTyh1JUqNJSmVpXLTUMxzUwV7PsR+
ZFH6gr+eXKzl2720mekl+4kffYDqu3ed6z4yh6Sdh44D+2eV6F7VspCmDzCrVA4Zahriv3bl5/QtXw/3EP2u
pLwgtCR8eUv+x4JcpwccT1IOUliUE0P/+r7oz3+x3oz3+x3P17mW9lfcs3dcleHHGfhtfKIZxBpF3pMJGKo+RA+/nZC
EwxFHOQ7PGy9NQLcPrSvroWM6SfY+SDF/3wd5IdXvK2agB0e9qjtuIxspMj64ETvXA+aT2adqX1IAWk9c
GLfvgxV42UfKDhAGl3OrRJi3eTgxyrUFwxHNf7FHO4ZbCnmCOshnuKORpfjMMBfOCrcMIbR16pzhUwun8
Onh6Vtija4VFpIgTd88kOffl3v3i3qQEv9ziPl49vy5PazC21OvcU82jPcX3xpoKvNO8g2+U1GZx7BXymtSFskbU
N6QXkFmUN+6NlqCvgn4UHNbmh3F1jDMrNdbmsMhb0gWcbSqndA2MqDMc4wN0NdO5VG6Gjr989Ir0H
nL4Bnv7u/HBBBBmiWEUW9BGCM8L4p0UnJQAxOGdnALZQBVhC333ZeV7iD7LpdN1VLKirYCkA1am1WI
AVb1ek115bKVPWSX57nnttaK97jmwj053YaAFtuTjkC+17UX/rFpHsMx6bPTI/RZ6aH2TPTF/6j7/y3q3 3Qw
G9PkUM2/IJCXzKfgRF9vFY7C05jSpXr+soz/zw5cpoBnRocH65PhIOwPhGBzvWJaHwxAp8+Tz7kPE/+R5
99Xa/wtR7SbytnUa48YOitpnnWUJRHQE2glUzA7Cv7yF4XchJiBLIpKg5GcdJ9MFwrR0KBiPvSMUSmyJF
2LWOpiNFUFvZAXXNgEDePFdALDEtD7M164b1byQF/lf39/b+nCLErDuYGnV3wdfbUc7PSAtnNemMDuIj
ZkitmWYdwFHrmKO2ZpnrZWSVyu9jbKZ+bdfpkjuuSP+j3HzOUFBJZoZKWIXhjf0Y7kHsLDnEgyZEvcg7kX
p52uQoRpMWTAo8QRUvweY/UvfnKQbLf0z1d9Z5X1ukfxWlyZ5iDCABC4x5Mx5MqkmOh7iKUlhhLK/hG
PbiNX0+R/YYAAHX4DbGNZrStz2oShr5uKMVnXTeXafMZpv884KMRy4zQXB8g0F0uK01wnWmIsLehlN4/I
6Sg7lGX9a/XJf3r/470Xv/snX/7nIPAaqkQL5pJKrQSznKoyI2srLTChuSZWHJSYC7qYg/FIPl1EAzq6iCHl00
U8LTGW1sJB0EUWdTEkgUrajifPbEr4QIrcMaUaQGASOphu0hljSV+21mVDmVtTDJiMmqCR4aBGjiTALJ
bIqbZaOkFDfY6kExBdJHd5FJSEqtiZ6sIhYbutqnw2UxgDXQ1RIxot2E76o1vJiSnVRC3M63W1uvGwqsP0
Hxz7mcuWoqHXMReUhm4p9Q1Q2XJQZaVwAroWJEC0u5DwyYKxsr6xtG4GAYsyyXIUnlw66ORUOrEs
xQqRvApPzkNMzqNMssFqxFcdOJxMJ9bTi1w9eSvRmYOYlAN1PG54n22HfcLrU2SfTaTUqiwbMMSB66r
CSLWgtK7VbR/zu+1dwg5HYg8Tbsob8p1NecMQuSlvBKYYhunxxAXJ8cSfe9VjvcIf9pK+Kc08Z1lN01yrlqx
WDbvML0NY7JQ91FKMjWnNUIYMCG6m9NU5rb6RG+4j0gly2INra2VKb8iqdkGt16qyUbPXHw+QvVGQp
nCDdBcRPZ+Z1iilb9AkQxCvVIqEI25bluolrmfu9wJexUXAe4pC7dUNvWa0KXYnMyC1pP9nNwVuGjKufs6
aQKtAZTdhXe+VESElZ6RDZ4wFZMhVXGax2lVvlzR6A4hdT5CCnPOfH/3ndXeiguxGP7gYaGe+vKi6jqK1
GRjdWBtbX1zPegmtX8kGOACjZ+TNcx/vJc2xNoDYrtwjcV0+3PFs87i60QHdrA0FnuSXNYZ0guzzdi4cUv
ZAe/5J1u9O/f+iJ3ot/875XvHu78N1t5FYAxwagKEsqdKkr5AB0yTUVPZVcp3/WFMNka3Oj0lBfj3SU3G533
pr7XbhtUr888FBLro2VaFNKt5Le0qq+vqTamjlCtnuZkR0c6+aKldeU4st7yNEw9s5S4fdGilf3kFNhUpzHgcix
xbYsNzybsrTlbi4qaLOtPJtsT7pGRq3R/Q5Gdmuawy+eIrs5e+RgRR6WG1OCbO0xJUQefkwJxxTDMLETj
NIxJZfNO53gZ596ApfNPryVCFP6ulbX5dpEa3lZMUrqlzi6KuSgrfR2cU4aveSsmUvgGY+QvTUbt4yTinKFg
pZNgBV6c/lcdkSq7Cfp8XpdXz8LAG1StjWHsinkpC7YFKQhaXS0A5sVcihYm6w0xPE5Gsfnxlx2aLQwMty
BkUT6uI5KKVf2C3E4Hh94b/GMu2qilaNxoK33p+NoniVH28YST0eMoUOXmvLOUtNXv/g42sxbYNR0bAb
l11WNgmMi0+6CkbMfGC3iMbnZT0doNvvpTJSb/SSiKnam6lmrLNhB66Opdm8qrSr15QtKZWn62mLVO/2
x6k5BoGQ5RsUC2efqLfgZ0dJhaMOuNwLNhOOJIXieMDXvLhh87X+/pld4bwq86YYmN9TqeKum6nb6Gn
RwhKQDOnDyXUP4ysDLP+MD4nsSBforBOocywcF4P1u8Lvtd0MQeb8bjimGYVIIscWDfM5R0m98i/rdH9
0Cjk826hvnVM0yocqoWmBzXJI5TV2R7TWXUXb0sF7J9Uv8/fOOpnsrhToiYZARMR3kU88sUU0iAyWUdc
37ddiRRnCXHXTXHgyK5dCdy58mJtvl70xM70KNNkqMrFiNSpsCa5Ftvf13vxT/56d/76nZomJ9OkduZ0s/J
2soF2aqugj+7AYb4YwHrnTRkc3VBaeqGZUeHI9II9N+DkUbMvnPdvm3JR/3a3a3iEERSnmSbqtYP9XREqH
IA253gHVGIYIBrFo3DCGyspLY7b9j9Pvqpf3hz78WX3/8efv3Yc8E9b9QVWXm6qh1M7h75goINhq48PXkVrLfX
z6jr6hVx/HVpFdtJc9ZX1UtpQ4Awre3uItM2krGXpjMPDC/NKs0dGMDJF9Ucb+JOa09WBlYlCuZBUUDD6
wYi4rRUDWWqr8x4XV1TnA8QLrc0KxJ2QcHpTH3j6eDgv4BVY8JdkA0NRLOxcGFdwe7v/Q0jiQETKBOqq
mhVZWCpaQFEhmW7z1xWqos6qgdzF42m9TCE3KCl8WVLMaAY/liD4AEqKVariXzCwQK/wjj4IZamS5b

eDCE4h7tN7EUKxXRUotQW9XYVQtAYvUU9BNMDjVnIUGOhw+uwE3p86Y2P9wq/kCLiGRiDjaahmtBsc
h0ZuatKC8pLWqBxsMDpYJq3j9y0rlqrZUC2JwFHkxArLrmhA3a3TuDQk46mk5B9mAx4O2QSumICujRek
xylffelr6VKO9hGxCivtAGG2AC/pClVsE/z2uKTjN9rHRD2hXGxqRYfcCNTrRwDh4TSsYTOuekDUGEHSm
IcJT7IfefnIIp5K0QxiLG40WTrsCqYr4yp1IPxUUyM72ffO8YuIWy52CXkO4tdwhC52CUCUwzD9MYuI07s8
