# EXHIBIT 7



QUAKERTOWN OFFICE — ALL CORRESPONDENCE
314 W. Broad St, Suite 124, Quakertown, PA 18951
H 215.536.3800   F 215.536.3801

DOYLESTOWN OFFICE — APPOINTMENTS ONLY
87 N. Broad St, Doylestown, PA 18901

GAVIN@LABOSKILAW.COM     LABOSKILAW.COM

September 28, 2021

Patricia B. Jefferson, Esq.
Miles & Stockbridge, P. C.
100 Bright Street
Baltimore, MD 21202

**Re:   Millstone Spirits Group, LLC**
**Finland Leasing Co., Inc. - 2300 Trumbauersville Road**
**Lease dated January 1, 2016**

Dear Ms. Jefferson:

This office represents Finland Leasing Co., Inc. ("Finland") with respect to the above referenced property and lease between Finland and Midnight Madness Distilling, LLC ("MMD"). We understand that you represent Millstone Spirits Group, LLC relative to MMD's bankruptcy filing in the Eastern District of Pennsylvania.

Pursuant to the Order of the Bankruptcy Court entered September 20, 2021, and the Asset Purchase Agreement ("APA") attached thereto, the Lease will became an Assumed Liability of Millstone Spirits Group, LLC ("Millstone") once the transaction has been completed.  Presumably, during your client's examination and due diligence of MMD's assets and liabilities, your client discovered that the Lease has expired by its terms. In addition, your client should have discovered that the use of the premises described in the Lease was limited to only a portion of the larger building located on the property and pursuant to two separate zoning decisions from the Milford Township Zoning Hearing Board (the "ZHB"), the use itself was subject to several conditions.

In 2012, the ZHB granted a special exception to allow a "temporary structure, building or use" for a period not to exceed six (6) months with additional three-month renewal periods not to exceed twenty-one (21) months. In 2013 the ZHB again granted a special exception to allow the continuation of a "temporary nonconforming craft distillery use" in a "portion of the building" as depicted on an exhibit entered into the record at the ZHB hearing. The ZHB made it a condition of the approval that the use shall be "discontinued when [Casey Parzych] is no longer involved in the craft distillery business at this location."

Given the temporary nature of the approval, the conditions of such approval no longer being met and the expiration of the Lease, Finland is terminating the Lease and intends to retake possession of the premises. Finland will not permit violations of the terms of the ZHB approvals or the Milford Township Zoning Ordinance at the premises.

FG039282

Patricia B. Jefferson Esq.
September 28, 2021
Page 2

Therefore, please accept this letter as notice that the Lease is hereby terminated and instruct your client not to make any attempt to enter the premises. Suitable arrangements can be made for your client to remove the personal property from the premises once they have completed the purchase under the APA.

I am enclosing copies of the ZHB decisions and exhibits for your reference. If you would like to discuss this matter please do not hesitate to contact me.

Sincerely,

Gavin R. Laboski

GRL/sbs
cc:   Finland Leasing
      Joel Perrell, Esq.
Enclosures

*Sent Via Email Only*

FG039283

## BEFORE THE ZONING HEARING BOARD
## OF MILFORD TOWNSHIP

IN RE:  APPLICATION OF           : TAX PARCEL #23-021-017
        FINLAND LEASING COMPANY, INC.   :
        GARY S. PARZYCH, PRESIDENT     :
        2300 Trumbauersville Road         : Date of Mailing __9-13-2012__
                                                    :

### ORDER

AND NOW, as of the date of mailing noted above, after a public hearing held upon the Application of Finland Leasing Company, Inc. for a special exception under Section 404.H8 to allow for an 18 month temporary nonconforming use on the property of a craft distillery, it is hereby ORDERED and DECREED that a special exception is granted to allow the temporary use of a craft distillery for six months with four automatic extensions of three months each for a total of 18 months, together with a condition that the Zoning Officer can grant an additional three month extension of the temporary use upon cause shown, and also provided that the Applicant obtain any necessary building and zoning permits prior to the start of construction or of the use.

