# EXHIBIT 8

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

| ANTHONY LORUBBIO | : | COURT OF COMMON PLEAS OF BUCKS COUNTY |
| *Plaintiff,* | : | |
| | : | CIVIL ACTION – LAW |
| v. | : | |
| | : | NO. 2021-01816 |
| CASEY PARZYCH, POLEBRIDGE LLC, ASHLEIGH BALDWIN, and ANGUS RITTENBURG | : | |
| *Defendants.* | : | |
| | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff's *Motion for Leave to Amend*, and any response thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff shall file a Second Amended Complaint within twenty-one (21) days of this Order.

**BY THE COURT:**

_____

**J.**

LORUBBIO0566087

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

**SIDKOFF, PINCUS & GREEN, P.C.**          *ATTORNEYS FOR PLAINTIFF*
Casey Green, Esquire
Rachel Dennis, Esquire
Shawn McBrearty, Esquire
Attorney Id. Nos. 91005/324390/326661
1101 Market Street, Suite 2700
Philadelphia, PA 19107
(215) 574-0600 (office)
(215) 574-0310 (fax)

| | |
|---|---|
| ANTHONY LORUBBIO <br><br>        *Plaintiff,* <br><br> v. <br><br> CASEY PARZYCH, POLEBRIDGE LLC, ASHLEIGH BALDWIN, and ANGUS RITTENBURG <br>       *Defendants.* | **COURT OF COMMON PLEAS OF BUCKS COUNTY** <br><br> **CIVIL ACTION – LAW** <br><br> **NO. 2021-01816** |

## MOTION FOR LEAVE TO AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff, Anthony Lorubbio ("Plaintiff" or "Lorubbio"), through his undersigned counsel, Sidkoff, Pincus & Green, P.C., hereby moves this Court for leave to file a Second Amended Complaint (the "Motion"). In support of the instant Motion, Plaintiff avers as follows:

1.	Plaintiff and Defendant, Casey Parzych ("Parzych"), are co-founders of Midnight Madness Distilling, LLC ("Company"), a Pennsylvania distillery that experienced significant and rapid success, growing from zero to hundreds of thousands of dollars to almost ten million dollars from 2014 through 2019—an average growth of over 150% year-over-year. *See* Declaration of Plaintiff, attached hereto as Exhibit "A", at ¶ 3.

2.	Parzych; however, in breach of his contractual and fiduciary duties to Plaintiff and the Company, began funneling Company monies and benefits to Defendant, Polebridge LLC

LORUBBIO0566088

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

("Polebridge"), which is owned by Defendants, Ashleigh Baldwin ("Baldwin") and Angus Rittenberg ("Rittenberg"), Parzych's wife and close friend, respectively. *Id.*, at ¶ 4.

3.      After Plaintiff objected to these unlawful actions, Parzych wrongfully removed Plaintiff from the Company, while concealing critical information, including how assets of the Company were unlawfully transferred. *Id.*, at ¶ 5.

4.      On April 2, 2021, Plaintiff initiated the instant matter by filing a Complaint against Defendants, in which he alleged claims for, *inter alia*, breach of contract and breach of fiduciary duty. *Id.*, at ¶ 6.

5.      In response, the Company, through Parzych, filed a Petition for Bankruptcy in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania (No. 21-11750-mdc) on June 21, 2021 (the "Bankruptcy Case"). *Id.*, at ¶ 7.

6.      The Bankruptcy Case, which began as a Chapter 11 Petition and was converted to a Chapter 7 action, has been active and involved numerous creditors (there are presently 295 docket entries). *Id.*, at ¶ 8.

7.      A United States Trustee for the Bankruptcy Case, Bonnie Finkel, was appointed by the bankruptcy court and has been collecting discovery that is relevant to the instant litigation and was previously unknown.  This newly uncovered information forms the basis for this Motion as Plaintiff seeks to add additional defendants to this case. *Id.*, at ¶ 9.

8.      For example, it was revealed in the Bankruptcy Case that Defendant Polebridge was not the only entity or individual that has improperly benefitted from the money and assets that rightfully belong to the Company. *Id.*, at ¶ 10.

LORUBBIO0566089

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

9.      ETOH Worldwide, LLC ("ETOH"), AgTech VI, LLC and AgTech PA, LLC[1] are wholly owned subsidiaries of XO Energy Worldwide, LLP ("XO"). The President of XO—parent company to ETOH and AgTech—is Shawn Sheehan ("Sheehan"). *Id.*, at ¶ 11.

