# EXHIBIT 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re | : | Chapter 7 |
|  | : |  |
| MIDNIGHT MADNESS DISTILLING LLC, | : | Case No. 21-11750-MDC |
|  | : |  |
| Debtor. | : | Jointly Administered |
|  | : |  |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC, | : | Adv. Proc. No. 23-00047-MDC |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| CASEY PARZYCH, *et al.*, | : |  |
|  | : |  |
| Defendants. | : |  |

**PLAINTIFF'S OMNIBUS RESPONSES AND OBJECTIONS TO
DEFENDANTS' REQUESTS FOR PRODUCTION**

Pursuant to Rule 7034 of the Federal Rules of Bankruptcy Procedure, Plaintiff Bonnie B. Finkel (the "Trustee"), in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC (the "Debtor"), by and through undersigned counsel, serves the following responses and objections to the First Sets of Requests for Production served by Defendants Angus Rittenburg, Ashleigh Baldwin, Best Bev, LLC, Canvas 340, LLC, Casey Parzych, Good Design, Inc., Kelly Festa, Michael Boyer, Polebridge, LLC, R.F. Culbertson, Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW LLC, AgTech PA, LLC, Can Man, LLC, and Ryan Uszenski.

**PRELIMINARY OBJECTIONS**

Plaintiff objects to Defendants' Definitions and Instructions to the extent they seek to impose upon Plaintiff any obligation that is greater than that which is required by the Federal Rules of Civil Procedure or the Federal Rules of Bankruptcy Procedure, and to the extent they seek documents not in the possession of Plaintiff.

## OMNIBUS OBJECTIONS AND RESPONSES

Plaintiff objects to providing paragraph by paragraph responses and objections to Defendants' First Sets of Requests for Production as doing so represents an undue burden and an intent to harass the Trustee due to the sheer number of requests (214 collectively) and the fact that many of the requests are duplicative and redundant.  Plaintiff objects to all requests to the extent they call for production of information subject to the attorney-client privilege, the work product doctrine, and/or any other applicable privilege or protection.  With the exception of the following requests, to which more specific objections are provided, Plaintiff has produced or will produce all non-privileged documents in her possession which concern the allegations of the Amended Complaint and potential defenses thereto and which may be responsive to the document requests.  Plaintiff specifically objects to Select Defendants' Requests ##5 and 6 as premature as discovery in this matter is ongoing and she has not yet made a decision as to the use of expert witnesses or trial exhibits in this matter.  Plaintiff will produce information regarding expert witnesses and trial exhibits in the time and manner required by the Scheduling Order and the applicable Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and

2

local rules.

                                  */s/ Andrew Belli*

Steven M. Coren, Esq.
Andrew J. Belli, Esq.
**COREN & RESS, P.C.**
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
T: (215) 735-8700/F: (215) 735-5170
scoren@kcr-law.com
abelli@kcr-law.com

*Attorneys for Plaintiff*

Dated:  June 27, 2025

3