# EXHIBIT 11

**Brannick, Nicholas J**

| | |
|---|---|
| **From:** | Brannick, Nicholas J |
| **Sent:** | Friday, February 27, 2026 10:59 AM |
| **To:** | Andrew Belli |
| **Cc:** | Heilman, Leslie C.; Kearney, Brian |
| **Subject:** | Midnight Madness - ESI Search Terms |
| **Attachments:** | MMD - Search Term Review 4925-7818-5106 1.xlsx |

Andrew,

We have undertaken a review of the ESI protocol you provided to the defendants in an effort to come up with something workable to move discovery forward.  Our review is provided in the attached spreadsheet.

We have placed the 259 search terms in your protocol into three buckets:

Yes – the Sheehan defendants will run the term, subject to agreeing to a date range.

No – the Sheehan defendants reject the term for the reason stated in the spreadsheet.

Trustee to Explain – we don't understand why the search term was proposed and request that you provide an explanation.

There are two search terms we did not categorize because we think they require discussion, and one we think contains an error.

We have identified proposed custodians and their e-mail addresses in the second tab of the spreadsheet.

We think it would be productive for you to have an opportunity to review the attached before we file our objection to the motion to compel.  Accordingly, we ask that our objection deadline be continued to next Wednesday, March 4.  That will give you enough time to file a reply before the hearing if filing the objection proves necessary.

We look forward to hearing from you regarding the attached analysis and our request to push out the objection deadline.

Thank you,
Nick

**Nicholas J. Brannick**

**Ballard Spahr** LLP

919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034

1

302.252.4464 DIRECT
302.252.4466 FAX

302.357.2590 MOBILE | brannickn@ballardspahr.com
VCARD

--------------------------------

www.ballardspahr.com

*Please note that Ballard Spahr's Delaware office is moving. Effective March 16, our new address will be 222 Delaware Avenue, 10th Floor, Wilmington, DE 19801-3034.*

