**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>        **Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>        **Defendants.** | **Adv. No. 23-00047-PMM** |

**SUPPLEMENTAL DECLARATION OF ANDREW J. BELLI IN SUPPORT
OF THE TRUSTEE'S MOTION TO COMPEL DISCOVERY**

I, Andrew J. Belli, hereby declare as follows:

1.    I am counsel to Bonnie B. Finkel, the Chapter 7 Trustee (the "Trustee") for the Debtor, in the above-captioned adversary proceeding.

2.    I make this declaration on my own knowledge and belief in further support of the Trustee's motion to compel discovery (the "Motion").

3.    True and correct copies of the documents cited in the Trustee's Reply Brief are attached hereto as follows:

| Ex. | Description |
|---|---|
| I | 4/13/20 email from C. Drangula to various recipients (including Org Chart attachment) |
| J | 6/15/20 email chain from J. Moran to various recipients |
| K | Spreadsheet Containing Kelli Sheehan Browser History Data |
| L | Printout of https://www.bidspotter.com/en-us/auction-catalogues/new-mill-capital/catalogue-id-bscnew10453 |

1

| M | Screenshot taken from https://www.bidspotter.com/en-us/auction-catalogues/new-mill-capital/catalogue-id-bscnew10453/lot-3a2d9358-7dc3-4e9d-81a2-b2c901120d6d |
| N | 12/28/20 Appraisal of Debtor's equipment |
| O | Printout of Shawn Sheehan's LinkedIn Page |
| P | Printout of https://drinkwynk.com/policies/contact-information |
| Q | May 2023 email exchange between A. Belli and M. Hamermesh |
| R | 11/22/21 email from I. Kobos to R. Cassell |

4.      Exhibit K reflects data contained in the "ksheehan" Users folder of a Debtor hard drive, specifically the "History" files used by Google's Chrome internet browser.  I used the freeware program BrowserHistoryView to process the data from History files spanning different date ranges into a decipherable format, and exported the results to the spreadsheet attached hereto as Exhibit K.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2026

/s/ Andrew J. Belli
Andrew J. Belli
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA  19103
Tel. (215) 735-8700