# EXHIBIT I

| From: | Carey Drangula |
|---|---|
| Sent: | Monday, April 13, 2020 6:28 PM UTC |
| To: | Frank, Ronald W. |
| CC: | Casey Parzych; mike boyer; Shawn Sheehan |
| Subject: | Re: Follow Up Call |
| Attachments: | EtOH VI, LLC - Technical and Professional Services Agreement - Polebridge, LLC.docx, Sample org chart - flow of funds EtOH LLC.xlsx |

Hello everyone,

In preparation for our call, I've attached a slightly revised structure chart together with a draft technical and professional services agreement between EtOH, LLC and Polebridge Limited Liability Company.

I look forward to speaking to you later this afternoon.

Best,
Carey

On Mon, Apr 13, 2020 at 2:13 PM Frank, Ronald W. <RFrank@blankrome.com> wrote:
  4:30 pm works for me. Will you circulate a call in number?  Ron

  Sent from my iPhone


    On Apr 13, 2020, at 1:19 PM, Casey Parzych <casey@gooddesigninc.com> wrote:



    Hi all- Mike Boyer is available at 4:30PM.  Please let us know if that works.

    On Mon, Apr 13, 2020 at 12:26 PM Casey Parzych <casey@gooddesigninc.com> wrote:
      All - Mike Boyer CCed is my general council.
      Mike-
      I think we have some clear direction on how we would like to arrange this project between all of the entities.  Can you provide a time that works for you to discuss?  There are some IP elements I think you will enjoy solving.
      You and I can touch base prior to the call with everyone.
      Thanks,
      Casey
      --
      **CONFIDENTIALITY AND PRIVACY NOTICE:** Information transmitted in this email is proprietary to Good Design Inc (and its affiliates, including Polebridge, LLC) and is intended for use only by the individual or entity to which it is addressed.  It may contain information that is private, privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient or it appears that this mail has been forwarded to you without proper authority, you are notified that any use or dissemination of this information in any manner is strictly prohibited. In such cases, please inform the sender and delete this mail from your records.


      --

BR012355

**CONFIDENTIALITY AND PRIVACY NOTICE:** Information transmitted in this email is proprietary to Good Design Inc (and its affiliates, including Polebridge, LLC) and is intended for use only by the individual or entity to which it is addressed.  It may contain information that is private, privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient or it appears that this mail has been forwarded to you without proper authority, you are notified that any use or dissemination of this information in any manner is strictly prohibited. In such cases, please inform the sender and delete this mail from your records.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BR012356

**Hand Sanitizer Org chart**



| | |
|---|---|
| **Midnight Madness Distilling, LLC** (Pennsylvania limited liability company) | **Polebridge Limited Liability Company** (Pennsylvania limited liability company) |

PLB purchases finished product from MMD at cost; PLB sells finished product. Sales revenue reflected on GDI. GDI is the sole member of PLB.

**EtOH VI, LLC** (U.S. Virgin Islands limited liability company)

XO Energy Worldwide, LLLP is the sole member of EtOH VI, LLC

**XO Energy Worldwide, LLLP** (US Virgin Islands limited liability limited partnership)

MMD purchases raw materials, covers payroll, etc. PLB pays for these at cost.

PLB pays EtOH VI, LLC a technical and professionnal services fee.

EtOH VI, LLC revenues flow to XO WW.