# EXHIBIT J

| | |
|---|---|
| **From:** | Moran, Joseph T. |
| **Sent:** | Monday, June 15, 2020 5:03 PM UTC |
| **To:** | 'Casey Parzych'; 'mike boyer' |
| **Subject:** | RE: 1 Alternative to PGP |

Well, I had sent an email to our guy re: what they had found from earlier request, so I will forward you whatever I get. Sorry for the miscommunication on our part. Regards, Joe

**Joseph T. Moran** | BLANKROME
501 Grant Street | Suite 850 | Pittsburgh, PA 15219
O: 412.932.2811 | F: 412.774.6106 | jmoran@blankrome.com
C: 412.295.5778

**From:** Casey Parzych <casey@fabersanitizer.com>
**Sent:** Monday, June 15, 2020 12:48 PM
**To:** Moran, Joseph T. <JMoran@BlankRome.com>; mike boyer <mkbpatent@hotmail.com>
**Subject:** Fwd: 1 Alternative to PGP

Joe,

Sorry for the fire drill....

Mike is going to handle this one.

Thanks,
Casey

---------- Forwarded message ---------
From: **Casey Parzych** <casey@fabersanitizer.com>
Date: Sat, Jun 13, 2020 at 7:12 PM
Subject: Re: 1 Alternative to PGP
To: Moran, Joseph T. <JMoran@blankrome.com>
CC: Shawn Sheehan <shawn@fabersanitizer.com>, Angus Rittenburg <angus@fabersanitizer.com>

Joe,

Looks like we never connected on this bankrupt distillery - can you check with your bankruptcy team and see if they dug up any info?

Thanks,
Casey

**BR005170**

On Fri, May 29, 2020 at 8:26 PM Casey Parzych <casey@fabersanitizer.com> wrote:

Joe did you get any answer on this?

On Sat, Apr 4, 2020 at 1:47 PM Moran, Joseph T. <JMoran@blankrome.com> wrote:

Casey: forwarded To our bankruptcy Group - will get you an answer

Sent from my iPhone

On Apr 4, 2020, at 1:31 PM, Moran, Joseph T. <JMoran@blankrome.com> wrote:

Will do!

Sent from my iPhone

On Apr 4, 2020, at 1:21 PM, Casey Parzych <casey@gooddesigninc.com> wrote:

Joe,

Anyone at your firm that could research this bankrupt facility to see if maybe we could grab it?

Happy to discus.

Thank you.

-Casey

---------- Forwarded message ---------
From: **Carey Drangula** <cdrangula@agtechvi.com>
Date: Sat, Apr 4, 2020 at 11:09 AM
Subject: Re: 1 Alternative to PGP
To: Casey Parzych <casey@gooddesigninc.com>
CC: Ryan Uszenski <ryan@centurywa.com>, Shawn Sheehan <ssheehan@xo-energy.com>

Casey,

Unfortunately, I can't reactivate my stateside-address-based PACER account as the site doesn't recognize my VI address.

BR005171

Your attorneys can obtain the bankruptcy info though.

Sorry about that,
Carey

On Sat, Apr 4, 2020 at 10:38 AM Carey Drangula <cdrangula@agtechvi.com> wrote:

I can take a look on PACER and see if there are more details.

On Sat, Apr 4, 2020 at 10:20 AM Casey Parzych <casey@gooddesigninc.com> wrote:

Ryan,

You mentioned that you saw PGP declared bankruptcy a few years back, and that gave me
an idea.

I was in a plant in upstate NY in ~2013 that was already set up and producing FCC and USP
grade ethanol.  They were using wheat as their base and could not compete with the corn
base ethanol coming from MGP so they folded. I do not remember the exact capacity but it
might be worth a look. Would we just call the lawyers to see what the status is? (never done
this before):

https://www.inforuptcy.com/community/bankruptcy-attorneys-and-news-14-31672-Lake-Distilling--LLC--nynbke_348097

--
**CONFIDENTIALITY AND PRIVACY NOTICE:** Information transmitted in this email is proprietary to Good Design Inc (and its
affiliates, including Polebridge, LLC) and is intended for use only by the individual or entity to which it is addressed.  It may
contain information that is private, privileged, confidential or exempt from disclosure under applicable law. If you are not the
intended recipient or it appears that this mail has been forwarded to you without proper authority, you are notified that any
use or dissemination of this information in any manner is strictly prohibited. In such cases, please inform the sender and delete
this mail from your records.

--
**CONFIDENTIALITY AND PRIVACY NOTICE:** Information transmitted in this email is proprietary to Good Design Inc (and its affiliates,
including Polebridge, LLC) and is intended for use only by the individual or entity to which it is addressed.  It may contain
information that is private, privileged, confidential or exempt from disclosure under applicable law. If you are not the intended
recipient or it appears that this mail has been forwarded to you without proper authority, you are notified that any use or
dissemination of this information in any manner is strictly prohibited. In such cases, please inform the sender and delete this mail
from your records.


********************************************************************************
********************

This message and any attachments may contain confidential or privileged information and are only
for the use of the intended recipient of this message. If you are not the intended recipient, please
notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and

BR005172

delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*********************************************************************************
********************

BR005173