# EXHIBIT L



home > auction catalogs > new mill capital > multi-million dollar beverage co-packer - asse...

# Multi-Million Dollar Beverage Co-Packer - Assets No Longer Required by Best Bev - 2023 Variety Pack, GPI 400, Can amd PET Lines, Silos, More

2023 Douglas Variety Pack Line, GPI Quickflex 400, S/S Silos, 2021 Palmer 12/4 Canner & Depal, Alvey 921 Palletizer, Fogg Filler, Mobile Canning Lines



**Auction closed** Ended Jul 22, 2025 1pm ET

⚒ View all auctions for New Mill Capital
📍 Multi-location - see lot details
⏱ Timed auction

Show auction details

---

Search lots... 🔍

● in this auction
○ lot number

### Refine your search

**Lots with images only** ☐

**Show only bulk lots** ☐

**Category** —

Processing (57)
Other Industrial Supplies & Equipment (22)
Handling & Packaging (18)
Tanks & Vessels (13)
Printers & Presses (7)

Show more ▼

---

Sort by  Lot Number ▾

List ▦  Grid ▦

158 item(s)  60 ▾ /page

‹  **1**  2  3  ›

This auctioneer has chosen to not publish their results. Please contact them directly for any inquiries.

| | | |
|---|---|---|
| **Rigging & Removal Information**<br><br>0A  Rigging & Removal Info<br>Lot closed<br>Location: **Waverly, New York** | **Payment Information**<br><br>0B  Payment Information<br>Lot closed<br>Location: **Waverly, New York** | **Registration Approvals**<br><br>0C  Auction Registrations Approvals<br>Lot closed<br>Location: **Waverly, New York** |

| | | |
|---|---|---|
| **Inspection Information**<br><br>0D  Auction Inspections - By Appointment Only<br>Lot closed<br>Location: **Waverly, New York** | <br>1  Walker 50,000 Gallon Stainless Steel Refrigerated Silo with Mandoor (Approx. 1...<br>Lot closed<br>Location: **Waverly, NY** | <br>2  Walker 50,000 Gallon Stainless Steel Refrigerated Silo with Mandoor (Approx. 1...<br>Lot closed<br>Location: **Waverly, NY** |

| | | |
|---|---|---|
| <br>2A  Bulk Bid for 2023 Douglas Variety Pack Line - Lots 3 - 6A - Subj to Piece \| Rig Fee...<br>Lot closed<br>Location: **Athens, PA** | <br>3  2023 Douglas Prisma Variety Pack Tray Unloader (Up to 1800 CPM) - (6 - Subj to...<br>Lot closed<br>Location: **Athens, PA** | <br>3A  Keenline Intralox Belt over Stainless Steel Frame Conveyor (Approx. - Subj to...<br>Lot closed<br>Location: **Athens, PA** |

| | | |
|---|---|---|
| <br>3B  Keenline Intralox Belt over Stainless Steel Frame Conveyor (Approx. - Subj to... | <br>3C  Keenline Intralox Belt over Stainless Steel Frame Conveyor (Approx. - Subj to... | <br>4  2023 Douglas Spectrum Multi-Packer / Cartoner - (Approx. 28" x 10' L - Subj to... |

By clicking "Allow all", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. Cookie Notice     Manage settings     **Allow all**

| | | |
|---|---|---|
| <br>5  2023 Douglas TriVEX RL Case and Tray Packing Machine - Can Feed Conv -...<br>Lot closed<br>Location: **Athens, PA** | <br>5A  Keenline Intralox Belt over Stainless Steel Frame Conveyor (Approx. - Subj to...<br>Lot closed<br>Location: **Athens, PA** | <br>5B  Keenline Intralox Belt over Stainless Steel Frame Conveyor (Approx. - Subj to...<br>Lot closed<br>Location: **Athens, PA** |

| | | |
|---|---|---|
|  |  |  |



5C Keenline Intralox Belt over Stainless Steel Frame Conveyor (Approx. - Subj to...

Lot closed
Location: **Athens, PA**

5D Keenline Intralox Belt over Stainless Steel Frame Conveyor (Approx. - Subj to...

Lot closed
Location: **Athens, PA**

5E Keenline Intralox Belt over Stainless Steel Frame Conveyor (Approx. - Subj to...

Lot closed
Location: **Athens, PA**



5F Keenline Dual-Belt Intralox Belt over Stainless Steel Frame Conveyor - Subj to Bulk | Rig...

Lot closed
Location: **Athens, PA**



6 2023 S-80 Optx Shrink Wrapper and Heat Shrink Tunnel - (Approx. 2' x - Subj t...

Lot closed
Location: **Athens, PA**



6A Finished Case Belt Conveyor over Steel Frame with VFD (Approx. 20" x - Sub...

Lot closed
Location: **Athens, PA**



7 Douglas Contour Heat Shrink Tunnel (Approx. 3' x 22' Belt) | Rig Fee $2850

Lot closed
Location: **Athens, PA**



8 (New in Crates) BRB Globus 24 Head Rotary Labeling Machine - S/N 1420, Built to...

Lot closed
Location: **Athens, PA**



9 2019 (Upgraded) PAI/Ttek Case Palletizer, S/N: 65021, with (2) Working Platform Se...

