# EXHIBIT M

Help  |  How to Buy  |  How to Sell  |  Live Chat

BidSpotter    Search lots...    Find Auctions ⌄    Sign in    Register    Alerts

Industrial    Metalworking    Food & Bev    Woodworking    Lab & Pharma    Construction    Vehicles    Farm Equipment    Plastics & Rubber    Drilling & Mining    Electronics    Printing    Other Industries

Home  >  Auction Catalogs  >  New Mill Capital  >  Multi-Million Dollar ...

Translation options:    Select Language    Powered by Google Translate*

## LOT 71 HOOVER FERGUSON 550 GALLON STAINLESS STEEL STORAGE TOTE | RIG FEE $75

In Multi-Million Dollar Beverage Co-Packer - Asse...



| | |
|---|---|
| Auction Date: | **Jul 15, 2025 1pm ET** |
| Hammer Price: | **Auctioneer has chosen not to publish the price of this lot** |
| Lot Location: | **Pennsburg, Pennsylvania** |
| Sales tax: | **6.00%** |
| Buyer's premium: | **18.00%** |

Auctioneer:    NEW MILL CAPITAL    **New Mill Capital**    888-801-6032

👁 See all auctions
🔔 Favorite

**Get alerts for new items like this**

| **Description** | Auction Details | Rigging/Removals | T&Cs & Important Info |
|---|---|---|---|

Hoover Ferguson 550 Gallon Stainless Steel Storage Tote | Required Rigging and Loading Fee for Simple Loading: $75