# EXHIBIT N

Established 1834     **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**     PHILADELPHIA, PA 19125-1296
*Appraisers*     215-634-2500

# APPRAISAL

### *Of the*

## MACHINERY AND EQUIPMENT

### *Located at:*

## MIDNIGHT MADNESS DISTILLING COMPANY
## 118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA
## 2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA
## 4224 OLD BETHLEHEM PIKE, TELFORD, PA

### *LIQUIDATED SALE VALUE*

### *Prepared for:*

## MR. GARY A. BEST
## PNC FINANCIAL SERVICES GROUP
## 1600 MARKET ST, 11 FLOOR
## MAIL STOP: F2-F070-09-G
## PHILADELPHIA, PA 19103-7243

### *As of:*

## MONDAY, DECEMBER 28, 2020

### *By:*

## ANDY COMLY, JR., ASA
## WM. F. COMLY & SON, INC.

Comly Appraisers     File No.: 20815

BR007273

Established 1834                                                                              **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**                                                    PHILADELPHIA, PA 19125-1296
*Appraisers*                                                                                      215-634-2500

December 29, 2020

Mr. Gary A. Best
PNC Financial Services Group
1600 Market St, 11 Floor
Mail Stop: F2-F070-09-G
Philadelphia, PA 19103-7243

> **RE:    APPRAISAL**
> **MIDNIGHT MADNESS DISTILLING COMPANY**

Dear Mr. Best:

In accordance with your request and authorization we have prepared an appraisal report of the machinery and equipment belonging to the above captioned establishments.

Based upon the data, analysis, and conclusions set forth in this report and subject to the Assumptions and Limiting Conditions contained herein, it is our opinion that the Liquidated Sale Value of the aforementioned property as of Monday, December 28, 2020 is as follows:

## LIQUIDATED SALE VALUE

### $210,400.00

If we can be of any further assistance, please don't hesitate to contact us. Thank you for the opportunity to be of service to you in this matter.

*Respectfully submitted,*

**WM. F. COMLY & SON, INC.**

**ANDY COMLY, JR., ASA**

**ACJ/lh**
**Sent Via Email**

Comly Appraisers                                                                                          File No.: 20815

BR007274

Established 1834                    **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**        PHILADELPHIA, PA 19125-1296
*Appraisers*                        215-634-2500

## TABLE OF CONTENTS          PAGE #

Title Page
Letter of Transmittal
Table of Contents
Executive Summary           1
Appraiser's Certification        2

## GENERAL INFORMATION

Scope of the Appraisal          3
Property Title and Location       3
Property Rights Appraised        4
Company Business Profile         4
Description of Property          4
Purpose of the Appraisal          4
Intended Use of the Appraisal     4
Highest and Best Use            5
Definition of Value             5
Condition Definitions           6
Valuation Process              7

## ADDENDA

Recapitulation                9
Property Listing             10
Photos                    15
Assumptions and Limiting Conditions     16
Professional Qualifications       18

BR007275

Established 1834     **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**     PHILADELPHIA, PA 19125-1296
*Appraisers*     215-634-2500

## EXECUTIVE SUMMARY

### MIDNIGHT MADNESS DISTILLING COMPANY

**APPRAISAL COMPLETED FOR:**     Mr. Gary A. Best
PNC Financial Services Group
1600 Market St, 11 Floor
Mail Stop: F2-F070-09-G
Philadelphia, PA 19103-7243

**OWNED BY:**     Midnight Madness Distilling Company

**LOCATED AT:**     118 North Main Street, Trumbauersville, PA
2300 Trumbauersville Road, Quakertown, PA
4224 Old Bethlehem Pike, Telford, PA

**APPRAISED:**     Labeler, Shrink Wrapper, Ultrasonic Welder, Re-caser, Printer, Air Cooled Chiller, Helium Leak Detector, Air Compressors, Transfer Pump, Electric Pallet Jack, Density Meter, Fork Lift, Etc.

**PURPOSE OF APPRAISAL:**     To Determine The
Liquidated Sale Value

**PROPERTY RIGHTS APPRAISED:**     Fee Simple Estate

**APPRAISED VALUE:**     Liquidated Sale Value
$210,400.00

**CLIENT – INDICATED USE OF APPRAISAL:**     Internal Planning

**REPORT DATE:**     Tuesday, December 29, 2020

**VALUE AS OF DATE:**     Monday, December 28, 2020

**INSPECTION DATE:**     Wednesday, December 02, 2020

**SCOPE OF APPRAISAL:**     Complete Summary Appraisal Report

This executive summary is based on the body of the attached report and the Assumptions and Limiting Conditions therein and is not to be considered as a complete report without the accompanying document.

1

Comly Appraisers     File No.: 20815

BR007276

Established 1834
**WM. F. COMLY & SON, INC.**
*Appraisers*

**1825 E. BOSTON STREET**
PHILADELPHIA, PA 19125-1296

215-634-2500

## APPRAISER'S CERTIFICATION

I certify, to the best of my knowledge and belief that:

The data and statements of fact contained in this report are true and correct

The reported analysis, opinions, and conclusions are limited only by the reported Assumptions and Limiting Conditions and are my personal, unbiased professional analysis, opinions and conclusions.

