# EXHIBIT O



Shawn Sheehan · 3rd
Co-Founder at Wherehouse Beverage Co.

Wherehouse Beverage Co.

Bryant University

US Virgin Islands · **Contact info**

**500+** connections

Message    **+ Follow**    More

## Activity
1,250 followers

Posts    Comments

**Shawn Sheehan** reposted this • 6d

There are simple market based solutions that can resolve the lack of distribution
channels and save the market - lets hope they start listening

'Help us, we are dying.' New York's cannabis farmers are at their brea...
syracuse.com • 12 min read

3

**Shawn Sheehan** reposted this • 2w

Congrats to the entire team!

WYNK: From Tab to Bottom: A Fresh Face for WYNK THC Seltzer • Cli...
cliocannabisawards.com • 1 min read

12                                                                    2 comments

**Shawn Sheehan** reposted this • 1mo

Thank you **Global Cannabis Times** for the feature.
...                                                          ...show more

Global Cannabis Times Sept - Oct 2023 Page 29
bt.e-ditionsbyfry.com • 1 min read

4

Show all posts →

## Experience

TRUSTEE19823



**Co-Founder at Wherehouse Beverage Co.**

Wherehouse Beverage Co. · Full-time

Jan 2022 - Present · 1 yr 11 mos

St Thomas, US Virgin Islands · On-site

Creating new beverage experiences for emerging lifestyle choices // April 2023



**Co-Founder**

Drink Wynk · Full-time

Oct 2020 - Present · 3 yrs 2 mos

Pennsylvania, United States



**Principal**

XO Energy

Mar 2011 - Present · 12 yrs 9 mos

St Thomas, US Virgin Islands

XO Energy is a conservative, proprietary energy trading and risk management firm founded in Landenberg, PA.

Founded in 2011 and registered with the Federal Regulatory Energy Commission (FERC) as a wholesale electric utility, XO Energy affiliate companies engage in conservative trading of financial and physical products in PJM, MISO, CAISO, NYISO, ERCOT, and SPP.

A pioneering leader and innovator in the energy markets, we support open, competitive, transparent, and efficient electricity markets resulting in lower costs for end use consumers.

Check us out at xo-energy.com

## Education

 **Bryant University**

## Skills

**Commodity Markets**

 12 endorsements

**Energy**

Endorsed by Margaret Miller and 1 other who is highly skilled at this

 17 endorsements

Show all 24 skills →

## Publications

**Hourly FTR's - Critical to Accurate Price Formation for Electricity Markets**

Platts Nodal Trader 2015 · Oct 22, 2015

An Hourly FTR will promote the hedging of real-time congestion risk and, in so doing, will facilitate the convergence of the Day-Ahead and Real-Time ma ...see more

## Interests

Companies    Groups    Newsletters    Schools

TRUSTEE19824



**PJM Interconnection**
27,961 followers

+ Follow

**Midcontinent Independent System Operator (MISO)**
19,475 followers

+ Follow

Show all companies →

Promoted    ···

**Get ahead of tax season**
The finance pros you need are on Upwork. ›

**Attorney Needed ASAP**
Crucial need for a local attorney in your area. View new cases now! ›

**Weekend-Based Cornell MBA**
Get a competitive edge with the Cornell EMBA Metro NY. Learn more. ›

**People also viewed**

**Angus Rittenburg** · 3rd
Wherehouse Beverage Co.

View profile

**Casey Parzych** · 3rd
WYNK Co-Founder

View profile

**Sol Clahane** · 3rd
Founder of Boardroom Brew Beverage Consulting, LLC, Former Board Member of Storz and Bickel, Chair for Coca-Cola Diversity Council, Public...

+ Follow

**Sara Schenkel** · 3rd
Human Capital Manager at PwC

View profile

**Stacy Sullivan** · 3rd
Results-driven Leader | Inspiring Teams | Driving Transformation

View profile

Show all

**People you may know**
From Shawn's company

**Victor Byamungu**
--

⊕ Connect

**genesis crystalscomehome**
--

TRUSTEE19825



⚇+ Connect

**Sydney Mohapi**
Truck Driver at WHEREHOUSE BEVERAGE CO

⚇+ Connect

**Angus Rittenburg** 🔗
Wherehouse Beverage Co.

⚇+ Connect

**Rahul Verma**
Store Manager at WHEREHOUSE BEVERAGE CO

⚇+ Connect

Show all

**You might like**
Pages for you

**Best Bev**
Food and Beverage Services
1,425 followers

+ Follow

**United States Court of Appeals for the Ninth Circuit**
Administration of Justice
9,857 followers

 1 connection follows this page

+ Follow

Show all

Promoted    •••

**Sales geniuses galore**
Top sales & marketing talent, as and
when you need it via Upwork.    ❯

**Turn Leads Into Clients**
"LegalMatch is easy to use. I have no
complaints." - Jeffrey D., Attorney.    ❯

**Hiring Trial Attorneys**
Experienced attorney base salary of
$250K. Earn up to $500K - $2M
annually.    ❯

About

Accessibility

Talent Solutions

❓ **Questions?**
Visit our Help Center.

Select Language

English (English)

Community Guidelines

Careers

Marketing Solutions

Privacy & Terms ▾

Ad Choices

Advertising

⚙ **Manage your account and privacy**
Go to your Settings.

Sales Solutions

Mobile

Small Business

Safety Center

🛡 **Recommendation transparency**
Learn more about Recommended Content.

LinkedIn Corporation © 2023

**TRUSTEE19826**