# EXHIBIT P

   

# Contact information

Trade name: CANVAS 340, LLC DBA WHEREHOUSE BEVERAGE

Phone number: 1-484-897-0995

Email: hello@drinkwynk.com

Physical address: 1619 New London Road, Landenberg PA 19350, United States

VAT number:

Trade number:

**WYNK**™

About WYNK

Find WYNK

Wholesale

Partner Assets

Affiliate Program

Press

Shop

FAQ

Contact Us

Blog

Test Results

Manage Subscription

## Let's Be Friends

We're the "social butterfly" of the group — Subscribe and we'll keep you up-to-date on local events, trending mocktails, and exclusive promos.

Subscribe

   



© 2026 WYNK. All rights reserved.

Privacy policy     Terms of service     Shipping policy     Contact information     Refund policy

Cancellation policy

Hemp-derived products on this site contain a value of 0.3% or less Δ9THC (or no more than 0.3% Δ9THC). Do not use these products without approval from a doctor, especially if you take prescription medications.

FDA Disclosure: This product is not for use by or sale to persons under the age of 18 or 21 depending on the laws of your governing state or territory. This product should be used only as directed on the label. It should not be used if you are pregnant or nursing. Consult with a physician before use, especially if you have a medical condition or use prescription medications. A doctor's advice should be sought before using any of these products. All trademarks and copyrights are property of their respective owners and are not affiliated with nor do they endorse this product. These statements have not been evaluated by the FDA. These products are not intended to diagnose, treat, cure or prevent any disease. By using this site you agree to follow the Privacy Policy and all Terms & Conditions printed on this site. Void Where Prohibited By Law.

UNDER NO CIRCUMSTANCE SHALL WE HAVE ANY LIABILITY TO YOU FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF THE SITE OR RELIANCE ON ANY INFORMATION PROVIDED ON THE SITE. YOUR USE OF THE SITE AND YOUR RELIANCE ON ANY INFORMATION ON THE SITE IS SOLELY AT YOUR OWN RISK.