# EXHIBIT Q

| | |
|---|---|
| **From:** | Andrew Belli |
| **Sent:** | Friday, May 19, 2023 3:18 PM UTC |
| **To:** | Hamermesh, Matthew A. |
| **Subject:** | RE: Midnight Madness, LLC [IWOV-HASP1.FID137704] |

Following up here.

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

**From:** Andrew Belli
**Sent:** Monday, May 8, 2023 9:06 AM
**To:** Hamermesh, Matthew A. <mah@hangley.com>
**Subject:** RE: Midnight Madness, LLC [IWOV-HASP1.FID137704]

Matt following up on how the modified request is overbroad?  It is limited to two custodians, then further limited to specific recipients, for a time frame that is directly targeted to reveal information relevant to the Debtor.  It is incredibly limited and easy to effectuate.

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

**From:** Andrew Belli
**Sent:** Thursday, May 4, 2023 5:35 PM
**To:** Hamermesh, Matthew A. <mah@hangley.com>
**Subject:** Re: Midnight Madness, LLC [IWOV-HASP1.FID137704]

How is it overbroad?


On May 4, 2023, at 5:22 PM, Hamermesh, Matthew A. <mah@hangley.com> wrote:


> **EXTERNAL EMAIL.**

Andy:

My apologies for my delay in getting back to you. I have discussed this with my clients. While we appreciate your efforts to narrow the request, this is still covers vastly more territory than what the trustee might legitimately have an interest in reviewing. We cannot agree to this overbroad request.

Matt

Matthew A. Hamermesh
Hangley Aronchick Segal Pudlin & Schiller

TRUSTEE19222

(215) 496-7054 (office)
(267) 240-3893 (mobile)
mhamermesh@hangley.com

 Please consider the environment before printing this email.

HASPS is a proud member of the ABA/EPA Law Office Climate challenge.

---

**From:** Andrew Belli <ABelli@kcr-law.com>
**Sent:** Tuesday, May 2, 2023 12:43 PM
**To:** Hamermesh, Matthew A. <mah@hangley.com>
**Subject:** RE: Midnight Madness, LLC [IWOV-HASP1.FID137704]

**[EXTERNAL EMAIL - This message originated outside Hangley Aronchick.]**

Matt, any word here?

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

---

**From:** Andrew Belli
**Sent:** Friday, April 28, 2023 11:36 AM
**To:** Hamermesh, Matthew A. <mah@hangley.com>
**Subject:** RE: Midnight Madness, LLC [IWOV-HASP1.FID137704]

Hi, Matt – hope all is well.  Following up here.

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

---

**From:** Andrew Belli
**Sent:** Tuesday, April 25, 2023 1:34 PM
**To:** Hamermesh, Matthew A. <mah@hangley.com>
**Subject:** RE: Midnight Madness, LLC [IWOV-HASP1.FID137704]

Matt, my apologies for the delay, I have been thinking about the best mutually agreeable way to simplify these requests for you.  What do you think about compromising by distilling things down to the following single request: all communications (in whatever form and regardless of what entity they purport to be on behalf of) between or among Shawn Sheehan and Ryan Uszenski, on the one hand, and Sheehan, Uszenski, Casey Parzych, Kelly Festa, Gary Parzych, Angus Rittenburg, Ashleigh Baldwin, and John Pitts, on the other hand, between 1/1/2021 and 12/31/2022.

Public records indicate that Mr. Sheehan owns and controls both your clients and is the President of XO Energy MA, Inc., the ultimate owner of Best Bev, LLC, an entity which is in the same exact business as, employs a large number of the same employees as, and appears to have improperly

TRUSTEE19223

usurped the assets of the Debtor.  Best Bev is co-managed by your client EtOH Worldwide, LLC and Mr. Uszenski.

