# EXHIBIT R

| | |
|---|---|
| **From:** | Ian Kobos |
| **Sent:** | Monday, November 22, 2021 4:17 PM UTC |
| **To:** | robert.cassell newlibertydistillery.com; Jefferson, Patricia B. |
| **Subject:** | [EXTERNAL] Fwd: PA Sales folder |

<mark>EXTERNAL</mark>

On the Email/Drive topic: Kelli Festa still had access to information that was wiped after the "wipe"  The wipe happened around 5pm on Friday, September 24th.  I reached out to you Rob when it happened if you remember.  I was in crisis mode...
She had to "ask for permission" to send me these reports attached that were previously wiped after the wipe.  Where did they come from and who gave her permission?



**Ian**
 **Kobos**
General Sales Manager PA
**Phone:**
 717-804-9192
**Site:**
www.fabereasydrinking.com

---------- Forwarded message ---------
From: **Kelly Festa** <kellyfesta@drinkwynk.com>
Date: Fri, Oct 1, 2021 at 8:44 AM
Subject: PA Sales folder
To: Ian Kobos <ian@theoandopp.com>

 **PA Sales folder-20210927T172346Z-001.zip**

TRUSTEE013180