**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>    **Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>    **Plaintiff,**<br>   **v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>    **Defendants.** | **Adv. No. 23-00047-PMM** |

## CERTIFICATION OF SERVICE

I hereby certify that on March 9, 2026, I did cause a true and correct copy of the Trustee's Reply in Further Support of Motion to Compel to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system in connection with the above-captioned adversary proceeding.

Dated: March 9, 2026

                    **COREN & RESS, P.C.**

                    /s/ Andrew J. Belli
                    ANDREW J. BELLI
                    Two Commerce Square, Suite 3900
                    2001 Market Street
                    Philadelphia, PA 19103
                    Tel: (215) 735-8700
                    Fax: (215) 735-5170
                    abelli@kcr-law.com

                    *Counsel for Plaintiff*
                    *Bonnie Finkel, Chapter 7 Trustee*