IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>            Debtor. | CHAPTER 7<br>Case No. 21-11750-MDC |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>           Defendants. | Adv. No. 23-00047-PMM |

## **NOTICE OF APPEARANCE**

Kindly enter the appearance of Lark A. McAllister, Esquire, of the law firm Saxton & Stump LLC, on behalf of Defendant Michael Boyer in the above-referenced adversary proceeding.

SAXTON & STUMP, LLC

Date:   3/10/26

By: /s/Lark A. McAllister
    Lark A. McAllister, Esquire
    PA I.D. No. 333716
    100 Deerfield Lane, Suite 240
    Malvern, PA 19355
    Phone: (484)328-8516
    lmcallister@saxtonstump.com

    *Counsel for Defendant Michael Boyer*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Entry of Appearance was served via the ECF system upon all counsel of record.

Date: 3/10/26                                    /s/Lark A. McAllister
                                                 Lark A. McAllister, Esquire