IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>   Debtor. | CHAPTER 7<br>Case No. 21-11750-MDC |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>   Defendants. | Adv. No. 23-00047-PMM |

## <u>NOTICE OF APPEARANCE</u>

Kindly enter the appearance of Dominic V. Giovanniello, Esquire, of the law firm Saxton & Stump LLC, on behalf of Defendant Michael Boyer in the above-referenced adversary proceeding.

SAXTON & STUMP, LLC

Dated:  March 10, 2026

By: */s/ Dominic V. Giovanniello*

Dominic V. Giovanniello
PA I.D. # 329060
4250 Crums Mill Road, Suite 201
Harrisburg, PA 17112
Phone: (717) 216-5505
Fax: (717) 547-1900
dgiovanniello@saxtonstump.com

*Counsel for Defendant Michael Boyer*