IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br>v.<br><br>**CASEY PARZYCH, et al.,**<br><br>Defendants. | Adv. No. 23-00047-PMM |

## ORDER

Upon consideration of the chapter 7 Trustee's Motion to Compel (doc. #107, the "Motion") and the objections thereto;

AND a hearing with regard to the Motion having been held on March 11, 2026;

AND for the reasons stated at the hearing, it is hereby **ordered** that:

1. Determination of the Motion is **deferred**, pending the outcome of the parameters provided in this Order.

2. Counsel for the Trustee and counsel for the objecting Defendants must meet and confer about the disputes addressed in the Motion and at the March 11, 2026 hearing;

3. The meeting described in paragraph 2 must occur on or before **April 13, 2026**;

4. On or before **April 17, 2026**, the Trustee must either report this matter as settled or relist the Motion for a hearing.

Dated: 3/13/26

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge