IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br>v.<br>**CASEY PARZYCH, et al.,**<br><br>Defendants. | Adv. No. 23-00047-PMM |

## ORDER

Upon the motion (the "Motion") of K&L Gates LLP ("K&L Gates") to withdraw as counsel for Defendants Casey Parzych, Angus Rittenburg, Kelly Festa, Ashleigh Baldwin, Michael Boyer, R.F. Culbertson, Polebridge, LLC, Good Design, Inc., and AgTech PA LLC (collectively, the "K&L Gates Defendants") (doc. # 105, the "Motion") and the limited objection thereto filed by the Chapter 7 Trustee;

It is hereby **ordered** that:

1. The Motion is **granted**.

2. The K&L Defendants shall retain new counsel on or before **June 10, 2026**;

3. On or before **April 3, 2026**, each K&L Gates Defendant shall provide Plaintiff's counsel with a written inventory identifying on a repository-by-repository basis the existence, description, nature, custody, condition, and location of any documents or other tangible things currently or previously in that Defendant's possession, custody, or control which are likely to contain information relevant to this matter, including without limitation

emails, text messages, cell phone data, computer drives, cloud storage accounts, and hard copy documents (the "Document Repository Inventory"). Each Defendant's Document Repository Inventory shall be signed by the appropriate Defendant pursuant to <u>Fed. R. Civ. P. 33(b)(5)</u> and by a K&L Gates attorney pursuant to Fed. R. Civ. P. 26(g).

4. K&L Gates shall preserve all client documents and electronically stored information currently in its possession, custody, or control relating to this adversary proceeding, and shall provide Plaintiff's counsel with a high-level description of such materials (including data source and date range) within twenty-one (21) days of the date of this Order.

5. Each individual K&L Gates Defendant—Casey Parzych, Angus Rittenburg, Kelly Festa, Ashleigh Baldwin, Michael Boyer, and R.F. Culbertson—who does not have replacement counsel within the time provided herein, must file with the Court and serve upon Plaintiff's counsel a notice providing: (a) an active email address; (b) a physical mailing address; and (c) a telephone number at which that Defendant may be reached for purposes of informal communications and formal service of litigation documents.

8. On or before **30 days** following the entry of appearance of new counsel on behalf of the K&L Defendants, the K&L Defendants must meet and confer with Trustee's counsel regarding providing responses to discovery.

Dated: 3/13/26

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge