IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>           Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>           Defendants. | Adv. No. 23-00047-PMM |

## STIPULATION

Plaintiff, Bonnie B. Finkel (the "Trustee") in her capacity as Chater 7 Trustee for Midnight Madness Distilling LLC f/k/a Theobald and Oppenheimer, LLC d/b/a/ Faber Distilling and Defendants Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Canvas 340, LLC, and Best Bev, LLC (the "Sheehan Defendants"), through their respective counsel, agree and stipulate as follows:

WHEREAS, the Trustee filed a motion to compel (the "Motion," D.I. 107) which was opposed by the Sheehan Defendants (D.I. 124);

WHEREAS, on March 13, 2026, after a hearing on the Motion, the Court entered an order (D.I. 132, the "Order") requiring the Trustee and the Sheehan Defendants to meet and confer concerning the subject of the Motion;

WHEREAS, the Trustee and the Sheehan Defendants promptly met and conferred and are engaged in an ongoing dialogue in an attempt to resolve the issues raised in the Motion;

WHEREAS, paragraph 4 of the Order states that, on or before April 17, 2026, the Trustee must either report the Motion as settled or relist the Motion for a hearing; and

WHEREAS, in light of the parties' ongoing discussion, the Trustee believes that a two week extension of the April 17, 2026 deadline is appropriate and in the interests of the parties and judicial economy;

it is hereby STIPULATED and AGREED between the Trustee and the Sheehan Defendants through their respective counsel and subject to the approval of the Court, as follows:

2

(a)      the April 17, 2026 deadline set forth in paragraph 4 of the Order (D.I. 132)

is extended two weeks, until May 1, 2026.

Dated: April 16, 2026

COREN & RESS, P.C.                                    BALLARD SPAHR LLP

By: */s/ Andrew J. Belli*                            */s/ Leslie C. Heilman*
    Steven M. Coren                                   Leslie C. Heilman (No. 94589)
    Andrew J. Belli                                   Nicholas J. Brannick (Admitted Pro Hac
    Two Commerce Square, Suite 3900                   Vice)
    2001 Market Street                                222 Delaware Avenue, 10th Floor
    Philadelphia, PA 19103                            Wilmington, DE 19801
    Tel: (215) 735-8700                               Tel: (302) 252-4465
    Fax: (215) 735-5170                               Fax: (302) 252-4466
    scoren@kcr-law.com                                Email: heilmanl@ballardspahr.com
    abelli@kcr-law.com                                        nbrannick@ballardspahr.com

    *Counsel for Plaintiff*                           *Counsel for the Sheehan Defendants*
    *Bonnie Finkel, Chapter 7 Trustee*

                              **AND IT IS SO ORDERED**

                              _____
                              PATRICIA M. MAYER
                              UNITED STATES BANKRUPTCY JUDGE