IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-MDC |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-PMM<br><br>JURY TRIAL DEMANDED |

## DISCOVERY STIPULATION

Plaintiff, Bonnie B. Finkel (the "Trustee") in her capacity as Chater 7 Trustee for Midnight

Madness Distilling LLC f/k/a Theobald and Oppenheimer, LLC d/b/a/ Faber Distilling ("Debtor")

and Michael Boyer ("Boyer"), by and through their respective counsel, hereby agree and stipulate

as follows:

WHEREAS, on February 26, 2026, the Trustee and Boyer, by and through their respective

counsel, entered into a Discovery Stipulation that, among other things, provided that Boyer shall

produce all non-privileged documents requested in the Trustee's First Request for Production by

45 days after the date of entry of an Order approving the stipulation (the "February 26 Stipulation");

WHEREAS, the Court so-ordered the February 26 Stipulation on March 3, 2026; and

WHEREAS, the Trustee and Boyer have agreed to extend the deadline set forth in the February 26 Stipulation; it is hereby

STIPULATED and AGREED TO between the Trustee and Boyer, by and through their respective counsel, as follows:

(a) Boyer shall provide complete production of all non-privileged documents requested in the Trustee's First Requests for Production by June 1, 2026;

(b) Contemporaneous with Boyer's production, he will submit a privilege log to the extent that he is in possession of any documents believed to be subject to privilege; and

(c) The Trustee and Boyer shall submit this Stipulation to the Court for the entry of an order approving its terms. A proposed Order is annexed hereto as Exhibit A.

Dated: April 16, 2026

COREN & RESS, P.C.

SAXTON & STUMP, LLC

By: /s/ Andrew J. Belli
    Steven M. Coren
    Andrew J. Belli
    Two Commerce Square, Suite 3900
    2001 Market Street
    Philadelphia, PA 19103
    Tel: (215) 735-8700
    Fax: (215) 735-5170
    scoren@kcr-law.com
    abelli@kcr-law.com

    *Counsel for Plaintiff*
    *Bonnie Finkel, Chapter 7 Trustee*

By: /s/ G. William Bartholomew
    G. William Bartholomew,
    280 Granite Run Drive, Suite 300
    Lancaster, PA 17601
    Phone: (717) 556-1000
    Fax: (717) 441-3810
    wbartholomew@saxtonstump.com

    *Counsel for Defendant, Michael Boyer*

2