IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-PMM |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-PMM |

**STIPULATION**

Plaintiff, Bonnie B. Finkel (the "Trustee") in her capacity as Chater 7 Trustee for Midnight Madness Distilling LLC f/k/a Theobald and Oppenheimer, LLC d/b/a/ Faber Distilling and Defendants Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Canvas 340, LLC, and Best Bev, LLC (the "Sheehan Defendants"), through their respective counsel, agree and stipulate as follows:

WHEREAS, the Trustee filed a motion to compel (the "Motion," D.I. 107) which was opposed by the Sheehan Defendants (D.I. 124);

WHEREAS, on March 13, 2026, after a hearing on the Motion, the Court entered an order (D.I. 132, the "Order") requiring the Trustee and the Sheehan Defendants to meet and confer concerning the subject of the Motion;

WHEREAS, the Trustee and the Sheehan Defendants promptly met and conferred and are engaged in an ongoing dialogue in an attempt to resolve the issues raised in the Motion;

WHEREAS, paragraph 4 of the Order states that, on or before April 17, 2026, the Trustee must either report the Motion as settled or relist the Motion for a hearing; and

WHEREAS, in light of the parties' ongoing discussion, the Trustee believes that a two week extension of the April 17, 2026 deadline is appropriate and in the interests of the parties and judicial economy;

it is hereby STIPULATED and AGREED between the Trustee and the Sheehan Defendants through their respective counsel and subject to the approval of the Court, as follows:

(a)   the April 17, 2026 deadline set forth in paragraph 4 of the Order (D.I. 132)

is extended two weeks, until May 1, 2026.

Dated: April 16, 2026

| COREN & RESS, P.C. | BALLARD SPAHR LLP |
|---|---|
| By: */s/ Andrew J. Belli* | */s/ Leslie C. Heilman* |
| Steven M. Coren | Leslie C. Heilman (No. 94589) |
| Andrew J. Belli | Nicholas J. Brannick (Admitted Pro Hac Vice) |
| Two Commerce Square, Suite 3900 | |
| 2001 Market Street | 222 Delaware Avenue, 10th Floor |
| Philadelphia, PA 19103 | Wilmington, DE 19801 |
| Tel: (215) 735-8700 | Tel: (302) 252-4465 |
| Fax: (215) 735-5170 | Fax: (302) 252-4466 |
| scoren@kcr-law.com | Email: heilmanl@ballardspahr.com |
| abelli@kcr-law.com | nbrannick@ballardspahr.com |
| | |
| *Counsel for Plaintiff* | *Counsel for the Sheehan Defendants* |
| *Bonnie Finkel, Chapter 7 Trustee* | |

**AND IT IS SO ORDERED**

**Date: April 17, 2026**

PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE

3