IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-MDC |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-PMM<br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this ___17th___ day of ___April_____, 2026, pursuant to the Discovery Stipulation entered into by and between counsel for the Trustee and counsel for the Defendant, Michael Boyer, it is hereby ordered and decreed as follows:

      (a)     Boyer shall provide complete production of all non-privileged documents requested in the Trustee's First Requests for Production by June 1, 2026;

      (b)     Contemporaneous with Boyer's production, he will submit a privilege log to the extent that he is in possession of any documents believed to be subject to privilege; and

(c)　　　The Trustee and Boyer shall submit this Stipulation to the Court for the

entry of an order approving its terms.  A proposed Order is annexed hereto as Exhibit A.

BY THE COURT:

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

**Date: April 17, 2026**

2