**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>     **Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>     **Plaintiff,**<br>   **v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>     **Defendants.** | **Adv. No. 23-00047-PMM**<br><br>**Re: Adv. D.I. 107** |

**PRAECIPE TO RELIST HEARING ON
PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff Bonnie B. Finkel, in her capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Debtor Midnight Madness Distilling, LLC f/k/a Theobald and Oppenheimer, LLC d/b/a Faber Distilling (the "Debtor"), hereby files this Praecipe to Relist Hearing on Plaintiff's Motion to Compel, stating as follows:

1.    On February 13, 2026, Plaintiff filed a Motion to Compel Discovery (the "Motion," Adv. D.I. 107) and the Court held a hearing thereon on March 11, 2026.

2.    On March 13, 2026, the Court entered an Order (Adv. D.I. 132) requiring the Trustee and the Sheehan Defendants to meet and confer about the disputes addressed in the Motion and at the hearing and, on or before April 17, 2026, either report the Motion as settled or relist the Motion for a hearing.

3.     On April 17, 2026, the Court entered an Order (Adv. D.I. 138) effectuating a stipulation between the Trustee and the Sheehan Defendants which extended the April 17, 2026 deadline to May 1, 2026.

4.     The relevant parties are not available on the currently listed hearing dates (May 27 and June 10) for motions filed in Chapter 7 adversary proceedings in Philadelphia matters.

5.     Consistent with this Court's Orders, the Trustee respectfully requests that the Court re-list the hearing on the Motion for Wednesday, June 24, 2026 at 9:30 a.m.

Dated: May 1, 2026                           Respectfully Submitted,

                                             **COREN & RESS, P.C.**

                                             /s/ Andrew J. Belli
                                             STEVEN M. COREN
                                             ANDREW J. BELLI
                                             JANICE D. FELIX
                                             Two Commerce Square, Suite 3900
                                             2001 Market Street
                                             Philadelphia, PA 19103
                                             Tel: (215) 735-8700
                                             Fax: (215) 735-5170
                                             scoren@kcr-law.com
                                             abelli@kcr-law.com
                                             jfelix@kcr-law.com

                                             *Counsel for Plaintiff*
                                             *Bonnie Finkel, Chapter 7 Trustee*