**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>**Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>**Plaintiff,**<br>**v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>**Defendants.** | **Adv. No. 23-00047-PMM**<br><br>**Re: Adv. D.I. 107** |

**NOTICE OF HEARING DATE**

Plaintiff Bonnie B. Finkel, in her capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Debtor Midnight Madness Distilling, LLC f/k/a Theobald and Oppenheimer, LLC d/b/a Faber Distilling (the "Debtor"), has filed a Praecipe to Relist Hearing on the Motion to Compel Discovery filed on February 13, 2026 (the "Motion," Adv. D.I. 107).

A hearing on the Motion is secluded to be held before the Honorable Patricia M. Mayer on Wednesday, June 24, 2026 at 9:30 a.m. in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

Dated: May 1, 2026

                                                    **COREN & RESS, P.C.**

                                                    /s/ Andrew J. Belli
                                                    STEVEN M. COREN
                                                    ANDREW J. BELLI
                                                    JANICE D. FELIX

Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
abelli@kcr-law.com
jfelix@kcr-law.com

*Counsel for Plaintiff*
*Bonnie Finkel, Chapter 7 Trustee*