IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>Case No. 21-11750-MDC |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,**<br><br>Defendants. | **Adv. No. 23-00047-MDC**<br><br> |

## NOTICE OF CONTACT INFORMATION PURSUANT TO COURT ORDER

Pursuant to Paragraph 5 of the Order dated March 13, 2026 (Doc. # 133), the undersigned Defendant, Angus Rittenburg, hereby provides the following active contact information for purposes of informal communications and formal service of litigation documents in this matter:

**Email Address:** anguswritt@gmail.com

**Physical Mailing Address:** 37 S. Main Street, Lambertville, NJ 08530

**Telephone Number:** (215) 527-4886

This Notice is provided because the undersigned has been unable to retain replacement counsel by the deadline set forth in the Order.

Dated: June 8, 2026

Respectfully submitted,

/s/ Angus Rittenburg
Angus Rittenburg
Defendant, Pro Se
37 S. Main Street
Lambertville, NJ 08530
Phone: (215) 527-4886
Email: anguswritt@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 8, 2026, he caused a true and correct copy

of the foregoing Notice of Contact Information Pursuant to Court Order to be served via email

upon Plaintiff's counsel at the following address:

Andrew J. Belli, Esquire
abelli@kcr-law.com
Coren & Ress, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103

/s/ Angus Rittenburg
Angus Rittenburg
Defendant, Pro Se
37 S. Main Street
Lambertville, NJ 08530
Phone: (215) 527-4886
Email: anguswritt@gmail.com