**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>　　　　　　**Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>　　　　　**Plaintiff,**<br>　　　v.<br><br>**CASEY PARZYCH, et al.,**<br><br>　　　　　**Defendants.** | **Adv. No. 23-00047-PMM** |

**NOTICE OF CONTACT INFORMATION PURSUANT TO COURT ORDER**

Pursuant to Paragraph 5 of the Order dated March 13, 2026, the undersigned Defendants, Casey Parzych and Ashleigh Baldwin, hereby provide the following active contact information for purposes of informal communications and formal service of litigation documents in this matter:

Casey Parzych

　　Email Address: parzych.cs@gmail.com

　　Physical Mailing Address: P.O. Box 251, New Albany, PA 18833

　　Telephone Number: 267.374.8714

Ashleigh Baldwin

Email Address: ashleigh.baldwin@gmail.com

Physical Mailing Address: P.O. Box 251, New Albany, PA 18833

Telephone Number: 215.534.1014 (please note that this telephone number was incorrectly stated to be 215.534-1012 in our email on June 9, 2026)

Due to the unreliability of mail delivery by the U.S. Postal Service to New Albany, Penmnsylvania, we respectfully request that copies of any communications to us also be sent to Hal Pitkow at 1107 Taylorsville Road, Suite 101, Washington Crossing, PA 18977, 215.321-1313, pitkow@aol.com.

This Notice is provided because the undersigned has been unable to retain replacement counsel by the deadline set forth in the foregoing Order.

We inadvertently failed to file this Notice with the Court yesterday because we mistakenly believed that we were only required to serve this information upon counsel and parties. We respectfully request that Your Honor excuse this oversight on our part, particularly because the information was electronically mailed to all counsel and parties on June 9, 2026.

Dated: June 11, 2026

Respectfully submitted,

*Casey Parzych*

Casey Parzych

*Ashleigh Baldwin*

Ashleigh Baldwin

2

## CERTIFICATE OF SERVICE

We hereby certify that the information in the foregoing Disclosure was electronically served upon the following counsel of record and parties at the following addresses on June 9, 2026:

Andrew J. Belli
COREN & RESS, P.C.
Two Commerce Square
Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
abelli@kcr-law.com

*Counsel for Plaintiff Bonnie Finkel, Chapter 7 Trustee*

Steven L. Caponi
K&L GATES LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
Fax: (302) 416-7020
Steven.Caponi@klgates.com

*Attorneys for Casey Parzych; Ashleigh Baldwin; Angus Rittenburg; Kelly Festa; Polebridge, LLC; Good Design, Inc.; AgTech PA LLC*

Leslie C. Heilman
BALLARD SPAHR
919 N. Market Street
11th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Fax: (302) 252-4466
heilmanl@ballardspahr.com

*Attorneys for Shawn Sheehan; AgTech VI, LLC; XO Energy Worldwide, LLLP; XO EW, LLC; Best Bev, LLC; EtOH Worldwide, LLC; and Canvas 340 LLC*

Mark Pfeiffer
BUCHANAN INGERSOLL
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
(215) 665-3921
_____ (fax)
mark.pfeiffer@bipc.com

*Attorney for Gary Parzych, Finland Leasing Company and Eugene T. Parzych, Inc.*

Joseph R. Heffern
ROGERS COUNSEL
26 E. Athens Avenue
Ardmore, PA 19003
(610) 649-1880
(877) 649-1880 (fax)
joe@rogerscounsel.com

*Attorney for Ryan Uszenski, Can Man LLC and R.F. Culbertson*

G. William Bartholomew
Saxton & Stump
280 Granite Run Drive
Suite 300
Lancaster, PA  17601
(717) 556-1050
(717) 441-3810 (fax)
wbartholomew@saxtonstump.com

*Attorney for Michael Boyer*

Angus Rittenburg
anguswritt@gmail.com

*Appearing Pro Se*

*Casey Parzych*
_____
Casey Parzych