IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | CHAPTER 7<br>Case No. 21-11750-MDC |
| BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASEY PARZYCH; SHAWN SHEEHAN; ANGUS RITTENBURG; KELLY FESTA; ASHLEIGH BALDWIN; MICHAEL BOYER; R.F. CULBERTSON; GARY PARZYCH; RYAN USZENSKI; POLEBRIDGE, LLC; GOOD DESIGN, INC.; AGTECH PA LLC; AGTECH VI, LLC; XO ENERGY WORLDWIDE, LLLP; XO EW, LLC; CAN MAN LLC; BEST BEV, LLC; ETOH WORLDWIDE, LLC; CANVAS 340, LLC; FINLAND LEASING CO., INC.; and EUGENE T. PARZYCH, INC.,<br><br>Defendants. | Adv. No. 23-00047-MDC |



FILED

JUN 1 1 2026

CLERK OF COURT
BY _____ DEP. CLERK

## NOTICE OF CONTACT INFORMATION PURSUANT TO COURT ORDER

Pursuant to Paragraph 5 of the Order dated March 13, 2026 (Doc. # 133), the undersigned Defendant, Kelly Dolan, hereby provides the following active contact information for purposes of informal communications and formal service of litigation documents in this matter:

**Email Address:** kellyann21@yahoo.com

**Physical Mailing Address:** 4241 Narvarez Way S, St Petersburg FL 33712

**Telephone Number:** 973-573-1441

This Notice is provided because the undersigned has been unable to retain replacement counsel by the deadline set forth in the Order.

Dated: June 9, 2026

Respectfully submitted,

/s/ Kelly Dolan
Kelly Dolan
Defendant, Pro Se
4241 Narvarez Way S, St Petersburg FL
33712
Phone: 973-573-1441
Email: kellyann921@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 9, 2026, she caused a true and correct copy

of the foregoing Notice of Contact Information Pursuant to Court Order to be served via email

upon Plaintiff's counsel at the following address:


Andrew J. Belli, Esquire
abelli@kcr-law.com
Coren & Ress, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103

/s/ Kelly Dolan
Kelly Dolan
Defendant, Pro Se
4241Narvarez WayS, St Petersburg FL 33712
Phone: 973-573-1441
Email: kellyann921@yahoo.com