**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>    **Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>      **Plaintiff,**<br>    **v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>      **Defendants.** | **Adv. No. 23-00047-PMM** |

**ORDER**

AND NOW it is hereby **ordered** that:

1)  Only authorized CM/ECF users, see L.B.R. 5005-3, may file a pleading or other document on the docket in this matter; and

2)  Any CM/ECF submission made by a non-authorized user shall be **stricken**.

Dated: 6/12/26

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge