**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| Midnight Madness Distilling, LLC, | : | |
| | : | |
| Debtor. | : | Case No.: 21-11750-PMM |
| | : | |
| | : | |
| Bonnie B. Finkel, in her capacity as | : | |
| Chapter 7 Trustee of Midnight Madness | : | |
| Distilling, LLC | : | |
| Plaintiff | : | Adv. No.: 23-00047-PMM |
| | : | |
| v. | : | |
| | : | |
| Casey Parzych, *et al.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION OF GARY PARZYCH, FINLAND LEASING CO. INC. AND**
**EUGENE T. PARZYCH, INC. FOR JUDGMENT ON THE PLEADINGS**

For the reasons set forth in the accompanying memorandum of law, Defendants Gary Parzych, Finland Leasing Co., Inc. ("Finland") and Eugene T. Parzych, Inc. ("ETP") respectfully move for judgment on the pleadings with respect to Plaintiff's amended complaint (the "Amended Complaint")[1] pursuant to Rule 12(c) of the Federal Rules of Civil Procedure which is incorporated into this adversary proceeding pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure.

---

[1]   ECF No. 44

Dated:  July 8, 2026

Respectfully submitted,

**BUCHANAN, INGERSOLL & ROONEY, P.C.**

/s/ Mark Pfeiffer
Mark Pfeiffer, Esq.
50 South 16th Street, Suite 3200
Philadelphia, PA 19102
Email: mark.pfeiffer@bipc.com
*Attorneys for Gary Parzych, Finland Leasing Co., Inc., and Eugene T. Parzych, Inc.*