**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re Midnight Madness Distilling LLC,**

| | | |
|---|---|---|
| **Debtor .** | : | **Chapter 7** |
| | : | |
| | : | |
| | | **21-11750 (PMM)** |

------------------------------------

| | | |
|---|---|---|
| **BONNIE B. FINKEL,** | : | |
| in her capacity as Chapter 7 Trustee | | |
| for Midnight Madness Distilling LLC, | | |
| | | |
| **Plaintiff,** | | |
| v. | | |
| **CASEY PARZYCH,** *et al* | : | **23-0047 (PMM)** |
| **Defendants.** | | |

## ORDER

**AND NOW**, upon consideration of the Motion for Judgment on the Pleadings filed by

Eugene T. Parzych Inc, Finland Leasing Co, Inc, and Gary Parzych (doc. #153 the "Motion");

It is hereby **ORDERED** that the Plaintiff must file a response to the Motion on or before

**July 31, 2026**.

Dated: 7/13/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge