**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>     **Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>     **Plaintiff,**<br>  **v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>     **Defendants.** | **Adv. No. 23-00047-PMM** |

**STIPULATION AND PROPOSED ORDER
EXTENDING CASE MANAGEMENT DEADLINES**

Plaintiff Bonnie B. Finkel, in her capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Debtor Midnight Madness Distilling, LLC f/k/a Theobald and Oppenheimer, LLC d/b/a Faber Distilling (the "Debtor"), and the undersigned Defendants (together with the Trustee, the "Parties"), by and through their respective undersigned counsel or pro se, hereby stipulate and agree, subject to the approval of the Court, as follows:

**WHEREAS** on February 28, 2025, this Court entered a Pretrial Order [Adv. D.I. 92] in the above-captioned matter setting forth various case management deadlines, including a January 19, 2026 deadline for the close of fact discovery;

**WHEREAS** on December 3, 2025, the Parties filed a stipulation providing for a six-month extension of the discovery deadline in this adversary proceeding [Adv. D.I. 101], which

the Court approved and effectuated through entry of an Amended Pretrial Order [Adv. D.I. 102], pursuant to which fact discovery must be completed by July 19, 2026;

**WHEREAS** defendants Casey Parzych, Shawn Sheehan, Angus Rittenburg, Ashleigh Baldwin, R.F. Culbertson, Michael Boyer, Kelly Festa (aka Kelly Dolan), Polebridge, LLC, Good Design, Inc., AgTech PA LLC, AgTech VI, LLC, XO Energy Worldwide, LLLP, XO EW, LLC, Best Bev, LLC, EtOH Worldwide, LLC, and Canvas 340 LLC were previously represented by attorneys at K&L Gates LLP who were, for certain defendants, replaced as counsel in January 2026 and, for other defendants, filed a motion to withdraw as counsel on February 5, 2026 [Adv. D.I. 105];

**WHEREAS** on March 13, 2026, this Court entered an Order granting K&L Gates' motion to withdraw [Adv. D.I. 133] and providing the defendants which became unrepresented as a result until June 10, 2026 to retain replacement counsel;

**WHEREAS** as indicated in the signature lines below, certain individual defendants are proceeding pro se and entity Defendants Polebridge, LLC, Good Design, Inc., and AgTech PA LLC are currently unrepresented (and are not included in this stipulation);

**WHEREAS** certain defendants have experienced delays in gathering and producing documents and ESI, which delays have been exacerbated by the withdrawal of K&L Gates;

**WHEREAS** the Trustee requires Defendants' document productions to be substantially complete prior to conducting necessary depositions of the Defendants and their representatives;

**WHEREAS** the parties believe that a seven-month extension to the existing case management deadlines will allow Defendants to complete their document productions and the parties to complete depositions;

**WHEREAS** the proposed extension will not affect a scheduled trial date, as none is

currently scheduled;

**AND NOW** the parties hereby stipulate that an agreed Amended Pretrial Order is

attached hereto as Exhibit A for consideration by the Court.

| | |
|---|---|
| /s/ Joseph R. Heffern | /s/ Andrew J. Belli |
| Joseph R. Heffern | Andrew J. Belli |
| ROGERS COUNSEL | COREN & RESS, P.C. |
| 26 E. Athens Avenue | Two Commerce Square, Suite 3900 |
| Ardmore, PA 19003 | 2001 Market Street |
| (610) 649-1880 | Philadelphia, PA 19103 |
| (877) 649-1880 (fax) | Tel: (215) 735-8700 |
| joe@rogerscounsel.com | Fax: (215) 735-5170 |
| | abelli@kcr-law.com |
| *Counsel for Ryan Uszenski, Can Man LLC, and* | |
| *R.F. Culbertson* | *Counsel for Plaintiff* |
| | *Bonnie Finkel, Chapter 7 Trustee* |

| | |
|---|---|
| /s/ Mark D. Pfeiffer | /s/ Leslie C. Heilman |
| Mark D. Pfeiffer | Leslie C. Heilman (No. 94589) |
| BUCHANAN INGERSOLL & ROONEY PC | Nicholas J. Brannick (Admitted Pro Hac Vice) |
| Two Liberty Place | |
| 50 S. 16th Street, Ste. 3200 | BALLARD SPAHR LLP |
| Philadelphia, PA 19102 | 222 Delaware Avenue, 10th Floor |
| 215-665-3921 | Wilmington, DE 19801 |
| Fax : 215-665-8760 | Tel: (302) 252-4465 |
| Email: mark.pfeiffer@bipc.com | Fax: (302) 252-4466 |
| *Counsel for Gary Parzych; Eugene T. Parzych,* | Email: heilmanl@ballardspahr.com |
| *Inc.; and Finland Leasing Co. Inc.* | nbrannick@ballardspahr.com |
| | |
| | *Counsel for Shawn Sheehan, XO Energy* |
| | *Worldwide, LLLP, XO EW, LLC, Canvas* |
| | *340, LLC, and Best Bev, LLC* |

*/s/ G. William Bartholomew*
G. William Bartholomew
SAXTON & STUMP, LLC
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
Phone: (717) 556-1000
Fax: (717) 441-3810
wbartholomew@saxtonstump.com
*Counsel for Michael Boyer*

*/s/ Casey Parzych*
Casey Parzych
P.O. Box 251
New Albany, PA 18833
Phone: (267) 374-8714
*Pro se*

*/s/ Ashleigh Baldwin*
Ashleigh Baldwin
P.O. Box 251
New Albany, PA 18833
Phone: (215) 534-1014
*Pro se*

*/s/ Angus Rittenburg*
Angus Rittenburg
37 S. Main Street
Lambertville, NJ 08530
Phone: (215) 527-4886
*Pro se*

*/s/ Kelly Dolan*
Kelly Dolan
4241 Narvarez Way S.
St. Petersburg, FL 33712
Phone: (973) 573-1441
*Pro se*

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>      **Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>      **Plaintiff,**<br>            **v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>      **Defendants.** | **Adv. No. 23-00047-PMM** |

**AMENDED PRETRIAL ORDER**

        **AND NOW**, the plaintiff having filed an adversary proceeding and the defendants having filed a responsive pleading, it is hereby **ORDERED** that the Pretrial Order entered on February 28, 2025 (A.D.I. 92) is amended as follows:

1.    All fact discovery in this matter shall be initiated so that it will be completed on or before **February 19, 2027**.

2.    Any expert report required pursuant to F. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than **March 19, 2027**.  If any party intends to provide expert testimony in rebuttal to any expert report, any such rebuttal expert report must be served no later than **April 13, 2027**.  All expert discovery shall be completed, and expert discovery shall close, by no later than **May 13, 2027**.

3.    All case dispositive motions shall be served and filed on or before **June 15, 2027**.  Answering briefs shall be served and filed on or before **July 15, 2027**.  Reply briefs shall be served and filed on or before **July 29, 2027**.

**Date:** _____

                              **PATRICIA M. MAYER**
                              **U.S. BANKRUPTCY JUDGE**