### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>Debtor. | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>Plaintiff,<br>v.<br><br>**CASEY PARZYCH, et al.,**<br><br>Defendants. | **Adv. No. 23-00047-PMM** |

### AMENDED PRETRIAL ORDER

**AND NOW**, the plaintiff having filed an adversary proceeding and the defendants having filed a responsive pleading, it is hereby **ORDERED** that the Pretrial Order entered on February 28, 2025 (A.D.I. 92) is amended as follows:

1.  All fact discovery in this matter shall be initiated so that it will be completed on or before **February 19, 2027**.

2.  Any expert report required pursuant to F. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than **March 19, 2027**.  If any party intends to provide expert testimony in rebuttal to any expert report, any such rebuttal expert report must be served no later than **April 13, 2027**.  All expert discovery shall be completed, and expert discovery shall close, by no later than **May 13, 2027**.

3.  All case dispositive motions shall be served and filed on or before **June 15, 2027**. Answering briefs shall be served and filed on or before **July 15, 2027**.  Reply briefs shall be served and filed on or before **July 29, 2027**.

Date: **July 20, 2026**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**