**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>      **Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>      **Defendants.** | **Adv. No. 23-00047-PMM**<br><br>Re: Adv. Docket No. 153 |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2026, upon consideration of the Motion for Judgment on the Pleadings filed by Defendants Gary Parzych, Finland Leasing Co. Inc., and Eugene T. Parzych, Inc. [Adv D.I. 153], and the Trustee's opposition thereto, it is hereby ORDERED that the Motion is DENIED.

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE