## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on July 31, 2026, he caused a true and correct copy

of the foregoing Opposition to Motion for Judgment on the Pleadings to be served on the parties

in the above-captioned adversary proceeding via the Court's CM/ECF system or, for parties not

registered with CM/ECF, via email.


Dated: July 31, 2026

/s/ Andrew J. Belli
ANDREW J. BELLI
**COREN & RESS, P.C.**
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
abelli@kcr-law.com

*Counsel for Plaintiff*
*Bonnie Finkel, Chapter 7 Trustee*