**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Midnight Madness Distilling LLC,** | | **Chapter 7** |
| | : | |
| **Debtor.** | | **Bky. No. 21-11750 (PMM)** |
| | : | |
| **Bonnie B. Finkel, Ch. 7 Trustee,** | | |
| | : | |
| **Plaintiff.** | | **Adv. No. 23-00047 (PMM)** |
| | : | |
| **v.** | | |
| **Casey Parzych, Shawn Sheehan, Angus Rittenburg, Kelly Festa, Ashleigh Baldwin Michael Boyer, R.F. Culbertson, Gary Parzych, Ryan Uszenski, Polebrige, LLC, Good Design, Inc., AgTech PA LLC, Agtech VI, LLC, XO Energy Worldwide, LLLP, XO EW, LLC, Can Man LLC, Best Bev LLC, EtOH Worldwide LLC, Canvas 340, LLC, Eugene T. Parzych Inc., Finland Leasing Co, Inc., Kelly Dolan** | : | |
| **Defendants.** | : | |
| | : | |

**ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS**

**AND NOW**, upon consideration of the Defendant's Motion for Judgment on the Pleadings (doc. # 153, the "Motion") and the Plaintiff's Response thereto (doc. #160), it is hereby **ORDERED** that:

1) The Motion is **denied**; and

2) The Amended Pretrial Order (doc. #158) entered on July 20, 2026 will govern parties moving forward.

**Date: 9/3/26**

Patricia M. Mayer

**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**