**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>**Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>**Plaintiff,**<br>**v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>**Defendants.** | **Adv. No. 23-00047-PMM**<br><br>**Re: Adv. D.I. 107** |

**PRAECIPE TO RELIST HEARING ON**
**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff Bonnie B. Finkel, in her capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Debtor Midnight Madness Distilling, LLC f/k/a Theobald and Oppenheimer, LLC d/b/a Faber Distilling (the "Debtor"), hereby files this Praecipe to Relist Hearing on Plaintiff's Motion to Compel, stating as follows:

1. On February 13, 2026, Plaintiff filed a Motion to Compel Discovery (the "Motion," Adv. D.I. 107) and the Court held a hearing thereon on March 11, 2026.

2. On March 13, 2026, the Court entered an Order (Adv. D.I. 132) requiring the Trustee and Defendants Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Canvas 340, LLC, and Best Bev, LLC (the "Sheehan Defendants") to meet and confer about the disputes addressed in the Motion and at the hearing and either report the Motion as settled or relist the Motion for a hearing.

3. Due to the Sheehan Defendants' failure to timely provide a concrete update concerning their progress regarding document production, the Trustee relisted the Motion for a hearing on June 24, 2026.

4. On June 23, 2026, the day before the hearing, the Sheehan Defendants provided the Trustee with a list of hit counts based on search terms agreed upon among the parties, representing that 191,777 documents hit on the terms and that the volume of documents had to be culled down before they would begin document review.

5. At the June 24, 2026 hearing the Trustee reported the status of discussions with the Sheehan Defendants and requested that the Court leave the Motion pending due to the fact that documents still had not been produced.

6. Further discussions between the Trustee and the Sheehan Defendants revealed that the prior hit court provided by the Sheehan Defendants was incorrect and that the actual volume of documents which hit on the search terms was dramatically overinflated, with certain terms overreporting hits by approximately 70%.

7. Accordingly, on August 11, 2026, the Trustee requested that the Sheehan Defendants begin document review based on the existing search term list. The Trustee followed up on this request multiple times with no concrete response from the Sheehan Defendants.

8. On September 25, 2026, the Sheehan Defendants reported that they were considering using an AI platform to review their documents and requested the Trustee's position regarding the same; the Trustee stated that she did not object so long as the AI system was credible and the process was overseen by Ballard attorneys.

9. On October 6, 2026 and October 15, 2026, the Trustee sent emails to the Sheehan Defendants inquiring as to when documents would be produced. The Sheehan Defendants have not responded to those emails.

10. Given the foregoing, the Trustee respectfully requests that the Court re-list the hearing on the Motion for Wednesday, November 4, 2026 at 9:30 a.m.

Dated: October 21, 2026

Respectfully Submitted,

**COREN & RESS, P.C.**

/s/ Andrew J. Belli
STEVEN M. COREN
ANDREW J. BELLI
JANICE D. FELIX
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
abelli@kcr-law.com
jfelix@kcr-law.com

*Counsel for Plaintiff*
*Bonnie Finkel, Chapter 7 Trustee*