**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br>**MIDNIGHT MADNESS DISTILLING LLC,**<br><br>**Debtor.** | **CHAPTER 7**<br>**Case No. 21-11750-PMM** |
| **BONNIE B. FINKEL, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC,**<br><br>**Plaintiff,**<br>**v.**<br><br>**CASEY PARZYCH, et al.,**<br><br>**Defendants.** | **Adv. No. 23-00047-PMM** |

**CERTIFICATION OF SERVICE**

I hereby certify that on October 21, 2026, I did cause a true and correct copy of the Trustee's Praecipe to Relist Hearing on Plaintiff's Motion to Compel Discovery and the associated Notice of Hearing to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system in connection with the above-captioned adversary proceeding, with unrepresented parties served via email.

Dated: October 21, 2026

**COREN & RESS, P.C.**

/s/ Andrew J. Belli

ANDREW J. BELLI
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
abelli@kcr-law.com

*Counsel for Plaintiff*
*Bonnie Finkel, Chapter 7 Trustee*