Ballard Spahr LLP

222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Leslie C. Heilman
Tel: 302.252.4446
Fax: 302.300.4065
heilmanl@ballardspahr.com

November 3, 2026

**VIA ELECTRONIC MAIL AND ECF**

Honorable Patricia M. Mayer
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

**Re: Bonnie B. Finkel, in her capacity as Chapter 7 Trustee for Midnight Madness Distilling LLC v. Casey Parzych, *et al.*, Adv. Case No. 23-00047-PMM**

Dear Judge Mayer:

As you may recall, Leslie C. Heilman and Nicholas J. Brannick of Ballard Spahr LLP represent the Defendants Shawn Sheehan, XO Energy Worldwide, LLLP, XO EW, LLC, Canvas 340, LLC, and Best Bev, LLC in the above-referenced matter. I am writing to respectfully request permission to appear and participate virtually via Zoom or by telephonic participation at the hearing before Your Honor scheduled for Wednesday, November 4, 2026, at 9:30 a.m. (ET). Mr. Brannick will be attending in person, and we understand that the pending *Praecipe to Relist Hearing on Plaintiff's Motion to Compel Discovery* [Adv. Docket No. 164], which impacts Defendants, is to be continued by agreement with the Chapter 7 Trustee and the proceedings will proceed as a status conference only. I have conferred with the Chapter 7 Trustee and she has consented to my appearing remotely as well.

Thank you for your courtesy and attention to this matter. Should Your Honor have any questions, please do not hesitate to contact me.

Respectfully submitted,

Leslie C. Heilman