**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re Midnight Madness Distilling LLC,**

**Debtor .** : **Chapter 7**
:
:
**21-11750 (PMM)**

-----------------------------------
**BONNIE B. FINKEL,** :
**in her capacity as Chapter 7 Trustee**
**for Midnight Madness Distilling LLC,**

**Plaintiff,**
**v.**
**CASEY PARZYCH,** ***et al*** : **23-0047 (PMM)**
**Defendants.**
-------------------

## ORDER

**AND NOW**, a hearing having been held on November 4, 2026 with regard to the Plaintiff's Motion to Compel (doc. #107);

AND for the reasons stated at the hearing:

It is hereby **ORDERED** that the dates set forth in the Pretrial Order (doc. #158) are **stayed** pending mediation of the Chapter 7 Trustee's claims against the Sheehan Defendants, who are defined as the following entities: AgTech VI, LLC, Best Bev, LLC, Canvas 340, LLC, EtOH Worldwide LLC, Shawn Sheehan, Xo EW LLC, and XO Energy Worldwide, LLP. A separate Order will be entered appointing the judicial mediator for this matter.

It is further **ORDERED** that the Trustee's Motion to Compel Discovery shall be held in abeyance pending the outcome of the mediation.

**Date: November 4, 2026**

Patricia M. Mayer
______________________________
Hon. Patricia M. Mayer
United States Bankruptcy Judge