**UNITED STATES BANKRUPTCY COURT**
**<u>EASTERN DISTRICT OF PENNSYLVANIA</u>**

**In re Midnight Madness Distilling LLC,**

**Debtor .** : **Chapter 7**
:
:
**21-11750 (PMM)**

**------------------------------------**
**BONNIE B. FINKEL,** :
**in her capacity as Chapter 7 Trustee**
**for Midnight Madness Distilling LLC,**

**Plaintiff,**
**v.**
**CASEY PARZYCH, *et al*** : **23-0047 (PMM)**
**Defendants.**

## <u>ORDER APPOINTING MEDIATOR</u>

AND NOW, upon consideration of the colloquy between counsel and the Court during the November 4, 2026 hearing regarding the Plaintiff's Motion to Compel (doc. #107) it is hereby ORDERED that:

1) The parties shall participate in a settlement conference to be conducted by the Honorable Ashely M. Chan.

2) The parties shall be responsible for contacting Judge Chan's chambers within seven (7) days of the date of this Order to schedule the conference.

3) No fewer than five (5) business days before the conference, each party shall submit directly to Judge Chan's chambers a confidential Settlement Memorandum, no longer than three (3) pages, double-spaced, which sets forth:

   (A) A concise summary of the facts and issues in the case;
   (B) The party's precise position with respect to settlement; and
   (C) Any other information which may be relevant to the settlement conference.

4) Counsel are instructed to attend the settlement conference <u>along with their respective clients</u>. The clients should be representatives of the parties who have authority to resolve the Motion to Compel.

Dated: 11/4/26

Patricia M. Mayer
______________________________

Hon. Patricia M. Mayer
United States Bankruptcy Judge