ujb3tgr/M8UOXQWNyNqK+NVQzfN8WWYLKnYrSFOxB0HZqyaRnG7VYya2HdOTZJfTXcInUQozrmBA1
VZHCwSTHckOE9OcqrsRFHsRJGqmOZLhrNuDI2xiPD1FEwCVcO0prVmy5pS6vLGBfBd4C3PYNZ3hg4
kdJYVZ43xkQj7zql52K/mO4UkYhQvuL4MVd0RHgmnExG+SAa9Kk9EWUxCmfb4gtPjcQeR8MUU9DH1s
g8Z2NvZZlD2XeRG1zVicjMOHIFdh4lZ4VjgjjnlWGxvHjUOkOVRY0lxedROtMRYWrxX/cMfAR2/LkVueWB
p9qxebZlO/uIaRp5TfkXtFzGrDWr1FR5Um5aLUOZ0yi34vPcLTd0WSEMBgmkIwncT+7glhCiKIhRFHibw2
mg8IUUOfxAXa/IdQbPqmlOyqZVsmTDKjG7i+7kI9kO041soJPn/UoThY4yFB9yfZ9W7gSMJNOdSS646zy
gzyQ0xY40+eDnre8Gi/vIFiI+oOsrdWUG4iTbMuk6zmVrVtFaJUU2qqug40NkR/u1OKa8YanQ19P/iX97qgf
nxV4AyQvwSRsgQ/p841wevr7vOzDx7iO3InsQVKvJdV1T/ASHvAR/rU3QNzAiwfdTgkIHgsNegp+yCXrs4I
XFO/x2EKDJ7WflP7H9rD5wbj9rEF70wS/0C9vbqd/hHGu1N/4tXWL8BHiKc4rcZLtV2Ca2BZJ21nDZDDGX
nWXVHJKyfT3SXnKLKTeaCD1IdzLdlMuy/+Eco00N3D+dsuMetUGfjimlyh4hApzrSd5dkqHgbJdkOCVul2Q
kthiOjaobGQbV5SFYAv21Df7iVx797bcT4SLZdm5xcV4avQEc6XYnzdwyVyW8e+wtT/UUt5Ob7IpLPg+xs
Fe4ZZRGfrnRfCaXlRj1v7j6WmyYX95GjkxreOBBtfQJAxoTyNgzW360/IH24IU+23ewMp0IkYjTGsw2Ves82
OWasriqNBTc+TgvGzB+X1BrK4qFpJ1WY6SFJKSFJKQ9mjhRfL6/jzyDjLxBUwKaLGhKAMgHTQkpi4koe
6fCnWvIpsIJNMFNhZPRFRPQ5UeDz//7Y73Cn24hp9yKTtbB91NPAj1qSrZktrmWs+F7fTY80A0+YnNmOi
B0g81Z4n1+S+yOlkLyQWPriIZs0t2wWSZDIaaXiI/YBR8+sqQt+0SKHKBB6KJsQNtP1lWwg3Pqyuo8jIa4/
wMaUwpmpA51wCo+6MbDqLgYSKjDoXQHYjPu0jhVTwdqYjw1uk2RrWQXRj3bFHNjmTzNRb0hRYRp5y
DBeBM3R09WaqCHO7zTmJ1hQAjSnrzsFMJAOuaoQnC8OargZ5ajCkHjclTheGIIHjWTLGcmv/ocsqsoa5
emtRcrVRR1vFJ3ki2/lnJCRRYUlnDptsCdy6LhdP/rv/1Uj/S5HrJdxrQpuIaWUTeF3+lZxZT73adPr1AiuBPnt
EkpDThfcC9O9Fe6Vuz9bh/LPK0pplVuqJqaEBSXaxv0cGVCBDzoqJdrum5U4C9pO7mxWm/hKUUKhJ4e/
mvbun54CRlKhCsT48IMpciSgQd+pP6bCx/9zqfCWtgrtczeROvydFDkVrUPpLO6DNL2qfOI/kyqlblQ53N4a
5FXY60BhGOFH4nk824u4ID8UgwX5oZ/4ID8SWwzH5t0XrkpD+P2bW8IOPAyoGDgwzuNRvZbGpkeTZK
S9CjCrv1gflGYnBhnwYA7+nJCrl/CAiFaDMAmmT1QpuAkG5wSv+AydIj6XSPFEShsa7ibU9Jbpxf+GjR+5
FMHgwjOfcnHKP37kBTZSeNidW5ydQcGhtkKoDvjMQjS2nVmlBvBlFuIpibGUvGc2w2RmZzZDa8Od2Yz
CFUNxQ1eWcfH+4k++44O/0gN29O0UOUwXUs6iPVCtT+WncrmH1Zqi2+tWMHmM2rKRzY7hRLn/M599
eypyy4YD9HsI1HENqpM03BpUJ2C2BtWRJLcGlYSm2JEmPRJhq344U/Cs6r+sZ2sOujMo/ws9ZM+sYhlq
1RzX2CaCkr1wMdoz4eipOEt2zrWsuWV32k+BlL4fulE6SPY4Sx300FYZtA8+GcIfYctYNIsRhD6bQXvFYZr
cPq35adViSeWQFAmS8u4RQTdVcA8j/sMnfuo2qOEHUmQveo9pDfdNzSqmKa8o8/IG7se4xnTjgN929gn
RrLiDjJFQ7CBjNBHuIGMsFTGaCjcdffQdH31T78U/e8vv/+2NuNS1f7ZlKed1S11Wq7RaJU3XH1HGq3Zo+
gwfUIvjxiUT4gBZMiGWFJdM6ERLjKXl2W824ni0R9+FmdqXM/WBWeIeEtznbuLGHKXGzp2YkUfT4pD8
WogEdLUQTcqvhVhaYiwtehhWCjsM+/KtRJjdsLdjrCnGxjpEXdd4SGbRbzqTwuHxloVrkXUUSrUmZaO21
KSbrBSlVoH4QjjkQDBei7per8hGCaK/ljm5qvKphE7UmBvvBMW78SQ0xc40venjDlVi6eNO9ebSxwkoip0o
8qfAcWuu8P4t5HB7r9viqsHOyeO5xob6CC3E/nCfL1MxJuX6SP+38SYWsTMBROczyRT93yi60BndY2Pz
oZFARwpeE+oEzEyoI0nOhJLQFDvSpPkN22WNZHJDrJ0+8bI3YRz/+BZy13nFWteNS/bOnSVTMfHI0by7
1Yptxp4Bita1deTn+pU8KHTDvLjiLuuBvpPjlaN0V4xWScHTCt1xErvhFNJ3/n0rGZhraGpFvzwB0R1ot33O
BfcOzKp13M2nKe3VYYkcg+4IDeGcSC/Pjg2V282RK+fzQ1Ihh93jgy9lE6ROOJKNIwHOhxLi5G2cPOB8O
CHOkI0zBDi/kBCnYOPgvU2/mBBn2MYZBpxfSogzYuOM4PVtCXFGbZxRvFMqIc6YjTMGOB+1cfLkeHyb
ZhkSzGxI/8dspDvI/hAk5zqsHETsC7vZknW6bXaP/sjHHuu9+Pk//82/SIFD+PwWctI2v6nzJTy2CP2AnkefX
FWql0x2GHhBr9fZZvr7PYu4/b+KvveuLgig0Pd71nj7f41SELqjwDmZe/1Ophtqxap7WlorJ8ZCJukumNTcL
Ai4l664iMm58MkJ3IEJrfueHnKXQ4EtSdG9rsbGQy21esk5UDIpV1fpBk1o3wtkl2NL9qE3mIw1qxbErveSu
21aYUTo8pEyrbHdyUsLM9NaTbnskqZ7ukfpnm6Yn2bb9ghS/jhebMCYOsLq1VbDc+Rl3NRpPO2xnJ+DP
oDnm6IxAqaS89ruz1N80gE/S25ITees6LGDS9FIMPG5hWG0d4HuT8cg+IbrUdZ+f/Kd1/de/Jsfe+srcNHkp
T1kh01gXqlBPD6B++Ql0Mg82cn+ntTrOoSUZXeiMRyKQg5xhbZqpqtgUYzzAwk7hJprdyfra6KW95DYH11
CWFYvuXvm1HtLv/HRCu3N6nQW826Rj5l6GfLmMFzs2mpZJp/hVsAic89daBu2xQs+IdJTs02HILDdtUu
Wa7cIaKLVzMrmf9JkWRDyNsqGYTYh0FNPeUT1GdrFVa0eWkmKsqVWFHA4tdn7ikslw2ev8dBdt2zXA9