ZONING HEARING BOARD OF MILFORD TOWNSHIP

BY: _____
       Cameron Waite, Chairman

BY: _____
       Gregory Hobson, Vice-Chairman

BY: _____
       Albert Haynes, Member

Catherine M. Harper, Solicitor
Milford Township Zoning Hearing Board
Timoney Knox, LLP
400 Maryland Dr., P.O. Box 7544
Ft. Washington, PA 19034-7544
(215) 646-6000
email: charper@timoneyknox.com

326591-1

FG039284

BEFORE THE ZONING HEARING BOARD
OF MILFORD TOWNSHIP

| | |
|---|---|
| IN RE: APPLICATION OF | : TAX PARCEL #23-021-017 |
| FINLAND LEASING COMPANY, INC. | : |
| GARY S. PARZYCH, PRESIDENT | : |
| 2300 Trumbauersville Road | : Date of Mailing 9-13-2012 |
| | : |

## DECISION

### I.   BRIEF HISTORY OF THE CASE

Pursuant to an Application received by Milford Township on or about July 20, 2012, a public hearing was held on August 14, 2012 on the Application of Finland Leasing Company, Inc. and Gary S. Parzych, for a special exception under Section 404.H8 of the Milford Township portion of the Quakertown Area Zoning Ordinance in order to allow the property owner to establish and operate a craft distillery for his son's entrepreneurship program at Carnegie Mellon University for a period of 18 months.

One neighbor, Patricia A. Strouse, appeared at the hearing, but indicated she was not in opposition to the Application.

The Zoning Hearing Board consisted of Chairman Cameron Waite, Vice Chairman Gregory Hobson, and Member Albert Haynes. The Applicant Gary Parzych, his son, Casey Parzych, and the Zoning Officer Jeff Vey were sworn to give testimony at the beginning of the hearing.

During the hearing, the following exhibits were marked:

| Exhibit | Description |
|---|---|
| A-1 | A copy of the Application |

326591-1

| A-2 | Deed to the Property dated August 1, 1986 between Lester V. Clymer and Finland Leasing Co., Inc., a Pennsylvania Corporation |
| --- | --- |
| A-3 | Site Plan for the property |
| A-4 | Proposed building layout |
| A-5 | Letter of Intent from Gary Parzych, President of Finland Leasing |
| A-6 | Federal Application to the Alcohol and Tobacco Tax and Trade Bureau of the U.S. Department of Treasury for a Distillery |
| ZHB-1 | List of adjoining property owners with colored map |
| ZHB-2 | Hearing Notice to the *Town & Country* Newspaper |
| ZHB-3 | Google Earth Map of the Property |
| ZHB-4 | Previous Decision of the Milford Township Zoning Hearing Board for the Property dated March 23, 1988 (permitting the extension of a nonconforming warehouse building) |
| ZHB-5 | Previous Zoning Order and Decision of the Milford Township Zoning Hearing Board dated November 20, 2003 (permitting a carport by special exception) |

After the hearing, the Zoning Hearing Board deliberated and unanimously made the decision outlined in the attached Order based upon the testimony and exhibits at the hearing as well as the findings of fact and conclusions of law stated herein.

## II.    FINDINGS OF FACT

1.    The Applicant Gary Parzych, President of Finland Leasing, and his son Casey Parzych, a student at Carnegie Mellon University, testified that Casey Parzych wants to operate a craft distillery on the property at 2300 Trumbauersville Road as part of an entrepreneurship program at the university.

2.    The property in question consists of various parcels which total 27 acres.

326591-1

FG039286

3. The property is located in the RD Zoning District and has a nonconforming use of a construction business on the property.

4. Casey Parzych testified that it was his intention to use an existing building including existing heat, electric, bathrooms, and associated parking for the operation of his craft distillery.

5. The Application indicates (Exhibit A-5) "No spirits will be sold on site!"

6. In response to a question, the Applicants testified that if the craft distillery becomes very successful, they would look for another location to run it as a business.

7. In response to questions, the Applicant and his son indicated that they expect the distillery to generate "a couple of UPS deliveries" and no tractor trailers each week to service the distillery.

8. Casey Parzych testified that it will be necessary to obtain state and federal approval before he can begin the distillery.

9. Casey Parzych testified that the federal government approval depends on having an approved location prior to its approval, and that is the reason that they have approached the Zoning Hearing Board for the use.

10. Casey is a student at Carnegie Mellon University in Pittsburgh and has taken other entrepreneurship classes and has done research and testified that he believed that he could make a successful business of a craft distillery.

11. Casey Parzych testified that the product would have to be sold "only to" the Pennsylvania Liquor Control Board.

12. Gary Parzych testified the property has private water from a well, but is on public sewer with, "plenty of capacity." He acknowledged it may be necessary to get approval from the Milford Trumbauersville Sewer Authority.

326591-1

FG039287

13.     The only employees are expected to be family members.

14.     According to the testimony, the distillery would operate 7:00 a.m. to 5:00 p.m. daily for approximately 18 months.