10.      Sheehan is a co-founder of a company known as Wynk ("Wynk") with Defendants Parzych and Rittenburg.[2] The trademark of "Wynk" is owned by AgTech. *Id.*, at ¶ 12.

11.      Parzych and Sheehan co-founded Wynk in October 2020, close to a year before the Bankruptcy Case was filed. *Id.*, at ¶ 13.

12.      Wynk sells an alcoholic beverage that is infused with cannabis. *Id.*, at ¶ 14.

13.      The Company previously developed a nearly identical product under the brand name CBDelight and it is believed that Wynk has misappropriated the Company's intellectual property to start its business. *Id.*, at ¶ 15.

14.      In fact, many of the employees at Wynk previously worked for the Company in nearly identical roles. *Id.*, at ¶ 16.

15.      Detailed time entries submitted in the Bankruptcy Case also uncovered that ETOH was in negotiations to either purchase the Company's debts or purchase the business assets outside of bankruptcy, while also playing a vital role in developing the Company's bankruptcy strategy as it was revealed to be a "stalking horse" bidder. *Id.*, at ¶ 17.

---

[1] AgTech VI, LLC and AgTech PA, LLC herein after shall be referred to collectively as ("AgTech").
[2] *See* Bevnet.com, "THC Seltzer Brand Wynk Enters the Functional Beverage Category with Inventive Production Model", August 16, 2021, accessed at https://www.bevnet.com/news/2021/thc-seltzer-brand-wynk-enters-the-functional-beverage-category-with-inventive-production-model/, on December 15, 2022.

LORUBBIO0566090

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

16.     By way of another example, ETOH provided funds to unrelated third parties for equipment and supplies that were ordered and "paid" by the Company, even though the equipment and sales were of no use to the Company based on its business. *Id.*, at ¶ 18.

17.     All this information was kept in secret and only uncovered because an unrelated entity, Millstone Spirits Group, LLC, successfully placed the highest bid to purchase the Company and foiled the plan of "insiders" to purchase the Company out of bankruptcy. *Id.*, at ¶ 19.

18.     In addition, another entity, Can Man, LLC d/b/a Best Bev ("Best Bev"), also appears to have improperly benefitted from the assets of the Company. *Id.*, at ¶ 20.

19.     Defendant Rittenburg is the Chief Operations Officer at Best Bev and numerous employees at BestBev previously worked for the Company in similar roles.[3] *Id.*, at ¶ 21.

20.     Although she is not listed on BestBev's website, Kelly Festa, the former Chief Financial Officer at the Company, now works for Best Bev. Ms. Festa also appeared on invoices meant for the Company, but which listed ETOH next to her name. *Id.*, at ¶ 22.

21.     Best Bev is in the business of co-packing and beverage manufacturing, which is the *exact* business the Company conducted. *Id.*, at ¶ 23.

22.     Without the Bankruptcy Case (which Plaintiff is not a party to), Plaintiff had no reasonable means of discovering the additional improper actions of these entities and individuals. *Id.*, at ¶ 24.

23.     Pennsylvania Rule of Civil Procedure 1033 provides that an amendment to the pleadings may be made at any time by consent of the parties or by leave of court, including "to conform the pleading to the evidence offered or admitted [at trial]".

_____

[3] *See* https://bestbev.co/meet-the-team/, accessed on December 15, 2022.

LORUBBIO0566091

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

24.     It is firmly established that leave to amend pursuant to Rule 1033 "should be liberally granted so that cases are determined on their merits." *Meyers v. Volvo Cars of N.A., Inc.*, 852 A.2d 1221, 1229 (Pa. Super. Ct. 2004)

25.     "Pleadings may be amended ... after pleadings are closed, while a motion for judgment on the pleadings is pending, at trial, after judgment, or after an award has been made and an appeal taken therefrom." *Bilgan v. Bilgan*, 330 Pa. Super 512, 521, 479 A.2d 1021, 1025-226 (1984).