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| Blobe | Discuss | | | |
| Coughlin | Discuss | | | |
| !@dgpmanagement.com | ERROR | | | This is presumably a typo?  DPG? |
| Parzych.cs@gmail.com | No | | Duplicative of Parzych. | |
| Sheehan | No | | Protocol states this is unnecessary and running Sheehan across XO data is irrational. | |
| Uszenski | No | | Employee of XO.  XO account included as custodian. | |
| Wynk | No | | Brand controlled by Sheehan entity.  All claims vs. AgTech VI, LLC, which owned Wynk, dismissed. | |
| DrinkWynk | No | | Duplicative of Wynk | |
| !@drinkwynk.com | No | | Duplicative of Wynk | |
| !fabereasydrinking.com | No | | Duplicative of Faber | |
| !@fabersanitizer.com | No | | Duplicative of Faber | |
| !@bestbev.co | No | | Duplicative of BestBev | |
| Madness | No | | Generic term. | |
| AgTech | No | | Entity owned by Sheehan.  Dismissed | |
| "Ag Tech" | No | | Entity owned by Sheehan. Dismissed | |
| @agtechvi.com | No | | Duplicative of AgTech | |
| THC | No | | Generic term. | |
| CBD | No | | Generic term. | |
| cannabis | No | | Generic term | |
| XO | No | | Entity owned by Sheehan. | |
| "X/O" | No | | Entity owned by Sheehan. | |
| !@xo-energy.com | No | | Entity owned by Sheehan. | |
| EtOH | No | | Entity owned by Sheehan. Dismissed. | |
| AGTVI | No | | Entity owned by Sheehan. Dismissed. | |
| "2512 Quakertown" | No | | Why would we search addresses? | Why is this relevant to Sheehan-related entites? |
| "300 Commerce" | No | | Why would we search addresses? | Why is this relevant to Sheehan-related entites? |
| Canvas | No | | Entity owned by Sheehan. | |
| Carey | No | | Employed by XO. | |
| Drangula | No | | Employed by XO. | |
| beverage | No | | Generic term and the entire purpose of the businesses at issue. | |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| liquor | No | | Generic term and the entire purpose of the businesses at issue. | |
| distill! | No | | Generic term and the entire purpose of the businesses at issue. | |
| "!565-5845" | No | | Why would we search a phone number? | |
| "!268-6071" | No | | Why would we search a phone number? | |
| wagon | No | | Generic term | |
| "2600 Milford" | No | | Why would we search addresses? | |
| NDA | No | | Generic term.  Why is this relevant? | |
| "non-disclosure" | No | | Generic term.  Why is this relevant? | |
| DPG | No | | Not covered by any document request. | |
| "118 North" | No | | Why would we search addresses? | |
| "118 N!" | No | | Why would we search addresses? | |
| sanitizer | No | | Generic term. | Why is this relevant to Sheehan-related entities? |
| distribu! | No | | Generic term. | |
| ethanol | No | | Generic term. | |
| Square | No | | Generic term. | |
| POS | No | | Generic term. | |
| "Roberts Oxygen" | No | | The allegation is that Debtor paid this entity for Best Bev on 6/14/21, 8/18/21 and 8/19/21.  At that time, Best Bev was a d/b/a for Can Man.  Best Bev, LLC did not exist until 6/13/22.  Best Bev, LLC and Can Man, LLC are distinct entities.  The allegations of the complaint make clear this term is irrelevant to Sheehan defendants. | |
| "O-I Packaging" | No | | The allegation is that Debtor paid this entity for Best Bev on 7/14/21 and 8/12/21.  At that time, Best Bev was a d/b/a for Can Man.  Best Bev, LLC did not exist until 6/13/22.  Best Bev, LLC and Can Man, LLC are distinct entities.  The allegations of the complaint make clear this term is irrelevant to Sheehan defendants. | |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| Zuckerman | No | | The allegation is that Debtor paid this entity for Best Bev on 8/31/21 and 9/13/21. At that time, Best Bev was a d/b/a for Can Man. Best Bev, LLC did not exist until 6/13/22. Best Bev, LLC and Can Man, LLC are distinct entities. The allegations of the complaint make clear this term is irrelevant to Sheehan defendants. | |
| shadow | No | | Generic term. Why is this relevant? | |
| copack! | No | | BestBev is a copacker. | |
| "co-pack!" | No | | BestBev is a copacker. | |
| Rebellion | No | | Generic term | |
| "!987-5616" | No | | Why would we search a phone number? | |
| Drifter | No | | Not covered by any document request. | |
| Charette | No | | Employed by XO. Custodian. | |
| Unattended | No | | Generic term | |
| "2300 Trumbauersville" | No | | Why would we search addresses? | |
| evasion | No | | Generic term | |
| excise | No | | Generic term | |
| bankruptcy | No | | Generic term | |
| Ugly | No | | Generic term | |
| veil | No | | Generic term | |
| !@robertsoxygen.com | No | | The allegation is that Debtor paid this entity for Best Bev on 6/14/21, 8/18/21 and 8/19/21. At that time, Best Bev was a d/b/a for Can Man. Best Bev, LLC did not exist until 6/13/22. The allegations of the complaint make clear this term is irrelevant to Sheehan defendants. | |
| "PO Box 391" | No | | Why would we run an address? | |
| "PO Box 46" | No | | Why would we run an address? | |
| "PO Box 273" | No | | Why would we run an address? | |
| "PO Box 576" | No | | Why would we run an address? | |
| "PO Box 171" | No | | Why would we run an address? | |
| "PO Box 48" | No | | Why would we run an address? | |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| "1619 New London" | No | | Why would we run an address? | |
| 479029824486 | No | | Random numbers. | |
| "revenue tracker" | No | | Common business term. | |
| "revenue model!" | No | | Common business term. | |
| "sales by rep" | No | | Common business term. | |
| Schedules | No | | Generic term. | |
| "American Express" | No | | Generic term and no allegations in the Amended Complaint relevant to Sheehan Defendants. | |
| "AmEx" | No | | Generic term and no allegations in the Amended Complaint relevant to Sheehan Defendants. | |
| "Capitol One" | No | | Generic term and no allegations in the Amended Complaint relevant to Sheehan Defendants. | |
| "Capital One" | No | | Generic term and no allegations in the Amended Complaint relevant to Sheehan Defendants. | |
| Finland | Trustee Explain | | | Why is this relevant to Sheehan-related entites? |
| ETP | Trustee Explain | | | Why is this relevant to Sheehan-related entites? |
| Zeller | Trustee Explain | | | Relevance of term? |
| Pitts | Trustee Explain | | | Why is this relevant to Sheehan-related entites? |
| Aguilar | Trustee Explain | | | Why is this relevant to Sheehan-related entities? |
| Kobos | Trustee Explain | | | Relevance of term?  Why is this relevant to Sheehan-related entities? |
| Fahie | Trustee Explain | | | Relevance of term?  Why is this relevant to Sheehan-related entities? |
| "mobile production" | Trustee Explain | | | Relevance? |
| Siphon | Trustee Explain | | | Why is this relevant to Sheehan-related entities? |
| "Express Employment" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| 02498 | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Berlin Packaging" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Maho | Trustee Explain | | | Relevance of term? |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| Thatch | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Lavango | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Henley | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Mingo | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Quonset | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Onda | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Thompson | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Bearden | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Flatley | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Mitchell | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Steiner | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Hoover | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Newco | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Wieand | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| kglobal | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "administrative expense" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "commission tracker" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "master historical sales" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| "sani sourced" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "master sheet" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Cassell | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| pjefferson@milesstockbridge.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Iron Heart" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Good Dudes" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| JGD | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| GRIT | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Power Brands" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| jmwalker@nshmlaw.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@blankrome.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| TTB | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| PLCB | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "hand-sani" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| rwfrank@yahoo.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !rwfranklaw.