Lot closed
Location: **Athens, PA**



10 Alvey 921 Palletizer - S/N 01-KE55119 | Rig Fee $3750

Lot closed
Location: **Athens, PA**



11 2018 (Rebuilt) Fogg All Stainless 54-Valve Rotary Filler with 2015 CSI 18-Head Capp ...

Lot closed
Location: **Athens, PA**



12 Douglas Spectrum Multi-Packer / Cartoner | Rig Fee $3000

Lot closed
Location: **Athens, PA**



13 ABC Case Taper | Rig Fee $750

Lot closed
Location: **Athens, PA**



14 Wayne Basket Stuffing Machine - S/N 7037 | Rig Fee $1250

Lot closed
Location: **Athens, PA**



15 Pallet Dispenser | Rig Fee $350

Lot closed
Location: **Athens, PA**



16 2020 Graphic Packaging (GPI) Model Quikflex 400 (Low Hours) Fully Enclosed Carton...

Lot closed
Location: **Athens, PA**



17 Sullivan Palatek SP16-100VFD Industrial 100 HP Electric Air Compressor | Rig...

Lot closed
Location: **Athens, PA**



18 Sullivan Palatek SP16-100VFD Industrial 100 HP Electric Air Compressor | Rig...

Lot closed
Location: **Athens, PA**



19 Markem Imaje ES500+ Laser Fume Extractor and SmartLase C350 Laser Printe...

Lot closed
Location: **Athens, PA**



20 Keyence MK-G1000 Continuous Ink Jet Printer - S/N 129G100762371A3C | Ri...

Lot closed
Location: **Athens, PA**



21 Keyence MK-G1000 Continuous Ink Jet Printer - S/N 129G100970481A1E | Ri...

Lot closed
Location: **Athens, PA**



22 Keyence MK-G1000

23 Sweed Machinery Metal

24 Dominick Hunter CO2



25  Lot of (2) Drive Motors with (1) Centrifugal Pump | Rig Fee $45

Lot closed
Location: **Athens, PA**



27  New York Blower General Purpose ARR-10 Fan with 12 ACF Wheel - S/N 2017-14783...

Lot closed
Location: **Athens, PA**



28  New York Blower General Purpose ARR-10 Fan with 12 ACF Wheel - S/N 2017-14783...

Lot closed
Location: **Athens, PA**



29  New York Blower General Purpose ARR-10 Fan with 15 ACF Wheel - S/N 2017-16751...

Lot closed
Location: **Athens, PA**



30  New York Blower General Purpose ARR-10 Fan with 12 ACF Wheel - S/N 2017-14783...

Lot closed
Location: **Athens, PA**



31  Lot of (2) Pallets of Trench Drain (Approx. 120' Total Length) | Rig Fee $125

Lot closed
Location: **Athens, PA**



32  AGC Stainless Steel Plate Heat Exchanger - Model Pro2 SH | Rig Fee $55

Lot closed
Location: **Athens, PA**



33  Alfa Laval Stainless Steel Plate Heat Exchanger | Rig Fee $55

Lot closed
Location: **Athens, PA**



34  Mounted Blower with Baldor Motor | Rig Fee $55

Lot closed
Location: **Athens, PA**



34A  AGC/APV Stainless Steel Royal Flow Plate Heat Exchanger (Plates Approx. 18...

Lot closed
Location: **Waverly, NY**



34B  Uni-Pak Stainless Steel Pasteurization Tunnel - Model 624RH (Approx. (2) 7' x 20' B ...

Lot closed
Location: **Waverly, NY**



34C  GOE Stainless Steel Blending Tank Skid | Rig Fee $200

Lot closed
Location: **Waverly, NY**



35  Bulk Bid for 2021 Complete Mobile Beverage Process and Canning Line - Subj to Piece |...

Lot closed
Location: **Pennsburg, PA**



35A  Wacker Neuson G100 80 kW Mobile Generator - Subj to Bulk | Rig Fee $250

Lot closed
Location: **Pennsburg, PA**



35B  Carrier Aquasnap Air-Cooled Liquid Chiller with Puron Refrigerant - - Subj to...

Lot closed
Location: **Pennsburg, PA**



35C  Sullivan Palatek High Temperature Refrigerated Air Dryer - Model SPH - Subj to...

Lot closed
Location: **Pennsburg, PA**



35D  Compressed Air Holding Tank - Subj to Bulk | Rig Fee $125

Lot closed
Location: **Pennsburg, PA**



35E  3-Compartment Jacketed Agitated Flavor Blending Tank - 500 Gallon Pe - Subj to Bulk |...

Lot closed
Location: **Pennsburg, PA**



35F  Deaerator with Heat Exchanger and Integrated System Control Panel - Subj t...

Lot closed
Location: **Pennsburg, PA**



35G  Techniblend Carbonator - Model PB-D15, S/N 190140 - Subj to Bulk | Rig Fee $125

Lot closed
Location: **Pennsburg, PA**



35H  VaporMan 125 CO2 Evaporator - Model TF024.4A-HF-PB - Subj to Bulk | Rig Fee...

Lot closed
Location: **Pennsburg, PA**



Contact Customer Service

i-bidder.com

the-saleroom.com

Antiques Trade Gazette

Contact Us    Legal    Cookies    About Us    Site Map    Auction Lot directory    Accessibility

Select Language    English

Copyright © Metropress Ltd 2026

Hi. Need any help?