Wm. F. Comly & Son, Inc. has no present or prospective interest in the property appraised and no personal interest with respect to the parties involved.

Wm. F. Comly & Son, Inc. has no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.

I have not performed an appraisal regarding the property that is the subject of this report within the 3-year period immediately preceding acceptance of this assignment.

Wm. F Comly & Son, Inc. has made an inspection of all of the property that is the subject of this report.

No one other than the appraiser prepared the analysis, conclusions and opinions set forth in this report.

This report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice and the Code of Professional Ethics of the American Society of Appraisers.

My compensation for the appraisal is not contingent on the analysis, opinions or conclusions reached or reported.

The American Society of Appraisers has a mandatory re-accreditation program for all of its senior members.  I am in compliance with the requirements of that program.

**December 29, 2020**
**DATE**

**ANDY COMLY, JR., ASA**

**MIDNIGHT MADNESS DISTILLING COMPANY**

2

BR007277

Established 1834            **1825 E. BOSTON STREET**

**WM. F. COMLY & SON, INC.**      PHILADELPHIA, PA 19125-1296

*Appraisers*            215-634-2500

# *GENERAL INFORMATION*

Comly Appraisers            File No.: 20815

**BR007278**

Established 1834                                                    **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**                                  PHILADELPHIA, PA 19125-1296
*Appraisers*                                                              215-634-2500

### SCOPE OF THE APPRAISAL

This is a complete appraisal reported in a summary format. The appraiser complied with the following procedures, conducted investigations and performed an analysis of data in order to arrive at an opinion of the stated value(s) of the subject property.

The appraiser first interviewed the client to determine the intended use and purpose of the appraisal. He obtained a general description of the property, including rights of ownership and the property location(s). He discussed and identified assumptions, limiting conditions and the effective date of the appraisal. The sites were then visited on Wednesday, December 2, 2020 and a physical inspection was completed on all of the items. The appraiser then completed a listing of the property, taking care to identify and exclude any leased items. Where available and appropriate, he examined maintenance and operation records, product flow charts, layout plans, engineering drawings, prints and charts. Research may have included but was not necessarily limited to conversations with original equipment manufacturers/representatives, distributors, used equipment dealers, auctioneers, liquidators and other knowledgeable sources. He also consulted in-house databases and internet sources. The appraiser considered actual marketplace transactions involving similar property, as well as the general availability and potential for sale on the open market.

The appraiser then correlated his field notes with all data and information gathered from outside sources, as well as his office files. He gave consideration to all three approaches to value, analyzed the highest and best use of the property, and utilized all applicable forms of depreciation as discussed in the Valuation Process section of this report.

With consideration to all of the above, Wm. F. Comly & Son, Inc. then compiled a complete appraisal in compliance with all applicable professional appraisal techniques, including the Uniform Standards of Professional Appraisal Practice and the Code of Ethics of the American Society of Appraisers.

### PROPERTY TITLE AND LOCATION

The property appraised in this report is known to us as the property of Midnight Madness Distilling Company located at 118 North Main Street, Trumbauersville, PA, 2300 Trumbauersville Road, Quakertown, PA, 4224 Old Bethlehem Pike, Telford, PA. The appraiser has relied upon the client and/or others to identify any property that is leased or owned by parties unrelated to the appraisal.

3

BR007279

Established 1834                        **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**            PHILADELPHIA, PA 19125-1296
*Appraisers*                                  215-634-2500

### PROPERTY RIGHTS APPRAISED

The property interest (rights) appraised is that of the fee simple estate.  Fee simple estate is defined as absolute ownership unencumbered by any other interest or estate, subject only to the limitations of eminent domain, escheat, police power and taxation.  The subject property is appraised, therefore, as if free and clear of any liens and encumbrances.

### COMPANY BUSINESS PROFILE

Midnight Madness Distilling Company is a PA Distilling company located in Trumbauersville, Quakertown and Telford.

### DESCRIPTION OF THE PROPERTY

The property appraised in this report consists of labeler, shrink wrapper, ultrasonic welder, re-caser, printer, air cooled chiller, helium leak detector, air compressors, transfer pump, electric pallet jack, density meter, fork lift, etc.  A detailed listing of the property is located in the addenda section of this report.  Digital photos of the property are located in the addenda section of the report.

### PURPOSE OF THE APPRAISAL

The purpose of the appraisal is to estimate the Liquidated Sale Value of the subject property as of Monday, December 29, 2020. In estimating this value it has been necessary to make a physical inspection and listing of the personal property. The site was visited on Wednesday, December 02, 2020.

### INTENDED USE OF THE APPRAISAL

It is our understanding that the Intended Use of the appraisal is to serve as a basis for internal planning. The Intended User of the appraisal is PNC Financial Services Group.

4

Comly Appraisers                                              File No.: 20815

BR007280

Established 1834                                                       **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**                                 PHILADELPHIA, PA 19125-1296
*Appraisers*                                                            215-634-2500

## HIGHEST AND BEST USE

The definition of the highest and best use for the purpose of this report is:  The most profitable likely use of the property.