If this isn't acceptable we will proceed with the original requests as worded, with the following limitations to address the concerns you raised during our telephone conversation:

1. Timeframe on all requests limited to 1/1/2020 to the present;
2. Request 9 limited to communications relating to the subject matter of relating to the ethanol, copackaging and/or beverage industries, including, but not limited to, entity formation, site leasing/construction, storage, formulation, production, canning, packaging, co-packing, labeling, sourcing, marketing, staffing, and/or sale of ethanol products (including, but not limited to liquor, alcoholic beverages, hand sanitizer, and raw ethanol) and/or beverages (including, but not limited to, alcoholic beverages and/or beverages containing CBD and/or THC).

Please let me know your thoughts.

Best,

Andy

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

---

**From:** Hamermesh, Matthew A. <mah@hangley.com>
**Sent:** Tuesday, April 18, 2023 10:25 AM
**To:** Andrew Belli <ABelli@kcr-law.com>
**Subject:** RE: Midnight Madness, LLC [IWOV-HASP1.FID137704]

**EXTERNAL EMAIL.**

Talk to you then.

Matt

Matthew A. Hamermesh
Hangley Aronchick Segal Pudlin & Schiller
(215) 496-7054 (office)
(267) 240-3893 (mobile)
mhamermesh@hangley.com

 Please consider the environment before printing this email.
HASPS is a proud member of the ABA/EPA Law Office Climate challenge.

---

**From:** Andrew Belli <ABelli@kcr-law.com>
**Sent:** Tuesday, April 18, 2023 10:22 AM

TRUSTEE19224

**To:** Hamermesh, Matthew A. <mah@hangley.com>
**Subject:** RE: Midnight Madness, LLC [IWOV-HASP1.FID137704]

**[EXTERNAL EMAIL - This message originated outside Hangley Aronchick.]**

Yes.

Andrew J. Belli, Esquire
(215) 735-8700 (Phone)

---

**From:** Hamermesh, Matthew A. <mah@hangley.com>
**Sent:** Tuesday, April 18, 2023 10:11 AM
**To:** Andrew Belli <ABelli@kcr-law.com>
**Subject:** RE: Midnight Madness, LLC [IWOV-HASP1.FID137704]


### EXTERNAL EMAIL.

Aaron:

I could talk at 3:30 on Wednesday. Does that work for you?

Matt

Matthew A. Hamermesh
Hangley Aronchick Segal Pudlin & Schiller
(215) 496-7054 (office)
(267) 240-3893 (mobile)
mhamermesh@hangley.com

 Please consider the environment before printing this email.
HASPS is a proud member of the ABA/EPA Law Office Climate challenge.

---

**From:** Andrew Belli <ABelli@kcr-law.com>
**Sent:** Saturday, April 15, 2023 7:10 AM
**To:** Hamermesh, Matthew A. <mah@hangley.com>
**Subject:** Re: Midnight Madness, LLC [IWOV-HASP1.FID137704]

**[EXTERNAL EMAIL - This message originated outside Hangley Aronchick.]**

I can make anytime Wednesday work, thanks.


On Apr 14, 2023, at 5:33 PM, Hamermesh, Matthew A. <mah@hangley.com> wrote:

TRUSTEE19225

> **EXTERNAL EMAIL.**

Andrew:

I am tied up with several matters Monday and Tuesday next week. Is there a good time we could talk later in the week?

Matt

Matthew A. Hamermesh
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA  19103
(215) 496-7054 (office)
(215) 568-0300 (facsimile)
mhamermesh@hangley.com
www.hangley.com

 Please consider the environment before printing this email.
HASPS is a proud member of the ABA/EPA Law Office Climate challenge.

---

**From:** Andrew Belli <ABelli@kcr-law.com>
**Sent:** Wednesday, April 5, 2023 3:23 PM
**To:** Hamermesh, Matthew A. <mah@hangley.com>
**Subject:** Midnight Madness, LLC

**[EXTERNAL EMAIL - This message originated outside Hangley Aronchick.]**

Mr. Hamermesh –

Please see the attached correspondence.

Best,

Andy

Andrew J. Belli, Esquire
Coren & Ress, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
(215) 735-8700 (Phone)

TRUSTEE19226

(215) 735-5170 (Fax)
email: ABelli@kcr-law.com

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

TRUSTEE19227