dpQEsWf72lb1vOvh4p6F5RDgdmCcnhtuQXIISGwxAtsbN3eSk8XNHWvDxc1JaIodaXpOnYwOO4uXb/mb
1/Ze/OKHr372FugDf7GFnLL7wFKZhltq7S3duGiAB35VawO8Hi4jsN3tzyXbnV6xOH3+B/p6MJGfnALiOzM
eB1/oBn9720b/5sbQXH4XxLy5/ORoLJffBRsuI98dH7ELPnwkTg8sfGYbGUxOYHr+HEveckfwm/10/y3cv0
gvTmrxbiUqy6bsmnzKasuI+89XZFXa3kv5stKL+au6XpBt8yC143F8ApcAggVrpwkx/HCrCTtPcafGKycFBK
jckcG7/ZbdxeEvPfZJMRh99kkZcDdZ9MFBzEphxBzfsVWsn9Oo4fCHlBgdGeLm/N4Foo2F1hvixyxjRc3q8
9dmmhZMNMcN+m57PH6urxhlh/GrXuPf/MpvPVhvwMyoazKa4rJQdpD1MF4rhhUWeSOaLZzWlVhTJ9A
pnd2YMqGzCRch9uGRsm/HsjjqnQnPI+Vydz6bBwiW5+Ng+DXZzvREmNpYQzpDF1jmZzEpW5/IkWO0n
yOvRwxb6iaRW+jNdjfMAauqcr6ta31nPB3P4icGIU5vellyQUioRAsEAIH5gKRSGwxHNt36RPT0q+97nG6j

ev2efBo09qy/rDUXmk57N2ytCMEBiHaO5Z2CCEQnJrCjtoGUbxHbQNf2VHbIBJ31DYUSwxiheU3mPv44
BaSRnDM89qJOLaQhVaIR4CWiK3lGswQG6Zzuiffft1c6QHZ7YOn5DHaNPEvt7YOYm6fchvOQlQrJyQJs
PNmcf/EYKWIOLxrF03B7uYReJApL6EVT5BJ6sVTEaCr8/tK/ewoC1Lc/9pZ/uUn4qx6yZ14Gc8f5C+Zy8Pj
XHAQOKvr6gWAyam8kPHdsJQKGHVuJIsAdW4mhIEZRcKrZvuXi4r++8vHfvlH4ky3k1nnZuIR1mW6AljD
SniA3TujWavnhfB+pFMhOHmBRh7ndJXJgyVS4DyVlBWfjeNutYhTPeAYISkYIJSN0IMPlGbz7MMKIsX0Y
YV/4fRhRuGl4rnf7aKy0bPtoflW47aMdqqYnx1PjTFyO2x/nYvz7Wi8l78DiGRa98xDG+ijuHWs0FZXneMq5te
Br0+939Qgwv7jKcaDC2tBNDhrsMJ56OGEOHdgXnRPqjL8XDsD+2hdwRjWArAVQ25k255cayI9mxvofwQ
pyOylja9phtVCEBqmfe+c77YGDy6T4RDe99PB2h2X08nYly9/Ekoip2pkqbJ+c0z9cwqfOeLUTk8WZwOzV
L2NE1Ufu2q+H2CoFUzmXB6xxNgol4buPYeEISPM45FfwNk4yG9zhGZ3B2HCMBWe44RjK6YgK6vMMZ
ynoO2//F7eSkS6A9uzInNuyU3rRp34H6oIIb+T+XIrfarcXSLlLftv5f+g+YRnwi1QUIctoFZZcqLih11V4vCEe4
y0XA3GDVmlzEdLwSDiy5wHgXG65z0Uwk+Ed8PyccZ9DFOa/Ux7Wau+UqHLxd11JppsRm/xGUj5SaUK
9zumnRFgkFwlkW6ta26LZuP8J0KyTXrdCtboVudCs8Dd0K3elWSK5bIaluPZ3++VzGK7FaWcYrMTif8eqK
i9gFF52MBquSrNmBVS7dra0Um2QspFrJOYpdc/RugejCUNkWiC4Q+C0QXXISu+LUIvcEq5S4OwG/ofT
T6IbFNXJvSAW74is+Hb6XyHCwukk8AXA8ne7OeRTrZCSkkkm5iV1yC3UlnbyoWz5V0Ao9wJUm4iF1w8Z
6KTeBV2anYBID8qdiEIMUklPkb5TyX/F386Kv+8GWYNv7kFnJ0XjZNwKzNwr+z6grLRC7q7KTPeJU+Ichf
+EeDyRPkGPs9q69B88/C0KE264pDDaaZNq73wj+GKSTF9M2TfaFocjo/SE771hM7oSD5dFLyL3RzA+6
KYxL6YkL6NDxtXww44pkPf6mH3DJfW17STEU28dW2a5sCH/ar+DaBJ1+8y71NGPqz9wsCp33AA+4lDd
gv/dAiD02NdZhuHS64y4y//+QbeoXPbiV75xVNsdA0tRV7waCuOFvQjwbvxxijx6m++rWnei7jfzDCORq8JI
NBfQ2hvhYClfdCfR2hvm5DLfp3qbKTg/iA7a2kt66vLF2y38ys3OHc7htZg8tP2Fu1pgL38yLVN+AmlDuEjlT
eaFM5GrxqgxH6Jtbgm18LuW8j7A6rDuy4TcgdYNkm5E4EuU3ICSiKnSjyi6B0t8zbPvpn78Qs/Su2kVvbqR
HcsQxmdCC03/S/45+Zxg6E9p/+H/vngElrRcWv0EXBx084yP9+QMGHSEF4DW+aXFNgls19t3eO4k1oLg
x3CQoPzi5B4cv4S1CC8Klf3ntdary0ffS61HgY/rrUzvTETvS4NYaOyrLXGDorlV9jSERXTEA3eJEf2OGTKe
jy86XSoCdld20ePGzTels4b2YQTxewmRO3+aYTMNt805Ekt/kmCU2xI03vycFh7k66N6TA57nYD7VUxbL
79B6PM2y/xdzn++BGJ0nuQAxhxN2BGPK9j96BGIbI3YEYgSmGYdKYwFVGbqR9kcDF77zsS4/eLPxdD9
mKpkUTH4EbR3eT21btHWxlfJe5qghbspk8nIIuM/O2pzcjGwrBMrLhyFxGNhJbDMempxbbi3Ojaf/dj3jMqm
++/oi9XesCBME0+XjIm5gVgiAI0M7LCkIQgLOFI35bCMPIkb1tNfk+Iko6iCK5iVxUTgiOGMAJ7uQAX/IbKX
KK7fZ1r5uwE7gXlMp4szlNT2pZG2ynCOjn7mC27zi5kwHPypq6DC6MEQxgF/8Lybj1TIQBFTmeTkj8BW6
0zu59T0ZdTEZ9Yb/XnApj6ZuoOdkRp/C5LXSzp70DalFnOwKdbP8N+AJKxrMxhd7v1mo61wsq7Aw7nu1
oPwSyrf/v/+OpHilNBHzDvKxq5Yp72t1+nIfu5qSUyjUkVW6YwtYC3g62kwhBcWAOn/MIobesZHL8Qwc5Iri
d9l/2Rol9GRdedwphCJ5+s8RdrBKEZRerhNDgLIYJxxND8Lw7NN1ZBN4+Bj3krzH5bUAHrm6UZK1W0S+
XFAvjRlOKTn6Hw/PJ73AYO/kdQYBPfkdTEKMoBJ8nsz2C8Mkecpu9kQfXB+Y0+szD0WD9bg/AQVv3e+r
FfQNpbk8HELKux6P1CGCIfgzenxfybX/u9MHfSZGDeCEcO6WMFy2pJr1BpERvPp+eusZj2mEvB8Tz40P
hWFA7FI4nx4fCHemJHehRo6cLBFlp1DH6P/j8a3uFnxHJ1oeWpidBYT+aIjfbejqvT9f6lqT9ZCelU8YVvHL
DWfqxfRLebQKRgabUhZ6SdAfZW6X3PHk3h+r0oAm4qslzpXnpANlZY9vjy1bdLD+iGHrZsCxnx/oOcrNC2
Zdf0ILt97ik28k2palXV4WbnMflpcNkOwKUcTcWStO3mh9YzQ9KY/jfh7KFrJQnAwZO+TSzoVrsbBMIs64a
wJi9bkEvCVBNdA413PkDjrSf7MazKFO6Yp7X8QTeWUXG+YRZfFeK3OaklZSmhYLAvO4tf/Dpnk0NMQ2