15.     Casey Parzych testified that the draft beer would be produced in 750ml bottles and that the quantities were small enough that he could personally drive them to the Pennsylvania Liquor Control Board.

16.     In response to a question, the Applicant indicated that they would be agreeable to not starting before 7:00 a.m. on any day.

17.     The Applicants testified that there should be no fumes discernible to the neighbors and noise inside the building only.

18.     The equipment (stills) to be installed for the distillery could be removed when the use has been completed.


## III.   CONCLUSIONS OF LAW

1.      The Zoning Hearing Board of Milford Township has jurisdiction to hear a request for a special exception under Section 1107 of the Milford Township portion of the Quakertown Area Zoning Ordinance and under Section 912.1 of the Pennsylvania Municipalities Planning Code.

2.      The property in question is located in the RD Zoning District which does not permit industrial or contracting uses.

3.      The property in question is already host to a nonconforming contracting business use and that use was permitted in previous decisions of the Milford Township Zoning Hearing Board.

326591-1

FG039288

4.     Section 404.H8 of the Milford Township portion of the Quakertown Area Zoning Ordinance permits a "temporary structure, building or use" when approved by the Zoning Hearing Board as a special exception.

5.     The Zoning Ordinance requires that "the time period of the initial permit shall not exceed six months. This permit may be renewed for three month time periods not to exceed a total of 21 months from the initial permit. Extensions must be approved by the Zoning Board." Section 404.H8.a.

6.     The same section also states, "Such structure or use shall be removed completely upon expiration of the permit without cost to the municipality." Section 404.H8.d.

7.     The same section also states, "Sewage disposal methods must be approved by the Bucks County Department of Health."

8.     The Zoning Hearing Board unanimously found that the proposed temporary use of the distillery for Casey Parzych's entrepreneurship program, if constructed and operated in accordance with the testimony at the hearing, would be "suitable for the property in question, and designed, constructed, operated and maintained so as to be in harmony with and appropriate in appearance to the existing or intended character of the general vicinity." Section 1107.c(3).

9.     The Zoning Hearing Board also determined that the effect on highway traffic as a result of the temporary use of the distillery would be "suitable" to "protect streets from undue congestion and hazard," since the Applicant estimated so little truck traffic to and from the site.

10.     The Zoning Hearing Board did not receive any recommendation from the Milford Planning Commission in writing.

326591-1

FG039289

11.    After reviewing the testimony, the Zoning Hearing Board concluded unanimously that the proposed temporary use should be granted a special exception, and structured its Order so as to allow for extensions of the temporary use to the maximum time permissible under the Ordinance without further application to the Zoning Hearing Board.

Accordingly, the Zoning Hearing Board unanimously agreed to enter the attached Order pursuant to the testimony and exhibits at the hearing and the findings of fact and conclusions of law stated herein.

ZONING HEARING BOARD OF
MILFORD TOWNSHIP

BY: _____
Cameron Waite, Chairman

BY: _____
Gregory Hobson, Vice-Chairman

BY: _____
Albert Haynes, Member

Catherine M. Harper, Solicitor
Milford Township Zoning Hearing board
Timoney Knox, LLP
400 Maryland Dr., P.O. Box 7544
Ft. Washington, PA 19034-7544
Tel: 215-646-6000
email: charper@timoneyknox.com

326591-1

FG039290

## BEFORE THE ZONING HEARING BOARD
## OF MILFORD TOWNSHIP

IN RE:  APPLICATION OF            : TAX PARCEL #23-021-017
       FINLAND LEASING CO., INC.     :
       GARY S. PARZYCH, PRESIDENT   :
       2300 Trumbauersville Road       : Date of Mailing *12-12-2013*

## ORDER

AND NOW, as of the date of mailing noted above, after a public hearing held upon the Application of Finland Leasing Co., Inc. for a special exception under Section 804.b. to allow for the continuation of a temporary nonconforming craft distillery use on the property, it is hereby ORDERED and DECREED that a special exception is granted to allow the continuation of the craft distillery with the following conditions:

1.      That the craft distillery use shall be limited to the portion of the building outlined in yellow on the Floor Plan identified at the hearing as Exhibit A-3-2;

2.      That the craft distillery use operates in accordance with the testimony and exhibits presented at the hearing on November 12, 2013 and at the 2012 hearing on the prior application for the craft distillery as a temporary use;

3.      That the craft distillery is managed and operated by Casey Parzych, who established the craft distillery in connection with a college program and shall be discontinued when he is no longer involved in the craft distillery business at this location; and