26.     "The determination of whether to grant leave to amend a complaint lies within the sound discretion of the trial court; such leave should not be granted if it results in surprise or prejudice to the other party or where the amendment is against a positive rule of law." *Dep't of Transp. v. Pennsylvania Indus. for Blind & Handicapped*, 886 A.2d 706, 715 (Pa. Commw. Ct. 2005) (citing *Bogert v. Allentown Housing Authority*, 426 Pa. 151, 157–58, 231 A.2d 147, 150 (1967)).

27.     Prejudice has been defined as something greater than a mere detriment to the other party, since any amendment would be intended to strengthen the amending party's legal position and weaken the opposing party's position. *See* 6 Standard Pennsylvania Practice 2d § 30:5; *see also Capobianchi v. BIC Corp.*, 666 A.2d. 344, 346 (Pa. Super. Ct. 1995).

28.     The filing of a Second Amended Complaint will not prejudice the Defendants who cannot claim to be surprised by the potential amendments, as it has been demonstrated Defendants are intertwined with the parties named above, and were fully aware of their own actions.

29.     Additionally, Plaintiff has recently filed a motion seeking a conference so that a new case management order may be entered that will provide ample time for the parties to properly conduct discovery and explore the new allegations in Plaintiff's amended pleading.

30.     Accordingly, Plaintiff respectfully requests leave of this Court to file a Second Amended Complaint to include these newly discovered parties and facts in the interests of justice.

31.     If leave to amend is not granted, Plaintiff will be greatly prejudiced as it is believed that Defendants may have acted with these additional parties in an effort to fraudulently transfer assets; and that Defendants may all be judgment-proof.

**WHEREFORE,** Plaintiff respectfully requests this Court to grant Plaintiff leave to file a Second Amended Complaint.

SIDKOFF, PINCUS & GREEN, P.C.

*/s/ Casey Green*
Casey Green, Esquire
Rachel Dennis, Esquire
Shawn McBrearty, Esquire
1101 Market Street, Suite 2700
Philadelphia, PA 19107
(215) 574-0600
(215) 574-0310 (fax)

Dated: December 20, 2022

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Shawn McBrearty, Esq.

LORUBBIO0566093

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of
the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

# Exhibit A

LORUBBIO0566094

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

| | |
|---|---|
| ANTHONY LORUBBIO | : COURT OF COMMON PLEAS OF |
| | : BUCKS COUNTY |
|          *Plaintiff,* | : |
| | : CIVIL ACTION – LAW |
| v. | : |
| | : NO. 2021-01816 |
| CASEY PARZYCH, POLEBRIDGE LLC, | : |
| ASHLEIGH BALDWIN, and ANGUS | : |
| RITTENBURG | : |
|          *Defendants.* | : |
| | : |
| | : |

## <u>DECLARATION OF PLAINTIFF, ANTHONY LORUBBIO</u>

I, Anthony Lorubbio, declare that the following is true and correct:

1.     I am over the age of eighteen and have personal knowledge of the statements made in this Declaration.

2.     I am the Plaintiff in the above case. This Declaration is submitted in support of Plaintiff's Motion for Leave to Amend Plaintiff's First Amended Complaint (the "Motion").

3.     Defendant, Casey Parzych ("Parzych"), and myself are co-founders of Midnight Madness Distilling, LLC ("Company"), a Pennsylvania distillery that experienced significant and rapid success, growing from zero to hundreds of thousands of dollars to almost ten million dollars from 2014 through 2019—an average growth of over 150% year-over-year.

4.     Parzych; however, in breach of his contractual and fiduciary duties to me and the Company, began funneling Company monies and benefits to Defendant, Polebridge LLC ("Polebridge"), which is owned by Defendants, Ashleigh Baldwin ("Baldwin") and Angus Rittenberg ("Rittenberg"), Parzych's wife and close friend, respectively.

5.     After I objected to these unlawful actions, Parzych wrongfully removed me from the Company, while concealing critical information, including how assets of the Company were unlawfully transferred.

1

LORUBBIO0566095

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

6.    On April 2, 2021, I initiated the instant matter by filing a Complaint against Defendants, in which I alleged claims for, *inter alia*, breach of contract and breach of fiduciary duty.

7.    In response, the Company, through Parzych, filed a Petition for Bankruptcy in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania (No. 21-11750-mdc) on June 21, 2021 (the "Bankruptcy Case").

8.    The Bankruptcy Case, which began as a Chapter 11 Petition and was converted to a Chapter 7 action, has been active and involved numerous creditors (there are presently 295 docket entries).