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@newlibertydistillery.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@whismangiordano.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| !@norrislaw.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !,@norris-law.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| dsmith@skhlaw.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@narrangansettbeer.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@mmdistilling.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@mericanmule.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "happy hour drinks" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "hive cocktail" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Zimmerman | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Mondoc | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Heitz | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Sip Margs" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@sipmargs.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@tamworthgarden.cm | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Kawama | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Parker Dev" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Sawyer | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Topicz | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| Mancini | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| KeHE | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Moxie | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Reliva | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| (keith w/3 canning) | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Sawyer Island" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Fosbenner | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Pour Bro!" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Brody! | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Quaker City" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| QCM | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Escape Goat" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Island Distric!" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Dinghy | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Merican | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Magic Bullet" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Trinity | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Off the Rail" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| (chris w/s herman) | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Church Street" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "good company" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| smutty! | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Vatsan | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| maximliberty078@gmail.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@maximliberty.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Maxim | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Virgin | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Vext | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Good Cat" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Plantation | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Ottone | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Narragansett | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Rebound | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Wherehouse | Trustee Explain | | | |
| Hempso | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Latitude 18" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| Botanacor | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Dutch Valley" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| McMaster | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Esten | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Shopify | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Wepackit | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Trout Brothers" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Keyence | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Scott Laboratories" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| ManyChat | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Maine Distilling" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Stripe | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Penn Community" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Squarespace | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Agilent | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "National Chemical" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| theobaldandoppenheimer@gmail.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Millcraft | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| Utica | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Westrock | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| HMK | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| DocHub | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Encrypted Email" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !ppencrypt.ppsecureemail! | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| SecureMail | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@go-ironclad.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| JumpFly | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Penske | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Classic Temp" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "cannot pay by cc" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "mo filing" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| !@finestkindbrewing.com | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| NYCO | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "customs bond" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Palmer | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Tamworth | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| "Q hut" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "new invoice needed" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Leadership Brands" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Chirin | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| FET | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| "Vendor List" | Trustee Explain | | | Relevance of term? Why is this relevant to Sheehan-related entities? |
| Casey | Yes | 11/25/20 - 9/17/21 | | See time period in R&Os to RFPs by Parzych |
| Parzych | Yes | 11/25/20 - 9/17/21 | | See time period in R&Os to RFPs by Parzych |
| Angus | Yes | 5/1/20 - 9/17/21 | | See time period in R&Os to RFPs by Rittenburg |
| Rittenburg | Yes | 5/1/20 - 9/17/21 | | See time period in R&Os to RFPs by Rittenburg |
| Festa | Yes | 4/21/20 - 9/17/21 | | See time period in R&Os to RFPs by Festa |
| kellyann921@yahoo.com | Yes | 4/21/20 - 9/17/21 | | See time period in R&Os to RFPs by Festa |
| Ashleigh | Yes | 4/9/20 - 9/17/21 | | See time period in R&Os to RFPs by Baldwin |
| Baldwin | Yes | 4/9/20 - 9/17/21 | | See time period in R&Os to RFPs by Baldwin |
| Boyer | Yes | 1/1/21 - 9/17/21 | | See time period in R&Os to RFPs by Boyer |
| mkbpatent@hotmail.com | Yes | 1/1/21 - 9/17/21 | | See time period in R&Os to RFPs by Boyer |
| RF | Yes | 1/18/21 - 9/17/21 | | See time period in R&Os to RFPs by Culbertson |
| Culbertson | Yes | 1/18/21 - 9/17/21 | | See time period in R&Os to RFPs by Culbertson |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| Polebridge | Yes | 1/1/19 - 9/17/21 | | See time period in R&Os to RFPs by Poleridge |
| "Good Design" | Yes | 1/1/19 - 9/17/21 | | See time period in R&Os to RFPs by Poleridge |
| GDI | Yes | 1/1/19 - 9/17/21 | | See time period in R&Os to RFPs by Poleridge |
| !@gooddesigninc.com | Yes | 1/1/19 - 9/17/21 | | See time period in R&Os to RFPs by Poleridge |
| Faber | Yes | 1/1/20 - 9/17/21 | | See time period in R&Os to RFPs by Poleridge |
| "Best Bev" | Yes | 1/1/20 - 9/17/21 | | The Complaint alleges that Can Man, LLC was formed 5/3/21 and used Best Bev as a d/b/a.  Best Bev, LLC was formed 6/13/22.  The two entities are separate and distinct.  Having Sheehan run "Best Bev" after the formation of Best Bev, LLC would result in every document regarding Best Bev being picked up by the search. |
| BestBev | Yes | 1/1/20 - 9/17/21 | | The Complaint alleges that Can Man, LLC was formed 5/3/21 and used Best Bev as a d/b/a.  Best Bev, LLC was formed 6/13/22.  The two entities are separate and distinct.  Having Sheehan run "Best Bev" after the formation of Best Bev, LLC would result in every document regarding Best Bev being picked up by the search. |
| !@drinkcbdelight.com | Yes | 1/1/20 - 9/17/21 | | See time period in R&Os to RFPs by Poleridge |
| "Can Man" | Yes | 5/3/21 - 9/17/21 | | Can Man did not exist until 5/3/21, so no reason to search before 1/1/21, and no reason to go beyond sale of debtor's assets. |
| CanMan | Yes | 5/3/21 - 9/17/21 | | Can Man did not exist until 5/3/21, so no reason to search before 1/1/21, and no reason to go beyond sale of debtor's assets. |
| "T&O" | Yes | 1/1/20 - 9/17/21 | | |
| Theboald | Yes | 1/1/20 - 9/17/21 | | |