In determining the highest and best use there are essentially four factors to be analyzed:

1)    Physically Possible:  Uses which are physically possible for the subject property in question.

2)    Legally Permissible:  Uses for the subject property in its location by zoning, deed restrictions, public law or code.

3)    Economically Feasible:  Possible and permissible uses which will produce a net return to the owner of the property.

4)    Maximally Productive:  Among the feasible uses, that use which will produce the highest net return or highest present worth.

It is the appraiser's opinion that the highest and best use of the property appraised is its current use.

## DEFINITION OF VALUE

This appraisal was made on the basis of Liquidated Sale Value. The following represents the definition of the aforementioned term as it relates to this appraisal report.

**Liquidated Sale Value** is the estimated gross amount expressed in terms of money which could typically be realized from a well-advertised, properly conducted public auction held under forced sale conditions and under present day economic trends. Conclusions consider: physical location, difficulty of removal, adaptability, specialization, marketability, physical condition, overall appearance, and psychological appeal. Further, the ability of the asset group to draw sufficient prospective buyers to ensure competitive bidding is considered. All assets are sold on a piecemeal basis "as is-where is" with purchasers responsible for removal of assets at their own risk and expense. Any deletions or additions to the total package could change the psychological and/or monetary appeal necessary to gain the price indicated.

*Source: Machinery & Technical Specialties Committee of the American Society of Appraisers – July 25, 2010*

5

BR007281

Established 1834

**WM. F. COMLY & SON, INC.**

*Appraisers*

**1825 E. BOSTON STREET**

PHILADELPHIA, PA 19125-1296

215-634-2500

### *CONDITION DEFINITIONS*

**Excellent:** The property was recently purchased as new and is considered in nearly new condition with very little use.  There is minimal physical deterioration.  It is capable of being used to its fully specified utilization for its designed purpose.

**Very Good:** The property is in exceptionally good mechanical condition, may have been overhauled or may not have been used enough to require overhaul.  It is capable of being used to its fully specified utilization for its designed purpose without being modified and not requiring any repairs or abnormal maintenance at the time of inspection or within the predictable future.

**Good:** The property is in good operating condition with no known mechanical defects.  Those items of equipment which have been modified or repaired and are not being used at or near their fully specified utilization but the effects of age and/or utilization indicate that some minor repairs may have to be made or that the item may have to be used to some slightly lesser degree than its fully specified utilization in the foreseeable future.

**Fair:** The property may require overhaul soon that will require general repairs and some replacement of elements to raise their level of utilization to or near their original specifications.  Those items of equipment requiring repair or replacement are being used at some point below their fully specified utilization because of the effects of age and/or use.

**Poor:** The property is worn and needs repair.  Those items of equipment requiring repair or replacement are being used at some point below their fully specified utilization because of the effects of age and/or use.  It is not possible to realize full capability in their current condition without extensive repairs and/or the replacement of major elements in the very near future.

**Salvage:** The property has little value as a whole.  It is incapable of being used to its fully specified utilization for its designed purpose without being dismantled.  The value is in unit components as reusable spare parts.

**Scrap:** The property is no longer serviceable, regardless of the extent of the repairs or modifications to which it may be subjected.  This condition applies to items of equipment that have been used for 100% of their useful life or which are 100% obsolete either technologically or functionality.  It has no intrinsic value other than for material content only.

6

File No.: 20815

BR007282

Established 1834                                               **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**                          PHILADELPHIA, PA 19125-1296
*Appraisers*                                                        215-634-2500

## VALUATION PROCESS

When appraising property, the following approaches to value should be considered to determine its most effective value:

**COST APPROACH**: This approach pre-supposes that an informed buyer would pay no more for a given property than the cost of producing a replacement property with the same utility as the subject property. It assumes that the maximum value of a property to an informed buyer would be the amount currently required to construct or purchase a new property of equal utility. When the subject property is not new, the current cost to construct or purchase new must be adjusted to account for all forms of depreciation as of the effective date of the appraisal.

The following types of depreciation are considered when utilizing the cost approach or market data approach in performing an appraisal of assets:

**Physical Deterioration**: A reduction in utility resulting from an impairment of physical condition.  This is brought about by such factors as age, condition, wear and tear, structural defects or exposure to damaging elements.

**Functional Obsolescence**: The impairment of functional capacity or efficiency caused by factors inherent in the property. This is brought about by such factors as overcapacity, inadequacy, excess operation costs, and changes in the art that affect an individual machine or property or its relation to other items comprising a larger property.  It is also the inability of a machine or other property to perform adequately the function for which it is currently employed.

**Economic Obsolescence**:  The impairment of desirability or useful life arising from factors external to the property, such as economic forces or environmental changes which affect supply-demand relationships in the market.  Changes in optimum use, legislative enactment and social changes bring this about.

The cost approach is considered a value approach when the assets are new, or when classed as "special purpose" or "unique".  Comparisons are sometimes made to cost when comparable sales are not found under this appraisal concept.