9BQIspIvjiUdFb/3+VdEen4pufJY080SK3Hou79PL275/9SL49JJazT/TKvl4itwyMbGwJnk08vZnQSMQx4R
9m5Dmzl+3He3XU+R2qrsJaWbOo793PAv6OxSqv+eg/gaQ/XWrxl+lSJr1yfHqpbMGrsVoVW///LFnVpvjZ8
+eibJG+Ja7jvrul1LkyHl9ASg6V9OP163SWnVOO2MYuuHR4Y9///q4Z8fgpEFyFJE2yutMM2W5bppXNtSqi
Un4Kqsg9bRBrn9tnF5fOebT5zu+df0TO39+a7qy6GY/q3vU9Vd3Mdau6HwPVTcwvnvGo7t3PrOqQ+nWrH
o3sXKw2JyoG21nm0dLvvxu0xOthJ18Lu27BasTw08kuxk8KMPyDZ4Vhk+wGhpOtiloNcPzDZ4UjzBo8Z+If
/cb/ZANGjGZk7yUFr3njs6H8HyQ3ta8jeObJ/wDZfrYur7RZnNput8Qg0vQx7Ir0BXIzknavRjhlC3uthL3HmN
xXo779hTf3XnzfK1/7ra0v6hE+CIHjwuIkvTJxClqypoA3wDP2znswYdmkhwsR2ST6oeP1gPiSq5fVWd24o
FRACu40USQUO00UTYQ7TRRLRYym4nlvS3LPxH3qL1/TK3wyRUT6qijmJeqKxfZVOw/Aee43XySnnOx
bZ/i+Gu5w7wzHZYATkKUZ4ARkuQxwMrpiArr00cARelrJPqghvG8LOcKecxyv4hqpyvZ54lLp+Jqu1ib15ga
7Qbfg2311ZyJEROO2Xt0pJELj9l2FPb2VhIh3v1wCeLZfLglhbr9cQspiEsrel4PdDDO9nP2/biX5CAJTign9X
q7bd6uBTLOyat+7Bg13xtdwhadFyHvwjJERnhYZrmHP+hv2aRJdd7fNRjZ0HD4yTj8txpfJfR0NoRNn8elw9
hjKcM5rKBe/9LavPHmz8LUUOcA2xo7X60V5TS5VDbVp0RvScZOmSfNNnvT0oQ7wCN3OVR8SOkBzw
07W38wd0b1HA2Mh2dHAeGLc0cCO1MR4au09IIXRvHt79L+8tld4XQ/Zw1Ancas1vahVoasWoOyJHVOg
vNKqvj6u1eif0OagmB120byOTY+LuBq+ALyH9JnwF3gEbG4Td0rg9ggJx/kQQuyi4SE3If/JT7ypV/hID7m9
NLmIwwLm6+ZXZVPJ0dN2gc0Ye9qPQ7H7MXqzmWw2m6vcQm72kCgeJzvbG5Db5aC2W9Ic4Amyy7O
hmIcUvZDOkOS94SRFTpTkZcV55GRCsSx8a7iuNHD1gz0Yab8rTe/rDGQVTyUnAJFwrl2lhEhQi1Pp5Cw
q7g50VEYXPMTEPPjzY/lhTy72qymy20tmsjTVvjrgBDkaiCcXl2dUS2ln7tlbmKfJXRGQYIcTYFp4q3M3j2tG
XHZ/0u8r+oXd7H2XEkTFU4rF5mH4fOt97qYerRwOgujpKPTnugl0aJZofDEC3+uBnfe/n3zvR15Hj70e4DS
+OKWva3iBrv0cNih+Bya+ITVVb5nt1LGnsJ04vpUQV0/jfbcVM+Q5znA+0Xcb+u1YXhz+JOB7f08xek7rnE
F6Qgd6Hs++h/PTsWjMT8dT5vx0R2piPDXv5oQhLpL6lRQ5yqEal+ldLfjYOvpVm4AZ6iorx5lhw/x0MFwzE

QhQpWPpZKSf72598usphraYiDbdGuFu9JdG0u5YZ5u48LNbyV4vpfbj2ZPmNe79/wF/1z8n3OVlZc/18fm
1VkMxgB+ooc1fiJaLO6HWBUl2Qq0LBP6EWpecxK44eWfnkRVns/NovXCz81gqYjQV/mKfEftin396/+O9wi
9tIVkv3lxDtc7rGj4Ca++mNvFlugVlWTEMqOSqrF7j9uNJvxFJQtcSFF/iHqHkdZsEGVmmu2dpkLvDWyIpT
7Frnt7zLu4c4hNfgBHsX1Ik46XmnAiaN3R7ALQ3mGOOblG/pGj0iZ2As8x2S6bYcM8G8prvjAo6yKa7Zae5
h3N9Wk/GT+ySn+dZOjwO1954Zqsfbz4/5SWJKzh4qc6SUZ/RdXanA9dT1oLBfIHvcpEkZhRtxVqdl2FqI/RI
eOljcs7cPYvJ0dg9i12w4e5Z7I6P2AUf/nxbbswTPv/5VrIfXHFVNmr0pBy9OLh9+TIGCRVydAGicoiBPYBn
DUXBB9XxhiSznMPLenoqo+RQB0iyq1RdVWotPFWEbk6tzreMFaVYbF+l4dIKBxU6sYCg7Rbn9u2xUSR
WuQZi3lNYHWDZKaxOBLITWAkoih0pcpfKhtXSvlQ2VPH8pbJR2Gl4tmcvcMGdI+CF+hd/5rvve9lNwu9ug
Sk63TVsX1Y9o2qX6IUrnpWZkyEwZGegaHquhHjtNZqTQhBPCMfjRtCQOyoTE/LeCRcAYHfCBYr5O+FC
scQQLO+lVWGysEurQqXkLq2KwhVDcT2zvsIIe0t09cnf/K3X9gpvwsBY0WqLcgW3gteXL6wqWkld0ZTad
ExME/p8PTLDCXh0zBMxe57xt909wkFOqFIZgz4xpeBRDpM2ZLTQ3J7jeCpsz3E8DL/nuDM9sRM9LgKO
qoQdAUfWkY+A46iI0VQ8+an8KHdn46MpchuH9jDu9A9tdPu5GCl+7UTyv0heFP1tfrvgZ8ltqvd9Y5vq/Qjcp
voQDNGP4U1u8mfjPpci+5wzAzMyXdREv7yg1BQT9AfqOOV1dwdioRG27eIOCLGwnJoyfjV1QPa+lxgD1
0ffS4wjxL2X2IGSGEcp5F2Wx1IwcK/KhlLD14/r8H9EHm80n/l7UkPZ8GNrGIQ9toYi82NrFLYYjs0fZ6V3Eb
x8KwyVAAsA51qV9irnneSOgCbsO7Q9x9NDwfA4l6K1vGAxnTMbs7B5xq/TIaE/IKzNLuSLLW9x3D21wxQ
ehg7E0+lI4sUJ12/aao+iIUbTiBXDljVCDKcm8WJ4aISIYX/le8QH/vRxPGT16BbyHFysnZc1pR7vbHOFDgv
VgR0Uo/5WPC6k8fbrBfbGFQad05rLXWgLwt3WGI3BbmuM/s7f1hhPR4yjc4QI7Qb0YN2c9sh8lOzwNJEX
SmxDhbilb/WQ/hLeCGuduWzh+XNdc2+FgRYZDK4UpKMReFuLALJtLYoEb2sxNMRIGr5TwO1TY84tzW
B6f78F3HGrsozZwtJqy6rp6xo9EQmVPkbEgBni4p4lO69/j+ayfTgYHouEm9G1lU6wdryKKZmaFzZDTsXC
+mmfJHcG4NnsN0A6ugex76Ee8YXho0yY9vhRJgzCHmVCkflRJgpbDMcO3bNF06t/sIUcx3eNJ9QVuh/vg
qFayqL+oKyZsokHoKHfzS0/X23SB+rG+U0Y9//wd57CmV1SCni/xzi/AeP+V1ISQjckuM0XYW8RJKTFvU
WQEKePvkWQlAH3FkEXHMSkHGjiedgbPkD/fWeK3Ir4Z6QzM7KFhzZGb3imn+Pl6c8qstkyFFxK4uczUV
D2fCaSCD+fiaMiRlPhXlenl8VefMX/+sdXbRVemyI7EQvv/MZXtZeM+lmdrYJdg5qO+9W0Wwjlws/5QwDs
OX8YKj/nj8AVQ3E9s7ucu+WDBpwf30qGEAPH2Aldv9SQjUtnZZihgr/G5Xaf4U3U9Qo6XLz74EHPnOf+V
34buvLw06OF/fpBz6To/ldRYsLTJsY1zQP+pnmahIsb7k4p1nTdEkDW6afH+hHyXL7pnw5v8Wnxpl5m1Otl