345852v1

FG039291

4.     That all required permits are received and complied with.

ZONING HEARING BOARD OF MILFORD
TOWNSHIP

BY: _____
     Cameron Waite, Chairman

BY: _____
     Gregory Hobson, Vice-Chairman

BY: _____
     Dr. James P. Walsh, Alternate Member

Catherine M. Harper, Solicitor
Ann Thornburg Weiss, Esq.
Milford Township Zoning Hearing Board
Timoney Knox, LLP
400 Maryland Dr., P.O. Box 7544
Ft. Washington, PA 19034-7544
(215) 646-6000
email: charper@timoneyknox.com
        aweiss@timoneyknox.com

345852v1                                    2

FG039292

BEFORE THE ZONING HEARING BOARD
OF MILFORD TOWNSHIP

| | |
|---|---|
| IN RE:  APPLICATION OF | : TAX PARCEL #23-021-017 |
| FINLAND LEASING CO., INC. | : |
| GARY S. PARZYCH, PRESIDENT | : |
| 2300 Trumbauersville Road | : Date of Mailing *12-12-2013* |

## DECISION

### I.    BRIEF HISTORY OF THE CASE

Pursuant to an Application received by Milford Township on or about September 26, 2013, a public hearing was held on November 12, 2013 on the Application of Finland Leasing Co., Inc. and Gary S. Parzych, for a special exception under Section 804.b. of the Milford Township portion of the Quakertown Area Zoning Ordinance. The Application was filed to allow the continued craft distillery use that had been previously approved by the Board as a temporary use in connection with an entrepreneurship program at Carnegie Mellon University in which Mr. Parzych's son has been participating.

One neighbor appeared at the hearing, but indicated he was not in opposition to the Application.

The Zoning Hearing Board consisted of Chairman Cameron Waite, Vice Chairman Gregory Hobson, and Member Dr. James P. Walsh. The Applicant, Gary Parzych, and his wife and the Zoning Officer Jeff Vey were sworn to give testimony at the beginning of the hearing.

345852v1

FG039293

During the hearing, the following exhibits were marked:

| Exhibit | Description |
|---------|-------------|
| A-1 | A copy of the Application |
| A-2 | Deed to the Property dated August 1, 1986 between Lester V. Clymer and Finland Leasing Co., Inc., a Pennsylvania Corporation |
| A-3-1 | Plan for the property titled Land Development Plan dated 09-26-03, Sheet 1 of 1 prepared for Finland Leasing Company, Inc by Schlosser & Claus, with area designated as Existing Office and Garage highlighted in yellow |
| A-3-2 | Plan titled Floor Plan identified as A.1, Sheet 4 of 6 with the area of the craft distillery highlighted in yellow |
| A-3-3 | Plan titled East Elevation identified as A.2, Sheet 5 of 6 |
| A-4 | Previous Order and Decision of the Milford Township Zoning Hearing Board dated August 14, 2012 (permitting the craft brewery use as a temporary special exception) |
| A-5 | 2013 Commonwealth of Pennsylvania, Pennsylvania Liquor Control Board Limited Distillery License No,: AL4 issued January 10, 2013 with an expiration date of December 31, 2013, issued to Midnight Madness Distilling LLC |
| ZHB-1 | List of adjoining property owners with colored map |
| ZHB-2 | Hearing Notice to the *Town & Country* Newspaper |
| ZHB-3 | Google Earth Map of the Property |

After the hearing, the Zoning Hearing Board deliberated and unanimously made the decision outlined in the attached Order based upon the testimony and exhibits at the hearing as well as the Findings of Fact and Conclusions of Law stated herein.

345852v1

4

FG039294

## II.   FINDINGS OF FACT

1.     The craft distillery use located on the subject property at 2300 Trumbauersville Road in Milford Township, Bucks County, Pennsylvania was approved as a temporary use by special exception granted by the Zoning Hearing Board in September of 2012 pursuant to Section 404.H8 of the Milford Township portion of the Quakertown Area Zoning Ordinance.

2.     The property in its entirety consists of various parcels which total 27 acres.

3.     The property is located in the RD Zoning District and there are presently additional nonconforming business uses on the property in addition to the craft distillery.

4.     After the special exception was granted, the craft distillery use was established and is operated by Casey Parzych, the son of Applicant Gary S. Parzych, President of Finland Leasing Co., Inc. (hereinafter "Applicant"), the owner of the subject property.

5.     Casey Parzych is a student at Carnegie Mellon University and participates in the University's entrepreneurship program.