9.    A United States Trustee for the Bankruptcy Case, Bonnie Finkel, was appointed by the bankruptcy court and has been collecting discovery that is relevant to the instant litigation and was previously unknown to me.  This newly uncovered information forms the basis for the Motion as I seek to add additional defendants to this case.

10.    For example, it was revealed in the Bankruptcy Case that Defendant Polebridge was not the only entity or individual that has improperly benefitted from the money and assets that rightfully belong to the Company.

11.    ETOH Worldwide, LLC ("ETOH"), AgTech VI, LLC and AgTech PA, LLC[1] are wholly owned subsidiaries of XO Energy Worldwide, LLP ("XO"). The President of XO— parent company to ETOH and AgTech—is Shawn Sheehan ("Sheehan").

12.    Sheehan is a co-founder of a company known as Wynk ("Wynk") with Defendants Parzych and Rittenburg.[2] The trademark of "Wynk" is owned by AgTech. *See id.*

---

[1] AgTech VI, LLC and AgTech PA, LLC herein after shall be referred to collectively as ("AgTech").
[2] *See* Bevnet.com, "THC Seltzer Brand Wynk Enters the Functional Beverage Category with Inventive Production Model", August 16, 2021, accessed at https://www.bevnet.com/news/2021/thc-seltzer-brand-wynk-enters-the-functional-beverage-category-with-inventive-production-model/, on December 15, 2022.

LORUBBIO0566096

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

13.     Parzych and Sheehan co-founded Wynk in October 2020, close to a year before the Bankruptcy Case was filed.

14.     Wynk sells an alcoholic beverage that is infused with cannabis.

15.     The Company previously developed a nearly identical product under the brand name CBDelight and it is believed that Wynk has misappropriated the Company's intellectual property to start its business.

16.     In fact, many of the employees at Wynk previously worked for the Company in nearly identical roles.

17.     Detailed time entries submitted in the Bankruptcy Case also uncovered that ETOH was in negotiations to either purchase the Company's debts or purchase the business assets outside of bankruptcy, while also playing a vital role in developing the Company's bankruptcy strategy as it was revealed to be a "stalking horse" bidder.

18.     By way of another example, ETOH provided funds to unrelated third parties for equipment and supplies that were ordered and "paid" by the Company, even though the equipment and sales were of no use to the Company based on its business.

19.     All this information was kept in secret and only uncovered because an unrelated entity, Millstone Spirits Group, LLC, successfully placed the highest bid to purchase the Company and foiled the plan of "insiders" to purchase the Company out of bankruptcy.

20.     In addition, another entity, Can Man, LLC d/b/a Best Bev ("Best Bev"), also appears to have improperly benefitted from the assets of the Company.

21.     Defendant Rittenburg is the Chief Operations Officer at Best Bev and numerous employees at BestBev previously worked for the Company in similar roles.[3]

---

[3] *See* https://bestbev.co/meet-the-team/, accessed on December 15, 2022.

LORUBBIO0566097

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: Shawn McBrearty, Esq.

22.    Although she is not listed on BestBev's website, Kelly Festa, the former Chief Financial Officer at the Company, now works for Best Bev. Ms. Festa also appeared on invoices meant for the Company, but which listed ETOH next to her name.

23.    Best Bev is in the business of co-packing and beverage manufacturing, which is the *exact* business the Company conducted.

24.    Without the Bankruptcy Case (which I am not a party to), I had no reasonable means of discovering the additional improper actions of these entities and individuals.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: <u>December 20, 2022</u>                    _____
                                                 Anthony Lorubbio

4

LORUBBIO0566098

Case# 2021-01816-30 - JUDGE:34 Received at County of Bucks Prothonotary on 12/20/2022 2:55 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: Shawn McBrearty, Esq.

## CERTIFICATE OF SERVICE

I, Shawn McBrearty, Esquire, hereby certify that on this date, I caused a true and correct copy of the foregoing to be filed electronically and will be available for viewing upon the following:

**ROGERS COUNSEL**
Lance Rogers
Joseph R. Hefferen
26 East Athens Avenue
Ardmore, PA  19003
lance@rogerscounsel.com
joe@rogerscounsel.com

*/s/ Shawn McBrearty*
Shawn McBrearty, Esquire

Dated:  December 20, 2022

LORUBBIO0566099