| Search Term | Search (Yes/No/Trustee Explain) | Time Period | Reason Rejected | Comment |
|---|---|---|---|---|
| "Theo and Opp" | Yes | 1/1/20 - 9/17/21 | | |
| MMD | Yes | 1/1/20 - 9/17/21 | | |
| !Delight | Yes | 1/1/20 - 9/17/21 | | |
| !@drinkcannabisusa.com | Yes | 1/1/20 - 9/17/21 | | |
| PNC | Yes | 1/1/20 - 9/17/21 | | |
| Millstone | Yes | 6/1/21 - 9/17/21 | | Cannot be anything relevant before the petition date and no reason to go beyond the sale date. |
| !@theoandopp.com | Yes | 1/1/20 - 9/17/21 | | |
| rfc@culbertsons.com | Yes | 1/18/21 - 9/17/21 | | See time period in R&Os to RFPs by Culbertson |
| !@flastergreenberg.com | Yes | 1/1/21 - 9/17/21 | | No indication Flaster was involved prior to 2021 and no reason to go beyond sale date. |
| !@parzychconstruction.com | Yes | 1/1/20 - 9/17/21 | | |

| Custodian Name | Email Address |
|---|---|
| Shawn Sheehan | ssheehan@xo-energy.com |
| John Charette | jcharette@xo-energy.com |
| Ryan Uszenski | ruszenski@xo-energy.com |