7

Comly Appraisers                                                    File No.: 20815

BR007283

Established 1834                                              **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**                          PHILADELPHIA, PA 19125-1296
*Appraisers*                                                   215-634-2500

**Valuation Process, Continued....**

**MARKET DATA APPROACH**: This approach involves the collection of current market data pertaining to the subject property. It is a comparison of similar property that has sold or is currently offered for sale in the marketplace. By comparing the property appraised with similar property that has recently sold or is currently offered for sale, the appraiser can estimate the most probable selling price for the subject property. Among comparable property items there may be pertinent factors of comparisons, which include capacity, improvements, age, location, and date of sale, when applicable.  These factors may be considered in arriving at an adjusted value for each subject property item appraised.  Where actual sales are not available, relationships are often established based upon used equipment prices for comparable items with subsequent adjustments for depreciation.

**INCOME APPROACH**:   The income approach capitalizes the anticipated income stream from the appraised property. It is the least common approach used, particularly in the valuation of machinery and equipment since it is difficult to attribute income to individual property items that comprise a complete system. This approach is predicated on developing either cash flow or income projections, over the useful lives of the assets, which are then discounted for risk and time value. The income approach to value was considered in this valuation and determined not to be applicable.

The market data approach was the primary basis for appraising the subject property. The cost approach was given some consideration.

After compilation of all research data, a valuation is determined and provided in our property listing found in the Addenda section of this report.

Therefore, it is our opinion that the Liquidated Sale Value subject to the Assumptions and Limiting Conditions as of Monday, December 28, 2020 is as follows:

**LIQUIDATED SALE VALUE**

**$210,400.00**

8

BR007284

Established 1834

**WM. F. COMLY & SON, INC.**

*Appraisers*

**1825 E. BOSTON STREET**

PHILADELPHIA, PA 19125-1296

215-634-2500

# *ADDENDA*

Comly Appraisers

File No.: 20815

**BR007285**

**MIDNIGHT MADNESS DISTILLING COMPANY**

*RECAPITULATION*

| LOCATION | PAGE # | $LSV$ |
|---|---|---|
| 118 North Main Street, Trumbauersville, PA | 10-11 | $85,675.00 |
| | | |
| 2300 Trumbauersville Road, Quakertown, PA | 12-13 | $35,875.00 |
| | | |
| 4224 Old Bethlehem Pike, Telford, PA | 14 | $88,850.00 |
| | | |
| **GRAND TOTAL -LIQUIDATED SALE VALUE** | | **$210,400.00** |

Comly Appraisers

9

File No.:20815

BR007286

# MIDNIGHT MADNESS DISTILLING COMPANY
## 118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA
## 2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA
## 4224 OLD BETHLEHEM PIKE, TELFORD, PA

| ITEM # | PHOTO # | QTY | DESCRIPTION | COND. | MODEL # | SERIAL # | $LSV$ |
|---|---|---|---|---|---|---|---|
| | | | **118 Main Street, Trumbauersville, PA** | | | | |
| 1 | 27 | 1 | Avery Mini Labeler | Good | 12268 | 350 | $3,500.00 |
| 2 | 3 | 1 | US-FIP Impeller Pump | Good | | 13471429327651530 | $900.00 |
| 3 | 2 | 1 | PMI Shrink Wrapper w/Heat Tunnel | Good | SI-TW30 | 2498 | $4,500.00 |
| 4 | 7 | 1 | Morrison Screw Worm | Good | 18/81735 | 40-0-81735-001 | $400.00 |
| 5 | 6 | 1 | Simonazzi Rotary Filler & Capper | Good | Europa 48/8 | 361 | $5,500.00 |
| 6 | 4-5 | 1 | Axon Sleever | Good | EZ-Seal 100 | SB01 | $4,600.00 |
| | 8 | | w/H&K Inc. Heat Tunnel | | CR-6000 | ME20MS1A-M2 | |
| 7 | 10 | 1 | BFT Inc. Bottle Rinser | Good | ESV3421N04TXC | 13471644334251803 | $7,000.00 |
| 8 | 9,11 | 1 | Sasib Rotary Labeler | Good | QUASAR 540 | 2226 | $30,000.00 |
| 9 | 28 | 1 | Accutek Mini Filler | Good | Mini Pinch | A-17203836 | $1,300.00 |
| 10 | 26 | 1 | Branson Ultrasonic Welder | Good | 8400 | WT60602K | $650.00 |
| 11 | | | Air Compression System, Comprising Of: | Good | | | $7,500.00 |
| | 12 | | (1) Sullivan Palatek Air Compressor, 118-PSI | | 40UD VFD | 1W16Z1384420004 | |
| | 12 | | (1) Sullivan Palatek Air Dryer | | SPTX-215A-216 | 53292 | |
| 12 | 16 | 1 | Finnco Vaporizer | Good | AL2FO1 | 97732 | $350.00 |
| 15 | 15 | 1 | Dayton Turntable | Good | D15-03125 | 42527H | $125.00 |
| 16 | 14 | 1 | Hamrick Uncaser | Good | | 96-927 | $4,500.00 |
| 17 | 13 | 1 | Hamrick Recaser | Good | CHALL | 87-613 | $3,500.00 |