Lr7ljz/+FO71fecWIiLJRaMFWLWHUeGYQWiuGjC+LihVHV8qZg/KtWfHR5MgcW/Q4X3JCVC4Vg+7czkB
De9u2M7gbDdsArLcbthkdMUEdD07ucby3osaLn7jU0/+6m3Cb/WQg4tncYcLzMVXWnTxyc7rtKeWO/03U
+SzfVLxEjkegcnNPyiwtJ/sMto3rJYt74avkcrhSCFsUp6NDlk3Qvmjz0I13vWlP/29bWBp4LRvXZwp5fJnZK
O+gZ4NBO8nO4OzInxyhv/ifYyms9O2H2PmeHFOOwyAOe1QVM5pR+GKobiewE0a8i69C19JEWFRrpx
DI8C3rd3nGd7e479UDx9mxSMjdKvVslxT8E08fIamLFvC1mxGKkj95PYm4Jdx6wng0ctThC35bFbaSwT3
C26s83zaR3bST5pulXE354bzcZRduBIUD0J9/9MgIBvefhIC67s/vX37SRCW3X4SQoO7/SQcTwzB4/bzs
Wvm38D0vaBQjwhRNi4goL7v8Dq2nWFACNJ2ZKyyfhDOKO/0G2U4jk8nvs+uTvxofp2E4IkhePxKFV0Tfdt
Wsu+CquWyAM3SDJMyPVjEHpHyPWFbyZOdbcBVZc2AeSkMPbE0uCdsK3khIIQS4FT7ZRftU+LpNcZh
GEzZxD2hXcGUbhiOK53MTdGPLaYGyc/t5jbgZIYRyl0Azf1T5/eQna7ONPavKHXWlXrnFLH8ebv/D4Kx5
Ce8Af9Zv0P+t1L39iDmVHZpMTZo30rUQ/2jfFcv6E1z7/Xd46cV+x6fj5Tge44vdW++chu5BZer3JpDXw4OrT
14HywP1vH6WB7ce30s96WPXh/LA3PXxwagRR6a7+bYIDD2/n6K9C+uGrpl1ZX2tVj0nSR0gWmyOzgK5
6WGCaPtPrz7KXBzIL5i1XVa8C6/WtJCpfTcclsUEFtuiyTBLbfF0RAjaXgmXdlRbv/mH9wl3hBPQuJTzguy
dkkxZvUaXer9eIqM19mD0FI2N5odlkbLDfyGP0eyeWmMnp0vV+py9RLufSzj6GWoMLA7b9yuSX0V6S09
JG05LAYNymOQEhpsGXVhY9Wymubdp0+vr69nVkwLtFrNgOGfrkJlGsppVbOUel1dgVm1chriTmB0mhE
5TYmYp13ip1Gw09l8u6TMIH1yZ5qVTEXVKhfJUV/dx1uWPuHUZ86uDkn7oM5oy9ggOLkPaO+hFkbZH0
6RsaepO9BZz39Knf1cikxF6mw0m5Py5fM6QzgfZOh4N6q+V8Wr78XPoPoCanOEzVDQxPoK1YkQo0Xs
08M45uWlvDvjeumHIB764xQ5vGiojQtKhV4mP2e/0A7OzMRFKdwM8cxfS9uJI3ctbSfgPnotbUeS3LW0S
WiKHWm2Z4BDo8MZe/vt//dHr+kV3nQjGjVMgnErnIWHiyy6a63UMtboY0G/vJXscd5HhLmNXnFmoQ/nw
CZhBtOQLw8izqCID8L3RtMStgxnGzDtERqq5v+UkhqAtFOzmoNrqqla5iDigz2sKELPkP8T4NufJOkI2d9kt
wwOmnYGfNAjD86Fh3GmHABCCfC0uyndQ/YFv7LIZ1CtCfvN0aa+fsGsPJBtrWjF/Ety1QezD1UqllEYqUJ
EcjPHDkIy6SQRaVeR2TWwg017fydUCreiGB7eh0k/D+qhBfPEbEEaIXs4CK9k6kPn1PHVleWmR7ILldYj+
eXnr0gi2WexdYxBaPBluar4FTMkpclOPwyVLVUwpbvRr/i+eXg/MlssPrS+oqke3osPrr3EPLf4YGV/nPlALL/
H7mxB28Gn62JQOz57F4PrTaRGg7FEagwZLpEaT0eMobOQbUd9UkrRpG2KNji+RP+ZHKf/PDBB/1kqrT
75I9+AAOajW8kuSpDuCWYPSS7iQU/okB/rIUdYUptTdrDoPjhT8Z4OC2u+MDktS3/P73/lvT/VIp4joQMA8Y
Q28cq1NeRo8BL1Ymd07MUdOeLiCt5TZ7cbKS1oqZtc9gghH5Hp9UHdhBg0KpAzqFAYNSK7j4cA2QbP4
0R4ieu6EjZZJ8W/+7vt8kP0luP+fcRe2R8/0gZ+UWgQPIXvP2Hof0ALHjkF4s7jikD1L0Qi7sFG4aHWrfBsx2k
V38j1/88Ke3ziW6Nky9KDs6M3FD83yr2ZOJrN54b6ajAPJLPy5TPQKVXFFLbBbCGLsy0sLOktkMAUtu
ax7I2Af2FVhaABRnqH/jsj45WWqa4pbH8zxhLnlJYBEGp1IPpTpn1Odgq0q6/EwcJ0aQlPO8fBXKCTRmh
obYA7FJ2ha0xTikl5YfP6vrOD1Ei8Wm0ZMBIsqk1HpHYJPvvUAtQaPdWL2R7423nJFv40p/F0C051gUVm
RsaNE+2CgfFGsw2s1QxdrWXo0ylM7MlVHNOoPwORwiDos1PuB1CcomgLuiUz6nYxntywjw8oNfwxDrG
dxYgPjDebuJ8D/pmsq9VLuN7pKWP+wyk4r2t4BXWjabAZ9wAGc8tqvZ7BVbulJi5PTilVlf82BVP9OnajM9o

KVBb9XfvjmRoYTs35qdTOqkq9Ng4OsWJfnt4GpZ/Owl+O0rkP+D7Bw3Jdrdl1dz+CVzizxvHEIkqnRVt8eq
7Ef6PMLRCrXXxOrdVAswrWHGhRHnKdMi5dAsMIVJo2MwzQzIEh1fY3IKPg+/bsPS0UvH1D/IJNWn3Ey
549A6Lgq0aXHDxUuQeiBcOwibhnqR7Dvph4PM8j46Jy2aJVmFJrjjXY38Zp2C9rFlRkkk4LFtlADy4yBAiTC
vbpdlVTzVUP/zCgOa2ig/SdaFFxF3W02Hg4vC88lCXM/5EJvmEKTbAOPGnk69z0A2Wsm9Pei/ckLND3e
0IR8IxjO7TwALKlhrOKBR3F93sK2o0eTVdWQCI2jnhgMLE0CdEuAIH4fDlDAQ+EH2ortBp1VbuUwTgJGg
6XgzP8GzE2ADRBbVpDv2IXnFucnZmXDbNNw3U6zk+Y8zm6oiVMsZlxEyRhf5v2F3bxPC6sOAUmzD5b
aO5QoKNdu66TWc5cCZxGxr3HH35wH2wX4y1a0lQG7YddMkFwyps6q2mt2bIG2JlqxhT3c85PD6BSdZg
Z6EbGLfcWokk5PRQVhzqFP815IKoYGbpJFL0MHUNM+hlYTAOly5Ix8AQ1vog2s1Kb2KCmyn2ao0uZA5
5Gc5213adDv9GOan9oyXW2KugtaHfqgcn5JaoXz6aLAc+74s5eJPsOzDONilKjT4+zeHuAZrgUXBdW8ak
K/fLGwJRiySxqxDHGzLTPKMkAr1db+GdmrmXVYdTF5hhfBl06m51ciEmDurkB5zh1pm3rbhFtBaPV5AoX
FDyn6ilwejh15Gicer0+AR1EyyzqLVBMsPzCqqLUuXJmuCEI9gcbw9msZ2Y8OqSdGZPzdtuyLpH3QuPtU
myMzTyoKE0ZVWMXuD4RXLNS2oBe3QAj9WAMnK3rVbdP4kaRWRkYjsMY1MCe9wDYEC5u187La+o
K8yLsRTtQtQmBIF6Y4Moy8IAhN1fBbjOlhq5bqxqMcRlaYXt3TihA3LfzMHyxIWlegcBPs6YMvdlUWNBjhqI