6.     The uncontroverted testimony of Gary Parzych was that the craft distillery use has been established and is operated by Casey in accordance with the testimony presented at the August 14, 2012 hearing has been in compliance with all of the conditions imposed by the Board in its September 13, 2012 Order and Decision.

7.     The September 13, 2012 Order and Decision was admitted as an exhibit in this proceeding and is incorporated herein by reference.

8.     Having established the craft distillery in accordance with his original plans, Casey Parzych now intends to return to college to complete his studies, while continuing to operate the business on a part-time basis, in accordance with the program requirements.

FG039295

9.    The craft distillery produces a specialized vodka product that has achieved a level of success in the industry and has prospects for viability in the marketplace if Casey is able to find interested investors and obtain the necessary financing for such a venture..

10.    In order to acquire investors and obtain financing, it will be necessary to continue the craft distillery use as it presently exists.

11.    In order to maintain the existing regulatory permits and approvals, it will be necessary to continue the craft distillery use as it presently exists.

12.    The craft distillery is located within an existing office and garage building located in the subject property.

13.    The craft distillery operations are limited to a relatively small portion of the building.  The area occupied by the craft distillery totals 420 square feet.

14.    Neither the Applicant nor his son has any plans to expand the craft distillery operations at this location.

15.    There will be no signage identifying the craft distillery business on the property.

16.    There are no on-site sales, tasting or tours of the craft distillery.  All sales are to the Pennsylvania Liquor Control Board.

17.    There will be no additional traffic to or from the location as a result of the continued operation of the craft distillery.

18.    There will be no change in the hours of operation of the craft distillery. The hours will be from 7 a.m. to 6 p.m. on Mondays through Fridays and from 7 a.m. to 2 p.m. on Saturdays.

19.    There will be no outside noise or odors as a result of the craft distillery.

20.    There have been no complaints about the existing craft distillery.

FG039296

21.     The existing craft distillery has not received any notices of code or other violations.

22.     The craft distillery will remain connected to public sewer and has an on-site water supply.

23.     The craft distillery operations will continue to be managed and handled by the Applicant's son, with assistance from family members if needed.

## III.     CONCLUSIONS OF LAW

1.     The Zoning Hearing Board of Milford Township has jurisdiction to hear a request for a special exception under Section 1107 of the Milford Township portion of the Quakertown Area Zoning Ordinance and under Section 912.1 of the Pennsylvania Municipalities Planning Code.

2.     The property in question is located in the RD Zoning District which does not permit industrial or commercial uses.

3.     The property in question is already host to a nonconforming business uses that were was permitted in previous decisions of the Milford Township Zoning Hearing Board.

4.     Section 804 of the Milford Township portion of the Quakertown Area Zoning Ordinance permits the extension of nonconforming uses and structures by special exception and Section 808 of the Zoning Ordinance permits changes in nonconforming uses to another nonconforming use by special exception.

5.     The Zoning Hearing Board unanimously found that the use of the craft distillery, if operated in accordance with the testimony at the hearing was consistent with the requirements of the above-referenced provisions of the Zoning Ordinance.

345852v1                                          7

FG039297

6. The Zoning Hearing Board did not receive any recommendation from the Milford Planning Commission in writing.

7. After reviewing the testimony, the Zoning Hearing Board concluded unanimously that the permanent craft distillery use as described in the testimony and exhibits from the 2012 and 2013 hearings should be granted a special exception with conditions including limiting the use to the portion of the building outlined in yellow on the Floor Plan identified at the hearing as Exhibit A-3-2 and structured its Order to provide for the craft distillery to be managed and operated by Casey Parzych and to be discontinued at such time as he is no longer involved in the draft distillery business at the subject property.

Accordingly, the Zoning Hearing Board unanimously agreed to enter the attached Order pursuant to the testimony and exhibits at the hearing and the Findings of Fact and Conclusions of Law stated herein.

ZONING HEARING BOARD OF
MILFORD TOWNSHIP

BY: _____
Cameron Waite, Chairman

BY: _____
Gregory Hobson, Vice-Chairman

BY: _____
Dr. James P. Walsh, Member

Catherine M. Harper, Solicitor
Ann Thornburg Weiss, Esq.
Milford Township Zoning Hearing board
Timoney Knox, LLP
400 Maryland Dr., P.O. Box 7544
Ft. Washington, PA 19034-7544
Tel: 215-646-6000
email: charper@timoneyknox.com
        aweiss@timoneyknox.com

345852v1                                    8

FG039298



FG039299



FG039300



FG039301