BR007287

## MIDNIGHT MADNESS DISTILLING COMPANY
## 118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA
## 2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA
## 4224 OLD BETHLEHEM PIKE, TELFORD, PA

| ITEM # | PHOTO # | QTY | DESCRIPTION | COND. | MODEL # | SERIAL # | $LSV$ |
|---|---|---|---|---|---|---|---|
| 18 | 23 | 1 | Xerox Printer | Good | C70 | R00297477 | $500.00 |
| 19 | 25 | 1 | Branson Thermal Processor | Good | TPX-200 | OJ18102-6 | $1,500.00 |
| 20 | 20 | 4 | Custom Industrial Products Elevator Doors | Good | E79930 | | $600.00 |
| | | | S/N: 4516N6372, 5118N1464, 2117N9726, 2117N9719 | | | | |
| 21 | 24 | 1 | Custom Industrial Products Elevator Panel | Good | M24000 FPS | C1630-199-32D1721 | $100.00 |
| 22 | 22 | 1 | Trane, 155-Ton Air Cooled Chiller | Fair | 55 | U14F09612 | $750.00 |
| 23 | 17-18 | 2 | Sandpiper Bottling Line Pump | Good | FC1111/ED2IN | | $1,500.00 |
| | | | S/N: A0215360, AB20A5291 | | | | |
| 24 | 30 | 2 | Control Technologies Pumps For Glycol | Good | C200 | | $600.00 |
| | | | S/N: 2193708785, 2193306300 | | | | |
| 25 | 19 | 1 | Linker Pum For Carbocooler | Good | 35-35212 | | $200.00 |
| 26 | 21 | 1 | Lennox Large A/C Unit | Fair | KGB120S4BH1Y | 5618D04197 | $600.00 |
| 27 | 29 | 1 | Laco Helium Leak Detector | Good | TW04-BXX11 | 90001409981 | $5,000.00 |
| | | | **TOTAL LIQUIDATED SALE VALUE- TRUMBAUERSVILLE, PA** | | | | **$85,675.00** |

BR007288

# MIDNIGHT MADNESS DISTILLING COMPANY
## 118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA
## 2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA
## 4224 OLD BETHLEHEM PIKE, TELFORD, PA

| ITEM # | PHOTO # | QTY | DESCRIPTION | COND. | MODEL # | SERIAL # | $LSV$ |
|---|---|---|---|---|---|---|---|
| | | | **2300 Trumbauersville Road, Quakertown, PA** | | | | |
| | | | | | | | |
| 28 | | | Air Compression System, Comprising Of: | Good | | | $3,300.00 |
| | 48-50 | | (1) Sullivan Palatek Air Compressor (Large) | | D15 | 20DE001084 | |
| | 48-50 | | (1) Penway Inc. Air Compressor (Small) | | M10 | 15KV0877 | |
| | 54 | | (2) Hoover Container Solutions, 893-Gallon Tank | | | | |
| | | | S/N: 505008, 505009 | | | | |
| | | | | | | | |
| 32 | 38 | 9 | Hoover Container Solutions, 550-Gallon Tank | Good | 31A | | $2,250.00 |
| | | | S/N: 355115, 358753, 366938, 500146, 509848, 509819, | | | | |
| | | | 509824, 509849, 366941 | | | | |
| | | | | | | | |
| 33 | 52 | 2 | Gast/Cleveland Large Batch Mixer | Good | XTLA-2 | 33774-2 | $300.00 |
| | | | | | | | |
| 34 | 51 | 3 | Optima Bulk Tank Scale, 3-Sets | Good | OP-900A | | $1,275.00 |
| | | | S/N: AE20150503009, AE018084023, AE20141105078 | | | | |
| | | | | | | | |
| 35 | 56 | 1 | Uline Dumping Hopper | Good | H-2641 | S1692795 | $300.00 |
| | | | | | | | |
| 36 | 57 | 1 | Uline Platform Ladder | Good | | MO520 | $75.00 |
| | | | | | | | |
| 37 | | 1 | Baldor Transfer Pump (Columns) | Good | F1507233253 | | $150.00 |
| | | | | | | | |
| 38 | 55 | 1 | Aftek 40" Enotecnica Pillan Large Plate Filter | Good | 40 Noryl Plates | 40x40 | $1,300.00 |
| | | | | | | | |
| 39 | 53 | 1 | Clark Electric Pallet Jack & Charger | Good | PWX30 | | $1,300.00 |
| | | | S/N: PWX570-0038-9893-CNF | | | | |
| | | | | | | | |
| 40 | 64 | 1 | Gerhardt Distillation System For Proofing | Good | VAP 200 | 1-5200-18-001 | $3,500.00 |
| | | | | | | | |
| 41 | 65 | 1 | Thermo Scientific Precision Water Bath | Good | TSC1R19 | 300195899 | $150.00 |
| | | | | | | | |
| 42 | 66 | 1 | Anton Paar Density Meter | Good | 4500 M-EC | 82798870 | $10,500.00 |
| | | | | | | | |
| 43 | 67 | 1 | Sandpiper Transfer/Bladder Pump | Good | | 252838 | $500.00 |