kBsRF29bKKnZkewvhZB2nmIbp/MY3MJottnOSi57s7x6lsNcxlp0E+AB1EGz0p3/OKtAHahk2QEADZaieu
W/n8R1WvL8Exo/xpjrg+q0FBRei0H2ZA1xU55g73SFme07whNVLAxBZeLwx68SUI+gCv02b9gSAHi0E14
GFCEp9zKLu2W/rfsIyt3p22fN1sEw6gNdomeOAH9A1hRYsLczMqmYDWU9rM8oKBK/gakp1tdFWHjsUY
wxgBG7yN9W4pjkjb4ALycBw2KzLG5Mw3sIvGoM67HFUpnfODSACHRhMsIVFvTmDYaCjK/oVzySwwEc
3oKAq1+1nH+1uYUIhdD53l8lAHrcEO7yERy8zbcnbznAAbzWiYjuuo13iMZNZYCpnMFzAamTsfhYoxkvQ
bJfr/zbbAIOAcaoB/45XPUQnZFOtwmx0A2eAdtmZ2TMZMCXwrRDTQgO+WPFi4FfmKenvB5UN0/PFVo
XzyfYeNG51oNyoOmM/+en6myDAqm5YjnTTK5puuFBnFagQnnvEpXi77IG6XpHr9G97tDAzrLYs8UhXDl
0KD8p1Ra3pQKGpZALanlHYvRAZT6yrVHXDwS6B4VCt2r89FxeC/SxzsBfQkGkYYP9WKrSxuCajP3AvB
wdH/0AN4MWAOHeiBQtgxzDuT8L8DGDYUxSuP0VTBYPjIFHaaU21VHQJsyrezAR1c4YpLyRMUkO+47
orP6zaZQB+FnxjE8DB6NTLdMM2Djloeq3miiHXFBwf6QzcGT5mdXAIylmc+9ZwKEDboEU0SJxSDTA4Gt
N4iz1hoqeUgbVbz+2g4xCk6caZOjUk8JUGBkYhcNRXQFxlA7Q4gBgajv+6IBuNVtMDYceo4CYyzIstzpQe
ZhedDpzXaYMCkWUaip/X7Yuz8KM9RnpCJNMpowd7MyV5TWHu1Z4nD9jnQkoKTPbB2UI4h8QgeHSni
Gx+Ote0QCp2r9oDLbDaYAm2ndVC6x9AHk6Lapo9UzdpMXshe1pb1unPdhbT7ta0FD9PtCpg1wOuV3b+
yGCEwuICO2B0v9ABC6aV7RLuDS67d+O8sQ1ADySeuVxlM0OnfFJuNp2K0LU5eyV7gE4i5tmeJtyeAHo
ecD7S+W/7aV460EBvrNcf1MBPs7HD+YzBX90C6A1sJoz6J1eV6iXdHshN54sTbcV/XWwvlI83cDQamFc
glijEyMORCxQfQtyi4JcJeMDJpCcY7WlXBKA3PMizCtNtfzvpreKltnAPOAW5+ZkcFbYfC4UCe6V/7ITnPnz
TiH5ivt2CANDNn67K5SiMVkGNgXm+2QGt1HX0z+0G7+Tw4f7mesSex+BsHFnyHRwEDqerYtzJ0rAz/ZB
NZVwzKvQQBngyy22tccp2uHTn9j80kuF8ZNk1YmGe+gf/m/MJAi3k3BDCoJ2hbOjMv0/1jUofRva423YlpvI
thvF5nYZhb7NC0w45zKjWVVgUEoXNobA57UYtu1zaViK/0N5PlwjgMUjCfHMCQjG0ccFRb85TByKVAqF
mbQvuqO9tqBhwf5xz2N6iRsdKHsQt5pvlLJqVoNsFVACkaN/unsPxn71ywhAdRYLyaUpeXUaEWsmy4g0f
kZ0pPGWA/l1t1B9CWDCMsOhwNsGXHCQMPVNLBx/GZGZbmWIT2aRcBBc9CoO88JsxDYGhw5zvhn+
05tX2SL0OtaVGfhCgdynTqnjJs1WASxtt2Gb+25xZfwKVABR9/txWCY7tzVCtzsTSVscPzDI3qEbUBdMFr
GXRZpjRbstvYGCiVZjLeUZtN5ENLpQFnZu7GqlBg2IYKU0VcUfGUwBydDuQZZpglo0pDJI9tDkDw4Mb+c
3Oz9DdrHHNVt/Cn43vbzgbiAMO0xsEAYZ6K7iYOCsMrGsSYcWD2bnY2r44lCJOteRy+TdSKd8B2lg5icB
dVq6504OEOoUptzrAdogfUG4B58AACTQxtA3dkravglrDLIyw6mY2kYI/T9pZND3dsB9eHJcTuxHlGhXFro
1pXPNMv73f4E0Ewv+grdgIvTylb6HE/4BLJon6Wrh5TA3b3YbT/ateHZYQxBrcTFZkZ+71bXBezJwEhUDQ
pE1L+UEtGD+nZ7PGwavfGgSXWUWgSw0mLeH9Ms2/OyXc29X94FGYMZiMD3rhVp85cxUiHL2ZTDX8
pG1NZmO/7tKji6LzUHHhYNXBJDmZndFWb1QsrNP+gs+rp/LTb+IxWc0rcpU6ngA0p7PXPzJSs1je8Xh7K
5xbnpxtN+D3ALjTHBUI0AOdkYw1nweCR7A8sxrhcqjUHWJiXYUulbAXz4kKGrUow3wE/Ae3igvsHjshursM
PlYkqsJ1oZRvZsnSpgfsYRwrOPka8n174Sg/ZvzQ7Pji1ockNtToICsAACtpu0E5cTzhp0eJtpPcB6EBNfNbh
167+bo9bIPU9p/+/YUGfXZDv+4ct/Z/yggwBzq97CwqA8xtenGHEeRJLhuySkb4b+n8LCk4daTXkwZotYast
lU35Dq5QWKDTzt/2/yagYW0ld8P6I1/2odte1CO8kOzB6mlYxmx4EHs4ngvGmtpbBYuE9Gp0ka2PXmtd0
1eWdb3WdwP94TBB+nnJR/83hsltoOmSfefuAnsO97FhciMtUvAK4Cy5q4uUq9CTk06QIwkSrwh5ityZKP2
KsEfJoQ5JWITaR3aHp2LxYx+52ZNsFXry0m2EtFOuCHInOdwp8Ypgx8gdHVOuCHeA9EclXh1pQ9Ov+P
EkOZokCYugt5CbnPwV/jxO9sUkVwUXFlpqf1ym1QM5TE4IT7t68I6CAiJysBFyhCRkPZAHiRDMznq+e6s
eTNV6AEVQfWje1gNzL8l2m8SNECWY0fUA3kdyXad3Peh3kr2RmdyOYCytGyF1MMfrAdxNbg/kTNH4xs
BsEySChSB2OGowPRyGeg85lixpHIZ8LzmeMJUchj0K7q5zgjkMs0Cy3WaXUcP7yZ6INLDtcqJWA/Dzdn
KjnRLGX7tInz/vi8XQtoHsL7rLHeRWPgeMWyYPkb2ReV8hJeXbTNrpX6GnglJG5XhRBnDN7TwtFvQTIZit
FVIFCfdzhiVtUbjDJB2duhVSuZx0hByMz+Ai7z3AO5DHxQ+HkH5UNpdJvSMkp4tfDpN9MZlduymj8rt24/m
zvKz4Nl8SFeqZxzHCmSsiFDjSYGpVcEFAup1heVYPxH7S50+6Rnx1ukD7K7SlN4vKEqtCamw08IVmVq
ECI9Ig2RORwhVCilWDM2ohHKQM6Y9K+IaSD4ePpp8nme4SvkLPmHQ7Pi7Vzu4yS7w9kOOFTjCEhha
S6rVtNDrha9toSHYVd0qPkMOdEsJCGK4kkX0xieJwnGkidZ9ADif1PHIiaWI5nABEmx0yyHYXjknTIgS4pr
Bkrd0s0Slbu1lCEre+L570re0T/ElcLB4ip7tM5SLWTnKbLynOomjSTo0LqTyrZEimG4HvIseS5bttdcYkkNG

d30qe4yaJEUMkB2JTxThogUr8CWO7ZcLSxvgJhjk+eWyH/B1TyHbbhKSN8Qsh22hyD4WCyD88kWzrIS
adbAvTManMQoUdIallgcmB2otNMrNxYm9kqtmewiVKOPOw8VIlhJXIYFd5ZHuK2CFfbFu1L2vM6Tw0d4