Comly Appraisers

File No.:20815

BR007289

## MIDNIGHT MADNESS DISTILLING COMPANY
## 118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA
## 2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA
## 4224 OLD BETHLEHEM PIKE, TELFORD, PA

| ITEM # | PHOTO # | QTY | DESCRIPTION | COND. | MODEL # | SERIAL # | $LSV$ |
|---|---|---|---|---|---|---|---|
| 44 | 62 | 1 | Sandpiper Bladder Pump, 3" (12k Tank) | Good | | 2490308 | $375.00 |
| 45 | 68 | 1 | Brecknell Scale | Fair | S-100 | 913000012 | $100.00 |
| 46 | 69 | 1 | Nortec Air Driven Shop Vac 2300 | Fair | N301DCATEX | 275 | $150.00 |
| 47 | 63 | 1 | ARO Ingersoll Rand Large 3" Pump for Bulk Tank | Good | PD30A-ASS-STT-B | K9138662 | $500.00 |
| 48 | 61 | 2 | Perry Products Company Bulk Tank #1 & #2 | Good | HFX / HF | | $2,600.00 |
| | | | S/N: A7223-2-304, A5031-1-462 | | | | |
| 49 | 73 | 1 | Crown Boiler 2300 | Good | BSl103ELPZZPSU | BoG0583510 | No Value |
| 50 | 59 | 1 | Hyster Forktruck | Good | H60FT | L177V03620G | $6,000.00 |
| | | | Hours: 5,335 | | | | |
| 51 | 70 | 1 | SpectraPure Commercial RO System | Good | PSP2700-GPD | 2550793 | $200.00 |
| 52 | 72 | 1 | Ohaus Adventurer Desktop Scale | Good | AX223-E | B90414876 | $150.00 |
| 53 | 71 | 1 | Finish Thompson Air-Powered Drum Pump | Good | W2V10 | 179977B20 | $900.00 |
| | | | **TOTAL LIQUIDATED SALE VALUE- QUAKERTOWN, PA** | | | | **$35,875.00** |

Comly Appraisers

13

File No.:20815

# MIDNIGHT MADNESS DISTILLING COMPANY
## 118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA
## 2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA
## 4224 OLD BETHLEHEM PIKE, TELFORD, PA

| ITEM # | PHOTO # | QTY | DESCRIPTION | COND. | MODEL # | SERIAL # | $LSV$ |
|---|---|---|---|---|---|---|---|
| | | | **4240 Old Bethlehem Pike, Telford, PA** | | | | |
| 54 | 74 | 1 | Hyster Small Electric Jack | Good | W40XT | A218H07101X | $500.00 |
| 55 | | 1 | Crown Electric Upright Forklift | Good | 1A164934 (E Type) | 1A164934 | $900.00 |
| 57 | 31 | 1 | APV Heat Exchanger | Good | HX | 16871 | $1,300.00 |
| 58 | 32 | 1 | Mojonnier Deaerator | Good | | | $4,000.00 |
| 59 | 33 | 1 | Vaporman Vaporizer | Good | 125 | | $350.00 |
| 60 | 34 | 1 | 1992 Custom Built Linker Carbonator | Good | | | $18,000.00 |
| 61 | 35 | 1 | 2019 Velcroin Machine | Good | 03 Touch | 90363819 | $31,000.00 |
| 62 | 36-37 | 1 | Bottle Warmer | Good | | | $7,500.00 |
| 63 | 39-40 | 1 | Custom Industrial Products Bottle Filler/Capper/Labeler | Good | | | $9,000.00 |
| 64 | 41 | 1 | Raptor Hot Water Heater | Good | | | $300.00 |
| 65 | 42-47 | 1 | Rotary Bottle Filling Line Conveyors | Good | | | $9,000.00 |
| 67 | 60 | 1 | Pail Mueller 5,000 Gal Batch Tank | Good | | | $7,000.00 |
| | | | **TOTAL LIQUIDATED SALE VALUE- TELFORD, PA** | | | | **$88,850.00** |