wQWXI8Yca4rd+9kbljByZDTibODXvrGJ0hZsa9IyRPTOOdfveTN12MSANQwWRJYzskCqaO8UOa7ArNF
NudlyRli1+eS44nTBwLYSRwpOqUUA5HHCNi50RzOCp4Fn962fYsYUlm2/Z8qWYshWHeu35tKyok7Wy3
UsLssh3JBzLKOLCDI3VzULbL49PI6G2hJUOTyfZUgE8p2zOTiBSwXaeQPK/d2btK8NqOKTLNaw8Nscle
e7WnU8rXqVZ4Yhe1JJL9cYlc6HQSZdQhVWvPedpZWttefGlbeyChmVk24G/3pmwF9gUPYLSTt04hUuP
TuCh/H7nZk7HFsPMkSUendwUvtHQCWiEq3ctDguPqkP5FYQRyC5faZXO4fTGpYKcdOySEHZOIS9vaR
hqSkrWZdErMsjW9XaHpWZgKF3CyGZ+KtZcpPWlBe50wPA1oxwId06y2ww7mVm3zjsiwshORB+PzrPbo
GZNttfUaknN1vwQyr061Q/OvtmcLpDxRXvAIXSU+7W7mS3/aPpFPgmIhjNeJs5cIfz+55xpymLbDT5jJROj
T5FTyfCYiTJD7riknGaxkt5lJuzUDmUMsh3HKzRpi6yKcP4uI5RBaJsol2vYekVHErzBR7y6viEg3k94le2klj0
tsdrYPP91BdofnEAUHCnrPrtB8YhviTpKOzi22wQK8nDxjGwQkZclC1vVu5XONgv0Rut7tgbSj+zFN+vwZS
PfbbrLdm4x0y0HpEXlJOwLyZidtdxVMPNrJDidxaM94/XlEu5Ej0ou2ubk3bTgvTkJ55fZAPgzfqTuD17RZqy
o++ObcMux5muXVPYClQddlSZEmu2dXILfac37ngoBKMUcf1jMVOm44lyrtF/DWWjQeGti3vS+9eozdvuJF
ad8sQC+5cjOkr//Nt/YKj20nBzFl6M+MDuYG7cUPEO12chNNQ5azmBz9iY/8rrdIgqKf5IvyUPQevggzpO/li
wpQ9FN80TAUvY8vGoGi9/NFo1D003zRGBR9gCvCC3z7f4YvQuI/li9C6f8rX4TS/xxfhNL/PF+E0n+QL0Lp
P8QXofQf5otQ+l/gi1D6X8Si7U6RhNcPt3/luF8S9yvP/RrifhW4X8PcrxHu1yj3a8z7K8/JkudkyXOy5DlZ8pw
seU6WPCdLnpMlz8mS52QZ4mQZ4mQZ4mQZ4mQZ4mQZ4mQZ4mQZ4mQZ4mQpcLIUOFkKnC
wFTpYCJ0uBk6XAyVLgzClwsh4Q4WYY5WYY5WYY5WYY5WYY5WYY5WYY5WYY5WYY5WUY4
WUY4WUY4WUY4WUY4WUY4WUY4WUY4WUY4WUY5WUY5WUY5WUY5WUY5WUY5
WUY5WUY5WUY5WcY4WcY4WcY4WcY4WcY4WcY4WcY4WcY4WcY4WcZQlr72Bo+e/neDx1kg3P6O
T/SQQ+GjQdYzHLg0s1wdslwdslwdslwdslwdslwdslwdslwd0M17N6n4xb+fHI6QPlJ8H4Xf6CHHOihg0JQ1
KP9+1sPjUc0oZSNH9fdcDYzq770aGNV/6mpgVH8f2+bkMayfuBowrJ/dEhFmFCIFekVQoB8OCvTKoECv
uhoIM159NRBmvOZqIMx47GogzHjt1UCY8bqrgTDj9VcDYcbjVwNhxhxhNXA2HGG64Gwow3Xg2EGW+6G
ggz3nw1EGb8yNVAmPGjVwNhxlsCrfVDwdaaiTCfQrQXiLHGV+4hYii5bMZt/cHc//H+tN3bpJ5fnCw5TpYcJ
0uOkyXHyZLjZMlxsuQ4WXKcLJtxoPtrMw50fm3Ggc6vzTjQ+dVdHHgeY7j67L8zxz/U+J/vFJVX8VxEIyXxxUkm8VB
lvlcRLleelyvNS5Xmp8PC9Xnpcrz0vNipcqPC9Vnpcqz0vNipPC9Vnpcqz0vVKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VI
lVeKkKvFQFXqoCL1WBl6rAS1XgpSrwUhV4qQq8VAVeqgIvVYGXqsBLVeClKvBSFXipCrxUBV6qAi9VgZeqwEtV4KUq8FIVeKkKvKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKO8VKP/f3vXGxvHUcV7m9SESRM768Q5n+M43ZJUpHZ6f+zznUGAEyfUxk3d3d86J+LLs3a3vrrnbu9
zeJnEUpKiAgkorkKAifKCitPxrazN7u3sW4aM/rOzde/rfqFVG1CojapU6yr8WEC1C4m9TCl8QIIpERSsqBFXLezO7ezM2/m5r2r2fqfVFVrbW1yyW4aM/rOzde/rr5r2fqfVFVrbW1yyW4aM/rOzde/
e/N2zezM2/m5r2fqfVFVG1CojapUVtcqWmVFrbFKiVllRq6yoVlZXLtArZW1yyW4aM/rr2fqfVFVVG1CojapUVtc
d5PK396+JCng6C1n55XTxCZvu0N7P9OoWcdBEPDXUd9Cg4ti7Bp8hEJxH5OiUr65Gci/Lo2FMJDiT1Xo
mMskhoOwhnTsckVk6Ei96irdOFCD7Wg2vhA+QAZ6QQSniJsVgPYYvkt4wPaQp4dLo+aAsPatknxKS/y
ORobswVw9jPIJn2dsYI44UGOdvlkqGTAIVjNN812S9fquScllpIhtjWbppBIk3ZGgZyKleDS4VqFqwxXGy4
rJxUKcMHzAjwr1OFqwWXmpKIGVwUuuC+uwXUhJ5WArnQ6J+nwVwea1SpcUF4GGWWQW4b7cg2uJI
z4HORXgL4C/1fg/yrwVaG8CrxVqP8eoDsNsmtFuOC+BjS1sszmpDnR14Ks34DoDF5QZQGMArwHPDNCl
Cfo14b4JsptQ3gKeFpS1QIYJ/5vwwPiboY4+KcNc+I5Ms4LVAh7NQftblSRe0U29d/IlW+SvSmR
n3qQHFzFNU7PRas8bi0eWwwPa38OPCkD8ZEnUGgiHZn6gnOqYvFw+I50fAAPF8WQVAvCBexZeXQ5+
bnHKgBh795gN98s8lMpzHWCSGa3SiwT7+5TYeIQZ73dYBMgffI1kYCSFHYgfkiBHIcQCtIIfcnYwK4+cH
UjFkLODhQjI2aFSlGAp9JhiUsB6/IZEdgM9Pf9MT/IvV43Thy2jVNPptz/YjfKGP3NfefO5CMIxCwQuiB4QfM
4mEPrdQa/dhuWgyhfeS/bxVvOjQQGxQAHvc5HimMWWCJChBEjiQt6QL8vbWU/cjct4y2YFn9BFmkB3xrjX
Ogb0Okh0OPooNhAqLmFJh0IfaAeSDYdhO8CL/UiLRLjo8+cw69+08KPfVr/00UogfF06Ptb+eBtx+nDHIog9
BYfrB8QcwCLF8QEYPlCxhwPKFyVAC2XRjmUJTfQKG15MGKJotVo04n4h5lmUX/z6jwfUIQ6grARtCfV
mFITSIV/HIpZN8nId7PPPXPXXXPXPXPWXw5cnPXXXX1V43Thy2jVNPptz/YjfKGP3NfefO5CMIxCwQuiB4Qf
sSydY6oDXUgfM0y5+LRqqqxwZY76MGdfC1Ey+nIofJ49ymnU+8H/868E++YqEBjhWs8zKYc3UMeLuSK
OEI+JeEvMZERnmMMS40hHIPJnLK24n8TdNVrcc0XeWOaboZPabx5VT8OLmxL5W2TXPpdZwwXpHI2Ep