BR007291

Established 1834
**WM. F. COMLY & SON, INC.**
*Appraisers*

**1825 E. BOSTON STREET**
PHILADELPHIA, PA 19125-1296
215-634-2500

---

# *PHOTOS*

---

15

Comly Appraisers

File No.: 20815

**BR007292**

**Midnight Madness Distilling**
**Company_Photo#02**

**Midnight Madness Distilling**
**Company_Photo#02**



**Midnight Madness Distilling**
**Company_Photo#03**



**Midnight Madness Distilling**
**Company_Photo#04**



**Midnight Madness Distilling**
**Company_Photo#05**



BR007293

**Midnight Madness Distilling**
**Company_Photo#06**



**Midnight Madness Distilling**
**Company_Photo#07**



**Midnight Madness Distilling**
**Company_Photo#08**



**Midnight Madness Distilling**
**Company_Photo#09**



BR007294

**Midnight Madness Distilling**
**Company_Photo#10**



**Midnight Madness Distilling**
**Company_Photo#11**



**Midnight Madness Distilling**
**Company_Photo#12**



**Midnight Madness Distilling**
**Company_Photo#13**



BR007295

**Midnight Madness Distilling**
**Company_Photo#15**





**Midnight Madness Distilling**
**Company_Photo#16**

**Midnight Madness Distilling**
**Company_Photo#17**





**BR007296**

**Midnight Madness Distilling**
**Company_Photo#19**





**Midnight Madness Distilling**
**Company_Photo#20**

**Midnight Madness Distilling**
**Company_Photo#21**





**BR007297**

**Midnight Madness Distilling**
**Company_Photo#22**



**Midnight Madness Distilling**
**Company_Photo#23**



**Midnight Madness Distilling**
**Company_Photo#24**



**Midnight Madness Distilling**
**Company_Photo#25**



BR007298

**Midnight Madness Distilling**
**Company_Photo#26**

**Midnight Madness Distilling**
**Company_Photo#27**





**Midnight Madness Distilling**
**Company_Photo#28**

**Midnight Madness Distilling**
**Company_Photo#29**





**Midnight Madness Distilling**
**Midnight Madness Distilling**
**Company_Photo#30**       **Company_Photo#31**





**Midnight Madness Distilling**
**Company_Photo#32**

**Midnight Madness Distilling**
**Company_Photo#33**





BR007300

**Midnight Madness Distilling**
**Company_Photo#34**   Exhibit N   Page 30 of 44   **Company_Photo#35**





**Midnight Madness Distilling**
**Company_Photo#36**

**Midnight Madness Distilling**
**Company_Photo#37**





**Midnight Madness Distilling**
**Company_Photo#38**

**Midnight Madness Distilling**
**Company_Photo#39**




**Midnight Madness Distilling**
**Company_Photo#40**

**Midnight Madness Distilling**
**Company_Photo#41**




**Midnight Madness Distilling**
**Company_Photo#42**



**Midnight Madness Distilling**
**Company_Photo#43**



**Midnight Madness Distilling**
**Company_Photo#44**



**Midnight Madness Distilling**
**Company_Photo#45**



BR007303





**Midnight Madness Distilling**
**Company_Photo#48**

**Midnight Madness Distilling**
**Company_Photo#49**





**Midnight Madness Distilling**
**Company_Photo#50**



**Midnight Madness Distilling**
**Company_Photo#51**



**Midnight Madness Distilling**
**Company_Photo#52**



**Midnight Madness Distilling**
**Company_Photo#53**



**Midnight Madness Distilling**
**Company_Photo#55**





**Midnight Madness Distilling**
**Company_Photo#56**

**Midnight Madness Distilling**
**Company_Photo#57**





**BR007306**

**Midnight Madness Distilling**
**Company_Photo#59**





**Midnight Madness Distilling**
**Company_Photo#60**

**Midnight Madness Distilling**
**Company_Photo#61**





**Midnight Madness Distilling**
**Company_Photo#62**

**Midnight Madness Distilling**
**Company_Photo#63**




**Midnight Madness Distilling**
**Company_Photo#64**

**Midnight Madness Distilling**
**Company_Photo#65**




BR007308

**Midnight Madness Distilling**
**Company_Photo#66**
Case 26-00041-pmm Doc 12-7  Filed 03/09/26  Entered 03/09/26 18:31:35  Desc
Exhibit N  Page 38 of 44
**Midnight Madness Distilling**
**Company_Photo#67**





**Midnight Madness Distilling**
**Company_Photo#68**

**Midnight Madness Distilling**
**Company_Photo#69**





**Midnight Madness Distilling**
**Company_Photo#70**
Case 25-00041-pmm Doc 122-7 Filed 03/09/26 Entered 03/09/26 18:31:35 Desc Exhibit N Page 39 of 44

**Midnight Madness Distilling**
**Company_Photo#71**





**Midnight Madness Distilling**
**Company_Photo#72**



**Midnight Madness Distilling**
**Company_Photo#73**



BR007310



**BR007311**

Established 1834                                          **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**                         PHILADELPHIA, PA 19125-1296
*Appraisers*                                             215-634-2500

## ASSUMPTIONS AND LIMITING CONDITIONS

The value stated in this report is subject to, and contingent upon, the Statement of Assumptions and Limiting Conditions and any other statements contained herein.

1)   All facts and data set forth in this report are true and correct to the best of the appraiser's knowledge and belief. Information contained in this report or used as a basis for the value conclusions herein was obtained from sources believed to be reliable and accurate, but no guarantee of the accuracy or completeness of this information is made.

2)   An inspection of the property considered has been made.

3)   Ownership and management are assumed to be in competent and responsible hands.

4)   The appraiser assumes that there are no hazardous materials, contaminates, or safety or health issues of any kind that would adversely affect the value of the property appraised.  If any exist, unless otherwise stated, the concluded value is subject to their satisfactory removal or correction. The appraiser assumes that there are no hidden or non-apparent conditions that would render the property more or less valuable.

5)   Title to the property is assumed to be good and marketable unless otherwise indicated.