myc5BwoLa7mygI82iTa3SGnWZRSDYSdyfQcSuYFbkEQxm88hhPD2hukJ4+eaiuYDIG1RUiRoDqCpejhMi
hFk9QnLyUO9s8dO2+Pvn7EhIYybCo+NkCCy/JeBBY5x5Ch+y6jqCenuuFZ3cIpBs+6h0R9CvX8XNYYPgfPp
sbksdym7kCDDnKXFQmSJdbMkSY3ajeP0sXDWTA9yfdZmARej1AbwIRBF4plaAHz+iaAgcXavC+uFFD
ovrjI4n3xLh6Ii4e+++CQdx7IONNeIZx69ii/+5QjZCvRNrXW6WbNw0tvXvzYcx4YcxhMKyGEeSoW
nzO0Vmibmqmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsmsm
YyTb1eqK3hMNiRJO8JLFo6bQk+fiAh8/EDi0UfP1SKEiJl3gUBD1EFdaY5e2Phb7XgbmKEKWTLUkJlcXN
tclJATP76JrJrBdpmdQ0TijXq9Wp7SaPf5w0LP5HlIQ61r2FhhKtVK+X0Zk0r6rNGKZ9bndfzRkvXihWkG4g
k+8nbMPMGRpEzhL4oGUCAWtWkGeZUjKKKzS0bJLsSmxehHVTNVQz+n6riiZfvI9Q6SAJwxiN4OltVc

M0ezbFdtJXpygf9j3U3WyYbbXqPNhP9phUZbXFdFZtT82u6MZVrWZSRWwyi67X1Arbz7KlbCWbEGeX3
YwQGW5U0MzqvLctqLA7wJgL+8kWLrxstxxAxo9xHHSrO66wNnstQiMB37+UFwEi9/D7Ff1kG6OxE8Nja
Wejol/2lPaEShfJeah0oYRBpYvEAlR6F7UiUueG3GC+tJMa85WvfLJP/laEpFgi1IlZvZiiM+dRs12t4wKbZg
mCPkKfHsN4WAeKmNplMH4o5S4JsSdiX01G//zR5+3SaZ/Sv2DpGBnBUicw0Ut1g7i5OWk30+UnHuw79
YPXr927BcbWxyLkFk5xWD7IjQIL+j1arDSWm/CZtqw6nRx2i04tr85LqM7NJOrGHHaT/B5JwPmYC9SW29
tx+9TVv4Oyzzzy199sB2Uvknc4umlmlYnjevvoGWpVO5QY+tBqtQyjw3vIzBkL411r+kz8UHZqfLXRKuttdV
XDRBz4KJMab+k0lFNXq3ZSAbVuzkzFYVlO10gZZ4306Tfvw/ny8xFym1D9XU3LnD3bqJaON6qmvmTV
MfB8zkKXba59Hkw27HF1s4kpMMTLHwFDxMgOj61o2d+wbCcZEI0ERTd0vripRPLQJNPst0/C6u3Zx5/4
GYJs5sg+W73D5/QJJx3AYrWOG7ZNk0JR0xyvzndY5D+siLP52/mWQeaHybAtE4NLMbWGodcm5opms
d0EYdfhJPV7PmO6QHdjU3/4z0/10UCEqF39EmbYwz1lFurcQhdtkPTXtfMziXF1cTZ//MgdR+eg5dBMcTo
wJWF10tnJBmnvJrtsaZhf4W5Lt/QlGHZb8CLbyNudlkrbzZ/2bBYcJorNvbKEy2qav76on9DrzUZLqy1iph6c
mLaQzUmEEqZSpl0pz78Ew8R3ImTEFZKd4NKAHKtpZeSukQrMJCrYTqW5f1Szqeul8XrVUJvV83oNpijL
aM/ELyaS2XQ8Pl6AlRlPOTN1cXq8Ui1XhleZi5nxkl7AvFkU530mcTE+zrL/uluXuTH5Jmh/sFwK/iRTjieWjk
+6nliD7HXUb2bnoIVhnDCKa05S3Qaa0tvpp5PTA8XoK68+192xsShCBynWYqm4O0jZ/e8zERoGjjV+UG8
1MB8SzPT0k4cOkCYHqWG0InxyM5m6OQ79AYZD7CHqGWxf1axe0Gcy4+oK7jy+CEMQbmYNdbZ36fP
f2c+FGQ7VYqPR9LT7wxBul4Bar0ZIDNVqF2k+D6PYZqHnJyrQRUt0Q67Lk94TxiKsOIPJ2IozRIyw4gyXo
4TIEccC+wN4TCL9jOWOtQLMXrPIIrzpJYlscTY2B0rJA2SfVrpHw5OEtO8VKyqFHTDVNkgGR6ZWogludp
KbtLPnkypFutQdlwgDk1prassyHO9HIaPYpmUN2pIlBlJLBfp5mNDMBs2foJARpIGO0bTaqoGDsVrDrG5A
umrKmyam4lifoYPXL9YHT8Er9WoxQgbPauiVmTBj2KNY3ZQ3J2Buwlh/jxHoyJXgfzUDY70s0eEiP8+SH
XWSdri5XuztkOBdoxQ9xhO8a8TKhUE15fWNFHmfqAV43qtVTh/wgO4m7+S7Xigxioz1FpkjB4Vu2FOm0l
MmP7C7O3IPPEt75r8jNC9Ffh7XFjQtbqhhM/Q0UbBhWblg2Ju9hh2QPTUuTLiOpG1GtwjJY17yQyTqMZF
Ar3jouV23RMJ5/StfeKBPvl+iznR+HkHVMCke3bUNfHfcOYv+6g32E8yBYBtQuI+/4fNTTYAD3lHA64B3Sl
wHnCP2OuAitSJSc/sZmRS/L3vqi9/+8XfRoX3NMQdmjmnDrBTaFabpGbXgrsDKe31jO+aX7lCFSmVRB2
CKuRbpIgYZg7FuGQuTZKRjGV8uxYery/gcg2N8l7jb+Dy1IILTWcGBHKDf3qnv/fHpF9Hqf4iQoZMVrW0e1
8/hj7adlD5g/ls7izsSfQHmWtwQY5mbHJ78PHazWzu+KYleo4TEl5BrkCXg6mfvoLqrWLoX5mWE3r7dJnR
qoftsXjonYwt7zY//iHqiT0rgCTOEWlgT1Wo0N9yidmENky9e33Zh3NuhxuTRk5hMFJwcWlcR67JXoFidclIkl
JKdIAkXJpwg6SlNCZdGbef+uPTQG+DzniejdrssW02kNBkkAc1Yxfbw3tWDBLynqDzkX5aLbnnms3/6xY3
y5imoN9aXiMft+uWnImRwOXcCs5Q2WV56B/RjE7zrQpEMQXsfqemaobfy850uC27MGLmRgnTIASTgq
Wxe1jFFte3IZgo7iTxv2AdrXl6FUYJ1geV2yj7FOJylcfMzlUi7VvvYFFfQxlSF7gTw9AVN9OgkL/XRqOhP/L2L
gy0p5KQIA","variations_safe_seed_date":"13277314976000000","variations_safe_seed_fetch_time":"132
77322216139951","variations_safe_seed_locale":"en-
US","variations_safe_seed_permanent_consistency_country":"us","variations_safe_seed_session_consis
tency_country":"us","variations_safe_seed_signature":"MEQCIFkh5BO1iMqBJyRfH2DTwcir8rjQiO4uVzpz
fO7iPOphAiBqauCBRdG02RusY78WuGLSexkDhGr4GjIMGEUXcXVrJA==","variations_seed_date":"132
77831619000000","variations_seed_signature":"MEUCIGXGk7HxbjD3MnXD0WeD7JvgcKETegJSj1zny3f
dk3SOAiEAyIJFWluuREvqRSJvWx5elVAHsDc1fA0KdKONmhDqcS8=","was":{"restarted":false}}