6)   All opinions as to value stated are represented as the appraiser's considered opinion based on the facts and data set forth in the report.  The appraiser assumes no responsibility for change in market conditions or for the inability of the owner to locate a purchaser at the appraised value.

7)   This appraisal was made for the purpose stated and should not be used for any other purpose.

8)   The report does not include the value of any real estate, leasehold improvements, raw material, work in process, finished inventory, accounts receivable or computer software.

16

Comly Appraisers                                                    File No.: 20815

BR007312

Established 1834                                                    **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**                          PHILADELPHIA, PA 19125-1296
*Appraisers*                                                       215-634-2500

## Assumptions and Limiting Conditions, Continued...

9)  The sale of any significant portion of the appraised property could have an effect on the value of the remaining property. Furthermore, any material change in the composition of the property appraised may have an impact on the value expressed in this report.

10) The content of this report shall not be used or copied for any purpose by anyone but the client without the previous written consent of the appraiser and then only in its entirety. In no case shall the content of this report be conveyed to the public via press release, advertising, public relations events, news, sales or other media without the written consent of Wm. F. Comly and Son, Inc.

11) Wm. F. Comly & Son, Inc. reserves the right to recall all copies of this report to correct any error or omission.

12) The appraiser and Wm. F. Comly and Son, Inc. assume no responsibility for matters of a legal nature.

13) Future services regarding the subject matter of this report, including, but not limited to, testimony or attendance in court, shall not be required of Wm. F. Comly & Son, Inc., unless previous arrangements have been made in writing.

14) The maximum liability of Wm. F. Comly & Son, Inc. for the breach of any obligation in connection with this engagement or the report, and for any and all damages of any type or nature (whether in contract or in tort, and whether compensatory, consequential or punitive in nature) sustained or claimed by the Company/Companies or any other person or entity in connection with this engagement or the report shall be limited to the fee actually received under the engagement letter.

17

Comly Appraisers                                                    File No.: 20815

BR007313

Established 1834                                                    **1825 E. BOSTON STREET**
**WM. F. COMLY & SON, INC.**                        PHILADELPHIA, PA 19125-1296
*Appraisers*                                                        215-634-2500

# STATEMENT OF QUALIFICATIONS
# ANDREW J. COMLY JR., ASA
# COMLY AUCTIONEERS & APPRAISERS

**PRESENT POSITION:**   Andrew J. Comly Jr. is Vice President at Comly Auctioneers & Appraisers. Specializing in auctions and assisting in appraisals.

**EXPERIENCE:**   I have been actively engaged in the auction, real estate and the appraisal profession since 2005. I have assisted in over 200 appraisals of machinery and equipment for a variety of financial institutions and legal firms.

I have participated in over 250 auction sales nationwide involving Industrial Manufacturing Plants, Processing Plants, Trucking Companies, Printing Companies, Construction Equipment, Hospitals, Restaurants, Hotels, Residential and Commercial Real Estate, General Merchandise, Building Materials, Jewelry, Apparel, etc.

**EDUCATION:**   Graduate University of Scranton, BS Degree in Criminal Justice. I am a graduate of the Certified Auctioneers Institute and hold a CAI designation. I have experience as an Auction Manager gaining expertise in preparing industrial and manufacturing facilities for on-site auctions.

**CONTINUING EDUCATION:**   Attend State and National Yearly Seminars
(2007 – Present) Pennsylvania Auctioneers Association
Pennsylvania Auctioneers Association
American Society of Appraisers
Industrial Auctioneers Association
Certified Auctioneers Institute

**PROFESSIONAL AFFILIATIONS:**   National Auctioneers Association
Pennsylvania Auctioneers Association
Machinery Dealers National Association
Industrial Auctioneers Association
New Jersey Bankruptcy Trustee Association
American Society of Appraisers

18

BR007314

Established 1834
**WM. F. COMLY & SON, INC.**
*Appraisers*

**1825 E. BOSTON STREET**
PHILADELPHIA, PA 19125-1296
215-634-2500

***PROFESSIONAL DESIGNATION:***
Pennsylvania Auctioneers License
Pennsylvania Real Estate License
Certified Auctioneers Institute
Accredited Senior Appraiser
American Society of Appraiser
Discipline of Machinery & Technical Specialties

I have performed appraisals and conducted auction sales for the following clients:

44 Business Capital LLC
Bank of America
Beane Associates, Inc.
Bryn Mawr Trust Company
Citizens Bank
Cornerstone Bank
Eagle National Bank & Trust
First Keystone Bank
First National Bank
First Niagara Bank
Fox Chase Bank
Fulton Bank
Fulton Financial
Hartman Shurr
John W. Hargrave & Associates
Law Office of Robert H. Holber, P.C.
Law Offices of Sklar – Markind
Liberty Bank

Linda L. McMackin
M & T Bank
Metro Bank
MileStone Bank
National Penn Bank
North Mill Capital, LLC
Penn Business Credit
PNC Bank
PNC Capital Recovery
Royal Bank America
Sovereign/ Santander
Sun National Bank
Susquehanna Bank
TD Bank
The Bank
Wells Fargo
WSFS Bank

BR007315